**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **Cr. Nos. 13-142 (RCL)** |
| v. | : | **13-143 (RCL)** |
| | : | |
| **JOSE EMANUEL GARCIA SOTA,** | : | |
| also known as "Juan Manuel | : | |
| Maldonado Amezcua" | : | |
| also known as "Zafado" | : | |
| also known as "Safado" | : | |
| | : | |
| **JESUS IVAN QUEZADA PINA,** | : | |
| also known as "Loco," | : | |
| | : | |
| **Defendants.** | : | |

## GOVERNMENT'S (CONSENT) MOTION FOR PRE-TRIAL SCHEDULE

The government, by and through its undersigned attorneys, respectfully requests the Court

enter the following schedule for pre-trial deadlines:

**Trial Date:    7/5/2017**

| Item: | Days Before Trial: | Due Date: |
|---|---|---|
| ***Dispositive Motions, Discovery Motions, 404(b) Motions*** | | |
| Motions | 90 | 4/6/2017 |
| Oppositions | 61 | 5/5/2017 |
| Replies | 47 | 5/19/2017 |
| Hearing Date (if any) | 16 | Week of 6/19/2017 |
| | | |
| ***Experts*** | | |
| Expert Disclosures (both sides) | 75 | 4/21/2017 |
| Daubert Motions/ Oppositions to Expert | 40 | 5/26/2017 |
| Replies | 23 | 6/12/2017 |
| Hearing Date (if any) | 16 | Week of 6/19/2017 |

| **Item:** | **Days Before Trial:** | **Due Date:** |
|---|---|---|
| ***Evidentiary Motions*** | | |
| Motions in Limine | 30 | 6/5/2017 |
| Responses to Motions in Limine | 15 | 6/20/2017 |
| Replies to Motions in Limine | 9 | 6/26/2017 |
| Hearing Date (if any) | 5 | 6/30/2017 |
| ***Trial Exhibits*** | | |
| Summaries/charts/ exhibits used at trial | 8 | 6/27/2017 |
| 3500 witness statements | 8 | 6/27/2017 |
| Defense witness statements | 8 | 6/27/2017 |

The government has conferred with counsel for both defendants, who each consent to the above schedule, on behalf of their clients.

Respectfully submitted,

CHANNING D. PHILLIPS
United States Attorney for the
District of Columbia

Michael C. DiLorenzo
(MD Bar No. 931214 0189)
Fernando Campoamor-Sanchez
(DC Bar No. 451210)
Assistant United States Attorneys

U.S. Attorney's Office
555 4th Street, NW – 11th Floor
Washington, D.C. 20530
(202) 252-7809
michael.dilorenzo@usdoj.gov
(202) 252-7924
fernando.campoamor-sanchez@usdoj.gov
(202) 252-7252

KENNETH A. BLANCO
Acting Assistant Attorney General
Criminal Division

David N. Karpel
(CO Bar No. 17865)
Organized Crime & Gang Section
1301 New York Avenue, NW
Washington, D.C. 20005
(202) 307-5715
david.karpel@usdoj.gov

/s/ *Karen Seifert*
Karen P. Seifert
(NY Bar No. 4742342)
Narcotic & Dangerous Drug Section
145 N Street, NE
Washington, D.C.  20530
(202) 616-2200
karen.seifert@usdoj.gov