UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES : 13 Cr. 142 (RCL)

v. :

JOSE GARCIA-SOTA :

Defendants :

## **DEFENDANT'S NOTICE RE: STATEMENTS**

Defendant Jose Garcia-Sota respectfully files this Notice with the Court to memorialize the agreement reached between the parties concerning the Government's "use" of any statements made by the defendant.

Defendant Jose Garcia-Sota was arrested by Mexican authorities on or about April 2, 2011 and extradited to the United States on or about October 1, 2015. [1]

While pending his extradition to the United States, the defendant allegedly made the following statements:

1.  On or about April 2, 2011, the defendant made oral statements to the Mexican police and thereafter made oral statements to United States' law enforcement agents which were memorialized in notes taken by an ICE agent. The Government will not use either set of statements during its case-in-chief, or to impeach the defendant in the event that he testifies at trial. Similarly, the Government will not use any statements made by the defendant to the Mexican police that are memorialized in a report of his arrest, prepared or about April 3, 2011.

---

[1] This document was prepared by defense counsel, but reviewed by the prosecution prior to its filing with the Court.

2. On or about April 4, 2011, the defendant gave a "declaration" to the Mexican prosecutors that was reduced to writing. The Government will not use the statement during its case-in-chief, or to impeach the defendant in the event that he testifies at trial.

3. On April 28, 2011, the defendant made oral statements to U.S. law enforcement agents that were memorialized in an FBI 302 report. The Government will not use these statements during its case-in-chief, or to impeach the defendant in the event that he testifies at trial.

After the defendant arrived in the United States, he made certain statements to United States law enforcement agents. The Government reserves the right to use any such statements to impeach the defendant if he testifies at trial. The Government also intends to introduce statements allegedly made by the defendant to other cooperating witnesses.

Finally, the Government has recently advised the defense that it obtained copies of hundreds of his recorded conversations while incarcerated at the D.C. Jail. The Government has not decided whether it will use any such statements during its case-in-chief. The defense has not had the opportunity to review the calls and reserves its right to file appropriate motion(s) concerning the use of the calls and/or the manner in which they were obtained.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
3509 Connecticut Avenue, N.W.
Washington, D.C. 200008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com
Counsel for defendant Garcia-Sota

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing was sent via the Electronic Case Filing system, to Assistant United States Attorney Michael DiLorenzo, Fernando Campoamor, and Trial Attorneys David Karpel and Karen Seifert, 555 4th Street, N.W. Washington, D.C. this day 18th of April, 2017.

*Robert Feitel*

_____

Robert Feitel