IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

       Plaintiff,

    vs.

JOSE EMANUEL GARCIA SOTA
and JESUS IVAN QUEZADA PINA,

      Defendants.
_____/

Criminal Action
No. 1:13-cr-142
No. 1:13-cr-143

Washington, D.C.

July 11, 2017

1:56 p.m.


TRANSCRIPT OF JURY TRIAL - DAY 1 - AFTERNOON SESSION
BEFORE THE HONORABLE ROYCE C. LAMBERTH
UNITED STATES DISTRICT COURT SENIOR JUDGE


<u>APPEARANCES</u>

For the Plaintiff:    **MICHAEL DiLORENZO**
                      **JOCELYN BALLANTINE**
                       U.S. Attorney's Office
                       for the District of Columbia
                       National Security Section
                       555 4th Street, NW
                       Washington, DC 20530

                       **KAREN PATRICIA SEIFERT**
                       U.S. Department of Justice
                       Criminal Division, Narcotics and
                       Dangerous Drugs
                       145 N Street, NE
                       2nd Floor, East Wing
                       Washington, DC 20530

                       **DAVID N. KARPEL**
                       U.S. Department of Justice
                       Criminal Division, Organized Crime
                       and Gang Section
                       1301 New York Avenue, N.W.
                       Washington, DC 20005

**Proceedings recorded by realtime stenographic shorthand;
transcript produced by computer-aided transcription.**

**APPEARANCES CONTINUED:**

For the Plaintiff:　　　**FERNANDO CAMPOAMOR-SANCHEZ**
　　　　　　　　　　　　　U.S. Attorney's Office
　　　　　　　　　　　　　for the District of Columbia
　　　　　　　　　　　　　555 4th Street, NW
　　　　　　　　　　　　　Washington, DC 20530

For Defendant
Garcia Sota:　　　　　　**ROBERT A. FEITEL**
　　　　　　　　　　　　　Law Office of Robert Feitel
　　　　　　　　　　　　　3509 Connecticut Ave, NW
　　　　　　　　　　　　　Suite 1291
　　　　　　　　　　　　　Washington, DC 20008

　　　　　　　　　　　　　**SANDI S. RHEE**
　　　　　　　　　　　　　Law Office of Sandi Rhee
　　　　　　　　　　　　　228 S Washington St., Suite 300
　　　　　　　　　　　　　Alexandria, VA 22314

For Defendant
Quezada Pina:　　　　　　**ELITA C. AMATO**
　　　　　　　　　　　　　Law Offices of Elita C. Amato
　　　　　　　　　　　　　2111 Wilson Boulevard
　　　　　　　　　　　　　8th Floor
　　　　　　　　　　　　　Arlington, VA 22201

---

Court Reporter:　　　　　**Jeff M. Hook, CSR, RPR**
　　　　　　　　　　　　　Official Court Reporter
　　　　　　　　　　　　　U.S. District & Bankruptcy Courts
　　　　　　　　　　　　　333 Constitution Avenue, NW
　　　　　　　　　　　　　Room 4700-C
　　　　　　　　　　　　　Washington, DC  20001

**I N D E X**

**WITNESS**                                                    **PAGE**

JASON KEPHART

  Direct Examination by Mr. DiLorenzo                    5

  Cross-Examination by Mr. Feitel                        17


PERLA FLORES

  Direct Examination by Ms. Seifert                      21

  Cross-Examination by Ms. Amato                         41

  Redirect Examination by Ms. Seifert                    46


DR. ALEX McFADDEN

  Direct Examination by Mr. Karpel                       48


MARY ZAPATA

  Direct Examination by Mr. Campoamor-Sanchez            69

# E X H I B I T S

| GOVERNMENT'S | PAGE |
|---|---|
| Exhibit 1 | 73 |
| Exhibit 2 | 11 |
| Exhibit 29 | 25 |
| Exhibit 205 | 34 |
| Exhibit 207 | 35 |
| Exhibit 208 | 31 |
| Exhibit 209 | 39 |
| Exhibit 225 | 28 |
| Exhibit 234 | 33 |

**P R O C E E D I N G S**

THE COURT: Do you have the next witness here?

MR. DiLORENZO: We're prepared to call Jason Kephart. Would you like us to have him come in?

THE COURT: Sure.

Government, you may call your next witness.

MR. DiLORENZO: Your Honor, the Government would call Special Agent Jason Kephart.

DEPUTY CLERK: Do you solemnly swear or affirm that the testimony you shall present to the Court and to the jury will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: I do.

DEPUTY CLERK: Please be seated, sir.

DIRECT EXAMINATION OF PLAINTIFF'S WITNESS:

JASON KEPHART

BY MR. DiLORENZO:

Q. Good afternoon. Could you please introduce yourself to the ladies and gentlemen of the jury.

A. Good afternoon. I'm Jason Kephart.

Q. And by whom are you employed?

THE COURT: I'm sorry, could you spell your last name for the record.

THE WITNESS: K-E-P-H-A-R-T.

THE COURT: And by whom are you employed?

**THE WITNESS:** I'm employed by the U.S. Department of State.

**BY MR. DiLORENZO:**

Q. And in what capacity?

A. I'm a special agent.

Q. And can you please share with us what your current assignment is?

A. Currently I'm a supervisor special agent at the department's Office of Special Investigations.

Q. How long have you done that?

A. Currently my assignment -- my current assignment's going on 10 months.

Q. And how long have you been a special agent with the diplomatic security?

A. More than 12 years.

Q. And could you please tell us what your prior assignment was?

A. Prior to my assignment in special investigations, in 2015 I was the chief of investigations in the U.S. embassy, Baghdad, in Iraq.

Q. What type of work did you do when you were there?

A. I was the supervisor in charge of an intelligence and vetting unit that investigate polygraph Iraqi personnel for individuals that sought employment with the Government.

Q. And what about prior to that?

**A.** From August 2012 to August of 2015, I was a Regional Security Officer at U.S. Consulate General, Hyderabad which is in India.

**Q.** And what does a Regional Security Officer do?

**A.** A Regional Security Officer is the primary advisor to the U.S. ambassador in a country or a consul general at a consulate for all security matters, protection of the embassies, diplomatic facilities and its personnel.

**Q.** And does a Regional Security Officer typically have agents underneath him?

**A.** It varies on the size of the post that they're at, but yes.

**Q.** And what are they called?

**A.** They're assistant Regional Security Officers.

**Q.** And prior to working in India, where did you work?

**A.** From August of 2010 until August 2012, I was an RSO at the U.S. embassy in Mexico.

**Q.** What did you do, generally, prior to working in Mexico?

**A.** Prior to Mexico, I was -- I provided bodyguard protection for the Secretary of State Condoleezza Rice, and Secretary Hillary Clinton.

**Q.** And did you have field office experience prior to working on the Secretary's detail?

**A.** Yes. My first assignment out of agent training

was at the New York field office, from August 2005 until August 2007.

Q. Just very generally, what did you do just prior to working for the diplomatic security?

A. I spent 11 years in the U.S. Navy.

Q. Doing what?

A. I was an explosive ordnance disposal technician, I was a bomb tech.

Q. Directing your attention to February of 2011 -- and that would fall in the middle of the tour of duty that you described at Mexico, in what capacity were you working in the Mexican embassy, the U.S. embassy in Mexico?

A. I was one of four assistant regional security officers. I worked for a senior regional security officer in the office of regional security office.

Q. And as an assistant RSO -- is that it, Regional Security Officer?

A. Correct.

Q. What type of work did you do when you were in Mexico?

A. So we predominantly assist and advise on all security matters to the ambassador. Specifically what I did, my primary role was I was the supervisor for the country of Mexico's guard force at all of our diplomatic facilities which entailed the budgeting, the

countermeasures, buildup the protection of the diplomatic facilities in the country. I was also in charge of the Marines security group, the Marines that are at the facility that protect the facility. And then emergency planning, which is anything from an actual disaster such as an earthquake up to a coup of a country. I did the emergency planning and drafting for those scenarios.

Q. Did the RSO's office have any relationship with the local law enforcement, if there was a need to respond to any such emergencies?

A. Yes. Because we lacked the jurisdiction abroad, it's imperative that an RSO build relationships with the host nation police. So every nation we go into, we establish those relationships, build that rapport, in case we need their support to provide assets, resources in a security nature.

Q. And directing your attention to February 15th of 2011. Were you working that day?

A. Yes.

Q. And what were you doing?

A. I was one of two agents in the office at the time. I was working on a product that had a deadline, and my boss was out at a conference. So it was just me and another agent, which happened to be my wife, who's also an agent at the office. So we were the only two there at the time.

**Q.** Was anyone else working with you that day in the RSO's office?

**A.** Yes. We had a temporary office secretary in for the day, Agatha, and then Victor Avila's wife worked in the office next to me.

**Q.** You mentioned Victor Avila. Did you know who Victor Avila was at the time?

**A.** I knew him through his wife but not socially.

**Q.** And did he work at the embassy?

**A.** He did work at the embassy as an ICE agent, yeah.

**Q.** Who do you know him to be, who was he?

**A.** He was an ICE agent at the embassy.

**MR. DiLORENZO:** At this time, your Honor, can I approach the witness?

**THE COURT:** Yes.

**MR. DiLORENZO:** May the record reflect I've shown this to defense counsel.

**Q.** I'd ask you to please take a look at Government Exhibit Number 2. Do you see that?

**A.** Yes.

**Q.** Do you recognize that?

**A.** Yes.

**Q.** And what is that?

**A.** That's Victor Avila.

**Q.** Is that a fair and accurate depiction of Victor

Avila?

A. Yes.

MR. DiLORENZO: Your Honor, at this time I would offer it into evidence.

MR. FEITEL: Without objection.

THE COURT: Received.

(Government Exhibit 2 admitted into evidence)

BY MR. DiLORENZO:

Q. So you indicated that Victor at the time was working as an ICE agent in the embassy, and you also indicated that his wife was working in the RSO's office.

What type of work was she doing?

A. So embassies like to bring on the spouse of an employee to assist in certain responsibilities. And in our office, she was the background investigator which supported Washington. So as government employees needed their backgrounds updated, she would interview the employees, take their statement and any necessary information.

Q. Okay. If I could direct your attention to specifically 2:15 that afternoon. Did anything unusual occur?

A. Yes. I was -- the RSO office is the security office for the country, so you get a tremendous amount of phone calls, and a fair amount of them are administrative questions. Typically, the office secretary can handle the

administrative questions. And because I had a deadline to meet -- we just got a large volume of calls that day.

So Agatha, we called her Aggi, she would come to me, "Jason, I need your help with this, I need your help with this," and they were rather routine questions. So I just said, "Aggi, can you please handle this while I'm trying to get this document out."

And then I hear the phone, I hear the phone. And then Agatha comes to me and she says, "Jason, I need you to pick up the phone." I said, "Aggi, can you please just take the phone call or we'll push it off to tomorrow."

She said, "I need you to pick up the phone. Victor's been shot, his partner's been shot."

**Q.** And what happens next?

**A.** "Who's Victor," that was my question. It's a very, very large embassy. She knew Victor, apparently I didn't that well. So she said, "Victor. Just pick up the phone." And by this time, Victor's wife had come out of her office and she heard it. And I attempted to pick up the phone, and I just hear a tremendous amount of static in the phone with a muffled voice in the phone. And I'm trying to talk to the person on the other end of the phone, and Victor's wife is pulling on me trying to get to the phone.

So she's wanting to -- "What's going on? Oh my God, what happened?" Agatha did not know that Victor's wife

was in the office, did not know.

So I called on another agent to help get Victor's wife out of the office. So they take her out of the office while I'm trying to find out what's going on on the phone.

And I hear -- after the static stopped, I hear, "I'm Victor Avila. I'm with ICE. I'm being shot." And "Where are you at?"

Q. Can you please -- you indicated you heard a voice on the other end of the phone. Could you describe what it sounded like, the tone?

A. He was screaming at me. As you can imagine, he was frantic, he was panicked. He was just freaking out for lack of a better word. Something was bad, and I knew it at the time. So I --

Q. Did the person on the other end of the line identify themselves?

A. He did. He said, "I'm Victor Avila. I'm being shot; we're being shot." So I have no idea, back to those resources that we rely on in that country. I have to find out what's going on.

So I started asking him, "What's going on." And he just said, "My partner's been shot. It's bad, he's dying. I need you to send help, send help." And he was just screaming at me; so much so that it was distorting the phone. And so I'm still trying to ascertain what's going

on.

And he's like, "He's shot, Jaime's shot." So I started talking to him about first aid. And he said, "There's blood everywhere" -- you know, you want to give pressure to the wound. So he keeps telling me, "There's blood everywhere, I can't find it." And at this time I hear the static come back into the phone and I hear him screaming. And it was about that time that I realized that what I was hearing was gunfire hitting the armored vehicle, the armor of the car.

So I realize now what's going on. I realize they're in the car, they're in the armored vehicle trapped. And I keep talking to him about -- I was trying to get information from him, "Where are you at?"

After it clicked to me what I felt was gunfire coming through, I told him he has to move. I said, "Victor, you have to move." So in my profession we have an expression called get off the X. Get off the X is, as you can imagine, a target. So I was trying to get him to get off the X, get off the target area and move.

And he said, "I'm not driving, I can't move."

And I said, "I need you to move, I need you to drive. I need you to move away from the fire."

And he said, "I can't, he's too slippery, I can't move him."

And then we go back to -- he knows what's going on, I believe. I cannot -- I tried to go back to render -- to getting first aid.

So he puts the phone down, and I can hear him in the phone screaming at Jaime, "You've got to stay with me. Stay awake. Look at me. Talk to me. Stay awake." And he's just pleading with him to stay there. And I'm trying to get him back on the phone, and I can't get him on the phone.

So I get him back on the phone, and then I started talking to him some more just trying to find out the five Ws: Who, what, where, when, why. Because I needed to know where they are so I can send support. By this time we've already requested ICE office and the FBI office in -- because we needed -- we were putting everybody on alert that this was happening.

And then the gunfire comes -- the static comes back, and I'm just trying to assess the situation, continually talking to him about first aid, continued to talk to him about moving. He just keeps screaming at me that he's dying.

He goes back to try to render aid to Jaime, and he tells me that there's just blood everywhere: "I can't find it, I can't find a place to put pressure."

At this time in the conversation I was able to get

from him -- he didn't have a GPS tracker in the car. He didn't quite know where he was at, but he had told me that he was on Highway 57 in the city of -- the name is Queretaro. He was coming back to the embassy, about two hours away. And then -- and that's the best location I can get.

At this time I perceived what -- he started speaking to me really fast in really fast Spanish. I have a proficiency in Spanish but not to the level he was speaking. I felt he was going into shock. So what I did was I handed the phone over to one of the -- one of my junior agents who speaks fluent Spanish, and he started engaging with Victor to establish a recovery option.

Q. And at that point did you then continue to work in the effort to locate and get emergency units to respond to Victor?

A. We worked to identify his location. We were able to identify the location. Some of the ICE colleagues knew the particular area when you went through the toll. We were able to at least establish that.

And I don't know, there was an embassy resource that liaisoned with the Mexican federal police to get a helicopter up, but I don't know who it was. I know efforts were underway at or near the time the phone call was happening.

**MR. DiLORENZO:** I have no further questions.

CROSS-EXAMINATION OF PLAINTIFF'S WITNESS:

JASON KEPHART

**BY MR. FEITEL:**

**Q.** Agent Kephart, good afternoon. As a Regional Security Officer, are you familiar with the different steps that were in effect in the embassy in Mexico in 2011 to protect agents who were outside of the confines of the embassy?

**A.** Yes, sir, I believe so.

**Q.** And does that include providing them with bulletproof vehicles?

**A.** If I can recall, I think there were certain zones in Mexico that -- to travel that required that you had to be in an armored vehicle, correct.

**Q.** And are there different levels or different classes of armored vehicles?

**MR. DiLORENZO:** Your Honor, I'd object, this is beyond the scope.

**THE COURT:** Overruled.

**THE WITNESS:** Yes, I believe there is. There is what we commonly refer to as a light-skinned armored vehicle that doesn't necessarily have the body armor everywhere. And then a fully armored vehicle which has body armor -- I'm sorry, bullet-resistant armor underneath and above.

BY MR. FEITEL:

Q.   And was part of the protocol for security for agents to provide them with the most heavily armored vehicle when they traveled on Highway 57 in Mexico back in 2011?

A.   I can't recall that.  I don't remember that being a specific rule for -- for example, I vacationed in Queretaro, so I don't know if that would be a requirement.

Q.   And do these armored vehicles that are provided -- and they are provided by the U.S. government to the agents who are working in Mexico, correct?

A.   I'm not familiar with the procurement process, but I assume there's a rating.  I'm sure they purchased them somewhere.

Q.   And are there steps made to sort of, for example, prevent the locks from opening on the car if there's an emergency situation?

A.   I believe there are steps now.

Q.   Were there no steps then?

A.   I think normally the armored vehicle -- I can only speak to diplomatic security when we would use them, when we put the car in park.

MR. DiLORENZO:  Your Honor, object, speculation.

BY MR. FEITEL:

Q.   In addition, were there steps taken back in 2011 in Mexico to make sure the windows of -- the bulletproof

windows didn't open up?

A. I don't recall that.

Q. You know from your experience as an RSO that there are some bulletproof vehicles where the windows simply cannot open up?

A. I don't -- speaking as an agent in diplomatic security service, not that the windows won't open up. The motors are so weak to lift the heavy armored window that we basically instruct agents not to roll down the window.

For example, if you're coming through a tollbooth, we instruct agents to open up the door to hand the money rather than roll down the window. Because if it fails in the down position, it's very difficult to get them back up.

Q. In the conversation that you had with the agent, did you talk to him about his window having been opened up in his bulletproof vehicle?

A. I believe so.

Q. And can you tell all the ladies and gentlemen of the jury what Agent Avila told you with respect to the window opening?

A. I believe my line -- when I was trying to figure out the situation to assess what was happening, I'd asked him, "Are you in an armored vehicle," something to that effect. And I think the answer was, "Yes, we're in an armored vehicle."

"And the window went down," I think was the statement. "It was just a blast, the window went down," if I remember correctly.

Q. Did he say how the window came down?

A. I want to say he had -- I want to say he was explaining -- you know, I said, "The window's down. Why is the window down?" He was saying, "He put the window down. I don't know what happened," to that effect. "He put the window down" I presume would be Jaime.

MR. FEITEL: I have nothing further for the witness, your Honor.

THE COURT: Ms. Amato?

MS. AMATO: No, thank you, your Honor.

THE COURT: Any redirect?

MR. DiLORENZO: No.

THE COURT: You can step down.

Next witness.

MS. SEIFERT: The United States calls Officer Perla Flores.

DEPUTY CLERK: If you would please remain standing and raise your right hand, please.

Do you solemnly swear or affirm that the testimony you shall present to the Court and to the jury will be the truth, the whole truth, and nothing but the truth?

THE WITNESS: I so swear.

**DEPUTY CLERK:** Thank you, you can be seated.

DIRECT EXAMINATION OF PLAINTIFF'S WITNESS:

PERLA FLORES

**BY MS. SEIFERT:**

**Q.** Good afternoon, Officer Flores.

**A.** Good afternoon.

**Q.** Could you please introduce yourself to the ladies and gentlemen of the jury and spell your name.

**A.** Good afternoon. I'm officer Perla Flores. I work for the federal police in Mexico.

**Q.** And could you spell your name.

**A.** P-E-R-L-A, F-L-O-R-E-S.

**Q.** Officer Flores, where are you from?

**A.** I'm originally from San Luis Potosi in Mexico.

**Q.** Is that where you grew up?

**A.** Yes, that's correct.

**Q.** Is that where you live now?

**A.** Yes, that's correct.

**Q.** So is Spanish your native language?

**A.** Yes.

**Q.** Do you also know English?

**A.** A little.

**Q.** Okay. Since you're testifying in Spanish today, if you would wait until the interpreter interprets my question before you respond.

**A.** Good.

**Q.** What is your job right now?

**A.** I'm the head of the department that has relations with the citizenry.

**Q.** And are you a federal police officer?

**A.** Yes, that's correct.

**Q.** How long have you worked as a federal police officer?

**A.** Since 2003.

**Q.** And what kind of duties do you have in your job as a social outreach police officer?

**A.** The activities that I carry out are to be sure that people understand prevention activities they can do to prevent crime.

**Q.** And before you were in your current position as a social outreach police officer, what was your prior position with the federal police?

**A.** I gave human rights classes in the academy, the police academy.

**Q.** Where was the police academy located?

**A.** Also in San Luis Potosi.

**Q.** How many years did you have that job for?

**A.** Two years.

**Q.** And before those two years you spent as a teacher for recruits, did you have another job with the federal

police?

**A.**   Yes.   I was working in the area of intelligence in the federal police force.

**Q.**   And how many years did you have that job for?

**A.**   Two.

**Q.**   Where was that job located?

**A.**   In Mexico City.

**Q.**   And what job did you have in February of 2011?

**A.**   I was providing classes in the academy of the federal police.

**Q.**   And was that the job in San Luis Potosi?

**A.**   Could you repeat the question, please?

**Q.**   Was that job located in San Luis Potosi?

**A.**   Yes, that's correct.

**Q.**   I'd like to call your attention to the morning of February 15th, 2011.

**A.**   I was doing a project in Mexico City where Red Cross teachers had to be certified.

**Q.**   So you were away from your home that morning?

**A.**   That's correct.

**Q.**   At sometime on February 15th, did you then return to your home in San Luis Potosi?

**A.**   Yes, I returned to San Luis Potosi, leaving Mexico City at 11:00 a.m.

**Q.**   And how did you get between San Luis Potosi and

Mexico City?

    **A.**   In my personal vehicle.

    **Q.**   And is there a road that traverses from Mexico City to San Luis Potosi?

    **A.**   Yes.  It's Highway 57, which is approximately 400 kilometers to travel between San Luis Potosi and Mexico City.

         **MS. SEIFERT:**  Your Honor, may I approach?

         **THE COURT:**  Yes.

         **MS. SEIFERT:**  This is Exhibit 29, which I've already shown to the defense.

**BY MS. SEIFERT:**

    **Q.**   Officer Flores, I've shown you what's been marked as Government's Exhibit 29.

         Do you recognize Government's 29?

    **A.**   Yes.  It is a map which shows Mexico, San Luis Potosi and Santa Maria del Rio.

    **Q.**   And are you familiar, from your time living in Mexico, with the area depicted in Government's Exhibit 28 -- I'm sorry -- 29?

    **A.**   Yes, that's correct, I have traveled on this highway many times.

    **Q.**   And is the map a fair and accurate depiction of that area?

    **A.**   Yes, that's correct.

**MS. SEIFERT:** Your Honor, move to admit Government's 29.

**MR. FEITEL:** Without objection, your Honor.

**THE COURT:** Received.

(Government Exhibit 29 admitted into evidence)

**BY MS. SEIFERT:**

Q. Officer Flores, Government's 29 was marked by you earlier today, is that right?

A. Yes, that's correct.

Q. I'm pointing to the city that's circled in red ink towards the bottom of the exhibit; which city is that?

A. Mexico City.

Q. And at the top of the map, on the left-hand side, there's another city that's circled in red.

What city is that?

A. Towards the north, San Luis Potosi.

Q. You've also circled another city just south of San Luis Potosi; what city is that?

A. The municipality of Santa Maria del Rio.

Q. I see you've also highlighted a road here that travels between San Luis Potosi in the north and Mexico City in the south.

Can you tell the ladies and gentlemen what road that is?

A. That's Highway 57. This highway has three lanes

until you get to -- right before you get to Queretaro, and then there are three on either side.

Q. So just to clarify, there are three in Mexico City?

A. Three on each side.

Q. And then as you travel north, how many after you -- after the city you named, how many lanes does it turn into?

A. Two on each side once you pass Queretaro.

Q. Have you been on this highway before?

A. Yes, several times.

Q. How would you describe the amount of traffic that's typically on the highway?

A. There is a lot of traffic of heavy freight.

Q. And by "freight," you mean -- is that on trucks, or how could you describe -- describe for me the types of vehicles on the freeway.

A. Yes, this would include trucks that carry freight, and also passenger busses. It's one of the heaviest traveled highways in our country.

Q. How long did it take for to you get from Mexico City to San Luis Potosi in your personal vehicle?

A. Approximately five hours.

Q. And on February 15th of 2011, did you have anyone with you that day?

**A.** Could you repeat the question?

**Q.** Was anyone with you in your car on February 15th?

**A.** No, I was alone.

**MS. SEIFERT:** May I approach, your Honor?

**THE COURT:** Yes.

**BY MS. SEIFERT:**

**Q.** Officer Flores, I've shown you Government's Exhibit 225, which I've also previously given to defense.

Do you recognize what's depicted in the photo that is Government's Exhibit 225?

**A.** Yes, that's correct, I recognize it.

**Q.** And what's in Government's 225?

**A.** It's Highway 57, and the part that is at the top is actually the southern area of Santa Maria del Rio.

**Q.** And by that are you saying that we're looking south, towards Santa Maria, or are we looking north?

**A.** Looking up, you see Santa Maria del Rio, but that's the south.

**Q.** Okay. And can you tell from the photo which mile marker -- excuse me -- kilometer marker of the highway is depicted on the photo?

**A.** It's kilometer 160.

**Q.** Are you familiar with that area that's depicted in Government's 225?

**A.** Yes, I recognize it.

**Q.** Does the photo fairly and accurately depict kilometer 160 of Highway 57?

**A.** Yes, that's correct.

**MS. SEIFERT:** Your Honor, move to admit Government's 225.

**MR. FEITEL:** Without any objection, your Honor.

**THE COURT:** Received.

(Government Exhibit 225 admitted into evidence)

**BY MS. SEIFERT:**

**Q.** Officer Flores, as you were traveling north on Highway 57, which is depicted in the photo, which lane in this photo are you traveling in?

**A.** I was traveling in the left-hand lane from south to north.

**Q.** So looking at Government's 225, does that mean you're in the lane on the left-hand side where the traffic is coming towards the person taking the picture?

**A.** Yes, that's correct.

**Q.** Now, as you're traveling north on February 15th, and you pass the city of Santa Maria, what, if anything, did you see?

**A.** I was traveling to the city of San Luis Potosi -- I was on the high speed lane going 120 kilometers per hour. Afterwards, I saw a vehicle that was in the middle between the lanes were going in opposite directions. This was a

blue vehicle, dark-blue vehicle that was very similar to the one used by Manelich Craviotto.

Q.   I'm going to spell that, if you can tell me if this is correct, M-A-N-E-L-I-C-H.

A.   Correct.

Q.   And the last name is C-A-S-T-I-L-L-O?

A.   No, it's C-R-A-V-I-T-T-O.

Q.   And continue on, what happens after you saw the vehicle?

A.   When I saw the vehicle, it caught my attention and I lowered my speed. It caught my attention because it appeared to have been struck by bullets. It was in a ditch, and it had a diplomatic license plate marked with the letters SRE.

Q.   What did you do after you saw the vehicle in the ditch?

A.   I slowed down. I went to the next U-turn and, from north to south, I situated myself in the right lane.

Q.   Go ahead.

A.   I tried to use my Nextel radio to call, but there was no connection, there was no signal. So I slowly passed the vehicle to take a look as to whether there were still occupants inside the vehicle.

Q.   Did you see anyone inside the car?

A.   No, I didn't see anyone, but it was an armored

vehicle and it was dark. And so what I did notice was, I noticed more bullet impact on the right-hand side, and I saw that it had been hit on the right-hand side as well.

Q. Let me just break that down a little bit.

When you're first traveling north towards San Luis Potosi, which -- you said the car was in the ditch.

Where is the car that you see disabled in relation to where you are at; is it on your left-hand side or your right-hand side?

A. I was on the left lane going north, and the vehicle was on my left-hand side.

Q. So looking at Government's 225, is the vehicle in between the two lanes that we see of traffic, the northbound lanes and the southbound lanes?

A. Yes, that is correct.

Q. And does Government's 225 show the approximate location of where you saw the disabled vehicle?

A. Yes, it does show it.

Q. And can you point on the screen to where you saw the disabled vehicle in Government's 225?

A. Close to kilometer marker 160.

MS. SEIFERT: Your Honor, for the record, the witness pointed to the median between the two lanes of traffic near the sign that's about a quarter of the way down the photo. The back of the sign can be seen in the photo.

THE COURT: Alright.

BY MS. SEIFERT:

Q. And you say you first slowed down to see the vehicle that was disabled, and you said it was -- what kind of vehicle was it, if you know?

A. It was a Suburban vehicle.

MS. SEIFERT: May I approach?

THE COURT: Yes.

BY MS. SEIFERT:

Q. Officer Flores, I've handed you Government's Exhibit 208, which I've already shown to defense.

Do you recognize Government's Exhibit 208?

A. Yes, it's the same vehicle that I saw, minus the people that are at the sides of the vehicle.

Q. And without -- with that caveat, does this photo fairly and accurately depict how you saw the blue Suburban as you were first passing it going northbound, going towards San Luis Potosi?

A. Yes, that is correct.

MS. SEIFERT: Your Honor, move to admit Government's 208.

MR. FEITEL: That's without objection, your Honor.

THE COURT: Received.

(Government Exhibit 208 admitted into evidence)

BY MS. SEIFERT:

Q. And Officer Flores, I've now shown 208 to the jury. You stated that there were some bullet impacts you could see when you first saw the blue Suburban.

Can you point to where those are?

A. On this photograph you could see it in the upper part of the windshield, but it also had some bullet impacts on the other side, on the right-hand side.

MS. SEIFERT: And for the record, the witness pointed to the two bullet impacts on the passenger side of the front windshield.

THE COURT: All right.

BY MS. SEIFERT:

Q. And you said, after you first slowed down to see the Suburban, you then took a U-turn to come back and see it coming from the other direction.

A. Yes, that is correct.

Q. And I've already shown you Government's Exhibit 234, which is up in front of you, and I've shown it to defense as well.

A. That is correct.

Q. Do you recognize Government's 234?

A. Yes.

Q. And what's depicted in Government's 234?

A. It's the same road, and the part up above is the north towards San Luis Potosi. And it shows the U-turn

where I turned myself around.

Q. Does it fairly and accurately depict that U-turn -- that is, Government's 234, does it fairly and accurately depict the U-turn that you took?

A. That is correct.

MS. SEIFERT: Your Honor, move to admit Government's 234.

THE COURT: Received.

(Government Exhibit 234 admitted into evidence)

BY MS. SEIFERT:

Q. Officer Flores, on Government's 234, in the center of the photo there's a sign you can see that says, "returno."

Does that mark where the U-turn was?

A. That is correct.

Q. And about how long did it take for you to make the return between the U-turn and coming back and seeing the Suburban, how long did that take?

A. Approximately 10, 15 seconds.

Q. And I'd like to show you Government's 205, 207 and 209, which I've already provided to the defense. Let's start with Government's 205.

Do you recognize what's in that photo?

THE COURT: That's not what's displaying.

MS. SEIFERT: Nothing should be displaying yet,

thank you.

THE WITNESS: Yes, the same vehicle with the bullet impact with plates that had the letters S.R.E, letters that come from the foreign relations secretary.

BY MS. SEIFERT:

Q. And does the photo fairly and accurately depict how you saw the Suburban when you were returning, going towards Santa Maria, going south?

A. That's correct, without the persons -- the people who are standing to the right side.

MS. SEIFERT: Your Honor, with that caveat, move to admit Government's 205.

MR. FEITEL: Without objection.

THE COURT: Received.

(Government Exhibit 205 admitted into evidence)

BY MS. SEIFERT:

Q. Officer Flores, you mentioned, when you did the return, you could see additional shots -- or additional bullet impacts on the passenger side of the Suburban.

Are you able to see those in the photo that's Government's 205?

A. Yes, that's right.

Q. And where are those impacts that you saw on the Suburban?

A. It's in the glass, the armored glass above the

door.  It's on the back window and above the tires.

MS. SEIFERT:  For the record, your Honor, the witness pointed to the passenger-side rear window at the passenger-side second door, the rear window of the Suburban on the passenger side, and then the two bullet holes visible in the picture below the rear window.

THE COURT:  All right.

BY MS. SEIFERT:

Q.  Looking now at the next photo, Government's Exhibit 207, Officer, do you recognize that photograph?

A.  If it's the same vehicle, and you can see that it's been hit on the right-hand side.  And also there are impacts on the area right above -- the windows right behind the front door.

Q.  And Officer, does Government's 207 fairly and accurately depict how you saw the blue Suburban again, as you were traveling south towards Santa Maria, as you saw the Suburban on its right-hand side?

A.  That's right.

MS. SEIFERT:  Your Honor, move to admit Government's 207.

MR. FEITEL:  The same as before, your Honor.

THE COURT:  Received.

(Government Exhibit 207 admitted into evidence)

BY MS. SEIFERT:

**Q.** And can you see the impact that you were describing in Government's 207, Officer?

**A.** Yes, that's right, I saw that.

**Q.** Now, after you saw the blue Suburban in the median and came back on the return and saw the Suburban in this condition, what did you do with your vehicle?

**A.** I stopped, but I did not get out of the vehicle because it was not a secure area and I had no weapon on me. I tried to make a call on my Nextel, but there was no signal. So I continued on my way to make a report at the station of Santa Maria del Rio.

**Q.** The vehicle you were in, was that a police vehicle or your personal vehicle?

**A.** It was my private vehicle.

**Q.** And when you did stop your car, what were you looking for when you were looking at the blue Suburban?

**A.** To see if there was anyone in the vehicle who needed assistance. But the armored glass did not allow me to see inside the vehicle, at least not from the distance where I found myself.

**Q.** When you stopped your vehicle to look at the Suburban, did you see any other police vehicles in the area?

**A.** No, there was absolutely no one around, and that's a rare occurrence because it's a very well-traveled road.

**Q.** So when you say there was no one around, no police

and no other traffic?

A. No vehicles at all, no one.

Q. Now, you said you traveled then to the police station in Santa Maria.

How far away is the police station that you went to in Santa Maria?

A. Ten or fifteen kilometers.

Q. How long did it take you to get there?

A. Five or ten minutes. It was fast.

Q. Who did you talk to when you arrived at the police station?

A. I spoke with the officer on duty, Blanco Meave.

Q. B-L-A-N-C-O?

A. Blanco. M-E-A-V-E.

Q. What did you tell officer Blanco Meave?

A. That there was a vehicle that was close to marker 156 or 160 on the highway, and there were probably people inside who needed some kind of assistance but you couldn't see anything, and the vehicle was very similar to that used by Manelich Castilla Craviotto, and it had foreign ministry plates.

Q. You mentioned Commander Manelich Castilla Craviotto previously. Who is that person?

A. Right now he is the commander general of the federal police. And prior to that, he was the state

coordinator of the federal police in the state of San Luis Potosi.

Q.    Was he the state coordinator in February of 2011?

A.    Yes, that's right.

Q.    And how did you know what Commander Manelich Castilla Craviotto's truck looked like?

A.    At the time I was teaching at the academy, and he often visited the academy in that vehicle, that same vehicle.

Q.    You mentioned, though, that the blue Suburban that you saw on February 15th had a different license plate?

A.    Yes, that was the only difference, but the vehicle was the same.

Q.    Well, you have in front of you Government's 209, which I've already shown to defense.

Do you recognize Government's 209?

A.    Yes, that's right.

Q.    What is in the photo that is Government's 209?

A.    It is a license plate on the vehicle with the acronym SRI -- or E.  Those are the initials for the foreign ministry.  These plates are normally used by government personnel.

Q.    Does Government's Exhibit 209 accurately depict the license plate that you saw on the blue Suburban on February 15th, 2011?

**A.** That's right.

**MS. SEIFERT:** Your Honor, move to admit Government's 209.

**MR. FEITEL:** Without objection, your Honor.

**THE COURT:** Received.

(Government Exhibit 209 admitted into evidence)

**BY MS. SEIFERT:**

**Q.** How did you know that this is the type of license plate that's typically used by foreigners or by people associated with an embassy?

**A.** Because when I was working in the intelligence area, I worked with agents from the DEA, and that's what they used.

**Q.** The license plate that we can see in Government's 209 is white with blue lettering.

Is that common of license plates that have this SRE designation?

**A.** That's right.

**Q.** Now, after you reported to Officer Blanco Meaves what you had seen on Highway 57, what did you do?

**A.** I left the station in Santa Maria del Rio, and I began my trip again, heading north towards San Luis Potosi.

**Q.** As you were heading north on Highway 57, did you see the Suburban again?

**A.** That's right. It was still in the same place.

**Q.** Was it in the same condition?

**A.** Yes, in the same condition.

**Q.** Was anyone else there, providing aid to the Suburban?

**A.** No, it was alone.

**Q.** As you then continued to San Luis Potosi to your home, did you see anyone else that you knew coming southbound on the freeway?

**A.** Yes. Traveling north to south, I saw my fellow workers, my colleagues, some patrols in an armored vehicle, and they were heading towards that spot. But by that time, I was moving away from the same place, from the same spot.

**Q.** How many cars, federal police cars of your colleagues, do you recall seeing on your way south?

**A.** Five, eight maybe. Maybe even more, because there were several armored vehicles, patrol cars. Lots of my colleagues.

**Q.** And what rate of speed were they traveling?

**A.** Approximately 100, 120 kilometers per hour.

**Q.** Did you make any more calls at that point?

**A.** Yes. I had moved away some distance, and by that point the Nextel telephone was working. So I was able to contact Commander Manelich and inform him of what had occurred.

**MS. SEIFERT:** No other questions, thank you.

THE COURT:  Any questions?

MR. FEITEL:  No, no questions.

MS. AMATO:  I have questions.

THE COURT:  All right, you may step down.

MS. AMATO:  No, I'm sorry, your Honor, I have questions.

THE COURT:  I'm sorry, I thought you said no.

CROSS-EXAMINATION OF PLAINTIFF'S WITNESS:  PERLA FLORES

BY MS. AMATO:

Q.  Good afternoon.

A.  Good afternoon.

Q.  So I have a question, Mrs. Flores.

You can see Government's Exhibit 209?

A.  Yes.

Q.  And you informed us that this license plate you recognized, correct?

A.  Yes, that's correct.

Q.  And when you first were driving up north to -- on your way back home to San Luis Potosi -- and we're looking at Government's Exhibit 29 -- and you first observed this vehicle, Government's Exhibit 208, you thought it was actually the Comandante Manelich's vehicle, correct?

A.  Yes, that's correct.

Q.  And so that's actually why you then, as we see in Government's Exhibit 234, did this U-turn?

**A.** That's correct.

**Q.** And then when you did the U-turn and you were able to get a closer look at the vehicle, that's when you saw the license plate, correct?

**A.** From both sides it was possible to see the plate for the secretariat of foreign relations, both in the front and the back.

**Q.** Right. But it wasn't until you actually did the U-turn that then you realized it was not Mr. -- Comandante Manelich's vehicle?

**A.** That's correct.

**Q.** And that was only because of the license plate, correct?

**A.** Correct.

**Q.** Okay. Because Comandante Manelich did not have a diplomatic license plate?

**A.** That's correct.

**Q.** And is this just a general diplomatic license plate with the SRE; in other words, from any embassy who's posted in that country that that license plate may apply to?

**A.** Yes, that's correct.

**Q.** So when you drove by and saw this license and recognized it as a diplomatic license, were you aware that it was an American diplomatic license or that it was just a diplomatic license?

**A.** At that point I did not realize what it was.

**Q.** And so nothing from this license itself could tell that you it was an American diplomat, just that it was a diplomat?

**A.** Correct.

**Q.** Now you yourself did not take any of the photographs that we -- that you were shown today, correct?

**A.** That's correct.

**Q.** And you did not take any photographs yourself?

**A.** No.

**Q.** And you never stopped your vehicle?

**A.** Yes.

**Q.** You just drove by?

**A.** I went by three times, but once I stopped.

**Q.** And when you stopped, where exactly was your vehicle in relation to the vehicle -- and let's just look at Exhibit 208.

**A.** On the corner where this is, is in this one, 207.

**Q.** So let's look at 207.

You're saying on the corner of 207?

**A.** Correct.

**Q.** Which corner? Are we talking about the left corner -- the left side, the right side of this photograph?

**A.** It was on the left side, because I was going from north to south towards Santa Maria del Rio. That's the only

time I stopped.

Q. So that was the very first time you saw the vehicle?

A. No, that was the second time.

Q. Okay. And was that the time that you tried to actually really look at the vehicle?

A. Yes. That was when I tried to observe to see if there was any movement on the interior, and when I tried to utilize my phone, but there was no signal.

Q. And at that point you were actually facing the front of the vehicle, correct?

A. Correct.

Q. And so you were looking right into the windshield, correct?

A. Yes, that's correct. But it was impossible to see anything because they were armored windows. It looked totally dark.

Q. Let me ask you this: This was in the middle of the day, correct?

A. Correct.

Q. Around 2:15?

A. Yes, a little later, 2:15, 2:20.

Q. Okay. And it was a sunny day?

A. A lot of sun.

Q. And when you drove by the vehicle, you didn't see

the passenger door open, correct?

A.   No, it was closed.

Q.   And the front passenger window, that was open?

A.   I don't remember having seen any open windows.  It was closed because you could see the impacts.

Q.   And you yourself were not driving a bulletproof vehicle, correct?

A.   No, I wasn't.

Q.   You didn't see anybody near the vehicle when you stopped, correct?

A.   No.

Q.   And you said that when you finally went on your way back home, you were able to make a phone call?

A.   That's correct.

Q.   And the person you called was Commander Manelich?

A.   Yes.

Q.   And when you called him, he was still in his office, correct?

A.   No.  He was already on his way with all the vehicles, he was on the highway.

Q.   But you didn't pass his vehicle when you drove on your way, correct?

A.   Yes, we passed by each other.  But I didn't know in which of the official vehicles he was riding.

MS. AMATO:  Alright, your Honor, thank you.  I

have no further questions.

**MS. SEIFERT:** Just briefly, your Honor.

REDIRECT EXAMINATION OF PLAINTIFF'S WITNESS:

PERLA FLORES

**BY MS. SEIFERT:**

**Q.** Officer Flores, I'm showing you again Government's Exhibit 225. Can you describe -- and you previously described that the Suburban was in this center area here, is that correct, where I'm pointing?

**A.** Yes, that's correct.

**Q.** I'm just going to mark that area with an X.

Is this the right spot?

**A.** Yes.

**Q.** When you were traveling then now southbound to Santa Maria, which lane were you traveling in?

**A.** I was already then in the slow lane that I could go all the way to the right and stop just for a moment.

**Q.** So when you stopped, did you pull off to this shoulder on the right hand, or did you stop in the road?

**A.** On the right side in a safe place.

**THE INTERPRETER:** The interpreter corrects. This was the interpreter -- I meant to refer to the right side.

**THE WITNESS:** So no, it was on the right side where it was safe, not in the middle of the road.

**BY MS. SEIFERT:**

**Q.** So you pulled off the road?

**A.** Correct.

**Q.** So when you were viewing the Suburban, you're viewing it across the two highway lanes?

**A.** That's correct.

**Q.** Did you stay inside your car, or did you get out of your car?

**A.** I was inside my vehicle, because I did not think it was pertinent or safe because I did not have my weapon.

**Q.** And when you're viewing it across the highway lanes, this is the view of the Suburban that you're able to see?

**MS. AMATO:** We object to the leading questions.

**THE COURT:** Overruled.

Identify what you're showing her.

**MS. SEIFERT:** One moment, your Honor.

**BY MS. SEIFERT:**

**Q.** By this I'm referring to Government's 207.

Is this the view you're able to see as you're looking across the two lanes of traffic?

**A.** Correct.

**MS. SEIFERT:** No other questions.

**THE COURT:** As a member of the federal police, you have a uniform, I take it?

**THE WITNESS:** That's correct.

THE COURT: Were you in uniform at that time?

THE WITNESS: No.

THE COURT: We'll take our afternoon recess.

You can step down, thank you.

(Recess taken at 3:25 p.m.)

(Back on the record at 3:39 p.m.)

THE COURT: Government, you may call your next witness.

MR. KARPEL: Thank you, your Honor. The United States calls Dr. Alex McFadden.

DEPUTY CLERK: Do you solemnly swear or affirm that you will well and truly answer all questions propounded to you today?

THE WITNESS: Yes, I do.

DEPUTY CLERK: You can be seated.

DIRECT EXAMINATION OF PLAINTIFF'S WITNESS:

DR. ALEX McFADDEN

**BY MR. KARPEL:**

Q. Good afternoon, Doctor. Would you kindly introduce yourself to our jury by stating and spelling your first and last name for the record.

A. First name is Alex, A-L-E-X, last name McFadden, M-C-F-A-D-D-E-N.

Q. Dr. McFadden, where are you from?

A. San Diego, California.

**Q.** Can you tell us a little bit about your educational background?

**A.** I'm a family physician, I went to medical school in Iowa and completed a family practice residency in Mississippi. And I'm a board certified family physician.

**Q.** Where did you get your BS?

**A.** Portland State University.

**Q.** And in what subject?

**A.** Premed.

**Q.** Your medical degree was from where?

**A.** From Des Moines University.

**Q.** And when did you graduate from medical school?

**A.** 1991.

**Q.** And you mentioned you're board certified?

**A.** I'm board certified in family practice.

**Q.** And do you currently practice medicine?

**A.** Yes, I'm a primary care physician. I'm a Regional Medical Officer for the United States Department of State.

**Q.** How long have you practiced medicine?

**A.** Thirty years.

**Q.** You just mentioned that you work for the Department of State. How long have you worked for the Department of State?

**A.** I've worked for the Department of State since 2002.

Q.   What is your job title?

A.   I'm a Regional Medical Officer.

Q.   What is entailed in being a Regional Medical Officer?

A.   Many of our large embassies have a primary care clinic as part of the structure of the embassy.  And for instance, now I'm in El Salvador and I cover Central America.  I provide primary care services to our U.S. direct hire employees in nine different locations.

Q.   So you're assigned to the U.S. embassy in El Salvador?

A.   Yes, sir.

Q.   And how long have you been working at the embassy in El Salvador?

A.   Two years.

Q.   For the past two years, do you work just or in the embassy in El Salvador or are you responsible for other countries?

A.   Actually, I have nine countries in my region.

Q.   What are those countries?

A.   I have Venezuela, Jamaica and all the countries between Panama and Guatemala.

Q.   When you say you're responsible for those nine countries, what does that responsibility entail?

A.   On a day-to-day basis I answer questions if people

have medical issues. You can imagine the standard of care is different in other countries than it is in the United States. Very often we get people who have medical conditions, and I try to facilitate getting them into local care or making a decision that they have to be evacuated medically to the United States for care.

Q. Does the embassy in El Salvador have the capacity to see patients?

A. Yes.

Q. Who are your patients?

A. I see all of the America direct hire employees and their dependents. I also see local employees that get injured on the job that have occupational health concerns.

Q. So if an American assigned to the embassy and/or their family have orders to the embassy, would they be under your patient umbrella?

A. Yes.

Q. In addition to the other individuals you might see who work in the embassy?

A. Yes.

Q. What kind of ailments do you generally treat out of the embassy?

A. I would say that we're like an urgent care. So pretty much the things that most people would go to see a primary care provider for.

**Q.** And what would that be?

**A.** Gastrointestinal issues, flus. If it's more serious than that, help them get in the local system, get hospitalized locally.

**Q.** Do you have the ability to take care of minor ailments out of the embassy?

**A.** Yes.

**Q.** Dispense medications?

**A.** Yes.

**Q.** Does that include controlled substances?

**A.** Yes.

**Q.** Do you provide physicals?

**A.** Yes.

**Q.** Preventive care?

**A.** Yes.

**Q.** What kind of preventive care?

**A.** Everybody overseas has to have a clearance to be overseas, so facilitate keeping them in a status so they can serve out of the country, medically cleared to be out of the country.

**Q.** Is it like a family practice?

**A.** Like an urgent care, yes.

**Q.** Do you support embassies and consulates in the other countries?

**A.** Yes.

**Q.** Are all those embassies and consulates, are they staffed with a doctor like yourself or by other medical individuals?

**A.** I'm regional, and the other embassies usually have a nurse practitioner or a local hire physician that is in there and I oversee them.

**Q.** And do you provide support to the nurse practitioners?

**A.** Yes.

**Q.** And what kind of support do you provide?

**A.** We concur on cases. I mean, they are good at doing basic primary care, but oftentimes if they get something complicated or they want to review it with a physician, they'll contact me.

**Q.** You mentioned something about if an individual has to go to a hospital. Are you equipped to handle patients or see patients who require hospitalization out of the embassy?

**A.** We try to use local services. In most countries there's a good quality hospital. But if what the need of the patient is exceeds that, we will either put them on a commercial flight back to the United States or in severe situations we'll arrange an air ambulance to ship the person out.

**Q.** On those individuals who are not shipped out but are actually admitted to a local hospital that is approved

by the embassy, what kind of role do you play with that particular person who is also responsible -- for whom you're responsible?

A.     I would say I do a lot of hand-holding.  In a lot of countries in my region, English is not the primary language.  So we have a bilingual staff that helps translate with the local health care system.  And also I review all labs and concur with the local physicians on what the treatment plan is for our patients.

Q.     When you say hand-holding, can you describe what you mean by that?

A.     I review all the lab work.  We discuss in detail what they're planning to do.  Oftentimes if I disagree or don't think the standard of care is good, then I'll arrange to have the person transported back to the United States.

Q.     Do you form a liaison function if you will with the medical professionals in the host country?

A.     Yes.

Q.     And provide care and comfort for the patients that might be in a hospital in the host country?

A.     Yes.

Q.     Where else have you been posted with the State Department?

A.     I've been posted in Pakistan, Saudi Arabia, Taiwan, Mexico, Washington D.C. and El Salvador.

**Q.** In the similar capacity that you just testified about?

**A.** Yes.

**Q.** Where were you employed before the Department of State?

**A.** I worked for the U.S. Department of Indian Health Services.

**Q.** Where were you employed, Doctor, in February of 2011?

**A.** I was the Regional Medical Officer at the U.S. embassy in Mexico City.

**Q.** Was scope of responsibilities at the embassy in Mexico similar to the scope of responsibilities you just testified about in El Salvador?

**A.** Yes, sir.

**Q.** Essentially primary care facility?

**A.** Yes.

**Q.** I'd like to invite your attention to February 15th, 2011. Do you remember that day?

**A.** Very well.

**Q.** Were you working out of the U.S. embassy in Mexico City?

**A.** Yes, sir.

**Q.** Did it start off as a normal day?

**A.** Yes.

**Q.** Did you have the opportunity to slip out for lunch?

**A.** Yes.

**Q.** Upon your return, had the environment changed?

**A.** Substantially.

**Q.** Can you explain how it changed?

**A.** Yes. You could tell as soon as I came back into the building that there was a lot more activity, and just the sense that something wasn't right.

**Q.** Were you greeted by your staff?

**A.** Yes.

**Q.** Were you able to consult with your staff briefly or quickly?

**A.** Yes. My staff had informed me that ambassador's office was reaching out and wanted me to contact them as soon as possible. I was also made aware of slightly that there was a situation with an injury, and the spouse involved, that some of the nurses had gone up to attend to that person.

**Q.** At that point in time, can you share with us the scope of your understanding as to what occurred?

**A.** I didn't have a deep understanding. I talked to the front office, was basically told there was some situation where there was probable injuries. They wanted me to go with a team of people from the embassy to investigate.

**Q.** When you say you received a call from the front office, do you recall who called you?

**A.** Yes, the Deputy Chief of Mission who was John Feeley.

**Q.** And what was the Deputy Chief of Mission's job at the embassy?

**A.** The ambassador is the number one position, the deputy is the assistant -- the primary, the second in command. The vice president I'd say.

**Q.** He runs the day-to-day operations?

**A.** Yes.

**Q.** He gave you a call?

**A.** I called him.

**Q.** You called him?

**A.** Yes.

**Q.** Were you able to get an overview from the Deputy Chief of Station (sic)?

**A.** Very brief.

**Q.** Did you get a direction from the Deputy Chief of Station (sic)?

**A.** Yes, I was --

**Q.** Mission, I'm sorry.

**A.** Yes. I was told to gather myself, and there was an assembly point and was basically told there was going to be a response team.

**Q.** Where was the assembly point?

**A.** At the motor pool at the embassy.

**Q.** And did you proceed to the motor pool?

**A.** Yes.

**Q.** At that point in time did you have a concept or idea of what you were going to be doing and where you were going to be going?

**A.** No.

**Q.** Did you muster alone or were there others with you?

**A.** There was other people with me, yes.

**Q.** Do you recall how many?

**A.** I'm going to say eight.

**Q.** Were they from the embassy or outside the embassy?

**A.** From the embassy.

**Q.** Do you recall what roles they served inside the embassy?

**A.** I mostly remember the regional security officers.

**Q.** Where were you all taken?

**A.** We were taken by van to a Mexican police office that had a heliport.

**Q.** In Mexico City?

**A.** Yes.

**Q.** When you arrived at the police station, were you transferred to another type of transportation?

**A.** Yes, to a helicopter.

**Q.** All nine of you?

**A.** Yes.

**Q.** Where did the helicopter take you?

**A.** To San Luis Potosi.

**Q.** How long was that flight?

**A.** Two hours.

**Q.** Did the helicopter take you directly to the hospital or did it stop along the way?

**A.** It didn't come to a complete stop but it -- there was a section of freeway that the helicopter slowed down and circled and several people got off.

**Q.** Do you recall what time of day it was?

**A.** Dark, 6:30, 7:00 p.m.

**Q.** Did you stay on the helicopter or did you get off?

**A.** I stayed on.

**Q.** Could you see out the windows or the door of the helicopter?

**A.** Yes.

**Q.** What did you see?

**A.** A lot of stopped traffic, and could barely make out that there was some kind of a vehicle on the side of the road. But it was very dark.

**Q.** How long did the helicopter hover over that area?

**A.** Twenty minutes.

Q. And you stayed on the helicopter the entire time?

A. Yes.

Q. Where did the helicopter fly from there?

A. To a police station in San Luis Potosi.

Q. Did you get off the helicopter at that point?

A. Yes.

Q. And did you get on another type of transportation?

A. Yes, I got in a Mexican federal vehicle.

Q. And where did that vehicle take you?

A. To the hospital in San Luis Potosi.

Q. Were you alone?

A. No, I had two other people with me.

Q. Do you recall who they were?

A. I believe they were the security officers.

Q. When you arrived at the hospital, do you recall what time that was?

A. I believe it was about 8:00 p.m.

Q. Can you describe the scene at the hospital?

A. A lot of security, both outside and eventually when I got into the hospital. And then the floor where my patient was, there was a lot of police.

Q. Who was your patient?

A. One of the persons, Victor, involved in the shooting.

Q. And when did you learn that Victor was to be your

patient when you arrived to the hospital?

**A.** When I got to the hospital, I was greeted by an English speaking physician, and she gave me an overview of the situation.

**Q.** So you had the opportunity to talk to the Mexican medical staff?

**A.** Yes.

**Q.** And they gave you an overview. What did you learn from that overview?

**A.** I learned that there were two patients, two people who had been brought to the hospital. One person had been pronounced, the other person had sustained injuries. I had a chance to review some of the imaging studies that were done, some of the lab work that was done.

**Q.** Were you familiar with the individual Victor Avila?

**A.** Not well. I mean, I don't specifically have a recall prior.

**Q.** Were you familiar with the person named Jaime Zapata?

**A.** No.

**Q.** What did you learn about Victor's condition?

**A.** I learned that he had been shot, and that he had an injury that was felt to be stable.

**Q.** And did you learn anything about the scope of the

damage regarding the injury?

**A.** I learned that he had a retained fragment, bullet fragment. And it was felt that he didn't have any compromised circulation or hadn't done any damage to bone.

**Q.** Did you learn where he was shot, what part of his body?

**A.** In his leg.

**Q.** Do you remember which one?

**A.** Left leg.

**Q.** Were there any -- did you learn of any vascular damage that had occurred?

**A.** I believe there was the thought that there wasn't any vascular damage.

**Q.** Bone damage?

**A.** No bone damage.

**Q.** Any neurological damage?

**A.** At the time it was felt no.

**Q.** Do you learn whether surgery was required at that time?

**A.** I was told surgery would do more harm than good.

**Q.** Did you also learn about the status or the existence of Special Agent Jaime Zapata?

**A.** Yes, I did.

**Q.** And what did medical staff tell you about Special Agent Jaime Zapata?

**A.** They told me that he had not survived. They told me that after I had time to visit with Victor, that I would be allowed to go down to the morgue area.

**Q.** Did you have the opportunity to check on Special Agent Avila?

**A.** Yes, sir.

**Q.** Where was he?

**A.** In the morgue.

**Q.** Special Agent Avila?

**A.** Oh, I'm sorry, in his hospital room.

**Q.** And when you walked in was he conscious?

**A.** Yes, he was conscious. He seemed happy to see the group. And he was talking on his cellphone I believe to his spouse.

**Q.** How did he look to you?

**A.** He looked a little shaken.

**Q.** Had he already received the medical treatment by the time you arrived?

**A.** Yes.

**Q.** What did you see?

**A.** He was -- had his leg elevated. His wound had already been dressed.

**Q.** Did you have a chance to visit with him?

**A.** Yes.

**Q.** Were you able to determine whether he was resting

comfortably?

**A.** I would say he was resting. I can't say he was resting comfortably. He wasn't in any pain.

**Q.** How would you describe him?

**A.** He was shaken.

**Q.** Did you give him any medication?

**A.** At some point I gave him -- I did bring some medicine with me. I asked him if he wanted something, and I gave him a Xanax.

**Q.** Did you provide any medical treatment or had that treatment been provided by the Mexican physicians?

**A.** I did not provide direct patient care, he had already been stabilized.

**Q.** What was your assessment of the care he received from the local medical staff?

**A.** I thought he got excellent care.

**Q.** After assessing Victor's condition and providing him with a Xanax, did you have an opportunity to check on Special Agent Jaime Zapata?

**A.** Yes.

**Q.** Where did you go in the hospital to check on Special Agent Jaime Zapata?

**A.** I was taken downstairs to what I'll call the morgue.

**Q.** And when you were in the morgue -- you walked in

the morgue?

A. Yes.

Q. And what did you see?

A. I saw his body on a gurney.

Q. Did you observe Special Agent Zapata's body before or after an autopsy?

A. Before.

Q. What did you observe?

A. He was disrobed. I was with one of the security people. I did not touch him. I did walk around. I did notice that his clothes were lying next to him. And what most impressed me was that they were just completely saturated in blood.

Q. So he was disrobed, his clothes were next to him?

A. Yes, his clothes were on the tile next to him.

Q. And you noticed what about the clothing?

A. They were saturated.

Q. With?

A. With blood.

Q. How did Special Agent Zapata look to you?

A. He was very pale. And as I say, I didn't do -- I didn't touch him. But I could see that there were some visible injuries on the body.

Q. Did you observe any large wounds on Special Agent Zapata?

**A.** Yes, he had a large wound on his left inner thigh.

**Q.** Was it clear to you that Special Agent Zapata was deceased?

**A.** Yes, sir.

**Q.** Did you leave Special Agent Zapata in the care of the Mexican authorities?

**A.** Yes.

**Q.** And did you make your way back to Special Agent Avila's room?

**A.** Yes, sir.

**Q.** Did you make any effort when you got back to Special Agent Avila's room to ask him what happened?

**A.** Only to ask if he was in pain or if he was comfortable. I didn't ask details about the event.

**Q.** Did you help arrange transfer for Special Agent Avila to the United States?

**A.** Yes.

**Q.** And what steps did you take to do that?

**A.** I had some phone discussion with the -- again the Deputy Chief of Mission in Mexico City just to give a status of what was going on from my perspective. And at some point, I got a notification that an aircraft was being made available to transport.

**Q.** Was Special Agent Avila medically stable enough to travel to the United States from Mexico?

**A.** Yes, sir.

**Q.** And how was he transported from Mexico to the United States?

**A.** By fixed-wing aircraft.

**Q.** Was he ambulatory to the point where he could put weight on his left leg?

**A.** He could hobble. He could put some weight, not full weight.

**Q.** Was he assisted?

**A.** Yes.

**Q.** And did you help with that assistance?

**A.** Yes.

**Q.** When the -- on the flight from Mexico to the United States, was he sitting down -- sitting up or lying down?

**A.** Lying down.

**Q.** And you maintained his comfort?

**A.** Yes.

**Q.** When you arrived at the United States, where did you go?

**A.** I believe we went to Hobby, went to the airport in Houston.

**Q.** And when you arrived in Houston, what happened?

**A.** We were greeted by a motorcade which included an ambulance.

**Q.** And where that motorcade take you to?

**A.** To the trauma center.

**Q.** And the trauma center known as Ben Taub Hospital?

**A.** Yes.

**Q.** At Ben Taub Hospital, what happened?

**A.** At the hospital, again the hospital staff met the transport ambulance. And at that time I had a chance to brief the physicians that were taking control. And I had also brought copies of his medical records and his imaging which I gave to them.

**Q.** You brought copies of the medical records from the hospital in San Luis Potosi?

**A.** Yes.

**Q.** Do you recall what those medical records were?

**A.** CAT scan report, X-ray, lab work.

**Q.** All the work that was done on Special Agent Avila?

**A.** Yes.

**Q.** And did you pass those reports and records on to the doctors at Ben Taub Hospital in Houston?

**A.** Yes, sir.

**Q.** After making that transfer or the hand off, what happened to you, where did you go?

**A.** They took me back to the airport and I flew back to Mexico City commercially.

**MR. KARPEL:** Thank you. Pass the witness, Judge.

THE COURT: Any questions?

MR. FEITEL: Your Honor, we have no questions.

MS. AMATO: No, thank you.

THE COURT: You can step down, Doctor, thank you. Next witness.

MR. CAMPOAMOR-SANCHEZ: Your Honor, the Government calls Mrs. Zapata to the stand.

DEPUTY CLERK: Do you solemnly swear or affirm that the testimony you shall present to the Court and the jury will be the truth, the whole truth and nothing but the truth?

THE WITNESS: Yes.

DEPUTY CLERK: You can be seated.

DIRECT EXAMINATION OF PLAINTIFF'S WITNESS: MARY ZAPATA

BY MR. CAMPOAMOR-SANCHEZ:

Q. Good afternoon.

A. Good afternoon.

Q. Can you please introduce yourself to the jurors by telling them your name and spelling it for the record.

A. My name is Mary Zapata, M-A-R-Y, Z-A-P-A-T-A.

Q. And I might get in trouble for asking you this, but do you mind telling us your age, how old are you?

A. I'm 66 years old.

Q. Ms. Zapata, without telling us your exact address, can you tell the ladies and gentlemen of jury where do you

live?

    **A.**    I live in Brownsville, Texas bordering Matamoros, Mexico and South Padre Island.

    **Q.**    How long have you lived in Brownsville?

    **A.**    I've lived there all my life.

    **Q.**    Is that where you grew up?

    **A.**    Yes, that's where I was raised and grew up.

    **Q.**    And I think you mentioned is Brownsville on the border with Mexico?

    **A.**    Yes, it borders Matamoros.

    **Q.**    And Matamoros would be the Mexican city that's on the other side of the border?

    **A.**    That is correct.

    **Q.**    Are you currently employed?

    **A.**    I'm retired.  I worked for the Department of Human Services for 20 some years.

    **Q.**    How long did you work for the Department of -- Human Services did you say?

    **A.**    Yes.

    **Q.**    How long did you work for the Department of Human Services?

    **A.**    Twenty years.

    **Q.**    What did you do for the Department of Human Services in Texas?

    **A.**    Pardon?

**Q.** What did you do for the Department of Human Services?

**A.** I was secretary. I worked as a secretary for child abuse, protective services.

**Q.** And so now that you're retired --

**THE COURT:** Can you pull that microphone over a little closer so the jury can you hear you. Thank you.

**BY MR. CAMPOAMOR-SANCHEZ:**

**Q.** Now that you're retired, how do you keep yourself busy?

**A.** I do a lot of garden work. And I take care of my grandson, I provide care for him. He's three years old. He brings joy back to my life.

**Q.** Mrs. Zapata, are you married?

**A.** I've been married 46 years.

**Q.** And what is your husband's name?

**A.** His name is Emmanuel Zapata, he's seated right there.

**Q.** You motioned that he's here with you today?

**A.** Yes, he's here with us.

**Q.** And do the two of you have children together?

**A.** Yes, we were honored with five sons.

**Q.** Five boys?

**A.** Five boys.

**Q.** What are their names?

**A.** Their names are Amador Tesaro, III. I have a pair of identical twins, Carlos Zapata, Jose Zapata. My youngest one is Eric William Zapata. And of course my second was Jaime.

**Q.** What was his middle name?

**A.** Jorge.

**Q.** Did all of your boys grow up in Brownsville, Texas?

**A.** All of them, yes.

**Q.** And do any of your children work in law enforcement?

**A.** Yes, my oldest son works for CBP, he's internal affairs. And my second and third which are the twins, they work for ICE. And one of them is on -- doesn't work directly with ICE, but he's contracted with ICE.

**Q.** When you say CBP, is that Customs Border --

**A.** Protection, yes.

**Q.** Let me show you first what I have marked as Government's Exhibit 1. They've been previously shown to defense counsel.

May I approach?

**THE COURT:** Yes.

**BY MR. CAMPOAMOR-SANCHEZ:**

**Q.** Ms. Zapata, you recognize what is Government's Exhibit 1, right?

**A.** Yes.

**Q.** And it's a photo of who?

**A.** My second son Jaime Jorge Zapata.

**Q.** Is that a fair and accurate representation of what your son Jaime Jorge looked like as an adult?

**A.** Yes. That was probably a few years before his passing.

**MR. CAMPOAMOR-SANCHEZ:** Your Honor, we would move Government Exhibit 1 into evidence.

**MS. RHEE:** Without objection, your Honor.

**THE COURT:** Received.

(Government Exhibit 1 admitted into evidence)

**BY MR. CAMPOAMOR-SANCHEZ:**

**Q.** Mrs. Zapata, can you tell us, what is the occasion on which this picture was taken?

**A.** He was graduating from Homeland Security.

**Q.** When you say he was graduating, is that when he became an agent for Homeland Security?

**A.** Yes, that was when he passed his training and it was the ceremony for the awards.

**Q.** And is Immigration and Customs Enforcement part of Homeland Security?

**A.** Yes.

**Q.** Now, when was it that your son Jaime became an ICE special agent?

**A.** My son first became border patrol in -- I believe it was 2004 for about two years. And he also applied for Homeland Security, and they called him about -- they called him and he was hired with them in -- I believe it was 2007.

**Q.** And you just mentioned by telling us that prior to joining ICE as a special agent he also worked for CBP?

**A.** He worked for border patrol.

**Q.** And where was he stationed when he was working for the border patrol?

**A.** Yuma. Yuma, Arizona I believe.

**Q.** So on the border as well?

**A.** Yes.

**Q.** Did Jaime go to college before --

**A.** Yes.

**Q.** -- joining CBP?

**A.** Jaime went to college in Brownsville, San Antonio, and then returned back to Brownsville and he got a degree in criminal justice.

**Q.** So I'm sorry, he started his college career I guess in San Antonio?

**A.** First he started in Brownsville, you know, the basic two year. And then he went to San Antonio for another couple of years. But he didn't get his degree from there, he got it from the University of Texas in Brownsville.

**Q.** So he ultimately returned to Brownsville and

that's where he got his degree?

**A.** Yes.

**Q.** What was his degree in?

**A.** Criminal justice.

**Q.** And so as of early 2011, where was Jaime assigned?

**A.** Jaime was assigned to the Laredo office.

**Q.** That's in Laredo, Texas?

**A.** Laredo, Texas, another border city.

**Q.** Do you know which Mexican city is across the border from Laredo?

**A.** Yes, it's Nuevo Laredo.

**Q.** And approximately how far is that from Brownsville?

**A.** It's about two hours from Brownsville.

**Q.** Now, do you know what kind of cases or matters he worked on as an ICE special agent?

**A.** I know he worked on drug smuggling and enforcing immigration law.

**Q.** Okay. Do you know if he was part of any specific unit at ICE?

**A.** Yes, they have units in different areas, and he was in that area, drug smuggling.

**Q.** Do you know if he enjoyed his work as an ICE special agent?

**A.** Jaime loved his job, yes. He loved

investigations.

**Q.** How do you know that he enjoyed his work?

**A.** Because at one time he was stationed in Brownsville, and I told him, "Hey Jaime, let's go to lunch." He says, "Mom, I can only take 30 minutes because I need to get back to work." You know, work was his thing. He wanted his coworkers to know that he had completed his task that was assigned to him.

**Q.** And Mrs. Zapata, in early 2011, did Jaime's assignment change in some way?

**A.** Yes, he was assigned on a three month -- it was a special task to go to the embassy in Mexico City.

**Q.** Do you know why he was assigned on temporary duty?

**A.** I know he volunteered. They were rotating employees and he volunteered. He wanted to volunteer for that.

**Q.** Do you know what kind of work he was supposed to be doing in Mexico?

**A.** He mentioned that he was going to be doing intel. So we talked about it, and he said he was going to be doing investigations through the computer, going to the banks I guess getting information from banks, going to the courthouse. He was going to be -- we talked about security, and he said, "Well, I'll be in an armored vehicle." And I said, "Well, he'll be safe."

**Q.** Do you know approximately when he arrived in Mexico?

**A.** He arrived, it was early February of 2011.

**Q.** Was there a particular reason that he wanted to go to Mexico or that he volunteered for this job?

**A.** Yes, he had plans of moving to San Antonio because his girlfriend was going to go to dental school. So he wanted to get -- to put that on his resume that he had that experience.

**Q.** And I believe you told us, but to be clear, how long was he supposed to be in Mexico?

**A.** He was supposed to be three months.

**Q.** When was the last time you spoke to Jaime?

**A.** I spoke to Jaime about two days before.

**Q.** And was everything going well?

**A.** Yes, he was -- he really liked Mexico. He said -- I told him, you know, when you're there, make sure that you travel to the pyramids and to all these nice -- Mexico has beautiful sites. Get a tour, go with your coworkers and make sure that you have the opportunity to visit while you're there.

**Q.** Was he -- from your conversations with him, was he enjoying his time in Mexico?

**A.** He was enjoying it. He said the people there were very friendly, the food was excellent. He just loved it.

But the only thing that he said was that there was too much socializing, like he hadn't gotten down to doing his tasks because they'd take breaks and then they'd go to lunch and then they'd have another break. And I told him that that was the culture in Mexico, you have a lot of breaks. You make a lot of friends. He says, "Because I want to get down to work," because he wanted his brother and coworkers to know that hey, he went and he completed these tasks.

Q. And by his brother, does he mean his older brother?

A. His older brother, yes.

Q. Amador?

A. Amador.

Q. And he also works in law enforcement?

A. Yes, he works in law enforcement.

MR. CAMPOAMOR-SANCHEZ: Thank you, Mrs. Zapata. No further questions.

THE COURT: Any questions?

MS. RHEE: No questions, your Honor.

MS. AMATO: No questions, your Honor.

THE COURT: Thank you, Mrs. Zapata. Next witness.

MR. DiLORENZO: Your Honor, may we approach?

THE COURT: Yes.

(Bench conference)

MR. DiLORENZO: So the next witness would be the

deposition.  It's about a two hour deposition.  I think for -- I think the direct's about an hour and 15 minutes.

**THE COURT:**  Let's get it started anyway, we'll stop at 5:00.

**MR. DiLORENZO:**  Great, okay.

(Open court)

**MR. CAMPOAMOR-SANCHEZ:**  So your Honor, the Government's next week is going to be Manelich Castilla Craviotto.  This is the witness who because of availability issues, we previously took his testimony via deposition and we videotaped that testimony.  With the Court's permission, we would like to begin playing that for the jury.

**THE COURT:**  Yes.  Let me read the jury the instruction on deposition testimony.

Ladies and gentlemen of the jury, a deposition is the sworn testimony given by a witness before trial.  The witness is placed under oath to tell the truth, and lawyers for each party may ask questions.  The questions and answers are recorded by a court reporter.  Here they're going to actually be on the videotape.  The old method of doing this was the -- before videotapes being played in court, was the lawyers would read the questions and a paralegal would sit on the stand and read the answers.  And the jury would get so bored they would all be asleep like flies.

The new method is you actually see it on the

videotape now. And it's much better because you can actually judge the credibility of the witness better because you can see the witness live. Actually, some people tell me that because so many people watch so much television, the testimony might be better on videotape than in real person. Hopefully that's not true, but maybe we've come to that.

In any event, you may consider deposition testimony in the same way you would consider testimony actually given in court. I'll give you further instructions at the end of the trial about how you decide creditability and all those kinds of things.

But when a witness is unavailable -- and in a foreign country they may or may not be available on the schedule that we have in the United States to appear here, so it's not unusual that the witness would testify by deposition. Here the next witness is going to be by deposition. We're going to get it started. It will go past 5:00 o'clock, but we'll stop at 5:00 o'clock. We'll get it started this afternoon, and you'll hear the rest tomorrow morning. You may proceed.

(VIDEO DEPOSITION OF MANELICH CASTILLA CRAVIOTTO WAS PLAYED FOR THE JURY)

**MR. CAMPOAMOR-SANCHEZ:** Your Honor, if I may, we're about to go into exploring all those exhibits. It's not quite 5:00. I wonder if it's an okay place to stop?

**THE COURT:** It's a good place to stop. We'll stop for the day, start back up at 10:00 a.m. tomorrow. No Twitter, tweeting, don't read or listen to any news coverage if there is any about the case. If you see anything, just set it aside, wait until the trial is over. Bring it to my attention if any news coverage comes to your attention so that I can talk to you individually. Don't discuss it with any other juror, but talk to me about it. Have a nice evening, I'll see you all at 10:00 o'clock tomorrow.

(Proceedings adjourned at 4:52 p.m.)

# C E R T I F I C A T E

I, **Jeff M. Hook, CSR, RPR,** certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

_____July 12, 2017_____          _____

**DATE**                          **Jeff M. Hook, CSR, RPR**

# 1

10 [2]   6/12 33/19
100 [1]   40/19
10:00 [2]   81/2 81/9
11 [3]   1/6 4/6 8/5
11:00 a.m [1]   23/24
12 [1]   6/15
120 [1]   28/23
120 kilometers [1]   40/19
1291 [1]   2/4
1301 [1]   1/23
142 [1]   1/4
143 [1]   1/4
145 [1]   1/19
15 [2]   33/19 79/2
156 [1]   37/17
15th [9]   9/17 23/16 23/21
 26/24 27/2 28/19 38/11
 38/25 55/19
160 [4]   27/22 28/2 30/21
 37/17
17 [1]   3/7
1991 [1]   49/13
1:13-cr-142 [1]   1/4
1:13-cr-143 [1]   1/4
1:56 [1]   1/7

# 2

20 [1]   70/16
20001 [1]   2/13
20005 [1]   1/24
20008 [1]   2/4
2002 [1]   49/25
2003 [1]   22/9
2004 [1]   74/2
2005 [1]   8/1
2007 [2]   8/2 74/4
2010 [1]   7/16
2011 [15]   8/9 9/18 17/7
 18/4 18/24 23/8 23/16
 26/24 38/3 38/25 55/9
 55/19 75/5 76/9 77/3
2012 [2]   7/1 7/16
2015 [2]   6/19 7/1
2017 [1]   1/6
205 [6]   4/8 33/20 33/22
 34/12 34/15 34/21
20530 [2]   1/16 1/20
207 [11]   4/9 33/20 35/10
 35/15 35/21 35/24 36/2
 43/18 43/19 43/20 47/18
208 [8]   4/10 31/11 31/12
 31/21 31/24 32/1 41/21
 43/17
209 [10]   4/11 33/21 38/14
 38/16 38/18 38/23 39/3
 39/6 39/15 41/13
21 [1]   3/10
2111 [1]   2/7
22201 [1]   2/8
225 [12]   4/12 27/8 27/10
 27/12 27/24 28/5 28/8
 28/15 30/12 30/16 30/20
 46/7
234 [9]   4/13 32/18 32/21
 32/23 33/3 33/7 33/9 33/11
 41/25
25 [1]   4/7
28 [2]   4/12 24/19
29 [9]   4/7 24/10 24/14
 24/15 24/20 25/2 25/5 25/7
 41/20
2:15 [2]   44/21 44/22
2:15 that [1]   11/20
2:20 [1]   44/22
2nd [1]   1/20

# 3

30 [1]   76/5
31 [1]   4/10
33 [1]   4/13
333 [1]   2/12
34 [1]   4/8
35 [1]   4/9
3509 [1]   2/3
39 [1]   4/11
3:25 p.m [1]   48/5
3:39 p.m [1]   48/6

# 4

400 kilometers [1]   24/6
41 [1]   3/11
46 [2]   3/12 71/15
4700-C [1]   2/13
48 [1]   3/15
4:52 [1]   81/10
4th [1]   1/16

# 5

555 [1]   1/16
57 [9]   16/3 18/4 24/5
 25/25 27/13 28/2 28/11
 39/20 39/23
5:00 [4]   79/4 80/18 80/18
 80/25

# 6

66 [1]   69/23
69 [1]   3/18
6:30 [1]   59/14

# 7

73 [1]   4/5
7:00 p.m [1]   59/14

# 8

8:00 p.m [1]   60/17
8th [1]   2/7

# A

a decision [1]   51/5
A-L-E-X [1]   48/22
a.m [2]   23/24 81/2
ability [1]   52/5
able [12]   15/25 16/17
 16/20 34/20 40/22 42/2
 45/13 47/11 47/19 56/12
 57/16 63/25
about [34]   6/25 14/3 14/8
 14/13 15/19 15/20 16/4
 19/15 30/24 33/16 43/22
 49/1 53/15 55/2 55/14
 60/17 61/22 61/25 62/21
 62/24 65/16 66/14 74/2
 74/3 75/14 76/20 76/23
 77/14 79/1 79/2 80/10
 80/24 81/4 81/8
above [6]   17/25 32/24
 34/25 35/1 35/13 82/5
above-entitled [1]   82/5
abroad [1]   9/11
absolutely [1]   36/23
abuse [1]   71/4
academy [6]   22/18 22/19
 22/20 23/9 38/7 38/8
accurate [3]   10/25 24/23
 73/4
accurately [7]   28/1 31/16
 33/2 33/4 34/6 35/16 38/23
acronym [1]   38/20
across [4]   47/4 47/10
 47/20 75/9
Action [1]   1/3
activities [2]   22/12 22/13
activity [1]   56/8
actual [1]   9/5
actually [13]   27/14 41/22
 41/24 42/8 44/6 44/10
 50/19 53/25 79/20 79/25
 80/2 80/3 80/9
addition [2]   18/24 51/18
additional [2]   34/18 34/18
address [1]   69/24
adjourned [1]   81/10
administrative [2]   11/24
 12/1
admit [7]   25/1 28/4 31/20
 33/6 34/12 35/20 39/2
admitted [10]   11/7 25/5
 28/8 31/24 33/9 34/15
 35/24 39/6 53/25 73/12
adult [1]   73/5
advise [1]   8/21
advisor [1]   7/5
affairs [1]   72/13
affirm [4]   5/9 20/22 48/11
 69/8
after [13]   13/5 14/15 26/6
 26/7 29/8 29/15 32/13 36/4
 39/19 63/2 64/17 65/6
 68/21
afternoon [15]   1/10 5/18
 5/20 11/20 17/5 21/5 21/6
 21/9 41/10 41/11 48/3
 48/19 69/16 69/17 80/19
Afterwards [1]   28/24
again [6]   35/16 39/22
 39/24 46/6 66/19 68/6
Agatha [4]   10/4 12/3 12/9
 12/25
age [1]   69/22
agent [36]   5/8 6/5 6/8
 6/13 7/25 9/24 9/24 10/10
 10/12 11/10 13/2 17/5 19/6
 19/14 19/19 62/22 62/25
 63/5 63/9 64/19 64/22 65/5
 65/20 65/24 66/2 66/5 66/8
 66/12 66/15 66/24 68/16
 73/18 73/25 74/6 75/16
 75/24
agents [9]   7/10 9/21 16/11
 17/8 18/3 18/9 19/9 19/11
 39/12
Aggi [3]   12/3 12/6 12/10
ahead [1]   29/19
aid [5]   14/3 15/3 15/19
 15/22 40/3
aided [1]   1/25
ailments [2]   51/21 52/6
air [1]   53/22
aircraft [2]   66/22 67/4
airport [2]   67/21 68/23

## A

alert [1] 15/15
ALEX [4] 3/14 48/10 48/17 48/22
all [27] 7/7 8/21 8/24 19/18 32/11 35/7 37/2 41/4 45/19 46/17 48/12 50/21 51/11 53/1 54/7 54/12 58/19 59/2 68/16 70/5 72/7 72/9 77/18 79/24 80/11 80/24 81/9
allow [1] 36/18
allowed [1] 63/3
alone [4] 27/3 40/5 58/9 60/11
along [1] 59/9
already [11] 15/14 24/11 31/11 32/17 33/21 38/15 45/19 46/16 63/17 63/22 64/13
Alright [2] 31/1 45/25
also [20] 9/2 9/24 11/10 21/21 22/21 25/17 25/20 26/19 27/8 32/6 35/12 51/12 54/2 54/7 56/16 62/21 68/9 74/2 74/6 78/14
Amador [3] 72/1 78/12 78/13
AMATO [4] 2/6 2/6 3/11 20/12
ambassador [3] 7/6 8/22 57/7
ambassador's [1] 56/14
ambulance [3] 53/22 67/25 68/7
ambulatory [1] 67/5
AMERICA [3] 1/3 50/8 51/11
American [3] 42/24 43/3 51/14
amount [4] 11/23 11/24 12/20 26/12
and/or [1] 51/14
another [10] 9/23 13/2 22/25 25/14 25/17 58/25 60/7 74/22 75/8 78/4
answer [3] 19/24 48/12 50/25
answers [2] 79/18 79/23
Antonio [4] 74/16 74/20 74/22 77/6
any [33] 9/8 9/10 11/18 20/14 28/6 36/22 40/20 41/1 42/19 43/6 43/9 44/8 45/4 62/3 62/4 62/10 62/10 62/13 62/16 64/3 64/6 64/10 65/24 66/11 69/1 72/10 75/19 78/18 80/7 81/3 81/4 81/6 81/8
anybody [1] 45/9
anyone [8] 10/1 26/24 27/2 29/24 29/25 36/17 40/3 40/7
anything [7] 9/5 11/20 28/20 37/19 44/16 61/25 81/4
anyway [1] 79/3
apparently [1] 12/16
appear [1] 80/14
APPEARANCES [2] 1/12 2/1
appeared [1] 29/12

applied [1] 74/2
apply [1] 42/20
approach [6] 10/14 24/8 27/4 31/7 72/21 78/22
approved [1] 53/25
approximate [1] 30/16
approximately [6] 24/5 26/23 33/19 40/19 75/12 77/1
Arabia [1] 54/24
are [55] 5/21 5/25 7/13 9/3 11/24 13/7 14/14 15/13 17/6 17/16 18/8 18/9 18/10 18/14 18/17 19/4 19/8 19/23 21/13 22/5 22/12 24/18 26/2 26/3 27/15 27/16 27/23 28/12 30/8 31/14 32/4 34/10 34/20 34/23 35/12 38/20 38/21 43/22 48/24 50/17 50/20 51/10 53/1 53/1 53/11 53/16 53/24 53/25 69/22 70/14 71/14 71/25 72/1 72/13 79/19
area [16] 14/20 16/19 23/2 24/19 24/24 27/14 27/23 35/13 36/8 36/22 39/12 46/8 46/11 59/24 63/3 75/22
areas [1] 75/21
Arizona [1] 74/10
Arlington [1] 2/8
armor [4] 14/10 17/23 17/24 17/25
armored [19] 14/9 14/12 17/15 17/17 17/22 17/24 18/3 18/8 18/19 19/8 19/23 19/25 29/25 34/25 36/18 40/10 40/16 44/16 76/24
around [5] 33/1 36/23 36/25 44/21 65/10
arrange [3] 53/22 54/14 66/15
arrived [9] 37/10 58/24 60/15 61/1 63/18 67/19 67/23 77/1 77/3
as [49] 8/16 9/5 10/10 11/10 11/16 13/11 14/18 17/5 17/22 19/3 19/6 22/7 22/10 22/15 22/24 24/14 26/6 28/10 28/19 29/22 30/3 31/17 32/19 35/16 35/17 35/22 39/23 40/6 41/24 42/23 47/19 47/23 50/6 55/24 56/7 56/7 56/15 56/16 56/21 65/21 68/3 71/3 72/18 73/5 74/6 74/11 75/5 75/16 75/23
ascertain [1] 13/25
aside [1] 81/5
ask [6] 10/18 44/18 66/12 66/13 66/14 79/18
asked [2] 19/22 64/8
asking [2] 13/21 69/21
asleep [1] 79/24
assembly [2] 57/24 58/1
assess [2] 15/18 19/22
assessing [1] 64/17
assessment [1] 64/14
assets [1] 9/15
assigned [7] 50/10 51/14

75/5 75/6 76/8 76/11 76/13
assignment [6] 6/7 6/11 6/17 6/18 7/25 76/10
assignment's [1] 6/11
assist [2] 8/21 11/14
assistance [3] 36/18 37/18 67/11
assistant [4] 7/14 8/13 8/16 57/8
assisted [1] 67/9
associated [1] 39/10
assume [1] 18/12
at [95]
attempted [1] 12/19
attend [1] 56/18
attention [9] 8/9 9/17 11/19 23/15 29/10 29/11 55/18 81/6 81/6
Attorney's [1] 1/14
August [6] 7/1 7/1 7/16 7/16 8/1 8/2
August 2005 [1] 8/1
August 2007 [1] 8/2
August 2012 [2] 7/1 7/16
authorities [1] 66/6
autopsy [1] 65/6
availability [1] 79/9
available [2] 66/23 80/13
Ave [1] 2/3
Avenue [2] 1/23 2/12
Avila [13] 10/6 10/7 10/24 11/1 13/6 13/17 19/19 61/16 63/5 63/9 66/16 66/24 68/16
Avila's [3] 10/4 66/9 66/12
awake [2] 15/6 15/6
awards [1] 73/20
aware [2] 42/23 56/16
away [6] 14/23 16/5 23/19 37/5 40/12 40/21

## B

B-L-A-N-C-O [1] 37/13
back [32] 13/18 14/7 15/1 15/2 15/8 15/10 15/18 15/22 16/4 18/4 18/24 19/13 30/25 32/14 33/17 35/1 36/5 41/19 42/7 45/13 48/6 53/21 54/15 56/7 66/8 66/11 68/23 68/23 71/13 74/17 76/6 81/2
background [2] 11/15 49/2
backgrounds [1] 11/17
bad [2] 13/13 13/22
Baghdad [1] 6/20
BALLANTINE [1] 1/14
Bankruptcy [1] 2/12
banks [2] 76/21 76/22
barely [1] 59/21
basic [2] 53/12 74/22
basically [3] 19/9 56/23 57/24
basis [1] 50/25
be [45] 5/11 5/14 9/24 10/11 17/14 18/7 20/9 20/23 21/1 22/12 23/18 30/25 33/25 48/15 51/5 51/15 52/1 52/17 52/19 54/20 57/25 58/6 58/7 60/25 61/24 63/3 69/10

## B

be... [18]  69/13 70/11 76/18 76/19 76/20 76/23 76/24 76/25 77/10 77/11 77/12 78/25 79/8 79/20 79/24 80/5 80/13 80/16
beautiful [1]  77/19
became [3]  73/18 73/24 74/1
because [27]  9/11 12/1 15/12 15/15 19/12 29/11 36/8 36/24 39/11 40/15 42/12 42/15 43/24 44/16 45/5 47/8 47/9 76/3 76/5 77/6 78/3 78/6 78/7 79/9 80/1 80/2 80/4
been [21]  6/13 12/13 12/13 13/22 19/15 24/13 26/10 29/12 30/3 35/12 50/13 54/22 54/24 61/11 61/11 61/23 63/22 64/11 64/13 71/15 72/19
before [15]  1/10 21/25 22/15 22/24 26/1 26/10 35/22 55/4 65/5 65/7 73/6 74/13 77/14 79/16 79/21
began [1]  39/22
begin [1]  79/12
behind [1]  35/13
being [7]  13/6 13/17 13/18 18/5 50/3 66/22 79/21
believe [15]  15/2 17/10 17/21 18/17 19/17 19/21 60/14 60/17 62/12 63/13 67/21 74/1 74/4 74/10 77/10
below [1]  35/6
Ben [3]  68/3 68/5 68/19
Bench [1]  78/24
best [1]  16/5
better [4]  13/13 80/1 80/2 80/5
between [8]  23/25 24/6 25/21 28/24 30/13 30/23 33/17 50/22
beyond [1]  17/19
bilingual [1]  54/6
bit [2]  30/4 49/1
Blanco [4]  37/12 37/14 37/15 39/19
blast [1]  20/2
blood [5]  14/4 14/6 15/23 65/13 65/19
blue [10]  29/1 29/1 31/16 32/3 35/16 36/4 36/16 38/10 38/24 39/15
board [3]  49/5 49/14 49/15
body [6]  17/23 17/24 62/6 65/4 65/5 65/23
bodyguard [1]  7/20
bomb [1]  8/8
bone [3]  62/4 62/14 62/15
border [9]  70/9 70/12 72/16 74/1 74/7 74/9 74/11 75/8 75/10
bordering [1]  70/2
borders [1]  70/10
bored [1]  79/24
boss [1]  9/22
both [3]  42/5 42/6 60/19

bottom [1]  25/11
Boulevard [1]  2/7
boys [3]  71/23 71/24 72/7
break [2]  30/4 78/4
breaks [2]  78/3 78/5
brief [2]  57/18 68/8
briefly [2]  46/2 56/12
bring [3]  11/13 64/7 81/5
brings [1]  71/13
brother [4]  78/7 78/9 78/10 78/11
brought [3]  61/11 68/9 68/11
Brownsville [12]  70/2 70/4 70/8 72/7 74/16 74/17 74/21 74/24 74/25 75/13 75/14 76/4
BS [1]  49/6
budgeting [1]  8/25
build [2]  9/12 9/14
building [1]  56/8
buildup [1]  9/1
bullet [9]  17/25 30/2 32/2 32/6 32/9 34/3 34/19 35/5 62/2
bullet-resistant [1]  17/25
bulletproof [5]  17/12 18/25 19/4 19/16 45/6
bullets [1]  29/12
busses [1]  26/19
busy [1]  71/10
but [40]  5/11 7/12 10/8 16/2 16/9 16/23 18/11 20/24 27/17 29/20 29/25 32/6 36/7 36/9 36/18 37/18 38/12 40/11 42/8 43/14 44/9 44/15 45/21 45/23 53/12 53/19 53/24 59/10 59/23 65/22 69/10 69/22 72/15 74/23 77/10 78/1 80/6 80/12 80/18 81/8

## C

C-A-S-T-I-L-L-O [1]  29/6
C-R-A-V-I-T-T-O [1]  29/7
California [1]  48/25
call [13]  5/3 5/6 5/8 12/11 16/24 23/15 29/20 36/9 45/13 48/7 57/1 57/12 64/23
called [11]  7/13 12/3 13/2 14/18 45/15 45/17 57/2 57/13 57/14 74/3 74/3
calls [6]  11/24 12/2 20/18 40/20 48/10 69/7
came [3]  20/4 36/5 56/7
Campoamor [1]  3/18
Campoamor-Sanchez [1]  3/18
can [49]  6/6 10/13 11/25 12/6 12/10 13/8 13/11 14/19 15/4 15/13 16/5 17/13 18/19 19/18 20/16 21/1 22/13 25/23 27/19 29/3 30/19 30/25 32/4 33/12 35/11 36/1 39/14 41/13 46/7 48/4 48/15 49/1 51/1 52/18 54/10 56/6 56/20 60/18 69/4 69/13 69/18 69/25 71/6 71/7 73/14 76/5 80/1 80/3 81/7
can't [9]  14/6 14/21 14/24 14/24 15/8 15/23 15/24 18/5 64/2
can't say [1]  64/2
cannot [2]  15/2 19/5
capacity [4]  6/4 8/11 51/7 55/1
car [12]  14/10 14/12 16/1 18/15 18/21 27/2 29/24 30/6 30/7 36/15 47/6 47/7
care [23]  49/17 50/5 50/8 51/1 51/5 51/6 51/23 51/25 52/5 52/14 52/16 52/22 53/12 54/7 54/14 54/19 55/16 64/12 64/14 64/16 66/5 71/11 71/12
career [1]  74/19
Carlos [1]  72/2
carry [2]  22/12 26/18
cars [3]  40/13 40/13 40/16
case [2]  9/14 81/4
cases [2]  53/11 75/15
Castilla [5]  37/20 37/22 38/6 79/8 80/21
CAT [1]  68/15
caught [2]  29/10 29/11
caveat [2]  31/15 34/11
CBP [4]  72/12 72/16 74/6 74/15
cellphone [1]  63/13
center [4]  33/11 46/8 68/2 68/3
Central [1]  50/7
ceremony [1]  73/20
certain [2]  11/14 17/13
certified [4]  23/18 49/5 49/14 49/15
certify [1]  82/3
chance [3]  61/13 63/23 68/7
change [1]  76/10
changed [2]  56/4 56/6
charge [2]  6/22 9/2
check [3]  63/4 64/18 64/21
chief [6]  6/19 57/3 57/5 57/17 57/19 66/20
child [1]  71/4
children [2]  71/21 72/10
circled [4]  25/10 25/14 25/17 59/12
circulation [1]  62/4
citizenry [1]  22/4
city [29]  16/3 23/7 23/17 23/24 24/1 24/4 24/7 25/10 25/11 25/12 25/14 25/15 25/17 25/18 25/21 26/4 26/7 26/22 28/20 28/22 55/11 55/22 58/22 66/20 68/24 70/11 75/8 75/9 76/12
clarify [1]  26/3
classes [3]  17/17 22/18 23/9
clear [2]  66/2 77/10
clearance [1]  52/17
cleared [1]  52/19
clicked [1]  14/15
clinic [1]  50/6
Clinton [1]  7/22
close [2]  30/21 37/16
closed [2]  45/2 45/5
closer [2]  42/3 71/7

# C

clothes [3]   65/11 65/14 65/15
clothing [1]   65/16
colleagues [4]   16/18 40/10 40/14 40/17
college [3]   74/13 74/16 74/19
COLUMBIA [2]   1/1 1/15
Comandante [3]   41/22 42/9 42/15
come [8]   5/4 12/3 12/18 14/7 32/14 34/4 59/10 80/6
comes [4]   12/9 15/17 15/17 81/6
comfort [2]   54/19 67/17
comfortable [1]   66/14
comfortably [2]   64/1 64/3
coming [7]   14/16 16/4 19/10 28/17 32/15 33/17 40/7
command [1]   57/9
commander [5]   37/22 37/24 38/5 40/23 45/15
commercial [1]   53/21
commercially [1]   68/24
common [1]   39/16
commonly [1]   17/22
complete [1]   59/10
completed [3]   49/4 76/7 78/8
completely [1]   65/12
complicated [1]   53/13
compromised [1]   62/4
computer [2]   1/25 76/21
computer-aided [1]   1/25
concept [1]   58/5
concerns [1]   51/13
concur [2]   53/11 54/8
condition [5]   36/6 40/1 40/2 61/22 64/17
conditions [1]   51/4
Condoleezza [1]   7/21
conference [2]   9/23 78/24
confines [1]   17/8
Connecticut [1]   2/3
connection [1]   29/21
conscious [2]   63/11 63/12
consider [2]   80/7 80/8
Constitution [1]   2/12
consul [1]   7/6
consulate [2]   7/2 7/7
consulates [2]   52/23 53/1
consult [1]   56/12
contact [3]   40/23 53/14 56/15
continually [1]   15/19
continue [2]   16/14 29/8
continued [4]   2/1 15/19 36/10 40/6
contracted [1]   72/15
control [1]   68/8
controlled [1]   52/10
conversation [2]   15/25 19/14
conversations [1]   77/22
coordinator [2]   38/1 38/3
copies [2]   68/9 68/11
corner [4]   43/18 43/20 43/22 43/23

correct [58]   8/18 17/15 18/10 21/16 21/18 22/6 23/14 23/20 24/21 24/25 25/9 27/11 28/3 28/18 29/4 29/5 30/15 31/19 32/16 32/20 33/5 33/15 34/9 41/16 41/17 41/22 41/23 42/1 42/4 42/11 42/13 42/14 42/17 42/21 43/5 43/7 43/8 43/21 44/11 44/12 44/14 44/15 44/19 44/20 45/1 45/7 45/10 45/14 45/18 45/22 46/9 46/10 47/2 47/5 47/21 47/25 70/13 82/4
correctly [1]   20/3
corrects [1]   46/21
could [23]   5/18 5/22 6/16 11/19 13/9 21/7 21/11 23/12 26/16 27/1 32/3 32/5 34/18 43/2 45/5 46/16 56/7 59/17 59/21 65/22 67/5 67/7 67/7
couldn't [1]   37/19
counsel [2]   10/17 72/20
countermeasures [1]   9/1
countries [9]   50/18 50/19 50/20 50/21 50/24 51/2 52/24 53/18 54/5
country [13]   7/6 8/24 9/2 9/6 11/23 13/19 26/20 42/20 52/19 52/20 54/17 54/20 80/13
coup [1]   9/6
couple [1]   74/23
course [1]   72/3
court [11]   1/1 1/11 2/11 2/11 5/10 20/23 69/9 79/6 79/19 79/21 80/9
Court's [1]   79/11
courthouse [1]   76/23
Courts [1]   2/12
cover [1]   50/7
coverage [2]   81/3 81/6
coworkers [3]   76/7 77/19 78/7
cr [2]   1/4 1/4
Craviotto [5]   29/2 37/20 37/23 79/9 80/21
Craviotto's [1]   38/6
credibility [1]   80/2
creditability [1]   80/10
crime [2]   1/22 22/14
criminal [5]   1/3 1/18 1/22 74/18 75/4
Cross [5]   3/7 3/11 17/2 23/18 41/8
Cross-Examination [4]   3/7 3/11 17/2 41/8
CSR [3]   2/11 82/3 82/10
culture [1]   78/5
current [3]   6/6 6/11 22/15
currently [4]   6/8 6/11 49/16 70/14
Customs [2]   72/16 73/21

# D

D.C [2]   1/5 54/25
damage [7]   62/1 62/4 62/11 62/13 62/14 62/15 62/16
Dangerous [1]   1/19

dark [5]   29/1 30/1 44/17 59/14 59/23
dark-blue [1]   29/1
DATE [1]   82/10
DAVID [1]   1/21
day [16]   1/10 9/18 10/1 10/4 12/2 26/25 44/19 44/23 50/25 50/25 55/19 55/24 57/10 57/10 59/13 81/2
day-to-day [2]   50/25 57/10
days [1]   77/14
DC [5]   1/16 1/20 1/24 2/4 2/13
DEA [1]   39/12
deadline [2]   9/22 12/1
deceased [1]   66/3
decide [1]   80/10
decision [1]   51/5
deep [1]   56/22
Defendant [2]   2/2 2/5
Defendants [1]   1/7
defense [8]   10/17 24/11 27/8 31/11 32/19 33/21 38/15 72/20
degree [5]   49/10 74/17 74/23 75/1 75/3
del [7]   24/17 25/19 27/14 27/17 36/11 39/21 43/25
dental [1]   77/7
department [16]   1/18 1/22 6/1 22/3 49/18 49/22 49/23 49/24 54/23 55/4 55/6 70/15 70/17 70/20 70/23 71/1
department's [1]   6/9
dependents [1]   51/12
depict [7]   28/1 31/16 33/2 33/4 34/6 35/16 38/23
depicted [6]   24/19 27/9 27/21 27/23 28/11 32/23
depiction [2]   10/25 24/23
deposition [9]   79/1 79/1 79/10 79/14 79/15 80/7 80/16 80/17 80/21
deputy [6]   57/3 57/5 57/8 57/16 57/19 66/20
Des [1]   49/11
describe [8]   13/9 26/12 26/16 26/16 46/7 54/10 60/18 64/4
described [2]   8/11 46/8
describing [1]   36/2
designation [1]   39/17
detail [2]   7/24 54/12
details [1]   66/14
determine [1]   63/25
did [126]
didn't [16]   12/17 16/1 16/2 19/1 29/25 44/25 45/9 45/21 45/23 56/22 59/10 62/3 65/21 65/22 66/14 74/23
Diego [1]   48/25
difference [1]   38/12
different [7]   17/6 17/16 17/16 38/11 50/9 51/2 75/21
difficult [1]   19/13
DiLORENZO [2]   1/13 3/6
diplomat [2]   43/3 43/4

# D

diplomatic [13]   6/14 7/8
 8/4 8/24 9/1 18/20 19/6
 29/13 42/16 42/18 42/23
 42/24 42/25
direct [12]   3/6 3/10 3/15
 3/18 5/15 11/19 21/2 48/16
 50/8 51/11 64/12 69/14
direct's [1]   79/2
directing [2]   8/9 9/17
direction [2]   32/15 57/19
directions [1]   28/25
directly [2]   59/8 72/15
disabled [4]   30/7 30/17
 30/20 31/4
disagree [1]   54/13
disaster [1]   9/5
discuss [2]   54/12 81/7
discussion [1]   66/19
Dispense [1]   52/8
displaying [2]   33/24 33/25
disposal [1]   8/7
disrobed [2]   65/9 65/14
distance [2]   36/19 40/21
distorting [1]   13/24
DISTRICT [5]   1/1 1/1 1/11
 1/15 2/12
ditch [3]   29/12 29/16 30/6
Division [2]   1/18 1/22
do [71]   5/2 5/9 5/13 6/21
 7/4 7/18 8/3 8/19 10/11
 10/19 10/21 18/8 20/22
 21/21 22/10 22/13 24/15
 27/9 29/15 31/12 32/21
 33/23 35/10 36/6 38/16
 39/20 40/14 48/11 48/14
 49/16 50/16 51/21 52/5
 52/12 52/23 53/7 53/10
 54/1 54/4 54/13 54/16
 55/19 57/2 58/12 58/16
 59/13 60/13 60/15 62/8
 62/18 62/20 65/21 66/18
 68/14 69/8 69/22 69/25
 70/23 71/1 71/9 71/11
 71/21 72/10 75/9 75/15
 75/19 75/23 76/2 76/13
 76/17 77/1
do for [1]   71/1
doctor [4]   48/19 53/2 55/8
 69/4
doctors [1]   68/19
document [1]   12/7
does [19]   7/4 7/9 17/11
 26/7 28/1 28/15 30/16
 30/18 31/15 33/2 33/3
 33/14 34/6 35/15 38/23
 50/24 51/7 52/10 78/9
doesn't [2]   17/23 72/14
doing [11]   8/6 9/20 11/12
 23/17 53/12 58/6 76/18
 76/19 76/20 78/2 79/20
don't [12]   16/21 16/23
 18/5 18/7 19/2 19/6 20/8
 45/4 54/14 61/17 81/3 81/7
done [5]   6/10 61/14 61/14
 62/4 68/16
door [6]   19/11 35/1 35/4
 35/14 45/1 59/17
down [27]   15/4 19/9 19/12
 19/13 20/1 20/2 20/4 20/6

20/7 20/7 20/9 20/16 29/17
 30/4 30/24 31/3 32/13 41/4
 48/4 59/11 63/3 67/14
 67/15 67/16 69/4 78/2 78/6
downstairs [1]   64/23
DR [2]   3/14 48/17
Dr. [2]   48/10 48/24
Dr. Alex [1]   48/10
Dr. McFadden [1]   48/24
drafting [1]   9/7
dressed [1]   63/22
drive [1]   14/23
driving [3]   14/21 41/18
 45/6
drove [4]   42/22 43/13
 44/25 45/21
drug [2]   75/17 75/22
Drugs [1]   1/19
duties [1]   22/10
duty [3]   8/10 37/12 76/13
dying [2]   13/23 15/21

# E

each [4]   26/5 26/9 45/23
 79/18
earlier [1]   25/8
early [3]   75/5 76/9 77/3
earthquake [1]   9/6
East [1]   1/20
educational [1]   49/2
effect [3]   17/7 19/24 20/8
effort [2]   16/15 66/11
efforts [1]   16/23
eight [2]   40/15 58/13
either [2]   26/2 53/20
El [7]   50/7 50/10 50/14
 50/17 51/7 54/25 55/14
elevated [1]   63/21
ELITA [2]   2/6 2/6
else [4]   10/1 40/3 40/7
 54/22
EMANUEL [1]   1/6
embassies [6]   7/8 11/13
 50/5 52/23 53/1 53/4
embassy [38]   6/20 7/17
 8/12 8/12 10/9 10/10 10/12
 11/10 12/16 16/4 16/21
 17/7 17/9 39/10 42/19 50/6
 50/10 50/13 50/17 51/7
 51/14 51/15 51/19 51/22
 52/6 53/17 54/1 55/11
 55/12 55/21 56/25 57/6
 58/2 58/14 58/14 58/15
 58/17 76/12
emergencies [1]   9/10
emergency [4]   9/4 9/6
 16/15 18/16
Emmanuel [1]   71/17
employed [6]   5/21 5/25 6/1
 55/4 55/8 70/14
employee [1]   11/14
employees [6]   11/16 11/17
 50/9 51/11 51/12 76/15
employment [1]   6/24
end [4]   12/22 13/9 13/15
 80/10
enforcement [5]   9/9 72/11
 73/21 78/14 78/15
enforcing [1]   75/17
engaging [1]   16/12
English [3]   21/21 54/5

61/3
enjoyed [2]   75/23 76/2
enjoying [2]   77/23 77/24
enough [1]   66/24
entail [1]   50/24
entailed [2]   8/25 50/3
entire [1]   60/1
entitled [1]   82/5
environment [1]   56/4
equipped [1]   53/16
Eric [1]   72/3
Essentially [1]   55/16
establish [3]   9/14 16/13
 16/20
evacuated [1]   51/5
even [1]   40/15
evening [1]   81/9
event [2]   66/14 80/7
eventually [1]   60/19
every [1]   9/13
everybody [2]   15/15 52/17
everything [1]   77/15
everywhere [4]   14/4 14/6
 15/23 17/23
evidence [11]   11/4 11/7
 25/5 28/8 31/24 33/9 34/15
 35/24 39/6 73/9 73/12
exact [1]   69/24
exactly [1]   43/15
Examination [14]   3/6 3/7
 3/10 3/11 3/12 3/15 3/18
 5/15 17/2 21/2 41/8 46/3
 48/16 69/14
example [3]   18/6 18/14
 19/10
exceeds [1]   53/20
excellent [2]   64/16 77/25
excuse [1]   27/20
exhibit [39]   4/5 4/6 4/7
 4/8 4/9 4/10 4/11 4/12
 4/13 10/19 11/7 24/10
 24/14 24/19 25/5 25/11
 27/8 27/10 28/8 31/11
 31/12 31/24 32/18 33/9
 34/15 35/10 35/24 38/23
 39/6 41/13 41/20 41/21
 41/25 43/17 46/7 72/19
 72/25 73/9 73/12
Exhibit 1 [3]   72/19 72/25
 73/9
Exhibit 207 [1]   35/10
Exhibit 208 [4]   31/11
 31/12 41/21 43/17
Exhibit 209 [2]   38/23
 41/13
Exhibit 225 [3]   27/8 27/10
 46/7
Exhibit 234 [2]   32/18
 41/25
Exhibit 28 [1]   24/19
Exhibit 29 [3]   24/10 24/14
 41/20
exhibits [1]   80/24
existence [1]   62/22
experience [3]   7/23 19/3
 77/9
explain [1]   56/6
explaining [1]   20/6
exploring [1]   80/24
explosive [1]   8/7
expression [1]   14/18

## F

F-L-O-R-E-S [1]   21/12
facilitate [2]   51/4 52/18
facilities [3]   7/8 8/25
 9/2
facility [3]   9/3 9/4 55/16
facing [1]   44/10
fails [1]   19/12
fair [4]   10/25 11/24 24/23
 73/4
fairly [6]   28/1 31/16 33/2
 33/3 34/6 35/15
fall [1]   8/10
familiar [6]   17/6 18/11
 24/18 27/23 61/15 61/19
family [6]   49/3 49/4 49/5
 49/15 51/15 52/21
far [2]   37/5 75/12
fast [3]   16/8 16/8 37/9
FBI [1]   15/14
February [14]   8/9 9/17
 23/8 23/16 23/21 26/24
 27/2 28/19 38/3 38/11
 38/25 55/8 55/19 77/3
February 15th [9]   9/17
 23/16 23/21 26/24 27/2
 28/19 38/11 38/25 55/19
federal [13]   16/22 21/10
 22/5 22/7 22/17 22/25 23/3
 23/10 37/25 38/1 40/13
 47/23 60/8
Feeley [1]   57/4
FEITEL [3]   2/2 2/3 3/7
fellow [1]   40/9
felt [5]   14/15 16/10 61/24
 62/3 62/17
few [1]   73/6
field [2]   7/23 8/1
fifteen [1]   37/7
figure [1]   19/21
finally [1]   45/12
find [6]   13/4 13/19 14/6
 15/11 15/23 15/24
fire [1]   14/23
first [17]   7/25 14/3 15/3
 15/19 30/5 31/3 31/17 32/3
 32/13 41/18 41/20 44/2
 48/21 48/22 72/18 74/1
 74/21
five [7]   15/11 26/23 37/9
 40/15 71/22 71/23 71/24
fixed [1]   67/4
fixed-wing [1]   67/4
flew [1]   68/23
flies [1]   79/24
flight [3]   53/21 59/6
 67/13
floor [3]   1/20 2/7 60/20
FLORES [18]   3/9 20/19 21/3
 21/5 21/9 21/13 24/13 25/7
 27/7 28/10 31/10 32/1
 33/11 34/17 41/8 41/12
 46/4 46/6
fluent [1]   16/12
flus [1]   52/2
fly [1]   60/3
food [1]   77/25
force [2]   8/24 23/3
foregoing [1]   82/4
foreign [5]   34/4 37/20

 38/20 42/6 80/13
foreigners [1]   39/9
form [1]   54/16
found [1]   36/20
four [1]   8/13
fragment [2]   62/2 62/3
frantic [1]   13/12
freaking [1]   13/12
freeway [3]   26/17 40/8
 59/11
freight [3]   26/14 26/15
 26/18
friendly [1]   77/25
friends [1]   78/6
front [9]   32/10 32/18
 35/14 38/14 42/6 44/11
 45/3 56/23 57/1
full [1]   67/8
fully [1]   17/24
function [1]   54/16
further [5]   17/1 20/10
 46/1 78/17 80/9

## G

Gang [1]   1/23
GARCIA [2]   1/6 2/2
garden [1]   71/11
Gastrointestinal [1]   52/2
gather [1]   57/23
gave [7]   22/18 57/12 61/3
 61/8 64/7 64/9 68/10
general [4]   7/2 7/6 37/24
 42/18
generally [3]   7/18 8/3
 51/21
gentlemen [6]   5/19 19/18
 21/8 25/23 69/25 79/15
get [47]   11/23 12/7 12/23
 13/2 14/13 14/18 14/18
 14/19 14/19 14/20 15/8
 15/8 15/10 15/25 16/6
 16/15 16/22 19/13 23/25
 26/1 26/1 26/21 36/7 37/8
 42/3 47/6 49/6 51/3 51/12
 52/3 52/3 53/12 57/16
 57/19 59/15 60/5 60/7
 69/21 74/23 76/6 77/8
 77/19 78/6 79/3 79/23
 80/17 80/18
getting [3]   15/3 51/4
 76/22
girlfriend [1]   77/7
give [4]   14/4 64/6 66/20
 80/9
given [3]   27/8 79/16 80/9
glass [3]   34/25 34/25
 36/18
go [21]   9/13 15/1 15/2
 29/19 46/17 51/24 53/16
 56/25 63/3 64/21 67/20
 68/22 74/13 76/4 76/12
 77/4 77/7 77/19 78/3 80/17
 80/24
God [1]   12/25
goes [1]   15/22
going [36]   6/12 12/24 13/4
 13/20 13/21 13/25 14/11
 15/1 16/10 28/23 28/25
 29/3 30/10 31/17 31/17
 34/7 34/8 43/24 46/11
 57/24 58/6 58/7 58/7 58/13

 66/21 76/19 76/20 76/21
 76/22 76/23 77/7 77/15
 79/8 79/19 80/16 80/17
gone [1]   56/18
good [17]   5/18 5/20 17/5
 21/5 21/6 21/9 22/1 41/10
 41/11 48/19 53/11 53/19
 54/14 62/20 69/16 69/17
 81/1
got [12]   12/2 15/5 59/12
 60/8 60/20 61/2 64/16
 66/11 66/22 74/17 74/24
 75/1
gotten [1]   78/2
government [19]   5/6 5/7
 6/24 10/18 11/7 11/16 18/9
 25/5 28/8 31/24 33/9 34/15
 35/24 38/21 39/6 48/7 69/6
 73/9 73/12
GOVERNMENT'S [47]   4/4
 24/14 24/15 24/19 25/2
 25/7 27/7 27/10 27/12
 27/24 28/5 28/15 30/12
 30/16 30/20 31/10 31/12
 31/21 32/17 32/21 32/23
 33/3 33/7 33/11 33/20
 33/22 34/12 34/21 35/9
 35/15 35/21 36/2 38/14
 38/16 38/18 38/23 39/3
 39/15 41/13 41/20 41/21
 41/25 46/6 47/18 72/19
 72/24 79/8
Government's 209 [1]   39/15
GPS [1]   16/1
graduate [1]   49/12
graduating [2]   73/16 73/17
grandson [1]   71/12
Great [1]   79/5
greeted [3]   56/10 61/2
 67/24
grew [3]   21/15 70/6 70/7
group [2]   9/3 63/13
grow [1]   72/7
guard [1]   8/24
Guatemala [1]   50/22
guess [2]   74/20 76/22
gunfire [3]   14/9 14/15
 15/17
gurney [1]   65/4

## H

had [47]   9/22 10/3 12/1
 12/18 16/2 17/14 19/14
 20/5 23/18 29/13 30/3 32/6
 34/3 36/8 37/20 38/11
 39/20 40/21 40/23 56/4
 56/14 56/18 58/21 60/12
 61/5 61/11 61/11 61/12
 61/12 61/23 61/23 62/2
 62/11 63/1 63/2 63/17
 63/21 63/21 64/10 64/12
 66/1 66/19 68/7 68/8 76/7
 77/6 77/8
hadn't [2]   62/4 78/2
hand [17]   19/11 20/21
 25/13 28/13 28/16 30/2
 30/3 30/8 30/9 30/11 32/7
 35/12 35/18 46/19 54/4
 54/10 68/21
hand-holding [2]   54/4
 54/10

# H

handed [2]   16/10 31/10
handle [3]   11/25 12/6
 53/16
happened [7]   9/24 12/25
 20/8 66/12 67/23 68/5
 68/22
happening [3]   15/16 16/25
 19/22
happens [2]   12/14 29/8
happy [1]   63/12
harm [1]   62/20
has [7]   14/16 17/24 22/3
 25/25 52/17 53/15 77/18
have [72]   5/2 5/4 6/10
 6/13 7/10 7/23 9/8 13/18
 13/19 14/17 14/17 16/1
 16/8 17/1 17/23 20/10 22/7
 22/10 22/22 22/25 23/4
 23/8 24/21 26/10 26/24
 29/12 38/14 39/16 41/3
 41/5 41/12 42/15 46/1 47/9
 47/24 49/19 49/22 50/5
 50/13 50/19 50/21 51/1
 51/3 51/5 51/7 51/13 51/15
 52/5 52/17 53/4 54/6 54/15
 54/22 56/1 56/22 58/5
 61/17 62/3 63/4 63/23
 64/18 69/2 70/4 71/21 72/1
 72/18 75/21 77/20 78/4
 78/5 80/14 81/8
having [2]   19/15 45/4
he [153]
he'll [1]   76/25
he's [12]   13/22 14/2 14/2
 14/24 15/7 15/21 71/12
 71/17 71/19 71/20 72/12
 72/15
head [1]   22/3
heading [3]   39/22 39/23
 40/11
health [3]   51/13 54/7 55/6
hear [10]   12/8 12/8 12/20
 13/5 13/5 14/6 14/7 15/4
 71/7 80/19
heard [2]   12/19 13/8
hearing [1]   14/9
heaviest [1]   26/19
heavily [1]   18/3
heavy [2]   19/8 26/14
helicopter [11]   16/23 59/1
 59/4 59/8 59/11 59/15
 59/18 59/24 60/1 60/3 60/5
heliport [1]   58/21
help [8]   12/4 12/4 13/2
 13/23 13/23 52/3 66/15
 67/11
helps [1]   54/6
her [4]   12/3 12/18 13/3
 47/15
here [8]   5/2 25/20 46/8
 71/19 71/20 79/19 80/14
 80/16
hey [2]   76/4 78/8
high [1]   28/23
highlighted [1]   25/20
highway [18]   16/3 18/4
 24/5 24/22 25/25 25/25
 26/10 26/13 27/13 27/20
 28/2 28/11 37/17 39/20

39/23 45/20 47/4 47/10
Highway 57 [5]   27/13 28/2
 28/11 39/20 39/23
highways [1]   26/20
Hillary [1]   7/22
him [48]   5/4 7/10 10/8
 10/11 13/21 14/3 14/7
 14/13 14/14 14/16 14/19
 14/25 15/4 15/7 15/8 15/8
 15/10 15/11 15/19 15/20
 16/1 19/15 19/23 40/23
 45/17 57/13 57/14 63/23
 64/4 64/6 64/7 64/8 64/9
 64/18 65/10 65/11 65/14
 65/15 65/22 66/12 71/12
 74/3 74/4 76/4 76/8 77/17
 77/22 78/4
hire [3]   50/9 51/11 53/5
hired [1]   74/4
his [48]   10/8 11/11 12/13
 16/17 19/15 19/16 45/17
 45/19 45/21 62/5 62/7
 63/10 63/13 63/13 63/21
 63/21 65/4 65/11 65/14
 65/15 66/1 67/6 67/17 68/9
 68/9 71/17 72/5 73/6 73/19
 74/19 74/23 75/1 75/3
 75/23 75/25 76/2 76/6 76/7
 76/7 77/7 77/8 77/23 78/2
 78/7 78/9 78/9 78/11 79/10
hit [2]   30/3 35/12
hitting [1]   14/9
hobble [1]   67/7
Hobby [1]   67/21
holding [2]   54/4 54/10
holes [1]   35/5
home [5]   23/19 23/22 40/7
 41/19 45/13
Homeland [4]   73/16 73/18
 73/22 74/3
Honor [37]   5/7 10/13 11/3
 17/18 18/22 20/11 20/13
 24/8 25/1 25/3 27/4 28/4
 28/6 30/22 31/20 31/22
 33/6 34/11 35/2 35/20
 35/22 39/2 39/4 41/5 45/25
 46/2 47/16 48/9 69/2 69/6
 73/8 73/10 78/19 78/20
 78/22 79/7 80/23
HONORABLE [1]   1/10
honored [1]   71/22
Hook [3]   2/11 82/3 82/10
Hopefully [1]   80/6
hospital [20]   53/16 53/19
 53/25 54/20 59/9 60/10
 60/15 60/18 60/20 61/1
 61/2 61/11 63/10 64/21
 68/3 68/5 68/6 68/6 68/12
 68/19
hospitalization [1]   53/17
hospitalized [1]   52/4
host [3]   9/13 54/17 54/20
hour [4]   28/23 40/19 79/1
 79/2
hours [4]   16/5 26/23 59/7
 75/14
Houston [3]   67/22 67/23
 68/19
hover [1]   59/24
how [42]   6/10 6/13 20/4
 22/7 22/22 23/4 23/25 26/6

26/7 26/12 26/16 26/21
 31/16 33/16 33/18 34/7
 35/16 37/5 37/8 38/5 39/8
 40/13 49/19 49/22 50/13
 56/6 58/12 59/6 59/24
 63/15 64/4 65/20 67/2
 69/22 70/4 70/17 70/20
 71/9 75/12 76/2 77/10
 80/10
human [6]   22/18 70/15
 70/18 70/20 70/23 71/1
husband's [1]   71/16
Hyderabad [1]   7/3

# I

I'd [7]   10/18 17/18 19/22
 23/15 33/20 55/18 57/9
I'll [5]   54/14 64/23 76/24
 80/9 81/9
I'm [46]   5/20 5/22 6/1 6/5
 6/8 12/6 12/21 13/4 13/6
 13/6 13/6 13/17 13/17
 13/25 14/21 15/7 15/18
 17/24 18/11 18/12 21/9
 21/14 22/3 24/20 25/10
 29/3 41/5 41/7 46/6 46/9
 46/11 47/18 49/3 49/5
 49/15 49/17 49/17 50/2
 50/7 53/4 57/22 58/13
 63/10 69/23 70/15 74/19
I've [16]   10/16 24/10
 24/13 27/7 27/8 31/10
 31/11 32/1 32/17 32/18
 33/21 38/15 49/24 54/24
 70/5 71/15
ICE [14]   10/10 10/12 11/10
 13/6 15/14 16/18 72/14
 72/15 72/15 73/24 74/6
 75/16 75/20 75/23
idea [2]   13/18 58/6
identical [1]   72/2
identify [4]   13/16 16/17
 16/18 47/15
if [35]   9/9 11/19 17/13
 18/7 18/15 19/10 19/12
 20/2 20/20 21/24 28/20
 29/3 29/3 31/5 35/11 36/17
 44/7 50/25 51/14 52/2
 53/12 53/15 53/19 54/13
 54/16 64/8 66/13 66/13
 75/19 75/23 80/23 80/25
 81/4 81/4 81/6
III [1]   72/1
imagine [3]   13/11 14/19
 51/1
imaging [2]   61/13 68/9
immigration [2]   73/21
 75/18
impact [3]   30/2 34/3 36/1
impacts [7]   32/2 32/6 32/9
 34/19 34/23 35/13 45/5
imperative [1]   9/12
impossible [1]   44/15
impressed [1]   65/12
in [253]
in 2011 [1]   18/4
include [3]   17/11 26/18
 52/10
included [1]   67/24
India [2]   7/3 7/15
Indian [1]   55/6

## I

indicated [3]   11/9 11/11 13/8
individual [2]   53/15 61/15
individually [1]   81/7
individuals [4]   6/24 51/18 53/3 53/24
inform [1]   40/23
information [3]   11/18 14/14 76/22
informed [2]   41/15 56/14
initials [1]   38/20
injured [1]   51/13
injuries [3]   56/24 61/12 65/23
injury [3]   56/17 61/24 62/1
ink [1]   25/10
inner [1]   66/1
inside [7]   29/23 29/24 36/19 37/18 47/6 47/8 58/16
instance [1]   50/7
instruct [2]   19/9 19/11
instruction [1]   79/14
instructions [1]   80/9
intel [1]   76/19
intelligence [3]   6/22 23/2 39/11
interior [1]   44/8
internal [1]   72/12
interpreter [3]   21/24 46/21 46/22
interprets [1]   21/24
interview [1]   11/17
into [20]   9/13 11/4 11/7 14/7 16/10 25/5 26/8 28/8 31/24 33/9 34/15 35/24 39/6 44/13 51/4 56/7 60/20 73/9 73/12 80/24
introduce [4]   5/18 21/7 48/20 69/18
investigate [2]   6/23 56/25
investigations [5]   6/9 6/18 6/19 76/1 76/21
investigator [1]   11/15
invite [1]   55/18
involved [2]   56/18 60/23
Iowa [1]   49/4
Iraq [1]   6/20
Iraqi [1]   6/23
is [108]
Island [1]   70/3
issues [3]   51/1 52/2 79/10
it [110]
it's [26]   9/12 12/15 13/22 19/13 24/5 26/19 27/13 27/22 29/7 31/13 32/24 34/25 35/1 35/11 35/12 36/24 52/2 73/2 75/11 75/14 79/1 80/1 80/15 80/24 80/25 81/1
its [2]   7/8 35/18
itself [1]   43/2
IVAN [1]   1/6

## J

Jaime [20]   15/5 15/22 20/9 61/19 62/22 62/25 64/19 64/22 72/4 73/3 73/5 73/24

74/13 74/16 75/5 75/6 75/25 76/4 77/13 77/14
Jaime's [2]   14/2 76/9
Jamaica [1]   50/21
JASON [8]   3/5 5/3 5/8 5/16 5/20 12/4 12/9 17/3
Jeff [3]   2/11 82/3 82/10
JESUS [1]   1/6
job [14]   22/2 22/10 22/22 22/25 23/4 23/6 23/8 23/11 23/13 50/1 51/13 57/5 75/25 77/5
JOCELYN [1]   1/14
John [1]   57/3
joining [2]   74/6 74/15
Jorge [3]   72/6 73/3 73/5
JOSE [2]   1/6 72/2
joy [1]   71/13
judge [3]   1/11 68/25 80/2
July [1]   1/6
junior [1]   16/11
jurisdiction [1]   9/11
juror [1]   81/8
jurors [1]   69/18
jury [16]   1/10 5/11 5/19 19/19 20/23 21/8 32/2 48/20 69/10 69/25 71/7 79/12 79/13 79/15 79/23 80/22
just [38]   8/3 8/3 9/23 12/2 12/6 12/10 12/17 12/20 13/12 13/22 13/24 15/7 15/11 15/18 15/20 15/23 20/2 25/17 26/3 30/4 42/18 42/24 43/3 43/13 43/16 46/2 46/11 46/17 49/21 50/16 55/1 55/13 56/8 65/12 66/20 74/5 77/25 81/4
justice [4]   1/18 1/22 74/18 75/4

## K

K-E-P-H-A-R-T [1]   5/24
KAREN [1]   1/17
KARPEL [2]   1/21 3/15
keep [2]   14/13 71/9
keeping [1]   52/18
keeps [2]   14/5 15/20
KEPHART [7]   3/5 5/4 5/8 5/16 5/20 17/3 17/5
kilometer [4]   27/20 27/22 28/2 30/21
kilometers [4]   24/6 28/23 37/7 40/19
kind [10]   22/10 31/4 37/18 51/21 52/16 53/10 54/1 59/22 75/15 76/17
kindly [1]   48/19
kinds [1]   80/11
knew [5]   10/8 12/16 13/13 16/18 40/7
know [34]   10/6 10/11 12/25 13/1 14/4 15/12 16/2 16/21 16/23 16/23 18/7 19/3 20/6 20/8 21/21 31/5 38/5 39/8 45/23 74/21 75/9 75/15 75/17 75/19 75/23 76/2 76/6 76/7 76/13 76/14 76/17 77/1 77/17 78/8
known [1]   68/3

knows [1]   15/1

## L

lab [3]   54/12 61/14 68/15
labs [1]   54/8
lack [1]   13/13
lacked [1]   9/11
ladies [6]   5/19 19/18 21/7 25/23 69/25 79/15
LAMBERTH [1]   1/10
lane [8]   28/11 28/13 28/16 28/23 29/18 30/10 46/15 46/16
lanes [10]   25/25 26/7 28/25 30/13 30/14 30/14 30/23 47/4 47/11 47/20
language [2]   21/19 54/6
Laredo [5]   75/6 75/7 75/8 75/10 75/11
large [5]   12/2 12/16 50/5 65/24 66/1
last [5]   5/22 29/6 48/21 48/22 77/13
later [1]   44/22
law [7]   2/3 2/6 9/9 72/10 75/18 78/14 78/15
lawyers [2]   79/17 79/22
leading [1]   47/13
learn [8]   60/25 61/8 61/22 61/25 62/5 62/10 62/18 62/21
learned [3]   61/10 61/23 62/2
least [2]   16/20 36/19
leave [1]   66/5
leaving [1]   23/23
left [13]   25/13 28/13 28/16 30/8 30/10 30/11 39/21 43/22 43/23 43/24 62/9 66/1 67/6
left-hand [5]   25/13 28/13 28/16 30/8 30/11
leg [4]   62/7 62/9 63/21 67/6
Let [4]   30/4 44/18 72/18 79/13
let's [5]   33/21 43/16 43/19 76/4 79/3
lettering [1]   39/15
letters [3]   29/14 34/3 34/4
level [1]   16/9
levels [1]   17/16
liaison [1]   54/16
liaisoned [1]   16/22
license [18]   29/13 38/11 38/19 38/24 39/8 39/14 39/16 41/15 42/4 42/12 42/16 42/18 42/20 42/22 42/23 42/24 42/25 43/2
life [2]   70/5 71/13
lift [1]   19/8
light [1]   17/22
light-skinned [1]   17/22
like [16]   5/4 11/13 13/10 14/2 23/15 33/20 38/6 51/23 52/21 52/22 53/2 55/18 73/5 78/2 79/12 79/24
liked [1]   77/16
line [2]   13/15 19/21

## L

listen [1]   81/3
little [6]   21/22 30/4 44/22 49/1 63/16 71/7
live [4]   21/17 70/1 70/2 80/3
lived [2]   70/4 70/5
living [1]   24/18
local [10]   9/9 51/4 51/12 52/3 53/5 53/18 53/25 54/7 54/8 64/15
locally [1]   52/4
locate [1]   16/15
located [3]   22/20 23/6 23/13
location [4]   16/5 16/17 16/18 30/17
locations [1]   50/9
locks [1]   18/15
long [16]   6/10 6/13 22/7 26/21 33/16 33/18 37/8 49/19 49/22 50/13 59/6 59/24 70/4 70/17 70/20 77/11
look [10]   10/18 15/6 29/22 36/21 42/3 43/16 43/19 44/6 63/15 65/20
looked [4]   38/6 44/16 63/16 73/5
looking [11]   27/15 27/16 27/17 28/15 30/12 35/9 36/16 36/16 41/19 44/13 47/20
lot [11]   26/14 44/24 54/4 54/4 56/8 59/21 60/19 60/21 71/11 78/5 78/6
Lots [1]   40/16
loved [3]   75/25 75/25 77/25
lowered [1]   29/11
Luis [26]   21/14 22/21 23/11 23/13 23/22 23/23 23/25 24/4 24/6 24/16 25/16 25/18 25/21 26/22 28/22 30/5 31/18 32/25 38/1 39/22 40/6 41/19 59/5 60/4 60/10 68/12
lunch [3]   56/2 76/4 78/3
lying [3]   65/11 67/14 67/16

## M

M-A-N-E-L-I-C-H [1]   29/4
M-A-R-Y [1]   69/20
M-C-F-A-D-D-E-N [1]   48/23
M-E-A-V-E [1]   37/14
made [3]   18/14 56/16 66/22
maintained [1]   67/17
make [12]   18/25 33/16 36/9 36/10 40/20 45/13 59/21 66/8 66/11 77/17 77/20 78/6
making [2]   51/5 68/21
Manelich [9]   29/2 37/20 37/22 38/5 40/23 42/15 45/15 79/8 80/21
Manelich's [2]   41/22 42/10
many [9]   22/22 23/4 24/22 26/6 26/7 40/13 50/5 58/12 80/4

map [3]   24/16 24/23 25/13
Maria [14]   24/17 25/19 27/14 27/16 27/17 28/20 34/8 35/17 36/11 37/4 37/6 39/21 43/25 46/15
Marines [2]   9/3 9/3
mark [2]   33/14 46/11
marked [4]   24/13 25/7 29/13 72/18
marker [4]   27/20 27/20 30/21 37/17
marker 156 [1]   37/17
married [2]   71/14 71/15
MARY [3]   3/17 69/14 69/20
Matamoros [3]   70/2 70/10 70/11
matter [1]   82/5
matters [3]   7/7 8/22 75/15
may [16]   5/6 10/16 24/8 27/4 31/7 41/4 42/20 48/7 72/21 78/22 79/18 80/7 80/13 80/13 80/20 80/23
maybe [3]   40/15 40/15 80/6
McFADDEN [5]   3/14 48/10 48/17 48/22 48/24
me [39]   9/23 10/5 12/4 12/9 12/23 13/11 13/24 14/5 14/15 15/5 15/6 15/6 15/20 15/23 16/2 16/8 26/16 27/20 29/3 30/4 36/8 36/18 44/18 53/14 56/14 56/15 56/24 58/11 60/12 61/3 63/1 63/2 64/8 65/12 68/23 72/18 79/13 80/3 81/8
mean [6]   26/15 28/15 53/11 54/11 61/17 78/9
meant [1]   46/22
Meave [2]   37/12 37/15
Meaves [1]   39/19
median [2]   30/23 36/4
medical [19]   49/3 49/10 49/12 49/18 50/2 50/3 51/1 51/3 53/2 54/17 55/10 61/6 62/24 63/17 64/10 64/15 68/9 68/11 68/14
medically [3]   51/6 52/19 66/24
medication [1]   64/6
medications [1]   52/8
medicine [3]   49/16 49/19 64/8
meet [1]   12/2
member [1]   47/23
mentioned [10]   10/6 34/17 37/22 38/10 49/14 49/21 53/15 70/8 74/5 76/19
met [1]   68/6
method [2]   79/20 79/25
Mexican [9]   8/12 16/22 58/20 60/8 61/5 64/11 66/6 70/11 75/9
Mexico [46]   7/17 7/19 7/20 8/11 8/12 8/20 17/7 17/14 18/4 18/10 18/25 21/10 21/14 23/7 23/17 23/23 24/1 24/3 24/6 24/16 24/19 25/12 25/21 26/3 26/21 54/25 55/11 55/13 55/21 58/22 66/20 66/25 67/2 67/13 68/24 70/3 70/9

76/12 76/18 77/2 77/5 77/11 77/16 77/18 77/23 78/5
Mexico's [1]   8/24
MICHAEL [1]   1/13
microphone [1]   71/6
middle [5]   8/10 28/24 44/18 46/24 72/5
might [4]   51/18 54/20 69/21 80/5
mile [1]   27/19
mind [1]   69/22
ministry [2]   37/21 38/21
minor [1]   52/5
minus [1]   31/13
minutes [4]   37/9 59/25 76/5 79/2
Mission [3]   57/3 57/22 66/20
Mission's [1]   57/5
Mississippi [1]   49/5
Moines [1]   49/11
Mom [1]   76/5
moment [2]   46/17 47/16
money [1]   19/11
month [1]   76/11
months [2]   6/12 77/12
more [8]   6/15 15/11 30/2 40/15 40/20 52/2 56/8 62/20
morgue [5]   63/3 63/8 64/24 64/25 65/1
morning [3]   23/15 23/19 80/20
most [4]   18/3 51/24 53/18 65/12
mostly [1]   58/18
motioned [1]   71/19
motor [2]   58/2 58/3
motorcade [2]   67/24 68/1
motors [1]   19/8
move [15]   14/16 14/17 14/20 14/21 14/22 14/23 14/25 25/1 28/4 31/20 33/6 34/11 35/20 39/2 73/8
moved [1]   40/21
movement [1]   44/8
moving [3]   15/20 40/12 77/6
Mr [5]   3/6 3/7 3/15 3/18 42/9
Mrs [2]   73/14 78/21
Mrs. [5]   41/12 69/7 71/14 76/9 78/16
Mrs. Flores [1]   41/12
Mrs. Zapata [4]   69/7 71/14 76/9 78/16
Ms [3]   3/10 3/11 3/12
Ms. [3]   20/12 69/24 72/24
Ms. Amato [1]   20/12
Ms. Zapata [2]   69/24 72/24
much [5]   13/24 51/24 78/1 80/1 80/4
muffled [1]   12/21
municipality [1]   25/19
muster [1]   58/9
my [46]   6/11 6/11 6/18 7/25 8/23 9/22 9/24 12/15 12/24 13/22 14/17 16/11 19/21 21/24 24/2 29/10 29/11 29/11 29/20 30/11

**M**

my... [26]  36/9 36/10 36/14 39/22 40/9 40/10 40/16 44/9 47/8 47/9 50/19 54/5 56/14 60/20 66/21 69/20 70/5 71/11 71/13 72/2 72/3 72/12 72/13 73/3 74/1 81/5
myself [4]  29/18 33/1 36/20 57/23

**N**

N.W [1]  1/23
name [13]  5/23 16/3 21/8 21/11 29/6 48/21 48/22 48/22 69/19 69/20 71/16 71/17 72/5
named [2]  26/7 61/19
names [2]  71/25 72/1
Narcotics [1]  1/18
nation [2]  9/13 9/13
National [1]  1/15
native [1]  21/19
nature [1]  9/16
Navy [1]  8/5
NE [1]  1/19
near [3]  16/24 30/24 45/9
necessarily [1]  17/23
necessary [1]  11/18
need [12]  9/9 9/15 12/4 12/4 12/9 12/12 13/23 14/22 14/22 14/23 53/19 76/5
needed [5]  11/16 15/12 15/15 36/18 37/18
neurological [1]  62/16
never [1]  43/11
new [3]  1/23 8/1 79/25
news [2]  81/3 81/6
next [16]  5/2 5/6 10/5 12/14 20/17 29/17 35/9 48/7 65/11 65/14 65/15 69/5 78/21 78/25 79/8 80/16
Nextel [3]  29/20 36/9 40/22
nice [2]  77/18 81/8
nine [4]  50/9 50/19 50/23 59/2
no [49]  1/4 1/4 13/18 17/1 18/18 20/13 20/15 27/3 29/7 29/21 29/21 29/25 36/8 36/9 36/23 36/23 36/25 36/25 37/1 37/2 37/2 40/5 40/25 41/2 41/2 41/5 41/7 43/10 44/4 44/9 45/2 45/8 45/11 45/19 46/1 46/23 47/22 48/2 58/8 60/12 61/21 62/15 62/17 69/2 69/3 78/17 78/19 78/20 81/2
normal [1]  55/24
normally [2]  18/19 38/21
north [16]  25/16 25/21 26/6 27/16 28/10 28/14 28/19 29/18 30/5 30/10 32/25 39/22 39/23 40/9 41/18 43/25
northbound [2]  30/13 31/17
not [33]  10/8 12/25 13/1 14/21 16/9 18/11 19/7 19/9 33/24 36/7 36/8 36/18 36/19 42/9 42/15 43/1 43/6 43/9 45/6 46/24 47/8 47/9 53/24 54/5 61/17 63/1 64/12 65/10 67/7 80/6 80/13 80/15 80/25
nothing [6]  5/11 20/10 20/24 33/25 43/2 69/10
notice [2]  30/1 65/11
noticed [2]  30/2 65/16
notification [1]  66/22
now [19]  14/11 18/17 21/17 22/2 28/19 32/1 35/9 36/4 37/3 37/24 39/19 43/6 46/14 50/7 71/5 71/9 73/24 75/15 80/1
Nuevo [1]  75/11
number [2]  10/19 57/7
nurse [2]  53/5 53/7
nurses [1]  56/18
NW [3]  1/16 2/3 2/12

**O**

o'clock [3]  80/18 80/18 81/9
oath [1]  79/17
object [3]  17/18 18/22 47/13
objection [7]  11/5 25/3 28/6 31/22 34/13 39/4 73/10
observe [4]  44/7 65/5 65/8 65/24
observed [1]  41/20
occasion [1]  73/14
occupants [1]  29/23
occupational [1]  51/13
occur [1]  11/21
occurred [3]  40/24 56/21 62/11
occurrence [1]  36/24
off [12]  12/11 14/18 14/18 14/20 14/20 46/18 47/1 55/24 59/12 59/15 60/5 68/21
offer [1]  11/4
office [30]  1/14 2/3 6/9 7/23 8/1 8/15 8/15 9/8 9/21 9/25 10/2 10/3 10/5 11/11 11/15 11/22 11/23 11/25 12/19 13/1 13/3 13/3 15/14 15/14 45/18 56/15 56/23 57/2 58/20 75/6
officer [34]  7/2 7/4 7/5 7/9 8/14 8/17 17/6 20/18 21/5 21/9 21/13 22/5 22/8 22/11 22/16 24/13 25/7 27/7 28/10 31/10 32/1 33/11 34/17 35/10 35/15 36/2 37/12 37/15 39/19 46/6 49/18 50/2 50/4 55/10
officers [4]  7/14 8/14 58/18 60/14
offices [1]  2/6
official [2]  2/11 45/24
often [2]  38/8 51/3
oftentimes [2]  53/12 54/13
Oh [2]  12/24 63/10
okay [9]  11/19 21/23 27/19 42/15 44/5 44/23 75/19
79/5 80/25
old [4]  69/22 69/23 71/12 79/20
older [2]  78/9 78/11
oldest [1]  72/12
on [131]
once [2]  26/9 43/14
one [19]  8/13 9/21 16/11 16/11 26/19 29/2 36/23 36/25 37/2 43/18 47/16 57/7 60/23 61/11 62/8 65/9 72/3 72/14 76/3
only [8]  9/25 18/19 38/12 42/12 43/25 66/13 76/5 78/1
open [8]  19/1 19/5 19/7 19/11 45/1 45/3 45/4 79/6
opened [1]  19/15
opening [2]  18/15 19/20
operations [1]  57/10
opportunity [5]  56/1 61/5 63/4 64/18 77/20
opposite [1]  28/25
option [1]  16/13
or [50]  5/9 7/6 12/11 16/24 17/16 20/22 26/16 27/16 30/8 34/18 36/13 37/7 37/9 37/17 38/20 39/9 42/24 46/19 47/6 47/9 48/11 50/16 50/17 51/5 51/14 53/2 53/5 53/13 53/16 53/21 54/13 56/13 58/5 58/9 58/14 59/9 59/15 59/17 62/4 62/21 64/10 65/6 66/13 67/14 68/21 69/8 75/15 77/5 80/13 81/3
orders [1]  51/15
ordnance [1]  8/7
Organized [1]  1/22
originally [1]  21/14
other [22]  12/22 13/9 13/15 32/7 32/15 36/22 37/1 40/25 42/19 45/23 47/22 50/17 51/2 51/18 52/24 53/2 53/4 58/11 60/12 61/12 70/12 81/8
others [1]  58/9
our [8]  8/24 11/14 26/20 48/3 48/20 50/5 50/8 54/9
out [26]  7/25 9/23 12/7 12/18 13/3 13/3 13/4 13/12 13/20 15/11 19/22 22/12 36/7 47/6 51/21 52/6 52/19 52/19 53/17 53/23 53/24 55/21 56/1 56/15 59/17 59/22
outreach [2]  22/11 22/16
outside [3]  17/8 58/14 60/19
over [4]  16/11 59/24 71/6 81/5
Overruled [2]  17/20 47/14
overseas [2]  52/17 52/18
oversee [1]  53/6
overview [4]  57/16 61/3 61/8 61/9

**P**

P-E-R-L-A [1]  21/12
p.m [6]  1/7 48/5 48/6 59/14 60/17 81/10

**P**

Padre [1]   70/3
PAGE [2]   3/4 4/4
pain [2]   64/3 66/13
pair [1]   72/1
Pakistan [1]   54/24
pale [1]   65/21
Panama [1]   50/22
panicked [1]   13/12
paralegal [1]   79/22
Pardon [1]   70/25
park [1]   18/21
part [8]   18/2 27/13 32/6 32/24 50/6 62/5 73/21 75/19
particular [3]   16/19 54/2 77/4
partner's [2]   12/13 13/22
party [1]   79/18
pass [5]   26/9 28/20 45/21 68/18 68/25
passed [3]   29/21 45/23 73/19
passenger [8]   26/19 32/9 34/19 35/3 35/4 35/5 45/1 45/3
passenger-side [2]   35/3 35/4
passing [2]   31/17 73/7
past [2]   50/16 80/17
patient [6]   51/16 53/20 60/21 60/22 61/1 64/12
patients [7]   51/8 51/10 53/16 53/17 54/9 54/19 61/10
PATRICIA [1]   1/17
patrol [4]   40/16 74/1 74/7 74/9
patrols [1]   40/10
people [17]   22/13 31/14 34/9 37/18 39/9 50/25 51/3 51/24 56/25 58/11 59/12 60/12 61/10 65/10 77/24 80/3 80/4
per [2]   28/23 40/19
perceived [1]   16/7
PERLA [6]   3/9 20/19 21/3 21/9 41/8 46/4
permission [1]   79/11
person [13]   12/22 13/15 28/17 37/23 45/15 53/22 54/2 54/15 56/19 61/11 61/12 61/19 80/5
personal [3]   24/2 26/22 36/13
personnel [3]   6/23 7/8 38/22
persons [2]   34/9 60/23
perspective [1]   66/21
pertinent [1]   47/9
phone [26]   11/24 12/8 12/8 12/10 12/11 12/12 12/18 12/20 12/21 12/21 12/22 12/23 13/4 13/9 13/25 14/7 15/4 15/5 15/8 15/9 15/10 16/11 16/24 44/9 45/13 66/19
photo [16]   27/9 27/19 27/21 28/1 28/11 28/12 30/25 30/25 31/15 33/12

33/23 34/6 34/20 35/9 38/18 73/2
photograph [3]   32/5 35/10 43/23
photographs [2]   43/7 43/9
physicals [1]   52/12
physician [6]   49/3 49/5 49/17 53/5 53/14 61/3
physicians [3]   54/8 64/11 68/8
pick [4]   12/10 12/12 12/17 12/19
picture [3]   28/17 35/6 73/15
PINA [2]   1/6 2/6
place [6]   15/24 39/25 40/12 46/20 80/25 81/1
placed [1]   79/17
Plaintiff [2]   1/4 1/13
PLAINTIFF'S [7]   5/15 17/2 21/2 41/8 46/3 48/16 69/14
plan [1]   54/9
planning [3]   9/4 9/7 54/13
plans [1]   77/6
plate [13]   29/13 38/11 38/19 38/24 39/9 39/14 41/15 42/4 42/5 42/12 42/16 42/19 42/20
plates [4]   34/3 37/21 38/21 39/16
play [1]   54/1
played [2]   79/21 80/22
playing [1]   79/12
pleading [1]   15/7
please [13]   5/14 5/18 6/6 6/16 10/18 12/6 12/10 13/8 20/20 20/21 21/7 23/12 69/18
point [15]   16/14 30/19 32/4 40/20 40/22 43/1 44/10 56/20 57/24 58/1 58/5 60/5 64/7 66/22 67/5
pointed [3]   30/23 32/9 35/3
pointing [2]   25/10 46/9
police [27]   9/13 16/22 21/10 22/5 22/7 22/11 22/16 22/17 22/19 22/20 23/1 23/3 23/10 36/12 36/22 36/25 37/3 37/5 37/10 37/25 38/1 40/13 47/23 58/20 58/24 60/4 60/21
polygraph [1]   6/23
pool [2]   58/2 58/3
Portland [1]   49/7
position [4]   19/13 22/15 22/16 57/7
possible [2]   42/5 56/16
post [1]   7/11
posted [3]   42/20 54/22 54/24
Potosi [26]   21/14 22/21 23/11 23/13 23/22 23/23 23/25 24/4 24/6 24/17 25/16 25/18 25/21 26/22 28/22 30/6 31/18 32/25 38/2 39/22 40/6 41/19 59/5 60/4 60/10 68/12
practice [4]   49/4 49/15 49/16 52/21

practiced [1]   49/19
practitioner [1]   53/5
practitioners [1]   53/8
predominantly [1]   8/21
Premed [1]   49/9
prepared [1]   5/3
present [3]   5/10 20/23 69/9
president [1]   57/9
pressure [2]   14/5 15/24
presume [1]   20/9
pretty [1]   51/24
prevent [2]   18/15 22/14
prevention [1]   22/13
preventive [2]   52/14 52/16
previously [5]   27/8 37/23 46/7 72/19 79/10
primary [10]   7/5 8/23 49/17 50/5 50/8 51/25 53/12 54/5 55/16 57/8
prior [12]   6/16 6/18 6/25 7/15 7/18 7/20 7/23 8/3 22/16 37/25 61/18 74/5
private [1]   36/14
probable [1]   56/24
probably [2]   37/17 73/6
proceed [2]   58/3 80/20
proceedings [3]   1/25 81/10 82/5
process [1]   18/11
procurement [1]   18/11
produced [1]   1/25
product [1]   9/22
profession [1]   14/17
professionals [1]   54/17
proficiency [1]   16/9
project [1]   23/17
pronounced [1]   61/12
propounded [1]   48/12
protect [2]   9/4 17/8
protection [4]   7/7 7/21 9/1 72/17
protective [1]   71/4
protocol [1]   18/2
provide [10]   9/15 18/3 50/8 52/12 53/7 53/10 54/19 64/10 64/12 71/12
provided [5]   7/20 18/8 18/9 33/21 64/11
provider [1]   51/25
providing [4]   17/11 23/9 40/3 64/17
pull [2]   46/18 71/6
pulled [1]   47/1
pulling [1]   12/23
purchased [1]   18/12
push [1]   12/11
put [8]   15/24 18/21 20/7 20/8 53/20 67/5 67/7 77/8
puts [1]   15/4
putting [1]   15/15
pyramids [1]   77/18

**Q**

quality [1]   53/19
quarter [1]   30/24
Queretaro [4]   16/4 18/7 26/1 26/9
question [5]   12/15 21/25 23/12 27/1 41/12
questions [23]   11/25 12/1

## Q

questions... [21]   12/5
 17/1 40/25 41/1 41/2 41/3
 41/6 46/1 47/13 47/22
 48/12 50/25 69/1 69/2
 78/17 78/18 78/19 78/20
 79/18 79/18 79/22
QUEZADA [2]   1/6 2/6
quickly [1]   56/13
quite [2]   16/2 80/25

## R

radio [1]   29/20
raise [1]   20/21
raised [1]   70/7
rapport [1]   9/14
rare [1]   36/24
rate [1]   40/18
rather [2]   12/5 19/12
rating [1]   18/12
ray [1]   68/15
reaching [1]   56/15
read [4]   79/13 79/22 79/23
 81/3
real [1]   80/5
realize [3]   14/11 14/11
 43/1
realized [2]   14/8 42/9
really [4]   16/8 16/8 44/6
 77/16
realtime [1]   1/25
rear [3]   35/3 35/4 35/6
reason [1]   77/4
recall [12]   17/13 18/5
 19/2 40/14 57/2 58/12
 58/16 59/13 60/13 60/15
 61/18 68/14
received [12]   11/6 25/4
 28/7 31/23 33/8 34/14
 35/23 39/5 57/1 63/17
 64/14 73/11
recess [2]   48/3 48/5
recognize [11]   10/21 24/15
 27/9 27/11 27/25 31/12
 32/21 33/23 35/10 38/16
 72/24
recognized [2]   41/16 42/23
record [9]   5/23 10/16
 30/22 32/8 35/2 48/6 48/21
 69/19 82/4
recorded [2]   1/25 79/19
records [4]   68/9 68/11
 68/14 68/18
recovery [1]   16/13
recruits [1]   22/25
red [3]   23/17 25/10 25/14
redirect [3]   3/12 20/14
 46/3
refer [2]   17/22 46/22
referring [1]   47/18
reflect [1]   10/16
regarding [1]   62/1
region [2]   50/19 54/5
regional [16]   7/2 7/4 7/5
 7/9 7/14 8/13 8/14 8/15
 8/16 17/5 49/17 50/2 50/3
 53/4 55/10 58/18
relation [2]   30/7 43/16
relations [3]   22/3 34/4
 42/6

relationship [1]   9/8
relationships [2]   9/12
 9/14
rely [1]   13/19
remain [1]   20/20
remember [6]   18/5 20/3
 45/4 55/19 58/18 62/8
render [2]   15/2 15/22
repeat [2]   23/12 27/1
report [2]   36/10 68/15
reported [1]   39/19
reporter [3]   2/11 2/11
 79/19
reports [1]   68/18
representation [1]   73/4
requested [1]   15/14
require [1]   53/17
required [2]   17/14 62/18
requirement [1]   18/7
residency [1]   49/4
resistant [1]   17/25
resource [1]   16/21
resources [2]   9/15 13/19
respect [1]   19/19
respond [3]   9/9 16/15
 21/25
response [1]   57/25
responsibilities [3]   11/14
 55/12 55/13
responsibility [1]   50/24
responsible [4]   50/17
 50/23 54/2 54/3
rest [1]   80/19
resting [3]   63/25 64/2
 64/3
resume [1]   77/8
retained [1]   62/2
retired [3]   70/15 71/5
 71/9
return [5]   23/21 33/17
 34/18 36/5 56/4
returned [3]   23/23 74/17
 74/25
returning [1]   34/7
returno [1]   33/13
review [4]   53/13 54/7
 54/12 61/13
Rice [1]   7/21
riding [1]   45/24
right [38]   20/21 22/2 25/8
 26/1 29/18 30/2 30/3 30/9
 32/7 32/11 34/10 34/22
 35/7 35/12 35/13 35/13
 35/18 35/19 36/3 37/24
 38/4 38/17 39/1 39/18
 39/25 41/4 42/8 43/23
 44/13 46/12 46/17 46/19
 46/20 46/22 46/23 56/9
 71/17 72/25
right-hand [6]   30/2 30/3
 30/9 32/7 35/12 35/18
rights [1]   22/18
Rio [7]   24/17 25/19 27/14
 27/17 36/11 39/21 43/25
road [9]   24/3 25/20 25/23
 32/24 36/24 46/19 46/24
 47/1 59/23
ROBERT [2]   2/2 2/3
role [2]   8/23 54/1
roles [1]   58/16
roll [2]   19/9 19/12

room [4]   2/13 63/10 66/9
 66/12
rotating [1]   76/14
routine [1]   12/5
ROYCE [1]   1/10
RPR [3]   2/11 82/3 82/10
RSO [5]   7/17 8/16 9/12
 11/22 19/3
RSO's [3]   9/8 10/2 11/11
rule [1]   18/6
runs [1]   57/10

## S

S.R.E [1]   34/3
safe [4]   46/20 46/24 47/9
 76/25
said [24]   12/6 12/10 12/12
 12/17 13/17 13/22 14/3
 14/16 14/21 14/22 14/24
 20/6 30/6 31/4 32/13 37/3
 41/7 45/12 76/20 76/24
 76/25 77/16 77/24 78/1
Salvador [7]   50/7 50/11
 50/14 50/17 51/7 54/25
 55/14
same [13]   31/13 32/24 34/2
 35/11 35/22 38/8 38/13
 39/25 40/1 40/2 40/12
 40/12 80/8
San [31]   21/14 22/21 23/11
 23/13 23/22 23/23 23/25
 24/4 24/6 24/16 25/16
 25/17 25/21 26/22 28/22
 30/5 31/18 32/25 38/1
 39/22 40/6 41/19 48/25
 59/5 60/4 60/10 68/12
 74/16 74/20 74/22 77/6
Sanchez [1]   3/18
Santa [14]   24/17 25/19
 27/14 27/16 27/17 28/20
 34/8 35/17 36/11 37/4 37/6
 39/21 43/25 46/15
saturated [2]   65/13 65/17
Saudi [1]   54/24
saw [24]   28/24 29/8 29/10
 29/15 30/2 30/17 30/19
 31/13 31/16 32/3 34/7
 34/23 35/16 35/17 36/3
 36/4 36/5 38/11 38/24 40/9
 42/3 42/22 44/2 65/4
say [18]   20/4 20/5 20/5
 31/3 36/25 50/23 51/23
 54/4 54/10 57/1 57/9 58/13
 64/2 64/2 65/21 70/18
 72/16 73/17
saying [3]   20/7 27/15
 43/20
says [4]   12/9 33/12 76/5
 78/6
scan [1]   68/15
scenarios [1]   9/7
scene [1]   60/18
schedule [1]   80/14
school [3]   49/3 49/12 77/7
scope [5]   17/19 55/12
 55/13 56/21 61/25
screaming [5]   13/11 13/24
 14/8 15/5 15/20
screen [1]   30/19
seated [5]   5/14 21/1 48/15
 69/13 71/17

## S

**second [6]**   35/4 44/4 57/8 72/3 72/13 73/3
**seconds [1]**   33/19
**secretariat [1]**   42/6
**secretary [7]**   7/21 7/22 10/3 11/25 34/4 71/3 71/3
**Secretary's [1]**   7/24
**section [3]**   1/15 1/23 59/11
**secure [1]**   36/8
**security [30]**   1/15 6/14 7/2 7/4 7/5 7/7 7/9 7/14 8/4 8/13 8/14 8/15 8/17 8/22 9/3 9/16 11/22 17/6 18/2 18/20 19/7 58/18 60/14 60/19 65/9 73/16 73/18 73/22 74/3 76/23
**see [51]**   10/19 25/20 27/17 28/21 29/24 29/25 30/7 30/13 31/3 32/3 32/5 32/13 32/14 33/12 34/18 34/20 35/11 36/1 36/17 36/19 36/22 37/19 39/14 39/24 40/7 41/13 41/24 42/5 44/7 44/15 44/25 45/5 45/9 47/12 47/19 51/8 51/11 51/12 51/18 51/24 53/17 59/17 59/20 63/12 63/20 65/3 65/22 79/25 80/3 81/4 81/9
**seeing [2]**   33/17 40/14
**seemed [1]**   63/12
**seen [3]**   30/25 39/20 45/4
**SEIFERT [3]**   1/17 3/10 3/12
**send [3]**   13/23 13/23 15/13
**senior [2]**   1/11 8/14
**sense [1]**   56/9
**serious [1]**   52/3
**serve [1]**   52/19
**served [1]**   58/16
**service [1]**   19/7
**services [9]**   50/8 53/18 55/7 70/16 70/18 70/21 70/24 71/2 71/4
**SESSION [1]**   1/10
**set [1]**   81/5
**several [3]**   26/11 40/16 59/12
**severe [1]**   53/21
**shaken [2]**   63/16 64/5
**shall [3]**   5/10 20/23 69/9
**share [2]**   6/6 56/20
**she [10]**   11/12 11/15 11/17 12/3 12/9 12/12 12/16 12/17 12/19 61/3
**she's [1]**   12/24
**ship [1]**   53/22
**shipped [1]**   53/24
**shock [1]**   16/10
**shooting [1]**   60/24
**shorthand [1]**   1/25
**shot [10]**   12/13 12/13 13/6 13/18 13/18 13/22 14/2 14/2 61/23 62/5
**shots [1]**   34/18
**should [1]**   33/25
**shoulder [1]**   46/19
**show [4]**   30/16 30/18 33/20 72/18

**showing [2]**   46/6 47/15
**shown [11]**   10/16 24/11 24/13 27/7 31/11 32/1 32/17 32/18 38/15 43/7 72/19
**shows [2]**   24/16 32/25
**sic [2]**   57/17 57/20
**side [28]**   25/13 26/2 26/5 26/9 28/16 30/2 30/3 30/8 30/9 30/11 32/7 32/7 32/9 34/10 34/19 35/3 35/4 35/5 35/12 35/18 43/23 43/23 43/24 46/20 46/22 46/23 59/22 70/12
**sides [2]**   31/14 42/5
**sign [3]**   30/24 30/25 33/12
**signal [3]**   29/21 36/10 44/9
**similar [4]**   29/1 37/19 55/1 55/13
**simply [1]**   19/4
**since [3]**   21/23 22/9 49/24
**sir [10]**   5/14 17/10 50/12 55/15 55/23 63/6 66/4 66/10 67/1 68/20
**sit [1]**   79/22
**sites [1]**   77/19
**sitting [2]**   67/14 67/14
**situated [1]**   29/18
**situation [6]**   15/18 18/16 19/22 56/17 56/24 61/4
**situations [1]**   53/22
**size [1]**   7/11
**skinned [1]**   17/22
**slightly [1]**   56/16
**slip [1]**   56/1
**slippery [1]**   14/24
**slow [1]**   46/16
**slowed [4]**   29/17 31/3 32/13 59/11
**slowly [1]**   29/21
**smuggling [2]**   75/17 75/22
**so [78]**   8/21 9/13 9/23 9/25 11/9 11/13 11/16 11/23 12/3 12/5 12/17 12/24 13/2 13/3 13/14 13/18 13/21 13/24 13/24 13/25 14/2 14/5 14/11 14/17 14/19 15/4 15/10 15/13 16/10 17/10 18/7 19/8 19/17 20/25 21/19 23/19 26/3 28/15 29/21 30/1 30/12 36/10 36/25 40/22 41/12 41/24 42/22 43/2 43/19 44/2 44/13 46/18 46/23 47/1 47/3 50/10 51/14 51/23 52/18 52/18 54/6 61/5 65/14 71/5 71/7 74/11 74/19 74/25 75/5 76/20 77/7 78/25 79/7 79/24 80/4 80/4 80/15 81/6
**social [2]**   22/11 22/16
**socializing [1]**   78/2
**socially [1]**   10/8
**solemnly [4]**   5/9 20/22 48/11 69/8
**some [22]**   15/11 16/18 19/4 32/2 32/6 37/18 40/10 40/21 56/18 56/23 59/22 61/13 61/14 64/7 64/7 65/22 66/19 66/21 67/7

70/16 76/10 80/3
**something [6]**   13/13 19/23 53/13 53/15 56/9 64/8
**sometime [1]**   23/21
**somewhere [1]**   18/13
**son [5]**   72/12 73/3 73/5 73/24 74/1
**sons [1]**   71/22
**soon [2]**   56/7 56/16
**sorry [8]**   5/22 17/25 24/20 41/5 41/7 57/22 63/10 74/19
**sort [1]**   18/14
**SOTA [2]**   1/6 2/2
**sought [1]**   6/24
**sounded [1]**   13/10
**south [12]**   25/17 25/22 27/16 27/18 28/13 29/18 34/8 35/17 40/9 40/14 43/25 70/3
**southbound [3]**   30/14 40/8 46/14
**southern [1]**   27/14
**Spanish [5]**   16/8 16/9 16/12 21/19 21/23
**speak [1]**   18/20
**speaking [4]**   16/8 16/9 19/6 61/3
**speaks [1]**   16/12
**special [27]**   5/8 6/5 6/8 6/9 6/13 6/18 62/22 62/24 63/4 63/9 64/19 64/22 65/5 65/20 65/24 66/2 66/5 66/8 66/12 66/15 66/24 68/16 73/25 74/6 75/16 75/24 76/12
**specific [2]**   18/6 75/19
**specifically [3]**   8/22 11/20 61/17
**speculation [1]**   18/22
**speed [3]**   28/23 29/11 40/18
**spell [4]**   5/22 21/8 21/11 29/3
**spelling [2]**   48/20 69/19
**spent [2]**   8/5 22/24
**spoke [3]**   37/12 77/13 77/14
**spot [3]**   40/11 40/12 46/12
**spouse [3]**   11/13 56/17 63/14
**SRE [3]**   29/14 39/17 42/19
**SRI [1]**   38/20
**stabilized [1]**   64/13
**stable [2]**   61/24 66/24
**staff [8]**   54/6 56/10 56/12 56/14 61/6 62/24 64/15 68/6
**staffed [1]**   53/2
**stand [2]**   69/7 79/23
**standard [2]**   51/1 54/14
**standing [2]**   20/20 34/10
**start [3]**   33/22 55/24 81/2
**started [10]**   13/21 14/3 15/10 16/7 16/12 74/19 74/21 79/3 80/17 80/19
**state [12]**   6/2 7/21 37/25 38/1 38/3 49/7 49/18 49/22 49/23 49/24 54/22 55/5
**stated [1]**   32/2
**statement [2]**   11/18 20/2

# S

STATES [16]   1/1 1/3 1/11
20/18 48/10 49/18 51/3
51/6 53/21 54/15 66/16
66/25 67/3 67/14 67/19
80/14
static [4]   12/20 13/5 14/7
15/17
stating [1]   48/20
station [9]   36/11 37/4
37/5 37/11 39/21 57/17
57/20 58/24 60/4
stationed [2]   74/8 76/3
status [3]   52/18 62/21
66/20
stay [6]   15/5 15/6 15/6
15/7 47/6 59/15
stayed [2]   59/16 60/1
stenographic [1]   1/25
step [4]   20/16 41/4 48/4
69/4
steps [6]   17/6 18/14 18/17
18/18 18/24 66/18
still [4]   13/25 29/22
39/25 45/17
stop [10]   36/15 46/17
46/19 59/9 59/10 79/4
80/18 80/25 81/1 81/1
stopped [10]   13/5 36/7
36/21 43/11 43/14 43/15
44/1 45/10 46/18 59/21
Street [2]   1/16 1/19
struck [1]   29/12
structure [1]   50/6
studies [1]   61/13
subject [1]   49/8
substances [1]   52/10
Substantially [1]   56/5
Suburban [22]   31/6 31/16
32/3 32/14 33/18 34/7
34/19 34/24 35/4 35/16
35/18 36/4 36/5 36/16
36/22 38/10 38/24 39/24
40/4 46/8 47/3 47/11
such [2]   9/5 9/10
Suite [1]   2/4
sun [1]   44/24
sunny [1]   44/23
supervisor [3]   6/8 6/22
8/23
support [5]   9/15 15/13
52/23 53/7 53/10
supported [1]   11/15
supposed [3]   76/17 77/11
77/12
sure [6]   5/5 18/12 18/25
22/12 77/17 77/20
surgery [2]   62/18 62/20
survived [1]   63/1
sustained [1]   61/12
swear [5]   5/9 20/22 20/25
48/11 69/8
sworn [1]   79/16
system [2]   52/3 54/7

# T

Taiwan [1]   54/25
take [22]   10/18 11/17
12/10 13/3 26/21 29/22
33/16 33/18 37/8 43/6 43/9
47/24 48/3 52/5 59/4 59/8
60/9 66/18 68/1 71/11 76/5
78/3
taken [6]   18/24 48/5 58/19
58/20 64/23 73/15
taking [2]   28/17 68/8
talk [8]   12/22 15/6 15/20
19/15 37/10 61/5 81/7 81/8
talked [3]   56/22 76/20
76/23
talking [6]   14/3 14/13
15/11 15/19 43/22 63/13
target [2]   14/19 14/20
task [2]   76/7 76/12
tasks [2]   78/2 78/8
Taub [3]   68/3 68/5 68/19
teacher [1]   22/24
teachers [1]   23/18
teaching [1]   38/7
team [2]   56/25 57/25
tech [1]   8/8
technician [1]   8/7
telephone [1]   40/22
television [1]   80/4
tell [14]   6/16 19/18 25/23
27/19 29/3 37/15 43/2 49/1
56/7 62/24 69/25 73/14
79/17 80/3
telling [5]   14/5 69/19
69/22 69/24 74/5
tells [1]   15/23
temporary [2]   10/3 76/13
ten [2]   37/7 37/9
Tesaro [1]   72/1
testified [2]   55/1 55/14
testify [1]   80/15
testifying [1]   21/23
testimony [10]   5/10 20/22
69/9 79/10 79/11 79/14
79/16 80/5 80/8 80/8
Texas [6]   70/2 70/24 72/8
74/24 75/7 75/8
than [6]   6/15 19/12 51/2
52/3 62/20 80/5
thank [13]   20/13 21/1 34/1
40/25 45/25 48/4 48/9
68/25 69/3 69/4 71/7 78/16
78/21
that [275]
that's [55]   10/24 16/5
21/16 21/18 22/6 23/14
23/20 24/21 24/25 25/9
25/10 25/14 25/25 26/13
27/11 27/18 27/23 28/3
28/18 30/24 31/22 33/24
34/9 34/20 34/22 35/19
36/3 36/23 38/4 38/17 39/1
39/9 39/12 39/18 39/25
41/17 41/23 41/24 42/1
42/3 42/11 42/17 42/21
43/8 43/25 44/15 45/14
46/10 47/5 47/25 70/7
70/11 75/1 75/7 80/6
their [7]   9/15 11/16 11/18
51/12 51/15 71/25 72/1
them [17]   11/24 17/11 18/3
18/12 18/20 19/13 51/4
52/3 52/18 53/6 53/20
56/15 68/10 69/19 72/9
72/14 74/4
themselves [1]   13/16
then [29]   9/4 10/4 12/8
12/9 15/1 15/10 15/17 16/5
16/14 17/24 18/18 23/21
26/2 26/6 32/14 35/5 37/3
40/6 41/24 42/2 42/9 46/14
46/16 54/14 60/20 74/17
74/22 78/3 78/4
there [61]   6/21 9/9 9/25
15/7 16/21 17/13 17/16
17/21 17/21 18/14 18/17
18/18 18/24 19/3 24/3 26/2
26/3 26/14 29/20 29/21
29/22 32/2 35/12 36/9
36/17 36/23 36/25 37/8
37/16 37/17 40/3 40/15
44/8 44/9 53/6 56/8 56/17
56/23 56/24 57/23 57/24
58/9 58/11 59/10 59/22
60/3 60/21 61/10 62/10
62/12 62/12 65/22 70/5
71/18 74/23 77/4 77/17
77/21 77/24 78/1 81/4
there's [8]   14/4 14/5
15/23 18/12 18/15 25/14
33/12 53/19
these [4]   18/8 38/21 77/18
78/8
they [37]   7/13 12/5 13/3
15/13 18/4 18/9 18/12
22/13 39/13 40/11 40/18
44/16 51/5 51/15 52/18
53/1 53/11 53/12 53/13
56/24 58/14 58/16 60/13
60/14 61/8 63/1 63/1 65/12
65/17 68/23 72/13 74/3
74/3 75/21 76/14 79/24
80/13
they'd [3]   78/3 78/3 78/4
they'll [1]   53/14
they're [6]   7/11 7/14
14/12 14/12 54/13 79/19
They've [1]   72/19
thigh [1]   66/1
thing [2]   76/6 78/1
things [2]   51/24 80/11
think [9]   17/13 18/19
19/24 20/1 47/8 54/14 70/8
79/1 79/2
third [1]   72/13
Thirty [1]   49/20
this [51]   10/13 10/17 11/3
12/4 12/5 12/6 12/7 12/18
14/6 15/13 15/16 15/25
16/7 17/18 24/10 24/21
25/25 26/10 26/18 28/12
28/25 29/4 31/15 32/5 36/5
39/8 39/16 41/15 41/20
41/25 42/18 42/22 43/2
43/18 43/18 43/23 44/18
44/18 46/8 46/12 46/18
46/21 47/11 47/18 47/19
69/21 73/15 77/5 79/9
79/20 80/19
those [16]   9/7 9/14 13/18
22/24 32/4 34/20 34/23
38/20 50/20 50/23 53/1
53/24 68/14 68/18 80/11
80/24
though [1]   38/10
thought [4]   41/7 41/21
62/12 64/16

# T

three [8]   25/25 26/2 26/3 26/5 43/14 71/12 76/11 77/12
through [5]   10/8 14/16 16/19 19/10 76/21
tile [1]   65/15
time [35]   9/21 9/25 10/7 10/13 11/3 11/9 12/18 13/14 14/6 14/8 15/13 15/25 16/7 16/24 24/18 38/7 40/11 44/1 44/2 44/4 44/5 48/1 56/20 58/5 59/13 60/1 60/16 62/17 62/19 63/2 63/18 68/7 76/3 77/13 77/23
times [3]   24/22 26/11 43/14
tires [1]   35/1
title [1]   50/1
today [5]   21/23 25/8 43/7 48/13 71/19
together [1]   71/21
told [13]   14/16 16/2 19/19 56/23 57/23 57/24 62/20 63/1 63/1 76/4 77/10 77/17 78/4
toll [1]   16/19
tollbooth [1]   19/10
tomorrow [4]   12/11 80/19 81/2 81/9
tone [1]   13/10
too [2]   14/24 78/1
took [4]   32/14 33/4 68/23 79/10
top [2]   25/13 27/13
totally [1]   44/17
touch [2]   65/10 65/22
tour [2]   8/10 77/19
towards [12]   25/11 25/16 27/16 28/17 30/5 31/17 32/25 34/8 35/17 39/22 40/11 43/25
tracker [1]   16/1
traffic [8]   26/12 26/14 28/16 30/13 30/24 37/1 47/20 59/21
training [2]   7/25 73/19
transcript [3]   1/10 1/25 82/4
transcription [1]   1/25
transfer [2]   66/15 68/21
transferred [1]   58/25
translate [1]   54/6
transport [2]   66/23 68/7
transportation [2]   58/25 60/7
transported [2]   54/15 67/2
trapped [1]   14/12
trauma [2]   68/2 68/3
travel [5]   17/14 24/6 26/6 66/25 77/18
traveled [5]   18/4 24/21 26/20 36/24 37/3
traveling [11]   28/10 28/12 28/13 28/19 28/22 30/5 35/17 40/9 40/18 46/14 46/15
travels [1]   25/21
traverses [1]   24/3

treat [1]   51/21
treatment [4]   54/9 63/17 64/10 64/11
tremendous [2]   11/23 12/20
trial [4]   1/10 79/16 80/10 81/5
tried [6]   15/2 29/20 36/9 44/5 44/7 44/8
trip [1]   39/22
trouble [1]   69/21
truck [1]   38/6
trucks [2]   26/15 26/18
true [1]   80/6
truly [1]   48/12
truth [10]   5/11 5/11 5/12 20/24 20/24 20/24 69/10 69/10 69/11 79/17
try [3]   15/22 51/4 53/18
trying [11]   12/7 12/21 12/23 13/4 13/25 14/13 14/19 15/7 15/11 15/18 19/21
turn [11]   26/7 29/17 32/14 32/25 33/3 33/4 33/14 33/17 41/25 42/2 42/9
turned [1]   33/1
tweeting [1]   81/3
Twenty [2]   59/25 70/22
twins [2]   72/2 72/13
Twitter [1]   81/3
two [25]   9/21 9/25 16/4 22/23 22/24 23/5 26/9 30/13 30/23 32/9 35/5 47/4 47/20 50/15 50/16 59/7 60/12 61/10 61/10 71/21 74/2 74/22 75/14 77/14 79/1
type [6]   6/21 8/19 11/12 39/8 58/25 60/7
types [1]   26/16
typically [4]   7/9 11/25 26/13 39/9

# U

U-turn [10]   29/17 32/14 32/25 33/3 33/4 33/14 33/17 41/25 42/2 42/9
U.S [17]   1/14 1/18 1/22 2/12 6/1 6/19 7/2 7/6 7/17 8/5 8/12 18/9 50/8 50/10 55/6 55/10 55/21
ultimately [1]   74/25
umbrella [1]   51/16
unavailable [1]   80/12
under [2]   51/15 79/17
underneath [2]   7/10 17/25
understand [1]   22/13
understanding [2]   56/21 56/22
underway [1]   16/24
uniform [2]   47/24 48/1
unit [2]   6/23 75/20
UNITED [16]   1/1 1/3 1/11 20/18 48/9 49/18 51/2 51/6 53/21 54/15 66/16 66/25 67/3 67/14 67/19 80/14
units [2]   16/15 75/21
University [3]   49/7 49/11 74/24
until [6]   7/16 8/1 21/24 26/1 42/8 81/5

unusual [2]   11/20 80/15
up [23]   9/6 12/10 12/12 12/17 12/19 16/23 19/1 19/5 19/7 19/11 19/13 19/15 21/15 27/17 32/18 32/24 41/18 56/18 67/14 70/6 70/7 72/7 81/2
updated [1]   11/17
Upon [1]   56/4
upper [1]   32/5
urgent [2]   51/23 52/22
us [12]   5/4 6/6 6/16 41/15 49/1 56/20 69/22 69/24 71/20 73/14 74/5 77/10
use [3]   18/20 29/20 53/18
used [5]   29/2 37/20 38/21 39/9 39/13
usually [1]   53/4
utilize [1]   44/9

# V

VA [1]   2/8
vacationed [1]   18/6
van [1]   58/20
varies [1]   7/11
vascular [2]   62/10 62/13
vehicle [67]   14/9 14/12 17/15 17/22 17/24 18/3 18/19 19/16 19/23 19/25 24/2 26/22 28/24 29/1 29/1 29/9 29/10 29/15 29/22 29/23 30/1 30/11 30/12 30/17 30/20 31/4 31/5 31/6 31/13 31/14 34/2 35/11 36/6 36/7 36/12 36/12 36/13 36/14 36/17 36/19 36/21 37/16 37/19 38/8 38/9 38/12 38/19 40/10 41/21 41/22 42/3 42/10 43/11 43/16 43/16 44/3 44/6 44/11 44/25 45/7 45/9 45/21 47/8 59/22 60/8 60/9 76/24
vehicles [10]   17/12 17/17 18/8 19/4 26/17 36/22 37/2 40/16 45/20 45/24
Venezuela [1]   50/21
very [14]   8/3 12/16 12/16 19/13 29/1 36/24 37/19 44/2 51/3 55/20 57/18 59/23 65/21 77/25
vetting [1]   6/23
via [1]   79/10
vice [1]   57/9
Victor [18]   10/4 10/6 10/7 10/24 10/25 11/9 12/15 12/16 12/17 13/6 13/17 14/16 16/12 16/16 60/23 60/25 61/15 63/2
Victor's [7]   12/13 12/18 12/23 12/25 13/2 61/22 64/17
VIDEO [1]   80/21
videotape [3]   79/20 80/1 80/5
videotaped [1]   79/11
videotapes [1]   79/21
view [2]   47/11 47/19
viewing [3]   47/3 47/4 47/10
visible [2]   35/5 65/23

**V**

visit [3]    63/2 63/23 77/20
visited [1]    38/8
voice [2]    12/21 13/8
volume [1]    12/2
volunteer [1]    76/15
volunteered [3]    76/14
 76/15 77/5

**W**

wait [2]    21/24 81/5
walk [1]    65/10
walked [2]    63/11 64/25
want [5]    14/4 20/5 20/5
 53/13 78/6
wanted [8]    56/15 56/24
 64/8 76/6 76/15 77/4 77/8
 78/7
wanting [1]    12/24
was [268]
was graduating [1]    73/17
Washington [8]    1/5 1/16
 1/20 1/24 2/4 2/13 11/16
 54/25
wasn't [5]    42/8 45/8 56/9
 62/12 64/3
watch [1]    80/4
way [12]    30/24 36/10 40/14
 41/19 45/13 45/19 45/22
 46/17 59/9 66/8 76/10 80/8
we [49]    8/21 9/11 9/13
 9/13 9/15 9/25 10/3 12/2
 12/3 13/19 14/17 15/1
 15/15 15/15 16/17 16/17
 16/19 17/22 18/20 18/20
 19/8 19/11 27/16 30/13
 39/14 41/24 43/7 43/22
 45/23 47/13 51/3 53/11
 53/18 53/20 54/6 54/12
 58/20 67/21 67/24 69/2
 71/22 73/8 76/20 76/23
 78/22 79/10 79/11 79/12
 80/14
we'll [7]    12/11 48/3 53/22
 79/3 80/18 80/18 81/1
we're [8]    5/3 13/18 19/24
 27/15 41/19 51/23 80/17
 80/24
we've [2]    15/13 80/6
weak [1]    19/8
weapon [2]    36/8 47/9
week [1]    79/8
weight [3]    67/6 67/7 67/8
well [12]    12/17 30/3 32/19
 36/24 38/14 48/12 55/20
 61/17 74/11 76/24 76/25
 77/15
well-traveled [1]    36/24
went [13]    16/19 20/1 20/2
 29/17 37/5 43/14 45/12
 49/3 67/21 67/21 74/16
 74/22 78/8
were [82]    6/21 8/11 8/19
 9/18 9/20 9/25 12/5 15/15
 16/17 16/19 16/24 17/7
 17/8 17/13 18/18 18/24
 22/15 23/19 28/10 28/25
 29/22 31/17 32/2 34/7
 35/17 36/1 36/12 36/15
 36/16 37/17 39/23 40/11

40/16 40/18 41/18 42/2
 42/23 43/7 44/10 44/13
 44/16 45/6 45/13 46/14
 46/15 47/3 48/1 55/4 55/8
 55/21 56/10 56/12 57/16
 58/6 58/6 58/9 58/14 58/19
 58/20 58/24 60/11 60/13
 60/14 61/10 61/13 61/15
 61/19 62/10 63/25 64/25
 65/11 65/12 65/14 65/15
 65/17 65/22 67/24 68/8
 68/14 71/22 76/14 77/24
what [103]
what's [13]    12/24 13/4
 13/20 13/21 13/25 14/11
 15/1 24/13 27/9 27/12
 32/23 33/23 33/24
when [61]    6/21 8/19 15/12
 16/19 18/4 18/20 18/20
 19/21 29/10 30/5 32/3 34/7
 34/17 36/15 36/16 36/21
 36/25 37/10 39/11 41/18
 42/2 42/3 42/22 43/15 44/7
 44/8 44/25 45/9 45/12
 45/17 45/21 46/14 46/18
 47/3 47/10 49/12 50/23
 54/10 57/1 58/24 60/15
 60/20 60/25 61/1 61/2
 63/11 64/25 66/11 67/13
 67/19 67/23 72/16 73/17
 73/17 73/19 73/24 74/8
 77/1 77/13 77/17 80/12
where [54]    7/15 13/7 14/14
 15/12 15/13 16/2 19/4
 21/13 21/15 21/17 22/20
 23/6 23/17 28/16 30/7 30/8
 30/17 30/19 32/4 33/1
 33/14 34/23 36/20 43/15
 43/18 46/9 46/24 48/24
 49/6 49/10 54/22 55/4 55/8
 56/24 58/1 58/6 58/19 59/4
 60/3 60/9 60/20 62/5 63/7
 64/21 67/5 67/19 68/1
 68/22 69/25 70/6 70/7 74/8
 75/1 75/5
whether [3]    29/22 62/18
 63/25
which [28]    7/3 8/25 9/5
 9/24 11/15 17/24 24/5
 24/10 24/16 25/11 27/8
 27/19 28/11 28/11 30/6
 31/11 32/18 33/21 38/15
 43/22 45/24 46/15 62/8
 67/24 68/10 72/13 73/15
 75/9
while [3]    12/6 13/4 77/20
white [1]    39/15
who [26]    10/6 10/11 10/11
 15/12 16/11 16/23 17/8
 18/10 34/17 36/17 37/10
 37/18 37/23 51/3 51/10
 51/19 53/17 53/24 54/2
 57/2 57/3 60/13 60/22
 61/11 73/2 79/9
who's [3]    9/24 12/15 42/19
whole [3]    5/11 20/24 69/10
whom [3]    5/21 5/25 54/2
why [4]    15/12 20/6 41/24
 76/13
wife [8]    9/24 10/4 10/8
 11/11 12/18 12/23 12/25

13/3
will [7]    5/11 20/23 48/12
 53/20 54/16 69/10 80/17
william [1]    72/3
Wilson [1]    2/7
window [16]    19/8 19/9
 19/12 19/15 19/20 20/1
 20/2 20/4 20/7 20/7 20/9
 35/1 35/3 35/4 35/6 45/3
window's [1]    20/6
windows [8]    18/25 19/1
 19/4 19/7 35/13 44/16 45/4
 59/17
windshield [3]    32/6 32/10
 44/13
wing [2]    1/20 67/4
without [10]    11/5 25/3
 28/6 31/15 31/22 34/9
 34/13 39/4 69/24 73/10
witness [29]    3/4 5/2 5/6
 5/15 10/14 17/2 20/11
 20/17 21/2 30/23 32/8 35/3
 41/8 46/3 48/8 48/16 68/25
 69/5 69/14 78/21 78/25
 79/9 79/16 79/17 80/2 80/3
 80/12 80/15 80/16
won't [1]    19/7
wonder [1]    80/25
word [1]    13/13
words [1]    42/19
work [27]    6/21 7/15 8/19
 10/9 10/10 11/12 16/14
 21/9 49/21 50/16 51/19
 54/12 61/14 68/15 68/16
 70/17 70/20 71/11 72/10
 72/14 72/14 75/23 76/2
 76/6 76/6 76/17 78/7
worked [14]    8/14 10/4
 16/17 22/7 39/12 49/22
 49/24 55/6 70/15 71/3 74/6
 74/7 75/16 75/17
workers [1]    40/10
working [17]    7/15 7/18
 7/24 8/4 8/11 9/18 9/22
 10/1 11/10 11/11 18/10
 23/2 39/11 40/22 50/13
 55/21 74/8
works [3]    72/12 78/14
 78/15
would [33]    5/4 5/7 8/10
 11/3 11/17 12/3 18/7 18/20
 20/9 20/20 21/24 26/12
 26/18 48/19 51/15 51/23
 51/24 52/1 54/4 62/20 63/2
 64/2 64/4 70/11 73/8 78/25
 79/12 79/22 79/22 79/23
 79/24 80/8 80/15
wound [3]    14/5 63/21 66/1
wounds [1]    65/24
Ws [1]    15/12

**X**

x-ray [1]    68/15
Xanax [2]    64/9 64/18

**Y**

yeah [1]    10/10
year [1]    74/22
years [17]    6/15 8/5 22/22
 22/23 22/24 23/4 49/20
 50/15 50/16 69/23 70/16

## Y

years... [6]  70/22 71/12 71/15 73/6 74/2 74/23
yes [149]
yet [1]  33/25
York [2]  1/23 8/1
you [474]
you'll [1]  80/19
youngest [1]  72/2
Yuma [2]  74/10 74/10

## Z

Z-A-P-A-T-A [1]  69/20
ZAPATA [25]  3/17 61/20 62/22 62/25 64/19 64/22 65/20 65/25 66/2 66/5 69/7 69/14 69/20 69/24 71/14 71/17 72/2 72/2 72/3 72/24 73/3 73/14 76/9 78/16 78/21
Zapata's [1]  65/5
zones [1]  17/13