# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.

JOSE EMANUEL GARCIA SOTA
and JESUS IVAN QUEZADA PINA,

        Defendants.

_____/

Criminal Action
No. 1:13-cr-142
No. 1:13-cr-143

Washington, D.C.

July 12, 2017

2:14 p.m.

### TRANSCRIPT OF JURY TRIAL – DAY 2 – AFTERNOON SESSION
### BEFORE THE HONORABLE ROYCE C. LAMBERTH
### UNITED STATES DISTRICT COURT SENIOR JUDGE

**APPEARANCES**

For the Plaintiff:      **MICHAEL DiLORENZO**
                        **JOCELYN BALLANTINE**
                         U.S. Attorney's Office
                         for the District of Columbia
                         National Security Section
                         555 4th Street, NW
                         Washington, DC 20530

                         **KAREN PATRICIA SEIFERT**
                         U.S. Department of Justice
                         Criminal Division, Narcotics and
                         Dangerous Drugs
                         145 N Street, NE
                         2nd Floor, East Wing
                         Washington, DC 20530

                         **DAVID N. KARPEL**
                         U.S. Department of Justice
                         Criminal Division, Organized Crime
                         and Gang Section
                         1301 New York Avenue, N.W.
                         Washington, DC 20005

**Proceedings recorded by realtime stenographic shorthand; transcript produced by computer-aided transcription.**

**APPEARANCES CONTINUED:**

For the Plaintiff:      **FERNANDO CAMPOAMOR-SANCHEZ**
U.S. Attorney's Office
for the District of Columbia
555 4th Street, NW
Washington, DC 20530

For Defendant
Garcia Sota:      **ROBERT A. FEITEL**
Law Office of Robert Feitel
3509 Connecticut Ave, NW
Suite 1291
Washington, DC 20008

**SANDI S. RHEE**
Law Office of Sandi Rhee
228 S Washington St., Suite 300
Alexandria, VA 22314

For Defendant
Quezada Pina:      **ELITA C. AMATO**
Law Offices of Elita C. Amato
2111 Wilson Boulevard
8th Floor
Arlington, VA 22201

Court Reporter:      **Jeff M. Hook, CSR, RPR**
Official Court Reporter
U.S. District & Bankruptcy Courts
333 Constitution Avenue, NW
Room 4700-C
Washington, DC 20001

**I N D E X**

| WITNESS | PAGE |
|---|---|
| DR. DORI FRANCO | |
|   Continued Direct Examination by Mr. Karpel | 7 |
| | |
| DR. DARRELL WU | |
|   Direct Examination by Mr. Karpel | 13 |
| | |
| MARIO VILLAPLANA | |
|   Direct Examination by Mr. DiLorenzo | 29 |
|   Cross-Examination by Ms. Amato | 65 |
| | |
| HECTOR QUILATAN DE LA ROSA | |
|   Direct Examination by Mr. Campoamor-Sanchez | 73 |

**E X H I B I T S**

| **GOVERNMENT'S** | **PAGE** |
|---|---|
| Exhibit 100 | 40 |
| Exhibit 101 | 40 |
| Exhibit 102 | 40 |
| Exhibit 103 | 40 |
| Exhibit 104 | 40 |
| Exhibit 105 | 40 |
| Exhibit 106 | 40 |
| Exhibit 107 | 40 |
| Exhibit 108 | 40 |
| Exhibit 109 | 40 |
| Exhibit 110 | 40 |
| Exhibit 111 | 40 |
| Exhibit 112 | 40 |
| Exhibit 128 | 56 |
| Exhibit 129 | 56 |
| Exhibit 130 | 56 |
| Exhibit 131 | 56 |
| Exhibit 132 | 56 |
| Exhibit 133 | 56 |
| Exhibit 134 | 56 |
| Exhibit 135 | 56 |

**EXHIBITS CONTINUED**

| GOVERNMENT'S | PAGE |
|---|---|
| Exhibit 136 | 56 |
| Exhibit 137 | 56 |
| Exhibit 138 | 56 |
| Exhibit 139 | 56 |
| Exhibit 140 | 56 |
| Exhibit 141 | 56 |
| Exhibit 142 | 56 |
| Exhibit 143 | 56 |
| Exhibit 144 | 56 |
| Exhibit 145 | 56 |
| Exhibit 146 | 56 |
| Exhibit 147 | 56 |
| Exhibit 148 | 56 |
| Exhibit 149 | 56 |
| Exhibit 150 | 56 |
| Exhibit 151 | 56 |
| Exhibit 152 | 56 |
| Exhibit 153 | 56 |
| Exhibit 154 | 56 |
| Exhibit 155 | 56 |
| Exhibit 156 | 56 |
| Exhibit 648 | 9 |

**EXHIBITS CONTINUED**

| **GOVERNMENT'S** | **PAGE** |
|---|---|
| Exhibit 1117 | 55 |
| Exhibit 1117.1 | 55 |
| Exhibit 1150 | 63 |
| Exhibit 1151 | 63 |
| Exhibit 1152 | 63 |
| Exhibit 1153 | 63 |
| Exhibit 1154 | 59 |
| Exhibit 1155 | 59 |
| Exhibit 1156 | 59 |
| Exhibit 1157 | 59 |
| Exhibit 1158 | 59 |
| Exhibit 1159 | 59 |
| Exhibit 1160 | 59 |
| Exhibit 1161 | 59 |
| Exhibit 1162 | 59 |
| Exhibit 1163 | 59 |
| Exhibit 1164 | 59 |
| Exhibit 1165 | 59 |
| Exhibit 1166 | 59 |
| Exhibit 1167 | 59 |
| Exhibit 1168 | 59 |
| Exhibit 1169 | 59 |
| Exhibit 1171 | 59 |

**P R O C E E D I N G S**

**THE COURT:** Ladies and gentlemen, those items of evidence received into evidence all will be available to you during your deliberations.  They're displayed sometimes in the courtroom to help you understand the evidence as it comes in, but all of these items of evidence will be provided to the jury at the time you begin your deliberations so you'll be able to examine them more closely.

The old method was, we would pass around the photograph and take forever for it to circulate among all 12 jurors.  Now we can display it on the screen so it expedites, and you can see the witness pointing the things as we go through the process.  But the photographs themselves or other evidence like that, reports that I just admitted, will all be available to you during your deliberations, just so you know that.

Alright, you may proceed.

**MR. KARPEL:**  Thank you, your Honor.

CONTINUED DIRECT EXAMINATION OF PLAINTIFF'S WITNESS:

DR. DORI FRANCO

**BY MR. KARPEL:**

**Q.**  Dr. Franco, are you familiar with toxicology testing?

**A.**  I am.

**Q.** What is it?

**A.** Toxicology testing is using a laboratory analysis of different specimens to include blood, urine, different tissues, to try to determine if there was any alcohol, drugs of abuse o,r prescription medications in that specimen.

**Q.** Was a toxicology analysis performed in connection with the autopsy on Jaime Zapata?

**A.** Yes.

**Q.** And were the results of the testing reduced to writing in a report?

**A.** Yes. The toxicology lab produces a report, and I incorporate that into my autopsy report. And the results for this particular one was, there was no alcohol. There was, on this drug screen, atropine, which is a medication used to try to get someone's heart to start. It's used for medical treatment, CPR and resuscitation. That was the only medication that showed up in the drug train.

**Q.** And with respect to the report you're referring to, was that the report prepared in the normal course of the medical examiner office's business?

**A.** Yes.

**Q.** Is it prepared for all autopsies regardless of whether criminal in nature?

**A.** If toxicology is performed, which in most cases they are, then they produce this report.

Q. Are the reports maintained at the medical examiner's office?

A. Yes.

MR. KARPEL: May I approach, your Honor?

THE COURT: Yes.

BY MR. KARPEL:

Q. I'll show you what's marked as Exhibit 648. Do you recognize that document?

A. I do.

Q. Is that the toxicology report you just testified about?

A. It is.

Q. Did you incorporate it into your findings?

A. Yes.

MR. KARPEL: Move for the admission of 648.

MR. FEITEL: Without objection.

THE COURT: Received.

(Government's Exhibit 648 admitted into evidence)

BY MR. KARPEL:

Q. You just testified with respect to the findings. Let me ask so I'm clear: Did you find any evidence of alcohol consumption?

A. No. No ethanol or alcohol was seen in the specimens that were tested.

Q. Any evidence of illegal drugs?

**A.** No.

**Q.** What did you find?

**A.** They tested the liver tissue. As this was a second autopsy, I didn't have blood specimens per se, so they used the liver tissue, which is a good source for toxicology testing. That's where a lot of things are metabolized. And they do a very broad screen for lots of different medications that include amphetamines, barbiturates, benzodiazepines, along with cocaine, heroin, and other drugs of abuse. And the only thing that came out of that testing was atropine.

**Q.** What is atropine?

**A.** It's for medical resuscitation for heart.

**Q.** Would that be consistent with the prior medical intervention that you found on the body?

**A.** Yes.

**Q.** You testified that you collected a number of fragments, some single, some groups of fragments, from the body of Jaime Zapata?

**A.** Yes.

**Q.** What did you do with those fragments?

**A.** Those fragments were turned over to the FBI via a chain of custody in sealed containers.

**Q.** Were they turned over to the FBI agent who attended the autopsy?

**A.** I believe so.

**Q.** Based upon your autopsy, did you reach a conclusion regarding the cause of Special Agent Zapata's death?

**A.** I did.

**Q.** And what is your conclusion?

**A.** The cause of death was multiple gunshot wounds.

**Q.** Is your conclusion as to the cause of death based on a reasonable degree of medical certainty?

**A.** It is.

**Q.** Based upon your autopsy, did you reach a conclusion regarding the manner of death with respect to Special Agent Jaime Zapata?

**A.** I did.

**Q.** And what is your conclusion?

**A.** It was homicide, death at the hands of another person.

**Q.** Is that homicide conclusion based on a reasonable degree of medical certainty?

**A.** Yes.

**MR. KARPEL:** Pass the witness, your Honor.

**THE COURT:** Alright.

**MR. FEITEL:** I have nothing your Honor.

**MS. AMATO:** As do I.

**THE COURT:** You may step down.

Next witness.

MR. KARPEL: Your Honor, before I call the witness, we have a stipulation agreed to by the parties.

THE COURT: Okay.

MR. KARPEL: With your permission I'd like to read it?

THE COURT: Alright.

MR. KARPEL: It is Government Exhibit 1170. The stipulation reads as follows:

"The parties hereby agree and stipulate to the following facts concerning the chain of custody of the body of Special Agent Jaime Zapata. On the afternoon of February 15, 2011, the Mexican authorities transported Special Agent Jaime Zapata from the crime scene to Hospital De La Salud in San Luis Potosi where he was pronounced dead.

"On February 16, 2011, the Mexican authorities conducted an autopsy on the body of Agent Zapata. He was then transported from Mexico to the office of the Armed Forces Medical Examiner in Dover Air Force -- at Dover Air Force Base, Delaware where a second autopsy was performed on the body of Agent Zapata by Dr. Dori Franco on February 17, 2011. Other than the autopsy that was performed in Mexico, the body of Agent Zapata

remained in substantially the same condition from the time he was pronounced dead to the time he arrived at the office of the Armed Forces Medical Examiner in Delaware."

**THE COURT:** Ladies and gentlemen, at the time of my final instructions, I will tell you that during the trial when you're told that the parties have stipulated, that is agreed to certain facts. You should consider such a stipulation of fact to be undisputed evidence.

Alright, you may call your witness.

**MR. KARPEL:** Your Honor, at this time the United States calls Dr. Darrell Wu.

**DEPUTY CLERK:** Remain standing and raise your right hand.

Do you solemnly swear or affirm that the testimony you shall present to the Court and to the jury shall be the truth, the whole truth and nothing but the truth?

**THE WITNESS:** I affirm.

**DEPUTY CLERK:** Be seated, sir.

DIRECT EXAMINATION OF PLAINTIFF'S WITNESS:

DR. DARRELL WU

**BY MR. KARPEL:**

**Q.** Good afternoon, Doctor.

**A.** Good afternoon.

**Q.** Could you tell us where you reside -- before you

do that, I have to introduce you to the jury.

Would you kindly state your first and last name and spell it for the court reporter?

**A.** My first and last name is Darrell Wu; D-A-R-R-E-L-L, last name is W-U.

**Q.** Where do you reside?

**A.** I reside in Houston, Texas.

**Q.** How are you employed, Doctor?

**A.** I'm employed by Baylor College of Medicine as a resident.

**Q.** Where is your place of employment?

**A.** My place of employment is Houston, Texas.

**Q.** And are you about to start a new job in about three weeks?

**A.** Yes. In three weeks I'm about a start a fellowship in thoracic surgery that deals with the treatment of the heart and lungs.

**Q.** Can you tell us a little about the fellowship you're about to start, what you plan to study?

**A.** Sure. The fellowship is three years in duration. I plan on focusing my field of practice on diseases affecting the aorta. That's the largest artery in the body. The heart pumps blood to your body through the aorta. And without the aorta, you won't be able to live.

**Q.** Is the study of the aorta your current specialty

that your -- area of medicine?

A. Yes. I finished my surgical training in order to proceed to the next phase, which is to study the diseases of the aorta.

Q. Can you share with us what educational degrees you have, and where and when they were obtained.

A. I have a Bachelors of Science in mathematics from the University of Illinois at Chicago. I obtained that in 2004. I have a medical degree from the University of Illinois. I obtained that in 2008.

Q. Can you please describe for us any specialized training you've received to become a doctor?

A. Sure. After medical school, I did a surgical internship at Rush University in Chicago. That took place from 2008 to 2009. Then in 2009 to 2010, I performed a second internship at Baylor College of Medicine. From 2009 to 2010, I received training as a junior surgical resident at Baylor College of Medicine.

Then from 2011 to 2014, I spent three years doing research on biology of the aortic wall and what causes the aorta to fail. And then from 2014 to 2016, I was considered a senior surgical resident at Baylor College of Medicine.

And from 2016-2017, I was a chief resident of surgery. I just finished the program on June 24th of this year.

**Q.** Are you licensed to practice medicine in any given state?

**A.** Yes, I am in Texas.

**Q.** Are you board qualified?

**A.** Yes, I'm board qualified.

**Q.** In what area?

**A.** In general surgery.

**Q.** Are you working to become board certified?

**A.** Yes, I'm taking my -- the first part of my qualifying exam is a written test. It's a test that asks questions about all the fields in surgery. I'm taking my test next Thursday.

Once I pass that the test, I'll qualify for an oral board exam. And once I pass the oral board exam, I'll be a board-certified surgeon.

**Q.** What does that mean?

**A.** To me, a board-certified surgeon means that you have finished at least 60 months of surgical training in an accredited surgical program, and then you have to pass both the written exam and the oral exam.

**Q.** How long have you been licensed to practice medicine?

**A.** I've been licensed to practice medicine since 2014. I have been practicing medicine for nine years.

**Q.** And how long have you been practicing the field of

general surgery?

A.    Nine years.

Q.    Can you share with us any awards and honors that you've received in your field?

A.    When I did my internship in Rush in 2008-2009, I received an award for being the best vascular surgery resident.  When I came to Baylor College of Medicine, I received another award again for being the best intern from 2009 to 2010.

During my research years for those three years, I received a number of different kind of research awards for presentation and science.  And then most recently, about a month ago, I received the award for the best chief resident in the program.

Q.    Do you teach or lecture in the field of general surgery?

A.    Yes.  Periodically for the past nine years, I've taught and lectured to medical students at Baylor College of Medicine.

Q.    Do you presently conduct research in your field?

A.    Yes.  I've maintained my contacts with the department of cardiovac surgery at Baylor College of Medicine, and I continue to perform research in there.

Q.    Are you published, Doctor?

A.    Yes.  I have eight publications and three more

that will be published pretty soon.

Q. Without going into all eight, can you give us a sense of what those publications are about?

A. They all deal with what causes the aorta to fail, and how to treat them and prevent the disease from happening.

Q. Are you a member of any professional organizations?

A. Yes. I'm a member of the American College of Surgeons, I'm a member of the Association for Academic Surgery, and I will be a member of the Society for Thoracic Surgeons.

Q. As of today, how many patients with gunshot wounds have you treated?

A. As of today, for gunshot wounds, I've treated a few hundred.

Q. As of February 2011, how many did you treat?

A. Approximately 50 to 100.

MR. KARPEL: Your Honor, at this time I move to qualify Dr. Wu as an expert in general surgery, with a specialty in the treatment of gunshot wounds, and ask he be allowed to render an opinion consistent with his expertise.

THE COURT: Any voir dire?

MR. FEITEL: No questions. I wish the doctor luck on his test next week.

**THE WITNESS:** Thank you.

**MS. AMATO:** Exactly, your Honor, the same.

**BY MR. KARPEL:**

Q. Doctor, I'd like to invite your attention to February of 2011. Where did you work at that time?

A. February 2011, I was on my trauma surgery rotation as a second-year resident in the Baylor College of Medicine program. I was in charge of seeing all the consults that went through the emergency department dealing with surgery, and I was in charge of evaluating all patients that came through there that suffered trauma, whether it be trauma from a blunt, such as a motor vehicle accident, or penetrating Baylor from a stab wound or a gunshot wound.

Q. Is the Baylor College of Medicine known by any other name?

A. It's known by the Michael E. DeBakey Department of Surgery.

Q. Is there a hospital named Ben Taub?

A. Yes, Ben Taub is one of the core hospitals that the surgical program rotates. We spend approximately 40-50 percent of our five-year time at Ben Taub Hospital.

Q. Is Ben Taub part of the Baylor College of Medicine, under the umbrella?

A. Yes.

Q. What is a Level I trauma center?

**A.**   A Level I trauma center is a center that can handle the sickest patients, whether it's a medical problem or a surgical problem.  To be Level I, you have to have an in-house general surgeon 24 hours a day, seven days a week for every single day of the year.  And you have to have specialty support such as neurosurgery or the bone doctors or anything like that, or OB, to be available on hand to evaluate a patient within minutes.  That is what it is to be qualified as a Level I trauma center.

**Q.**   How many Level I trauma centers are there in Houston?

**A.**   Only two.

**Q.**   Other than Ben Taub, what's the other one?

**A.**   Memorial Herman.

**Q.**   As of February 2011, were you doing one of your rotations in what they call a shock center or shock area?

**A.**   Yes.

**Q.**   What is the shock center?

**A.**   Shock center is where you evaluate sick patients, whether it's medical or surgery.  For Ben Taub, there are five dedicated rooms for treatment of these kinds of patients.

**Q.**   I invite your attention to February 16th, 2011. Were you working in the shock room on that day?

**A.**   I was.

**Q.** Did you receive an alert of an incoming patient?

**A.** I do not recall the specific circumstances from the past six years ago, but if there is a patient coming to the shock room, we are notified through a paging system. Everybody who's involved and on call that day receives a page.

And on the page, usually there's a description of what level of trauma activation, whether it's one, two, or three during that time, three being the highest level activation. That kind of sets the mindset of the people who are going to evaluate the patient.

It tells you the mechanism or how the patient was injured, whether it's a motor vehicle accident, if it's a stab wound or if it's a gunshot wound. And it also tells you on the page how stable the patient is.

They'll usually page out some of the vital signs, such as the heart rate, how fast the patient is breathing, what their blood pressure is. In some circumstances, they'll also be able to do a brief neurologic assessment and tell us information whether or not the patient is awake or not, or alert.

**Q.** Since 2011, approximately how many patients have you seen?

**A.** Since 2011, I've seen thousands and thousands of patients.

**Q.** Prior to being contacted by the Government in this case, did you have any independent recollection of your treatment of Victor Avila?

**A.** No.

**Q.** After we contacted you, did you have an opportunity to review his medical records and history from Ben Taub?

**A.** I have.

**Q.** And did that refresh your memory and recollection with respect to your treatment --

**A.** It did.

**Q.** -- and what you did?

**A.** Yes; yes, sir.

**Q.** Do you recall when Special Agent Avila arrived at the hospital on February 16, 2011?

**A.** I recall when he arrived. He arrived on a stretcher. He was awake, he was talking, he was alert. He seemed to be doing okay.

**Q.** Do you recall what time he arrived?

**A.** He arrived around 8:30 in the morning, around that time.

**Q.** What information did you have about Victor Avila before he arrived in the trauma center in the shock room?

**A.** I remember talking with -- because it was paged out as a Level 3 activation meaning that it's very serious,

potentially very serious. The entire trauma team goes down to one of those quote/unquote shock rooms, and we set up -- we all have, you know, roles of what we're going to do. We work with a bunch of other doctors.

As a trauma surgery team, I'm the point man. There's trauma faculty and trauma senior residents. There's also emergency medicine physicians involved in the care. And we all kind of delineate what we're going to do, how we're going to evaluate the patient.

I remember my faculty, who probably received a phone call likely about this, told me that the patient is stable, he was shot multiple times. And that he had already been seen and evaluated at a different hospital for these injuries, and that everything so far on their workup was normal.

Q. When Mr. Avila arrived at Ben Taub, was he conscious?

A. Yes.

Q. Was he alert?

A. Yes, he was.

Q. Did he appear to be in any pain?

A. He complained of pain to his left leg.

Q. And did you have the occasion to speak to him?

A. I did.

Q. Did you ask him what happened?

**A.** I did.

**Q.** What did he tell you?

**A.** He informed our team that a vehicle or somebody drove up, stuck a gun through the window and proceeded to unload the firearm; and as a consequence, his partner was deceased. And in an attempt to get away, he drove the car into a median.

**Q.** Did you conduct a physical examination of Special Agent Avila?

**A.** I did.

**Q.** What was the nature of that examination?

**A.** So for all trauma patients that come to Ben Taub, there's a very set and specific and standard way of how you evaluate a patient. It's called "advanced trauma evaluation."

We proceed to evaluate the primary survey of the patient. That assesses their airway, if they're breathing; they're awake and they can talk with you. You listen to their lungs to see if their lungs are clear, they're able to move air and oxygenate. And then you assess their circulatory status which means you feel for their pulses.

After you have cleared that and patients are stable enough to proceed and don't require any intervention to correct those problems, we proceed to examine their neurologic status just to make sure that everything is okay.

And then we proceed to expose them -- meaning we take off all their clothes or hospital gowns, and we examine them from head to toe to find out where the injuries are.

And in doing so for this particular case, he was breathing fine, he was awake and alert. Everything seemed to be doing okay. His vitals were okay. But we found some gunshot wounds to the right -- upper right-arm area. We found two graze wounds to his belly, one to his hand. There was a small wound to his left thigh along with a bullet entry. And to his left calf there was also two puncture wounds.

**Q.** The gunshot wound to the left thigh, you testified there was a bullet entry. Was there a bullet exit wound?

**A.** There did not appear to be. There appeared only to be one entry wound and one cut or laceration to the thigh.

**Q.** What about the gunshot wound to the lower left leg?

**A.** That appeared to be a through-and-through injury. Typically for gunshot wounds, you want the wounds to be even. So if it enters, it has to exit. And there were two wounds on the left-calf area but only one wound on the left thigh.

**Q.** Did you conduct any tests?

**A.** Yes. We performed a chest X-ray. Even though

patients are stable initially, when they get transported for long distances they become unstable. It takes time for some injuries to manifest. So you always want to repeat an X-ray when somebody comes to your institution.

We also performed an X-ray of the belly to make sure that those graze wounds truly were outside the body. And we performed X-rays of the left leg and the left calf.

And to assess his vascular status of his left leg, because there was only a single entry wound to the left thigh, we performed what we call an ankle brachial index. That just means that we measure the blood pressure in the ankle, and we compare that to the blood pressure in the arm and we take that ratio. Based on a certain value, we can tell if it's normal. And in this case, it was normal.

**Q.** Were all of his tests normal?

**A.** Yes. The X-ray of the chest was normal. The X-ray of the belly was normal. The X-ray of the leg and the thigh and the calf didn't show any fractures, but there was two small metallic fragments less than 5 millimeters in size embedded in the left thigh.

**Q.** Were those two metal fragments consistent with bullets?

**A.** Yes.

**Q.** Was surgery required?

**A.** No.

**Q.** Why not?

**A.** They're very small, and they're very hard to find. And if you go digging for them -- we have to make an incision, and that causes a lot more harm and disability to people if you go after these fragments.

**Q.** What treatment did you provide to Special Agent Avila?

**A.** Beyond the aforementioned tests, we gave him some pain medication and we gave him some food to see if he could tolerate it. He was doing okay. That was it.

**Q.** Can the bullet fragments in his left leg raise any health complications in the future?

**A.** There are two potential complications, they're both very rare. The first one being that it can become a source of infection, get infected and develop into what we call an abscess. The second potential complication is that it can damage some of the nerves that are around there.

**Q.** Did you treat his wounds?

**A.** We bandaged them.

**Q.** Any reason to believe that the bullet fragment might have to be removed in the future?

**A.** No.

**Q.** After you completed your examination of Special Agent Avila and treated his wounds and reviewed the results of your test, back in 2011, did you reach a conclusion

regarding his prognosis?

A. It was excellent.

Q. Do you recall what time he was discharged from the hospital?

A. He was discharged approximately 11:00 o'clock in the morning.

Q. So he was at Ben Taub for a little over two hours?

A. Yes, sir.

MR. KARPEL: Pass the witness.

MR. FEITEL: No questions, your Honor.

MS. AMATO: No questions, thank you.

THE COURT: You can step down. Thank you, Doctor. Next witness.

MR. DiLORENZO: We call retired Special Agent Mario Villaplana. As we're waiting for the witness, the parties have reached a stipulation and I can read it at this time.

THE COURT: Alright.

MR. DiLORENZO: We reached two stipulations apparently. I'll read it in a moment.

DEPUTY CLERK: Good afternoon. Remain standing, please, and raise your right hand.

Do you solemnly swear or affirm that the testimony you shall present to the Court and to the jury will be the truth, the whole truth and nothing but the truth?

THE WITNESS:  I do.

DEPUTY CLERK:  You can be seated, sir.

THE WITNESS:  Thank you.

DIRECT EXAMINATION OF PLAINTIFF'S WITNESS:

MARIO VILLAPLANA

**BY MR. DiLORENZO:**

Q.  Good morning -- or good afternoon.

A.  Good afternoon.

Q.  Can you please introduce yourself to the ladies and gentlemen of the jury, and spell your first and last name.

A.  Sure.  My first name is Mario, last name is Villaplana.  M-A-R-I-O, last name is V, as in Victor, I-L-L-A-P, as in Paul --

Q.  And are you currently employed?

A.  -- L-A-N-A.

Q.  Sorry.  Are you currently employed?

A.  Not anymore, as of 10 days ago.

Q.  And why is that?

A.  I retired from the FBI.

Q.  How long did you work for the FBI?

A.  21 years, 21 and a half years.

Q.  Congratulations.

A.  Thank you.

Q.  You said you worked for the FBI for 21 years.

When you did you start with the FBI?

**A.** I started with the FBI in February of 1996. I was assigned to the San Antonio division. It's in Brownsville. The office is a satellite office of the San Antonio FBI Headquarters City. So I was sent to Brownsville between 1996 and 1997, end of '97.

**Q.** And when you were in that office, what type of work did you do?

**A.** I was assigned as the first office agent to organized crimes, drugs.

**Q.** And how long did you work in that capacity?

**A.** I worked in that capacity until I left Brownsville. It's a small office, so we did all kinds of work. But my main responsibility was organized crime, drugs until I left that office in 1997.

**Q.** And where did you go?

**A.** I went to Headquarters City, San Antonio.

**Q.** And when you were there, what type of work were you doing?

**A.** The same type of work. I was assigned to a task force, and I worked in conjunction with the DEA. It was called the surface border initiative. And after a few years, after that I transferred to the border corruption squad where I worked on law enforcement corruption. I spent a few years working that, and then 9/11 came and I was part

of the very first joint terrorism task force in San Antonio.

All throughout I was part of the Evidence Response Team. Initially as a -- staying with the Evidence Response Team, I finished the rest of my career. So I was part of a joint terrorism task force after 9/11. And in 2005, I became a full-time senior team leader for our Evidence Response Team which is our crime scene unit.

Q. And just briefly, what is a joint terrorism task force?

A. It's basically what's referred to or known in the agency as JTTF. It's a task force comprised of every law enforcement agency that we have in the field, and we pursue terrorism matters.

Q. You indicated you were part of the Evidence Response Team.

A. Yes.

Q. How long were you on the Evidence Response Team?

A. I became involved in the Evidence Response Team since 1997. I was an ERT member which is the entry level. It's all collateral duty for agents and support personnel in the FBI. My full-time work obviously is conducting investigations, but I had a passion for the Evidence Response Team for the crime scene aspects of it. So in 1997 I became a team member. A few years later, I became a team leader for the San Antonio division. And in 2005, I became

the senior team leader which is now I now manage all the teams within the division.

Q. And in 2005, when you had this management position with the Evidence Response Team, was that full-time at that point?

A. It was.

Q. And could you please tell us, what is the Evidence Response Team?

A. So the easiest way for me to explain what the Evidence Response Team does is its decorum is a crime scene unit as you're all familiar with probably, with the exception that we are not -- if you're watching on TV, we're no scientists, we don't conduct examinations in the field.

We are very well trained on locating evidence, identifying evidence, documenting that evidence and making sure that evidence basically ends up in court in the same way that it was found in the field. Our Evidence Response Teams were in excess of 1,200 now I believe nationwide. We're all trained exactly the same way. We all have to go through a rigorous two-week training at the minimum, and then a second -- which is called basic, and then a second set of training which is about a week. After that, we have continual training. In the field it's quarterly, every three months, and it's basically permitted as it was when I was employed with the FBI. It would vary depending on the

needs of the division. If we see we have more human remain recoveries that we had to do, more cases in that specific area, we'll conduct more specific training to that. If we see that we have more latent work, then we would do refreshers on latent print training.

Then throughout your career and you're a team member, you have the opportunity to take many, many advanced training. It involves anything from advanced photography to latents to human remains recovery to surveillance. There's a multitude of training that is available to us.

Q. And the purpose of this continuing training is to keep you up to date on --

A. Correct, correct. Some things may be easier than others, but it is a good way to assess the status of the team and where the witnesses are, and then address those witnesses.

Q. Also in your capacity as an ERT -- and I want to use the right word, is it team leader? You were above team leader. What was --

A. It's senior team leaders or ERT, Evidence Response Team coordinators.

Q. Did you have an occasion to act as an instructor?

A. I have.

Q. And in what capacity?

A. They also had what we call adjunct faculty

training which means that we have the credentials that it takes to be able to teach courses. I was also able to teach not only to my team but also to -- there's a lot of law enforcement agencies that we meet. We would provide that training free of charge to any small enforcement community that would need it.

Q. And did you also provide training as an -- you as an instructor provide training to foreign law enforcement?

A. I have. I've been part of several collateral agencies in Latin America. It's a program that the FBI puts on at Quantico, and they bring leaders from Latin America, law enforcement leaders. And I was invited to go up and help with a class or participate in a class which involved basically crime scene management. It's a course that is especially made for high ranking members, not the people actually working the evidence, but the guys that are managing large crime scenes, large events.

Q. Directing your attention to February of 2001 -- I'm sorry, 2011. You were working with the FBI. Where were you stationed at that point and what was your position?

A. In 2010 I was -- I'm sorry, 2011, I was a senior team leader in San Antonio.

Q. And did you have occasion to assist with the investigation into the murder of Special Agent Jaime Zapata and the attempted murder of Victor Avila?

**A.** Yes. Our office received a call from our legal attache in Mexico where they were working on the events in this case. And our office --

**Q.** And I don't mean to cut you off -- you mentioned legal attache. Can you for the ladies and gentlemen of the jury explain what you mean by legal attache?

**A.** So the FBI has presence in many, many countries around the world. Legal attache we call are the special agents that are in that particular -- in a diplomatic setting. And they handle investigations on behalf of leads. By leads I mean maybe questions that we have about a specific case that's in those countries where we don't have the legal authority to conduct investigations in those countries. So the partnership for the legal attache, that we are able then to submit leads and say can you check this for us. It's a liaison I guess in between our diplomatic government and the investigative bodies of both countries.

**Q.** In the context of this investigation, you were noticed by the FBI legal attache?

**A.** Correct.

**Q.** And please continue.

**A.** And the request was that -- we know about what had happened because of the news and the vehicle. And there was another vehicle that needed to be processed for evidence. We were the logical place because of the proximity to where

the vehicle was. So the vehicle was transported from Mexico through McAllen and into San Antonio to our facilities where we would conduct the forensic processes.

Q. Can you explain, the FBI has offices along the border?

A. Yes.

Q. Is San Antonio on the border?

A. San Antonio is the main office, and the satellite office would be Brownsville which would be -- the port of entry would be McAllen and Laredo. So they are all part of the same San Antonio division.

Q. So why would the vehicle be brought up to San Antonio?

A. San Antonio is one of the larger facilities to accommodate the kind of work that needed to be done in this vehicle. We have what we call an ERT bay, a large bay. You can fit several vehicles into this bay. But the most important thing is that we have the bulk of the team there, we have a bulk of supplies there. This is a climate controlled environment that we needed. So it gives us everything that we need to do in the proper examination of the vehicle.

Q. You talked about the vehicle was brought to the ERT bay in San Antonio. When and how was it received?

A. The vehicle was transported in a flatbed truck, it

had put a tarp on. It was being transported by -- actually escorted by agents from ICE, Border Patrol and FBI I guess as well.

Q. And was -- what happened to the vehicle once it was brought to the facility?

A. The vehicle was brought to the facility, and then it was brought inside our evidence response team bay, the bay examination room that I was explaining earlier.

Q. And what type of vehicle was it?

A. It was a dark Suburban, blue Suburban. It was an armored vehicle. Every time we receive any -- with a vehicle like this, we conduct -- or any case, we conduct an overall examination of the vehicle, the condition of the vehicle. We kind of, okay, this is what we received.

And the vehicle showed signs of multiple impacts with the passenger on one side of the vehicle, and damage to the front end of the car. I believe it was the front passenger side of the vehicle. Multiple impacts on the windshields.

Q. Just for the sake of the translator, please slow down a little.

A. I'm sorry, I apologize.

Q. And please describe what, if any, damage did you see to the vehicle?

A. Okay. Aside from the impact damage, there was

front end damage to the vehicle on the passenger side. Part of the bumper was missing, so you can tell it was a sign of a severe impact. Also all of the tires were flattened, they were all flat. The vehicle -- immediately I noticed after we took the tarp off that the vehicle had been processed. And by that I mean forensically processed somehow, up to some extent. There were signs of fingerprint powder that had been applied as well as there were small evidence labels, the kind that were used to mark either latent prints or impacts or such. It's usually very small labels. And they were not ours, that had been done in Mexico.

Q. So you described some of the damage, and I heard the word fingerprint powder. What did you mean by that?

A. By that I mean the car was covered with this dust that is recognizable as the dust you that use to lift latent prints from the vehicle.

Q. What did that suggest to you?

A. That the vehicle had been processed.

Q. And by processed you mean forensically processed?

A. Correct.

Q. And what, if any, other evidence did you see that the vehicle may have been forensically processed?

A. As far as going through the overall examination of the vehicle, just the initial one, we are taking photographs as we go along. As we're getting into the interior of the

vehicle, we noticed that there had been some cutouts in the seats of the car. Someone had taken a knife and actually cut a piece of the seat. My thinking is that it was to collect some of the DNA from the blood evidence that was inside the vehicle.

**MR. DiLORENZO:** The Court's indulgence. Your Honor, may I approach the witness?

**THE COURT:** Yes.

**BY MR. DiLORENZO:**

Q. What I'm going to show you are Government's Exhibits 100 through 112.

A. Exhibit 100 is a photo of -- a picture of a vehicle --

Q. Could you just -- first could you please take a look at them and let me know if you recognize them?

A. Okay. Do you want me to look at all of them?

Q. Please.

(Witness reviewing the photographs)

A. I do.

Q. And what are they?

A. These are photos we took inside our ERT bay.

Q. And when were they taken?

A. They were taken on I believe the 18th, the 18th.

Q. And is there -- do you have a word to describe these photographs?

**A.**   They're overall photographs.

**Q.**   What do you mean by overall photographs?

**A.**   It's basically just a general -- I take a picture to show the state of the vehicle when we received it as we begin to -- before we begin the actual processing of the vehicle.

**Q.**   And are Government's Exhibits 100 through 112 fair and accurate depictions of the vehicle as it appeared before you began the forensic processing?

**A.**   Yes.

**MR. DiLORENZO:**   Your Honor, at this time we would offer Government Exhibits 100 to 112 into evidence.

**MR. FEITEL:**   Your Honor, we have no objections nor to any of the subsequent photographs.  They seem to apply to the stipulation.

**MS. AMATO:**   Same, your Honor.

**THE COURT:**   They're received.

(Government Exhibits 100 - 112 admitted into evidence)

**BY MR. DiLORENZO:**

**Q.**   If we could please publish 100.  If you could please look to your screen and describe to the jury what is depicted in Government's Exhibit 100?

**A.**   We're basically just taking an overall picture of the front of the vehicle.  We're depicting the damage that was done to the front of the vehicle as we received it.  You

can see the small labels that I described, those white dots. You can see all those white rectangles that you see --

Q. Excuse me, I didn't quite understand that. You said something about white --

A. Rectangles.

Q. What are those?

A. Those are the small labels that were attached to the vehicle that were not ours.

Q. Okay. And those labels that you indicated weren't yours --

A. Yes.

Q. -- did they appear to be marking anything?

A. As I recall, they just had letters and numbers on them.

Q. Right, but were they just randomly on the car or did they appear to be marking something on the car?

A. They marked some damage basically, bullet holes in the vehicle.

Q. And what, if any, significance did these rectangular labels have to you?

A. That somebody started the processing of the vehicle, of processing the vehicle in a forensic way.

Q. And those aren't FBI labels, correct?

A. They're not.

Q. Okay. What about the windshield?

**A.** The windshield, damage again from rounds that hit the window. In general, just the state of disarray that the vehicle was in.

**Q.** And if I could direct your attention to Government's Exhibit 101. What do you see in Government's Exhibit 101?

**A.** Yes, again we're documenting damage to the vehicle from the impacts done to the vehicle and the windshield. The tires, as you can see they're flat. Again, some of these labels that were trying to document this impact. So basically just documenting as we go around the vehicle.

**Q.** And then also -- and that is the passenger side of the vehicle?

**A.** That's correct.

**Q.** Okay. Moving on to Government's Exhibit 102. Describe briefly what we see here?

**A.** Again, now we're going to the rear passenger of the vehicle. Again, just trying to document as we move towards the back of the vehicle that there were impacts that were taken on that side of the vehicle. Again, the labels are still there. So in general, just general documentation of the damage.

**Q.** And just quickly, if you could just look through 103?

**A.** The same thing.

**Q.**   Looking at 104, if I could direct your attention to the lower portion of Government's Exhibit 104.  What, if anything, do you notice about the tires?

**A.**   The tires are flat.

**Q.**   And when --

**A.**   Some of it you can see the actual impact that went through them.  There were some that went through the rim. At this point, we did not know that so we had to go into the tire itself.

**Q.**   When you do the overall photography, do you also take some interior photographs?

**A.**   We do.

**Q.**   Again, if I could direct your attention to 105. What is depicted in 105?

**A.**   That's the passenger side, front passenger.  You can see in the seat -- it's not very close, but you can see in the middle of the seat there is a cutout of that seat. That's what I described earlier.

**Q.**   And are you talking about the passenger seat?

**A.**   Correct.  Right there, you can almost see the foam, that's correct.

**Q.**   You said cutout, can you explain what you mean by cutout?

**A.**   It was systematically cut out.  It was a small square of clothing or cloth that was taken off, and there

was obviously a larger amount of blood in that particular area. That was the intent when they were taking that out.

Q. And the fact that there was a cutout, did the FBI cut the material out of there?

A. No, we don't do that.

Q. The fact that there appeared to be a cut in the passenger seat, what did that indicate to you?

A. It indicated that somebody had gone inside the car in an attempt to process it forensically as well.

Q. Looking at 105, if you look to the top right hand corner, what do you see there in this area?

A. There was an obvious impact into the build up wall of the frame. That's actually part of the armor, the initial part of the armor that protects that edge. But it is an impact that is -- initially when I saw it it looked like it was at very, very close range.

Q. What makes you say that?

A. There was some evidence of gun -- or burn material in the cloth itself.

Q. And if I could put 106 and 107 up next to one another. So could you just describe -- you see 106 to the left and 107 to the right?

A. Yes. They are the same impact.

Q. And then moving on to 109. What is depicted in 109?

**A.** It's the driver's side of the vehicle.

**Q.** And what, if any, evidence of injury does there appear to be in 109?

**A.** It's obvious there is a large amount of blood that's been in the vehicle. Yeah, it was...

**Q.** Directing your attention to Government's Exhibit 110. Describe what you see there?

**A.** Again, obviously a large evidence of trauma, a lot of blood.

**Q.** And the location?

**A.** Pardon?

**Q.** And the location?

**A.** Yes, both on the floor, the seat, all over the place.

**Q.** On the driver's side?

**A.** Yes.

**Q.** And then if we could just move quickly on to 112. What do you see there?

**A.** Impacts of some sort of caliber, large caliber weapon hitting the vehicle.

**Q.** Okay. When did the forensic examination actually begin?

**A.** We began processing the vehicle again for latents. The vehicle had already been processed obviously by somebody else, but our goal was to do our job just like we normally

would do. So just because somebody else processed it, it doesn't mean that there's not evidence that was left behind. So our goal was to go through every method possible to get -- to try to find the most available evidence within this vehicle. We sometimes go into crime scenes after first responders have been there, and sometimes we take our time and we work with what we have left. And in this case, I didn't see any reason to do it in a different way. So we processed the vehicle for latents.

Q. Okay. And could you just explain when you say process it for latents, what do you mean by that?

A. So by that, we use different methods in order to find the latent prints or the fingerprints in the vehicle. We concentrate on the outside of the vehicle because we want to have what we call a non-porous surface. Obviously the --

Q. Let me slow you down a little, just we can't assume people know your FBI lingo. What is a fingerprint?

A. So a fingerprint is a copy of your -- of any of your ridges that you have on your hand that you leave behind when you touch something.

Q. And how is it that someone would leave a fingerprint behind?

A. Again, in order for somebody to leave a fingerprint, you have to have some sort of oil in your hand. Most people currently have oils in their hands. They're

constantly walking outside, you know, those oils naturally come out. If you happen to not have oils in your hand, so you just washed them and you're just in a dry environment, you don't necessarily leave a print behind, a latent print behind. If my hand was dry and this has some sort of dust in it, I can leave a latent print behind. But if this was extremely dry and this is totally clean, I may or may not leave a latent print.

**Q.** So how are you able to -- you said I guess you lift I believe is the word you used. How did lift or locate or detect a latent print?

**A.** We have different methods that we use. In this case we used a method that's called the alternate life source. It is where it literally shows us the blue light. It is just a big white, bright light, very powerful. The blue you see in crime scene shows is a filter that blocks a type of spectrum of light. You use it in combination with a certain color of glasses, it gives you a different contrast to look for different types of evidence.

In this case we used a bright, white light that is using an oblique matter against the surface of the vehicle, it would expose any prints that would be available or you could see with the naked eye. So we would do that first. After that we did -- I don't remember exactly which latents were located which way, because we were marking them as we

were finding them.  After that we used fingerprint powder. We used a method called RUVIS.

Q.  Could you spell that?

A.  Reflective Ultraviolet Imaging System.

Q.  So would that be R-U --

A.  R-U-V-I-S.

Q.  Thank you.

A.  It is a device that basically you can think of it as a scope, almost like a big microscope.  But it's just a scope that works together with a UV light.  You need two operators.  Somebody would have a large UV light on this side of the vehicle.  The guy looking in the scope would be on this other side of the vehicle in approximately the same degree vehicle towards the vehicle.

The light is shining to the vehicle, and it's received by the guy that's looking at the scope.  And you can see the guy looking at the scope.  This one is used -- you can see the entire vehicle to see if there's any prints. It works really well, especially on large surfaces.  That way you don't have to use fingerprint powder to locate the print.  The fingerprint powder is then used to lift the print.  So we don't use the fingerprint powder to find it, we use this device to find it.

Q.  Can I ask you what factors would inhibit the leaving of a print or the detecting of a print?

**A.** There's a multitude of factors. I mean, it could be as simple if you just grab the vehicle and just do one of these, you probably just leave a smudge, you'll leave a print. If you don't have any oils on your hand you don't leave a print. If you don't touch the vehicle you don't leave a print.

**Q.** If you don't what?

**A.** If you don't touch the vehicle in this case, you don't leave a print.

**Q.** What about the surface, can the type of surface impact whether or not a print --

**A.** Yes, there's porous and non-porous or smooth and non-smooth. Rough surfaces are very difficult to lift the print. Sometimes you can see them, but they're all fairly altered by the texture where smooth surfaces will give you a really good surface for those latents to stay there.

**Q.** What, if any, impact would prior processing have on your ability to lift prints?

**A.** Well, when all of the fingerprints has already been put onto the vehicle or any surface, unless you're really, really lucky and there's a really, really good print that they lifted and there's still some part of that print left behind, pretty much that area where that fingerprint has been -- that print is gone.

**Q.** So for example, looking at Government's 106, do

you see any evidence of what you were just talking about?

    **A.**    Yeah, right there at the edge between the rubber of the vehicle and the rear passenger.

    **Q.**    There's a letter.  Is it like near the T in this area?

    **A.**    Yes, correct.

    **Q.**    Could you explain what you see near the T?

    **A.**    Yeah, it's evidence that somebody had applied a fingerprint powder to that area.

    **Q.**    If the print was pulled by someone previously, it wouldn't be there for you to pull?

    **A.**    Correct, unless you were extremely, extremely lucky and it was a very, very good print.

    **Q.**    Thank you.  Were you able to lift -- one other question too.  What, if any, effect or impact would first responders have on your ability to get prints?

    **A.**    Again, that's a question of how long the first responders were there, how destructive they were.  I don't want to say destructive because that's not what they do, they're actually helping somebody.  So we work with what we have left, and that is built into what we do.  And the first responders know that they try to do the minimal intrusion into the crime scene when events like this happen.

    **Q.**    In this case, were you able to lift prints?

    **A.**    We did.

**Q.** And how many did you lift?

**A.** I believe 10.

**MR. DiLORENZO:** And your Honor, at this time I would offer a stipulation.

**THE COURT:** Okay.

**MR. DiLORENZO:** Which I'd like to read into the record. The government and the defense have reached a stipulation. This is Government's Exhibit 1172, and it reads:

"On February 20th, 2011, members of the FBI emergency response team in San Antonio, Texas processed the agent's vehicle, a blue Chevrolet Suburban bearing VIN number 1GNGK56K59R183491, and license plate number BDN062 for latent prints. Ten latent prints were recovered from the vehicle. And on March 10th, 2011, they were submitted to the FBI crime lab in Quantico, Virginia.

"FBI fingerprint examiner Jacqueline" -- I'll spell that, it's S-L-E-B-R-C-H, "examined the recovered latent prints and determined that only two of the ten latent prints had value meaning that only two of the recovered latent prints were of a sufficient quality to be compared to known prints.

"The two latent prints of value which were

both recovered from the edge of the driver side door are identifiable as Government's Exhibits 1118 and 1119. FBI Examiner Slebrch compared the two latent prints of value to known fingerprints, including the known fingerprints of Special Agents Jaime Zapata and Victor Avila, and determined that the two latent prints of value belonged to Agent Avila."

Q. If I could just approach, I'd like to show you briefly Government's Exhibits 1118 and 1119.

Do you recognize those?

A. I do.

Q. Just briefly -- we have the stipulation, but just briefly explain what Government's Exhibits 1118 and 1119 are?

A. 1118, item two is comprised of two latent fingerprints, latent print number two and number three, that were found at the edge of the driver's side door on the Suburban. Both my name and my initials are here as I initially found them and collected them. The same with Government's Exhibit 1119, evidence item number four. This latent print was found at the edge of the driver's side door. Again, it bears my name as well as my initials.

Q. Now, you indicated your ERT team was doing this examination. Did you receive any assistance from the FBI

crime lab?

**A.** Yes, we did. Part of our job is to assess a crime scene to see what kind of specialist, what kind of assistance from the FBI laboratory we'd need in the field. And I have been through this before on other cases. So I knew that in looking at the vehicle, that we're going to need a specialist to look at all the bullet holes in the vehicle. These are the guys that do this every day, they are the scientists.

Together we also needed to assess where these bullets were coming from, basically the trajectory of where these bullets were coming from. And also to document the impacts that we had. If we can see numbers on the side of the vehicle, we knew they were going to be on the other side of the vehicle. So basically we were hunting for all these rounds, as well as to document all this damage in a real 3D live model which we have done before to really put into perspective this vehicle. And it also is for the specialist on the projects who works in conjunction with the artist to produce these kind of diagrams, these sketches, but in a three-dimensional way.

**Q.** Let's talk about the documentation. What do you do to collect this documentation?

**A.** As I explained earlier, the documentation was -- these are the overall pictures that we took of the vehicle.

Then we go --

**Q.** I'll stop you there. What I want to do is show you two disks and ask you if you recognize these. And I have shown them to the defense.

They are Government's 1117 and 1117.1. Do you recognize those?

**A.** I do.

**Q.** And how do you recognize those?

**A.** I reviewed these yesterday, and they are pictures that we took during the entire processing of the vehicle.

**Q.** And how do you know that you recognize it?

**A.** I initialed them both and dated it.

**Q.** And what do those two disks contain?

**A.** They contain approximately almost a thousand photographs that we took during the processing of this vehicle.

**Q.** And I promise not to go through the photographs this afternoon. 1117, when were those photographs taken?

**A.** These were taken February 19th.

**Q.** And what about 1117.1?

**A.** That would be February 23rd.

**Q.** And those pictures -- why so many photographs? What do those pictures document?

**A.** We have to document every impact, every bit of evidence that we recover in place in addition to the

photography that's going to be used for the modeling of this event or as I explained earlier on this fancy sketch. But every item, every piece of evidence, we take pictures of them in place. We collect it and document it on our logs, seal it in proper packaging and then begin a chain of custody within our evidence folks, evidence custodian before it goes into the lab.

Q. And at the photographs that are contained in the two disks, the disks labeled 1117 and 1117.1 that you again reviewed yesterday, they fairly and accurately depict the Suburban or the vehicle as it appeared back during the examination in February of 2011, the vehicle and the damage?

A. Yes, they do.

MR. DiLORENZO: Your Honor, at this time I'd offer Government's Exhibits 1117 and 1117.1 into evidence.

MR. FEITEL: Without objection, your Honor.

THE COURT: Received.

(Government Exhibits 1117 and 1117.1 admitted into evidence)

BY MR. DiLORENZO:

Q. Quickly what I'd like to show -- and may the record reflect I have shown defense counsel Government' Exhibits 128 through 156.

If you could look through those, and please look up when you're done.

(Witness reviewed the documents)

Q. Can you generally describe what those are?

A. Those are pictures that we took during the processing of the Suburban.

Q. And those are a fair and accurate depiction of the Suburban during the processing of it?

A. They are.

MR. DiLORENZO: At this time, your Honor, the Government would offer Government's Exhibits 128 through 156 into evidence.

MR. FEITEL: The same, your Honor.

THE COURT: Received.

(Government Exhibits 128 - 156 admitted into evidence)

BY MR. DiLORENZO:

Q. Could you just generally describe the process that took place when the team from the FBI lab at Quantico came down?

A. So the job is to basically document every impact, process the actual impact so we can actually maybe go and see the bullets behind those impacts or fragments. And to document also the location of every round that hit that vehicle. We as a team in San Antonio there now will become supporting team to them to that job. We had several ERT members or Evidence Response Team members. We also have a Total Station Team. Total Station Team is a team of usually

two people, an operator and I call it a holder.  But the operator is basically -- the top position is sort of a basic piece of equipment.  It's basically the same as you see on the roads when they're trying to measuring a certain point from to a certain point.  There will be a guy with a rod a hundred meters from where you are, and what it does is it measures one point -- from an established point in the ground, it measures where you're trying to shoot in a two dimensional and a three dimensional space.

So with a total station, we would document where this bullet hole or this impact is on the vehicle exactly.  In addition to that, it's complimented by a scanner.  And a scanner is a similar piece of equipment, but instead of one point it shoots thousands and thousands of points at once.  It captures every single point as it's going, as it's circling around.

The reason they work together is as you're scanning, things that might be for example behind this glass, we capture by that scanner.  That's why the total station comes and shoots those particular measurements, it can get behind there.  They might not be captured by that scanner.  It can get behind that.  They usually come out and will do multiple scans of the vehicle and then they interlace them.  And it's complimented by the total station at one particular point which then is added to that

measurement.

So if you can think of it as a number of people measuring things, and then they bring all those measurements together to give you a whole picture of what you're trying to accomplish, of different measurements you're trying to collect.

Q. And these measurements are in support of the trajectory expert?

A. That's correct.

Q. Who was the trajectory expert that was --

A. Brett Mills.

Q. Brett Mills?

A. Yes.

Q. I want to direct your attention to during the processing. What other things are you looking for during the processing?

A. We're looking for, in this case, the bullet fragments.

Q. Please explain when you say you're looking for a fragment, what is a fragment?

A. Well, the way we describe it in my field is it's a piece of spent bullet that has hit something hard, and it's no longer a viable bullet per se. But it's a piece of metal that was somehow dislodged from a bullet or it just hit something that was hard and it just basically disintegrated

into pieces, into fragments.

Q.   And did you find any fragments during the course of your examination of the vehicle?

A.   Yes.

MR. DiLORENZO:  Your Honor, if I could approach?

THE COURT:  Yes.

BY MR. DiLORENZO:

Q.   Let the record reflect that I've shown Government's Exhibits 15469 to -- I'm sorry, it's 1154 to 1169 and 1171.

Can you please take a moment to look at Government's 1154 through 1169 and 1171.

(Witness reviews the documents)

A.   Yes, they are all fragments.

Q.   And they were fragments from where?

A.   From the crime scene which was the Suburban.

Q.   And they were recovered from the Suburban?

A.   From the Suburban.

MR. DiLORENZO:  Your Honor, at this time I would offer Government Exhibits 1154 through 1169 and 1171 into evidence.

THE COURT:  Without objection, they're received.

(Government Exhibits 1154 - 1169 and 1171 admitted into evidence)

BY MR. DiLORENZO:

**Q.** So if you could please going through them and identifying them by exhibit number just explain --

**A.** So 1154 which is item 10 is fragments found on the passenger side running board.

**Q.** Each of these exhibits that have been entered into evidence that bear an exhibit sticker, is there some indication on the envelope that indicates where it was found?

**A.** Yes.

**Q.** And is that where you're getting the information?

**A.** Correct.

**Q.** Moving on to 1155.

**A.** 1155, item number 11. It was described as fragments found in the passenger side rear door hinge of the Suburban which ends in VIN number 3491. Item 12, again fragments is the description from the cargo area of the Suburban with VIN number ending 3491.

**Q.** And that's -- we want the record to be clear. You called that item number 12. That's an FBI identification, correct?

**A.** That's correct.

**Q.** It has an exhibit number now that --

**A.** 1156.

**Q.** 1156, please refer to it by its exhibit number, thank you.

**A.** Government Exhibit's 1157, also embedded fragment in the cargo area of the vehicle is the description. Government 1158, embedded fragments, cargo area. 1159, embedded fragments located at armored compartment edge of the cargo area. Government Exhibit 1160, embedded fragment, exterior fuel tank in the rear part of the vehicle. Government Exhibit 1161, the fragment was found inside the right front wheel. Government 1162, fragment from the front spare tire -- I'm sorry, from the spare tire of the vehicle. Government 1163, fragment from the spare tire. Government Exhibit 1164, fragment found from inside right front tire. Government Exhibit 1165, fragments from right front passenger side quarter panel. Government Exhibit 1166, fragment embedded in carpet between second and third row seats on the floor. That would be the inside of the vehicle.

Government Exhibit 1167, fragments found inside right rear door, this kind of -- that's basically between the armor and what you can see of the vehicle, what we call the skin in this case. Government Exhibit 1168, fragments from right front door skin. Government 1169, fragments inside right front roof skin. And 1171, fragments embedded on the driver's -- I'm sorry, somebody covered this. Driver's side. I'm sorry, there's a label from the lab right on top of it. It's another piece of fragment that was

found inside the vehicle.

Q. And what happens when -- once these fragments are recovered, what is the process?

A. The process is we document it in place. We take a photograph, we document it into the evidence log. And then it is put into packaging. In this case -- let me see if I can get one out so you can see it. It's basically put into a package and then sealed with this special sealed that you see here. This is a very brittle material. So if anybody attempted to tamper with it, it would be noticeable that somebody tried to do that. And they're all usually initialed. That's my initials right there, and then the dates.

Q. Is it forwarded to the lab for --

A. It's placed in a lab in San Antonio, and then from there it would go to -- definitely a lab.

Q. And then finally I'd like you to look at Government's Exhibits 1150 through 1153.

A. I'll start with Government Exhibit 1150. It's described as a spent bullet. It was found in the right front suspension of the vehicle, the wheel well of the Suburban.

Q. I'm sorry, generally do you recognize Government Exhibits --

A. I do.

Q. -- 1150 through 1153? And what are they?

A. They are all bullets that were recovered during our examination of the vehicle.

Q. Of the Suburban?

A. Of the Suburban.

MR. DiLORENZO: Your Honor, at this time I would offer Government's Exhibits 1150 through 1153 into evidence.

MR. FEITEL: Without objection.

THE COURT: Received.

(Government Exhibits 1150 through 1153 admitted into evidence)

BY MR. DiLORENZO:

Q. And could you please go through them again?

A. Sure. 1150 is described as a spent bullet that was found in the right front suspension of the vehicle. Government Exhibit 1151, a spent bullet that was found inside the spare tire of the vehicle which sits underneath the vehicle. And then it was found in between the wheel and the tire itself. Government Exhibit 1152, a spent bullet from the inside right front rear, the same thing that I described earlier before on the spare tire. Government Exhibit 1153, described as spent bullet from right rear tailgate.

Q. These two were seized and sealed in the same manner as the fragments?

**A.** Yes.

**Q.** Were they also forwarded to the lab?

**A.** Yes.

**Q.** Do you know which lab examined these?

**A.** I think these went through ATF.

**Q.** Do you see any indication on those exhibits that suggests they would have been examined by --

**A.** Each package has a lab examination sticker with an assigned case number and the exam date.

**Q.** And looking at the top, do you see an initial there as well with the date?

**A.** Correct.

**Q.** And you've had an opportunity to examine the fragments. Do they have similar identifications from the lab?

**MR. DiLORENZO:** I have no further questions at this time.

**THE COURT:** Alright. Mr. Feitel?

**MR. FEITEL:** No.

**MS. AMATO:** Your Honor, I have some questions.

**THE COURT:** When we come back in 10 minutes.

(Recess was taken at 3:35 p.m.)

(Back on the record at 3:50 p.m.)

(Jury not present)

(Bench conference)

**MR. CAMPOAMOR-SANCHEZ:** Thank you, your Honor. I just wanted to inform the Court that our next witness was supposed to be Special Agent Victor Avila. We were informed that he became ill and had to go to the hotel. I had released the rest of the witnesses I had here. I've been able to recall one. I would prefer not to put him on if I don't have to, but if we finish with him early I can certainly do that if the Court would prefer. But depending on when Ms. Amato finishes, I would ask if possible to stop for the day. But I do have -- I got one witness to come back.

**MS. AMATO:** Your Honor, I wish I could expand my cross-examination, but it would really take a lot of creativity.

**MR. CAMPOAMOR-SANCHEZ:** That's all. Thank you, your Honor.

**THE COURT:** Ms. Amato, you may proceed.

CROSS-EXAMINATION OF PLAINTIFF'S WITNESS:

MARIO VILLAPLANA

**BY MS. AMATO:**

**Q.** Thank you, your Honor. Good afternoon, Special Agent.

**A.** Former.

**Q.** Former, okay, excuse me. Former Special Agent Villaplana. Now, on direct you had told us that it was

clear that the vehicle that you were reviewing had already been processed?

**A.**   Right.

**Q.**   Or at least some attempt had been made by someone to process it.  And I'd like to show you what's already been marked and introduced as Government's Exhibit 146, although we haven't looked at it yet.  But I'd like you to take a look at this photograph.

Does this photograph show then the processing of the vehicle with that powdery type of form?

**A.**   It seems to be, yes.

**Q.**   I'm sorry?

**A.**   It seems to be, yes.

**Q.**   I mean, you recall seeing it that way, correct?

**A.**   Yes.

**Q.**   You are not familiar with who actually had attempted to do the prior processing?

**A.**   I know the Mexican authorities were involved with the vehicle.  My understanding is that the vehicle had been assessed by the Mexican authorities, and they conducted an examination of the vehicle.

**Q.**   But you yourself did not speak with anyone who had previously processed the vehicle?

**A.**   No.

**Q.**   You yourself had not reviewed any reports that had

been prepared by anyone who had previously processed the vehicle?

A.    Correct.

Q.    And you had mentioned to us that you believed -- and I'm going to show you now what's Government's Exhibit 106.  And I believe this was the photograph that was shown to you by Mr. DiLorenzo to ask you about a previous lifting of a potential print.

A.    Yes.

Q.    And I believe it was Exhibit 106, around the area where there was a T?

A.    Yeah, the exhibit that had fingerprint powder.

Q.    Fingerprint powder, okay.  And so you don't know if they actually had seized a print?

A.    No.

Q.    Alright.  And you yourself did not ask anyone in Mexico whether they had seized a print?

A.    No.

Q.    And so you have no record one way or the other whether they were successful in seizing a print?

A.    We're not the case agency in this case, we processed the vehicle.  I was not informed that maybe the case agency received any documentation from the previous analysis of this vehicle, I don't have that information.

Q.    But you certainly yourself did not follow up later

to find out anything --

A. No.

Q. -- about the results of that? Okay. You were only basically asked about one potential powder print. Were there others on the vehicle that you observed?

A. Yeah, the vehicle had a lot of powder just throughout the vehicle on the outside.

Q. Okay. But do you know how many other potential locations there were that prints had been potentially seized by --

A. I don't know if the lift indicated prints or prints and imprints or prints and bullet holes because there was no indication one way or the other.

Q. And when you say labels, we're talking about all these letters, correct?

A. Correct.

THE COURT: Your identification of that one that that was an effort at a print was just because there was powder around it?

THE WITNESS: Correct.

BY MS. AMATO:

Q. And are you familiar with the process that the Mexicans may have used to try to obtain --

A. I don't even want to attempt to guess, there's so many methods. There's liquids, liquids with powder.

**THE COURT:** Super glue.

**THE WITNESS:** Super glue. That's a good one, the best one actually.

**THE COURT:** Anybody that watches CSI knows some of those techniques.

**THE WITNESS:** That's essentially our protocol for all portable items, to use some device for super gluing. So the Judge is correct.

**BY MS. AMATO:**

Q. And again, you're not sure whether -- or at least certainly in this location which you identified, if there had been a print there, it wasn't accessible to you at that point?

A. I couldn't even begin to tell you anything about that.

Q. Now, as an FBI agent -- now retired, for over 21 years, you do know the importance of taking photographs of where evidence is found?

A. Correct.

Q. The exact location where evidence is found, correct?

A. Yes.

Q. And that was done in this case by you and your team, correct?

A. Correct.

**Q.** And so for example when we look at -- okay, Government's Exhibit 153, this is a photograph to show exactly where in this case it looks like a bullet was located?

**A.** A fragment, yeah, I believe so.

**Q.** Fragments and bullets I believe?

**A.** Yeah.

**Q.** Okay. And the importance of doing that in this case of course is so that we know exactly where something was found?

**A.** In this case, it was inside a tire. The tire wheel was moving. We know at least that the tire, so the location is not the tire location where it was hit when the bullet struck the tire because the vehicle had moved. But it was inside the tire, yes.

**Q.** And again, the importance of taking a photograph to show where something is found, specifically where you all find it, is so that later you will know where it was, right?

**A.** Exactly.

**Q.** Because of course in a case like this where there were so many things that were found, it would be difficult to remember where everything was, correct?

**A.** Correct.

**Q.** And of course that way when the case is discussed with the prosecutors, they can see exactly where it was

found?

**A.** Correct.

**Q.** Of course the defense as well, we can see exactly where it was found?

**A.** Right.

**Q.** And of course the jury then can see exactly where something was found?

**A.** Yes.

**Q.** And not to leave Judge Lamberth out, but so that the Judge as well can see?

**A.** Right, that's the goal.

**Q.** Alright. And in terms of -- I'm going to show you Government's Exhibit 156. And that was one of the bullets and the fragments that were found, correct?

**A.** Correct.

**Q.** And you mentioned that latent prints were obtained from the vehicle, correct?

**A.** Yes.

**Q.** But to your knowledge, no latent prints were attempted to be processed from any of the bullets that were recovered?

**A.** I do not know what process they used or what -- whether they were latents or what. So no, I couldn't tell you what was done.

**Q.** But you don't know one way or the other whether

anything was done --

**A.** We know that the lab examined the bullet itself.

**Q.** I'm sorry, say that --

**A.** The ATF lab examined the bullet.

**Q.** Okay. And are you aware of whether the ATF lab sought to obtain any DNA from the bullets?

**A.** I do not know.

**Q.** And we're talking about there were four bullets, correct?

**A.** Correct.

**Q.** That were recovered from the vehicle itself?

**A.** Yes.

**Q.** And are you aware of whether any DNA -- whether the vehicle was processed for any DNA?

**A.** I don't think so.

**MS. AMATO:** Your Honor, I have no further questions. Thank you.

**THE COURT:** Any redirect?

**MR. DiLORENZO:** No, your Honor.

**THE COURT:** You may step down.

Next witness.

**MR. CAMPOAMOR-SANCHEZ:** Thank you, your Honor. The Government calls Hector Edgardo Quilatan de la Rosa.

**DEPUTY CLERK:** Do you solemnly swear or affirm that the testimony you shall present to the Court and the

jury will be the truth, the whole truth and nothing but the truth?

THE WITNESS: I do.

DEPUTY CLERK: You can be seated, sir.

DIRECT EXAMINATION OF PLAINTIFF'S WITNESS:

HECTOR QUILATAN DE LA ROSA

BY MR. CAMPOAMOR-SANCHEZ:

Q. Good afternoon, sir.

A. Good afternoon.

Q. In a loud and clear voice, please tell us your name and spell it for the record, please.

A. My name is Hector Edgardo Quilatan de la Rosa. H-E-C-T-O-R, E-D-G-A-R-D-O, Q-U-I-L-A-T-A-N, D-E, L-A, R-O-S-A.

Q. Thank you, sir.

And can you tell the ladies and gentlemen of the jury, where are you from?

A. Yes. I'm from San Luis Potosi; San Luis Potosi, Mexico.

Q. Were you born and raised in San Luis Potosi, Mexico?

A. That is correct.

Q. And how old are you, sir?

A. I'm 41 years old.

Q. Am I correct in assuming, then, that your native

language is Spanish?

**A.** That is correct.

**Q.** Do you know any English?

**A.** Very little.

**Q.** So I'll ask you, even if you understand part of what I say, just make sure you wait for the translation, okay?

**A.** Okay.

**Q.** And what do you do for a living?

**A.** I work for the federal police in Mexico.

**Q.** How long have you worked for the federal police in Mexico?

**A.** More than 18 years.

**Q.** So what year did you join the federal police?

**A.** As a police officer, in 1999.

**Q.** And can you please tell us, what is your current position with the Mexican federal police?

**A.** Assistant director general of professional development.

**Q.** And what does that entail?

**A.** I'm responsible for education, for training one of the units of the federal police.

**Q.** What kind of training are you responsible for?

**A.** I work in continued education, in specialized education and training, leadership training.

**Q.** So is this only for part of Mexican federal police, or is it for all members of the Mexican federal police?

**A.** It's just for a portion of the federal police, the members of regional security.

**Q.** And can you -- again, since most of us are not familiar with how the Mexican federal police are organized, can you please explain to us, when you say "regional security of the Mexican federal police," what does that mean?

**A.** Yes. These are police officers who are responsible for airport and highway security in Mexico. There are close to 8,600 officers.

**Q.** So then would it be fair to say that you're responsible for the continuing education of that part of the Mexican federal police that deals with either airports or roads that are under the jurisdiction of the Mexican federal police?

**A.** That is correct.

**Q.** And just give us an example, what kind of training or continuing training do you give to those officers?

**A.** Yes. This is education that is closely linked to the work that police officers actually do, their specialized activities and high range activities in their work.

**Q.** And can you just give us an example. For example,

you just mentioned you're responsible for training the supervisors in those groups.  Give us just one example of the kind of training you provide.

**THE INTERPRETER:**  The interpreter respectfully requests repetition of the answer, if I may.

**MR. CAMPOAMOR-SANCHEZ:**  Sure.

**THE WITNESS:**  I provide training in airport and highway security, also training related to human rights and the use of force, and training pertaining to their particular areas of expertise.

**BY MR. CAMPOAMOR-SANCHEZ:**

**Q.**  And let me ask you, is there a difference in Mexico between a federal police officer and a state or municipal police officer in Mexico?

**A.**  Yes, there are different areas of competence.  And so the federal police works in federal areas; the state police is responsible for the state, the state police is responsible for state security; and the municipal police is responsible for security at the county level.

**Q.**  So let me ask you, back in February of 2011, how were you employed or what were your duties and responsibilities with the Mexican federal police back then?

**THE INTERPRETER:**  The interpreter respectfully requests repetition.

**THE WITNESS:**  I worked for the office of support

and management in San Luis Potosi.

**BY MR. CAMPOAMOR-SANCHEZ:**

Q.    And you mentioned this name of -- in Spanish, coordinador estatal, or state coordinator.  What does that mean?

A.    Yes.  State coordination is the office of the police in the state --

Q.    So those --

A.    -- of the federal police in the state.

Q.    So does every Mexican state have a regional coordinator for the Mexican federal police?

A.    That is correct.  There are 32 states, and there are 32 regional coordinators in each one of the states that comprises the Republic of Mexico.

Q.    So who was the regional coordinator for the state of San Luis Potosi back in February of 2011?

A.    Mr. Manelich Castilla Craviotto.

Q.    So was he your boss back in February 2011?

A.    He was my immediate supervisor.

Q.    And can you please explain for us, I previously asked you about the difference between the state and municipal police and the federal police, so what do the Mexican federal police do in a particular state; what are their responsibilities, specifically in 2011, in San Luis Potosi?

**A.** Well, the jurisdiction is specifically -- at the federal level, that is, airports, highways, carrying out criminal investigations at those levels and helping with federal -- investigation of federal crimes.

**Q.** And so what was your role in that structure of working for Manelich Castilla Craviotto back in February 2011?

**A.** I worked directly with him in a management office that rendered support to operational activities and coordination.

**Q.** And the ladies and gentlemen of the jury have also heard the term of "Fuerzas Federales," or federal forces.

Can you explain to us what that means?

**A.** Yes, of course. It's a division of the federal police that has the greatest operational deployment. They have the most equipment, the most weapons. They have the most armed vehicles. And they support the coordination at the state level of the federal police.

**Q.** So the term "Fuerzas Federales," they're not part of the military, right?

**A.** No. They are police officers.

**Q.** But federal Mexican police officers?

**A.** That's right, at the federal level.

**Q.** And so what is the next level or division above the level of state?

**A.** I'm sorry, I didn't understand the question.

**Q.** That was a poor question.

You explained to us the organization of the Mexican police at a state level. Who would your boss, Mr. Manelich Castilla Craviotto, report to back in 2011?

**A.** The chief of the division who, at that time, was in Mexico City.

**Q.** And when you say "division," what does that term mean within the Mexican federal police back in 2011?

**A.** Yes, well, the federal police is made up of seven divisions, the first being the regional security division, the one I belong to. And you also have the federal forces that are the operational branch. And there are another five divisions with different functions.

**Q.** And all those divisions would ultimately report to the commissioner general of the federal Mexican police?

**A.** That is correct. Or in cases where they are deployed to the states, they would have to report directly to the state coordinator or, in this case, the general -- Mr. Manelich Castilla Craviotto.

**Q.** Alright, thank you for that explanation.

Let me now direct --

**THE COURT:** Can I ask one other question while you're there?

**MR. CAMPOAMOR-SANCHEZ:** Sure.

THE COURT: If the Commissioner Castilla testified about -- I think the exact testimony was something like he called in a federal SWAT team. And there's some ambiguity -- and I guess he called them Federales. I had some ambiguity in my mind about what it was that he did when he -- if you had a SWAT team, it would be part of the Federales, but that's part of the Mexican police; am I right?

THE WITNESS: That is correct, they are part of the Fuerzas Federales, the federal forces, and this is what I have just mentioned.

THE COURT: And to the extent they came to San Luis Potosi, they would be under the direction of -- I guess then his title was the regional director Castilla, right?

THE WITNESS: That's right.

THE COURT: I understand, thank you.

BY MR. CAMPOAMOR-SANCHEZ:

Q. Now let me direct your attention to February 15th, in the afternoon. Do you remember where you were that afternoon?

A. Yes. I was in the office of the chief, Manelich Castilla Craviotto.

Q. And where is the office of the Mexican federal police in San Luis Potosi back on that date and time?

A. Yes, it was in the capital city on avenue -- it's

the road that leads to Mexico City.

Q.   And what is the number of that road that leads to Mexico City?

A.   Highway 57 Mexico.

Q.   Can you give us a general idea of where the office is around the city of San Luis Potosi?

A.   Yes, of course.  It's on the eastern side of the city, a few meters away from Highway 57 Mexico, near the exit for the capital city.

Q.   So again drawing your attention to that afternoon, did something unusual happen while you worked with the regional state commander at the time, Manelich Castilla Craviotto?

A.   Yes.  I was talking with him when he got a phone call regarding some type of confrontation on the highway near the hamlet of Santa Maria del Rio, and he instructed us to go there.

Q.   When you say "he," was it Castilla who received the phone call?

A.   That's correct, the commissioner.

Q.   So you were in his office with him, but did you listen to the phone call or he just informed you about what he had been told?

A.   I didn't hear the call itself, but he did instruct me that we had to leave to go to the area where the

confrontation was taking place.

**Q.** When he instructed you that, what did you do?

**A.** Well, I went to the police station. I saw that the officers were already moving about. And I brought a unit, that is a patrol car, and we drove to the area with another two officers.

**Q.** So you did not go with your boss, Mr. Castilla Craviotto.

**A.** No. He left in his own vehicle, and I went in search of other officers.

**Q.** And so you traveled with two other officers, you said?

**A.** Yes, well, the chief travels with his security team, people closest to him, and I had to travel with another team.

**Q.** So to head to Santa Maria del Rio, which direction do you go on Highway 57 from your office?

**A.** You had to head east toward Santa Maria del Rio.

**Q.** Where is Santa Maria del Rio related to San Luis Potosi, is it north, east, west or south?

**A.** It's east.

**Q.** And along Highway 57, did you ultimately find a blue Suburban along the highway?

**A.** That's correct. We traveled for approximately 20 minutes and found a vehicle that was off road that had

had an incident, and it was near Santa Maria del Rio.

**Q.** And approximately how long did it take you to travel on your patrol car from the station to Santa Maria del Rio?

**A.** Close to 20 minutes.

**Q.** Please describe for the ladies and gentlemen of the jury, what did you see when you first arrived at the scene of the Suburban?

**A.** Well, I saw there were officers there with Chief Manelich. There were two injured parties. I believe they were the people that were in the vehicle. One was -- actually, two were wounded, and tried to help.

**Q.** Can you describe how the Suburban looked to you?

**A.** Well, it had bullet holes. It had suffered impacts from bullets. It was on the left-hand side off -- out of the lane. And it had stopped with bullet impacts.

**Q.** Okay. And you said you provided help.

What exactly did you do when you arrived?

**A.** There was an agent of the United States, and my understanding was that he was being assisted, and he was being taken out of the vehicle. And I remember that I was holding up his -- the area of his cervix on his neck in order for him not to injure his neck.

There was a federal police helicopter already on-site, and we were loading him up into the helicopter.

**Q.** And let me show you what has already been admitted as Government's Exhibit 210.

Do you recognize anybody in this photograph?

**A.** Yes. I am the person with my back to the camera, and I'm holding up this victim's neck.

**Q.** For the record, you have pointed -- tell me if I'm correct, you have pointed towards the middle or slightly right of middle, a person who is bending over and appears to have a bulletproof vest on, that we're seeing from the back.

Is that it you?

**A.** That is right, that's me.

**Q.** And that's the area -- or the person we've highlighted for the jury, correct?

**A.** Correct.

**Q.** Let me show you now Government's 211, already admitted into evidence. Again, I wanted to ask you if you recognize anybody in this photograph.

**A.** Yes. The person on the right is me.

**Q.** And for the record, you're pointing to the person on the right-hand-most part of the photograph that we're seeing their left side.

Have I now properly highlighted to the jury your person on this photograph?

**A.** That is correct.

**Q.** And in this photograph, can you see your hand

actually supporting the neck of Special Agent Jaime Zapata?

**A.** That is correct.

**Q.** So after you helped Special Agent Zapata and Special Agent Avila into the helicopter, what did you do?

**A.** I waited, providing perimeter security in the area until I received further instructions from Commissioner Manelich.

**Q.** What instructions did you receive from Commissioner Manelich?

**A.** To support the collection and securing of the evidence found on-site.

**Q.** And when you say the evidence found on-site, what type of evidence are we talking about?

**A.** There were spent bullets, there were spent cases that were scattered in the area.

**Q.** And so were you the only person involved in this process, or were there a number of people involved in this process?

**A.** No. There was one officer who was head of the state operations that were doing the collection of the evidence, and there was one additional officer.

**Q.** And do you recall the name of this individual that was chief of that unit?

**A.** Javier Roldan.

**Q.** Can you explain to us what unit he was the chief

of?

A. This was in each state an operations investigation unit. At that point in time he was responsible for that unit.

Q. And did he also report to Manelich Castilla Craviotto?

A. That is right, he reported directly to him.

Q. You mentioned there was another officer involved.

Do you recall the name of that other officer?

A. Yes. It was officer Jessica Labra. She was there.

Q. And then please describe for the ladies and gentlemen of the jury, what was the process then used to collect those cartridge casings that day?

A. Officer Roldan would pick up the casings with a ball pen, and he would hand them to me to introduce them into evidence bags. And on the surface of each bag I would write down the sequence number of the spent case that I was receiving and where it was collected.

Q. And so he would pick up every cartridge casing with a ballpoint pen and hand it to you?

A. That's right. We all wore latex gloves, and he would pick up each spent casing with the tip of the pen. He'd hand it to me, and I would introduce it to the evidence bag and mark the bag.

**Q.** So you would actually handwrite the information on the outside of the bag?

**A.** That's right, as I received it, I'd mark it.

**Q.** And tell us, in terms of this process, were you putting every single cartridge casing in a separate plastic bag?

**A.** We started by placing each spent casing in a separate bag, marking the bag and providing all the information in handwritten form on the bag. But when we ran out of bags, we placed a number of casings in one bag and annotated the bag.

**Q.** And so when you were putting multiple cartridge casings inside of a single bag, was there a way you'd try to differentiate the different cartridge casings you put together in a single bag?

**A.** That's right, I used Post-it notes, and I would roll the Post-it note with the number, the evidence number, introduce it into the casing in order to preserve that sequence.

**Q.** So what information, if any, would you write on those little Post-it notes?

**A.** The number assigned to each casing that was handed to me.

**Q.** And if I'm following you, you were actually wrapping the note and inserting it inside of the spent

cartridge casing?

A.    That's right.

Q.    And do you use only Post-it notes, or did you use anything else for this purpose?

A.    At a certain point I ran out of Post-it notes, and so I took a piece of paper and tore it into strips and marked the sequence of the spent casings with these strips of paper.

Q.    So there were so many cartridge casings that you ran out of Post-it notes?

MS. AMATO:    Your Honor, I would ask the Government not to lead.

THE COURT:    Sustained.

MR. CAMPOAMOR-SANCHEZ:    I'll move on.

BY MR. CAMPOAMOR-SANCHEZ:

Q.    You mentioned you wrote certain information on the outside of the bags, is that right?

A.    I remember that I wrote down the date, the number -- the sequence in which it was received, and marked as evidence.

Q.    So -- but did you make any notation of the actual specific location where each cartridge casing was recovered from?

A.    I didn't understand, I'm wondering if you can repeat the question.

**Q.** I'm trying to understand, in the information you recorded when you were receiving the cartridge cases, if you somehow made a note of the exact physical location of where around the highway or which location that specific cartridge casing was recovered from?

**A.** That is correct, I marked the location. And when I reported to the prosecution, to the Government, I had indicated exactly where I had found each casing.

**Q.** Did you report where you had found each casing or the group of casings?

**A.** In a general circumference, I annotated the distance from the car and where on the road I had found the spent cases.

**Q.** Just tell the ladies and gentlemen of the jury, what do you recall about the location information that you provided to the local prosecutor about where those cartridge cases were located?

**MS. AMATO:** Your Honor, I object to the form of the question.

**THE COURT:** Overruled.

**BY MR. CAMPOAMOR-SANCHEZ:**

**Q.** You can answer.

**A.** Twenty-five meters from the vehicle on the right going south. They were distributed in an approximate circumference of eight meters.

**Q.** So when you say it was distributed in a circumference of about eight meters, what was distributed within those eight meters?

**A.** The spent casings that were found.

**MR. CAMPOAMOR-SANCHEZ:** The group, the group.

**MS. AMATO:** Yeah, I thought I heard "group."

**THE INTERPRETER:** May the interpreter request a repetition of the answer?

**BY MR. CAMPOAMOR-SANCHEZ:**

**Q.** Can you answer again, please.

**A.** Yes. The group of spent casings that was found 25 meters away from the vehicle on the right-hand side of the road going south.

**Q.** And that's the purpose of my question. I just wanted to make sure that when you say you reported the location, were you reporting the location of generally where all -- you collected all the cartridge casings, or are you reporting the location of each individual cartridge casing?

**A.** No, the groups of casings.

**Q.** In that group of casings that you recovered, where was it located in reference to the lanes of the highway of Highway 57?

**A.** On the right-hand side.

**Q.** And then you also gave a distance between where the Suburban was found and the cartridge casings, is that

correct?

MS. AMATO: Objection, your Honor, leading and repetitive.

THE COURT: Overruled.

BY MR. CAMPOAMOR-SANCHEZ:

Q. You can answer.

A. It was 25 meters approximately from the Suburban.

Q. Are you sure about that number?

A. I remember it, 25 meters.

MR. CAMPOAMOR-SANCHEZ: Court's indulgence.

THE COURT: Let's start fresh at 10:00 o'clock tomorrow. Don't talk about the case, don't let anyone talk to you about the case, don't Twitter or tweet. Leave your notes here tonight, and I'll see you tomorrow at 10:00 o'clock.

(Jury not present)

THE COURT: I'll see counsel at the bench.

(Bench conference)

THE COURT: Assuming Avila is well, I guess he's the next witness.

MR. DiLORENZO: He would be, yes.

THE COURT: I assume this is short. I don't know why you're impeaching him yourself, but go ahead.

MR. DiLORENZO: The estimate for Victor on cross -- I mean on direct would be an hour and a half, two

hours. I don't know about cross.

THE COURT: Okay. And they're not going to want to beat up on him too much.

MS. AMATO: No, I don't think we're going to be doing too much.

THE COURT: And then where are we going?

MR. DiLORENZO: At this point we'd like to call Julian Zapata Espinoza who is -- actually with the Court an issue came up with him. We provided the clerk that information.

THE COURT: Oh, you've already done it?

MR. DiLORENZO: We've asked the paralegals.

THE COURT: Alright.

MR. DiLORENZO: Actually, we do have a couple of witnesses that have some traveling issues. We're going to try to sort those out.

THE COURT: Let me give you one other equation: That is, on Friday at 3:00 o'clock we're going to unfortunately have to recess for the day. My doctor insists that I come back for my follow-up.

MR. DiLORENZO: If that's the case, we have a couple of witnesses we planned on calling Friday, and they're leaving the area. So if that's the case, we may actually try to squeeze them in tomorrow which will then push Zapata Espinoza to Friday.

**MS. AMATO:** Can you let us know.

**MR. DiLORENZO:** We'll work on that tonight.

**MS. AMATO:** Like before 11:00 o'clock?

**THE COURT:** I didn't want to do that, but my doctor isn't satisfied with my breathing still.

**MR. DiLORENZO:** That's important.

**THE COURT:** I'll see you all tomorrow, thank you.

(Proceedings adjourned at 4:53 p.m.)

# C E R T I F I C A T E

I, **Jeff M. Hook, CSR, RPR,** certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

July 13, 2017

**DATE**

**Jeff M. Hook, CSR, RPR**

**'**

**'97 [1]** 30/6

# 1

**1,200 [1]** 32/18
**10 [4]** 29/18 51/2 60/3
64/21
**100 [9]** 4/5 18/18 39/11
39/12 40/7 40/12 40/18
40/20 40/22
**101 [3]** 4/6 42/5 42/6
**102 [2]** 4/7 42/15
**103 [2]** 4/8 42/24
**104 [3]** 4/9 43/1 43/2
**105 [4]** 4/10 43/13 43/14
44/10
**106 [6]** 4/11 44/20 44/21
49/25 67/6 67/10
**107 [3]** 4/12 44/20 44/22
**108 [1]** 4/13
**109 [4]** 4/14 44/24 44/25
45/3
**10:00 [2]** 91/11 91/14
**10th [1]** 51/16
**11 [3]** 30/25 31/5 60/13
**110 [2]** 4/15 45/7
**111 [1]** 4/16
**1117 [6]** 6/3 54/5 54/18
55/9 55/15 55/18
**1117.1 [6]** 6/4 54/5 54/20
55/9 55/15 55/18
**1118 [4]** 52/3 52/10 52/14
52/16
**1119 [4]** 52/3 52/10 52/14
52/21
**112 [6]** 4/17 39/11 40/7
40/12 40/18 45/17
**1150 [7]** 6/5 62/18 62/19
63/1 63/7 63/10 63/14
**1151 [2]** 6/6 63/16
**1152 [2]** 6/7 63/19
**1153 [6]** 6/8 62/18 63/1
63/7 63/10 63/22
**1154 [6]** 6/9 59/9 59/12
59/20 59/23 60/3
**1155 [3]** 6/10 60/12 60/13
**1156 [3]** 6/11 60/23 60/24
**1157 [2]** 6/12 61/1
**1158 [2]** 6/13 61/3
**1159 [2]** 6/14 61/3
**1160 [2]** 6/15 61/5
**1161 [2]** 6/16 61/7
**1162 [2]** 6/17 61/8
**1163 [2]** 6/18 61/10
**1164 [2]** 6/19 61/11
**1165 [2]** 6/20 61/12
**1166 [2]** 6/21 61/13
**1167 [2]** 6/22 61/17
**1168 [2]** 6/23 61/20
**1169 [6]** 6/24 59/10 59/12
59/20 59/23 61/21
**1170 [1]** 12/8
**1171 [6]** 6/25 59/10 59/12
59/20 59/23 61/22
**1172 [1]** 51/8
**11:00 o'clock [2]** 28/5
93/3
**12 [4]** 1/6 7/11 60/15
60/19
**128 [4]** 4/18 55/23 56/9

56/13
**129 [1]** 4/19
**1291 [1]** 2/4
**13 [1]** 3/9
**130 [1]** 4/20
**1301 [1]** 1/23
**131 [1]** 4/21
**132 [1]** 4/22
**133 [1]** 4/23
**134 [1]** 4/24
**135 [1]** 4/25
**136 [1]** 5/4
**137 [1]** 5/5
**138 [1]** 5/6
**139 [1]** 5/7
**140 [1]** 5/8
**141 [1]** 5/9
**142 [2]** 1/4 5/10
**143 [2]** 1/4 5/11
**144 [1]** 5/12
**145 [2]** 1/19 5/13
**146 [2]** 5/14 66/6
**147 [1]** 5/15
**148 [1]** 5/16
**149 [1]** 5/17
**15 [1]** 12/13
**150 [1]** 5/18
**151 [1]** 5/19
**152 [1]** 5/20
**153 [2]** 5/21 70/2
**154 [1]** 5/22
**15469 [1]** 59/9
**155 [1]** 5/23
**156 [5]** 5/24 55/23 56/9
56/13 71/13
**15th [1]** 80/18
**16 [2]** 12/17 22/15
**16th [1]** 20/23
**17 [1]** 12/24
**18 [1]** 74/13
**18th [2]** 39/23 39/23
**1996 [2]** 30/2 30/6
**1997 [4]** 30/6 30/15 31/19
31/23
**1999 [1]** 74/15
**19th [1]** 54/19
**1:13-cr-142 [1]** 1/4
**1:13-cr-143 [1]** 1/4
**1GNGK56K59R183491 [1]**
51/13

# 2

**20 [1]** 83/5
**20 minutes [1]** 82/25
**20001 [1]** 2/13
**20005 [1]** 1/24
**20008 [1]** 2/4
**2001 [1]** 34/18
**2004 [1]** 15/9
**2005 [3]** 31/5 31/25 32/3
**2008 [2]** 15/10 15/15
**2008-2009 [1]** 17/5
**2009 [5]** 15/15 15/15 15/16
17/5 17/9
**2010 [3]** 15/15 15/17 17/9
**2010 I [1]** 34/21
**2011 [25]** 12/13 12/17
12/24 15/19 18/17 19/5
19/6 20/15 20/23 21/22
21/24 22/15 27/25 34/19
34/21 51/10 51/16 55/12

76/20 77/16 77/18 77/24
78/7 79/5 79/9
**2014 [3]** 15/19 15/21 16/24
**2016 [1]** 15/21
**2016-2017 [1]** 15/23
**2017 [2]** 1/6 15/23
**20530 [2]** 1/16 1/20
**20th [1]** 51/10
**21 [3]** 29/22 29/22 69/16
**21 years [1]** 29/25
**210 [1]** 84/2
**211 [1]** 84/15
**2111 [1]** 2/7
**22201 [1]** 2/8
**23rd [1]** 54/21
**24 [1]** 20/4
**24th [1]** 15/24
**25 [1]** 91/7
**25 meters [2]** 90/12 91/9
**29 [1]** 3/12
**2:14 [1]** 1/7
**2nd [1]** 1/20

# 3

**32 [2]** 77/12 77/13
**333 [1]** 2/12
**3491 [2]** 60/15 60/17
**3509 [1]** 2/3
**3:00 [1]** 92/18
**3:35 [1]** 64/22
**3:50 [1]** 64/23
**3D [1]** 53/16

# 4

**40 [13]** 4/5 4/6 4/7 4/8
4/9 4/10 4/11 4/12 4/13
4/14 4/15 4/16 4/17
**40-50 [1]** 19/20
**41 [1]** 73/24
**4700-C [1]** 2/13
**4:53 p.m [1]** 93/8
**4th [1]** 1/16

# 5

**5 millimeters [1]** 26/19
**50 [2]** 18/18 19/20
**55 [2]** 6/3 6/4
**555 [1]** 1/16
**56 [29]** 4/18 4/19 4/20
4/21 4/22 4/23 4/24 4/25
5/4 5/5 5/6 5/7 5/8 5/9
5/10 5/11 5/12 5/13 5/14
5/15 5/16 5/17 5/18 5/19
5/20 5/21 5/22 5/23 5/24
**57 [5]** 81/4 81/8 82/17
82/22 90/22
**59 [17]** 6/9 6/10 6/11 6/12
6/13 6/14 6/15 6/16 6/17
6/18 6/19 6/20 6/21 6/22
6/23 6/24 6/25

# 6

**60 [1]** 16/18
**63 [4]** 6/5 6/6 6/7 6/8
**648 [4]** 5/25 9/7 9/15 9/18
**65 [1]** 3/13

# 7

**73 [1]** 3/16

# 8

**8:30 in [1]**   22/20
**8th [1]**   2/7

# 9

**9/11 [2]**   30/25 31/5

# A

**ability [2]**   49/18 50/16
**able [11]**   7/8 14/24 21/19 24/19 34/2 34/2 35/15 47/9 50/14 50/24 65/6
**about [43]**   9/11 14/13 14/13 14/15 14/18 14/19 16/11 17/12 18/3 22/22 23/11 25/17 32/22 35/11 35/22 36/23 41/4 41/25 43/3 43/19 49/10 50/1 53/22 54/20 67/7 68/3 68/4 68/14 69/14 72/8 77/21 80/2 80/5 81/22 82/4 85/13 89/15 89/16 90/2 91/8 91/12 91/13 92/1
**about white [1]**   41/4
**above [3]**   33/18 78/24 94/5
**above-entitled [1]**   94/5
**abscess [1]**   27/16
**abuse [2]**   8/5 10/10
**Academic [1]**   18/10
**accessible [1]**   69/12
**accident [2]**   19/12 21/13
**accommodate [1]**   36/15
**accomplish [1]**   58/5
**accredited [1]**   16/19
**accurate [2]**   40/8 56/5
**accurately [1]**   55/10
**act [1]**   33/22
**Action [1]**   1/3
**activation [3]**   21/8 21/10 22/25
**activities [3]**   75/24 75/24 78/9
**actual [4]**   40/5 43/6 56/19 88/21
**actually [18]**   34/16 37/1 39/2 44/13 45/21 50/20 56/19 66/16 67/14 69/3 75/23 83/12 85/1 87/1 87/24 92/8 92/14 92/24
**added [1]**   57/25
**addition [2]**   54/25 57/12
**additional [1]**   85/21
**address [1]**   33/15
**adjourned [1]**   93/8
**adjunct [1]**   33/25
**admission [1]**   9/15
**admitted [9]**   7/16 9/18 40/18 55/18 56/13 59/23 63/10 84/1 84/16
**advanced [3]**   24/14 33/7 33/8
**affecting [1]**   14/22
**affirm [4]**   13/15 13/18 28/23 72/24
**aforementioned [1]**   27/8
**after [14]**   15/13 22/5 24/22 27/5 27/23 30/22 30/23 31/5 32/22 38/4 46/5 47/24 48/1 85/3
**afternoon [14]**   1/10 12/13

13/23 13/24 28/21 29/7 29/8 54/18 65/21 73/8 73/9 80/19 80/20 81/10
**again [22]**   17/8 42/1 42/7 42/9 42/17 42/18 42/20 43/13 45/8 45/23 46/23 50/17 52/23 55/9 60/15 63/13 69/10 70/16 75/6 81/10 84/16 90/10
**against [1]**   47/21
**agencies [2]**   34/4 34/10
**agency [4]**   31/11 31/12 67/21 67/23
**agent [24]**   10/24 11/3 11/13 12/12 12/14 12/19 12/23 12/25 22/14 24/9 27/6 27/24 28/14 30/9 34/24 52/7 65/3 65/22 65/24 69/16 83/19 85/1 85/3 85/4
**agent's [1]**   51/12
**agents [4]**   31/20 35/9 37/2 52/5
**ago [3]**   17/13 21/3 29/18
**agree [1]**   12/10
**agreed [2]**   12/3 13/8
**ahead [1]**   91/23
**aided [1]**   1/25
**air [3]**   12/21 12/21 24/20
**airport [2]**   75/12 76/7
**airports [2]**   75/16 78/2
**airway [1]**   24/17
**alcohol [4]**   8/4 8/13 9/22 9/23
**alert [5]**   21/1 21/21 22/17 23/19 25/5
**all [48]**   7/3 7/6 7/11 7/16 8/22 16/11 18/2 18/4 19/8 19/10 23/3 23/8 24/12 25/2 26/15 30/13 31/2 31/20 32/1 32/11 32/19 32/19 36/10 38/3 38/4 39/16 41/2 45/13 49/14 49/19 53/7 53/15 53/16 58/3 59/14 62/11 63/2 65/15 68/14 69/7 70/17 75/2 79/15 86/22 87/8 90/17 90/17 93/7
**all part [1]**   36/10
**allowed [1]**   18/22
**almost [3]**   43/20 48/9 54/14
**along [6]**   10/9 25/9 36/4 38/25 82/22 82/23
**already [10]**   23/12 45/24 49/19 66/1 66/5 82/4 83/24 84/1 84/15 92/11
**Alright [10]**   7/18 11/22 12/7 13/10 28/18 64/18 67/16 71/12 79/21 92/13
**also [25]**   21/14 21/19 23/7 25/10 26/5 33/17 33/25 34/2 34/3 34/7 38/3 42/12 43/10 53/10 53/12 53/18 56/21 56/24 61/1 64/2 76/8 78/11 79/12 86/5 90/24
**altered [1]**   49/15
**alternate [1]**   47/13
**although [1]**   66/6
**always [1]**   26/3
**am [5]**   7/25 16/3 73/25

80/7 84/4
**AMATO [5]**   2/6 2/6 3/13 65/9 65/17
**ambiguity [2]**   80/4 80/5
**AMERICA [3]**   1/3 34/10 34/11
**American [1]**   18/9
**among [1]**   7/11
**amount [2]**   44/1 45/4
**amphetamines [1]**   10/8
**analysis [3]**   8/2 8/6 67/24
**ankle [2]**   26/10 26/12
**annotated [2]**   87/11 89/11
**another [9]**   11/16 17/8 35/24 44/21 61/25 79/13 82/6 82/15 86/8
**answer [5]**   76/5 89/22 90/8 90/10 91/6
**Antonio [16]**   30/3 30/4 30/17 31/1 31/25 34/22 36/2 36/7 36/8 36/11 36/13 36/14 36/24 51/11 56/22 62/15
**any [46]**   8/4 9/21 9/25 15/11 16/1 17/3 18/7 18/23 19/14 22/2 23/21 24/23 25/24 26/18 27/11 27/20 34/5 37/11 37/12 37/23 38/21 40/14 41/19 45/2 46/8 46/18 47/22 48/18 49/4 49/17 49/20 50/1 50/15 52/25 59/2 64/6 66/25 67/23 71/20 72/6 72/13 72/14 72/18 74/3 87/20 88/21
**anybody [4]**   62/9 69/4 84/3 84/17
**anymore [1]**   29/18
**anyone [4]**   66/22 67/1 67/16 91/12
**anything [8]**   20/7 33/8 41/12 43/3 68/1 69/14 72/1 88/4
**aorta [7]**   14/22 14/23 14/24 14/25 15/4 15/21 18/4
**aortic [1]**   15/20
**apologize [1]**   37/22
**apparently [1]**   28/20
**appear [5]**   23/21 25/14 41/12 41/16 45/3
**APPEARANCES [2]**   1/12 2/1
**appeared [5]**   25/14 25/19 40/8 44/6 55/11
**appears [1]**   84/8
**applied [2]**   38/8 50/8
**apply [1]**   40/14
**approach [4]**   9/4 39/7 52/9 59/5
**approximate [1]**   89/24
**approximately [9]**   18/18 19/20 21/22 28/5 48/13 54/14 82/24 83/2 91/7
**are [91]**   7/23 8/25 9/1 10/6 14/8 14/13 16/1 16/4 16/8 17/24 18/3 18/7 20/10 20/20 21/4 21/11 24/19 24/22 25/3 26/1 27/13 27/17 29/15 29/17 32/12 32/14 33/15 34/16 35/8 35/9 35/15 36/10 38/24

## A

are... [58]   39/10 39/20 39/21 40/7 41/6 41/7 42/21 43/4 43/19 44/23 47/9 49/13 52/2 52/15 52/19 53/8 53/9 53/25 54/5 54/9 55/8 56/2 56/3 56/5 56/7 57/6 58/7 58/15 59/14 62/2 63/1 63/2 66/16 68/22 72/5 72/13 73/17 73/23 74/23 75/6 75/7 75/11 75/11 75/13 75/17 76/15 77/12 77/13 77/23 78/21 79/13 79/13 79/17 80/9 85/13 90/17 91/8 92/6

area [23]   15/1 16/6 20/16 25/7 25/22 33/3 44/2 44/11 49/23 50/5 50/9 60/16 61/2 61/3 61/5 67/10 81/25 82/5 83/22 84/12 85/5 85/15 92/23

areas [3]   76/10 76/15 76/16

aren't [1]   41/23

Arlington [1]   2/8

arm [2]   25/7 26/12

armed [3]   12/20 13/3 78/17

armor [3]   44/13 44/14 61/19

armored [2]   37/11 61/4

around [11]   7/10 22/20 22/20 27/17 35/8 42/11 57/16 67/10 68/19 81/6 89/4

arrived [10]   13/3 22/14 22/16 22/16 22/19 22/20 22/23 23/16 83/7 83/18

artery [1]   14/22

artist [1]   53/19

as [83]   7/5 7/14 9/7 10/3 11/8 11/24 12/9 14/9 15/17 18/13 18/15 18/17 18/20 19/7 19/12 20/6 20/9 20/15 21/17 22/25 23/5 24/5 28/15 29/13 29/14 29/18 30/9 31/3 31/11 32/11 32/24 33/17 33/22 34/7 34/7 37/3 38/8 38/8 38/15 38/23 38/23 38/25 38/25 40/4 40/8 40/25 41/13 42/9 42/11 42/18 44/9 47/25 48/9 49/2 52/2 52/19 52/23 52/23 53/16 53/16 53/24 55/2 55/11 56/22 57/3 57/15 57/15 57/17 58/2 60/13 62/20 63/14 63/22 63/25 64/11 66/6 69/16 71/3 71/10 74/15 84/2 87/3 88/20

as a [1]   31/3

as going [1]   38/23

Aside [1]   37/25

ask [14]   9/21 18/21 23/25 48/24 54/3 65/9 67/7 67/16 74/5 76/12 76/20 79/23 84/16 88/11

asked [3]   68/4 77/21 92/12

asks [1]   16/10

aspects [1]   31/23

assess [5]   24/20 26/8

33/14 53/2 53/10

assessed [1]   66/20

assesses [1]   24/17

assessment [1]   21/19

assigned [5]   30/3 30/9 30/20 64/9 87/22

assist [1]   34/23

assistance [2]   52/25 53/4

Assistant [1]   74/18

assisted [1]   83/20

Association [1]   18/10

assume [2]   46/17 91/22

assuming [2]   73/25 91/19

at [83]   7/7 9/1 11/16 12/21 13/3 13/5 13/11 15/8 15/14 15/16 15/18 15/22 16/18 17/18 17/22 18/19 19/5 19/21 22/14 23/13 23/16 28/7 28/16 32/4 32/20 34/11 34/20 39/15 39/16 40/11 43/1 43/8 44/10 44/16 48/16 48/17 49/25 50/2 51/3 52/18 52/22 53/6 53/7 55/8 55/14 56/8 56/16 57/14 57/25 59/11 59/19 61/4 62/17 63/6 64/10 64/16 64/22 64/23 66/4 66/7 66/8 68/18 69/10 69/12 70/1 70/12 76/19 78/1 78/3 78/17 78/23 79/4 79/6 81/12 83/7 86/3 88/5 91/11 91/14 91/17 92/7 92/18 93/8

ATF [3]   64/5 72/4 72/5

atropine [3]   8/14 10/11 10/12

attache [6]   35/2 35/5 35/6 35/8 35/14 35/19

attached [1]   41/7

attempt [4]   24/6 44/9 66/4 68/24

attempted [4]   34/25 62/10 66/17 71/20

attended [1]   10/25

attention [10]   19/4 20/23 34/18 42/4 43/1 43/13 45/6 58/14 80/18 81/10

Attorney's [1]   1/14

authorities [4]   12/14 12/18 66/18 66/20

authority [1]   35/13

autopsies [1]   8/22

autopsy [9]   8/7 8/12 10/4 10/25 11/2 11/11 12/18 12/22 12/24

available [6]   7/3 7/16 20/7 33/10 46/4 47/22

Ave [1]   2/3

avenue [3]   1/23 2/12 80/25

Avila [13]   22/3 22/14 22/22 23/16 24/9 27/7 27/24 34/25 52/6 52/8 65/3 85/4 91/19

awake [4]   21/20 22/17 24/18 25/5

award [3]   17/6 17/8 17/13

awards [2]   17/3 17/11

aware [2]   72/5 72/13

away [3]   24/6 81/8 90/12

## B

Bachelors [1]   15/7

back [17]   27/25 42/19 55/11 64/21 64/23 65/11 76/20 76/22 77/16 77/18 78/6 79/5 79/9 80/24 84/4 84/9 92/20

bag [12]   86/17 86/25 86/25 87/2 87/6 87/8 87/8 87/9 87/10 87/11 87/13 87/15

bags [3]   86/17 87/10 88/17

ball [1]   86/16

BALLANTINE [1]   1/14

ballpoint [1]   86/21

bandaged [1]   27/19

Bankruptcy [1]   2/12

barbiturates [1]   10/9

Base [1]   12/21

based [5]   11/2 11/8 11/11 11/18 26/13

basic [2]   32/21 57/2

basically [18]   31/10 32/16 32/24 34/14 40/3 40/23 41/17 42/11 48/8 53/11 53/15 56/18 57/2 57/3 58/25 61/18 62/7 68/4

bay [7]   36/16 36/16 36/17 36/24 37/7 37/8 39/21

Baylor [11]   14/9 15/16 15/18 15/22 17/7 17/18 17/22 19/7 19/13 19/14 19/22

BDN062 [1]   51/14

be [68]   7/3 7/6 7/8 7/16 10/14 13/9 13/16 13/19 14/24 16/15 18/1 18/11 18/21 19/11 20/3 20/7 20/8 21/19 22/18 23/21 25/6 25/14 25/15 25/19 25/20 27/21 28/24 29/2 33/13 34/2 35/24 36/9 36/9 36/10 36/12 36/15 41/12 41/16 44/6 45/3 47/22 48/5 48/12 49/2 50/11 51/23 53/14 54/21 55/1 57/5 57/18 57/21 60/18 61/15 62/10 65/3 66/11 66/13 70/21 71/20 73/1 73/4 75/14 80/6 80/13 91/21 91/25 92/4

bear [1]   60/6

bearing [1]   51/13

bears [1]   52/23

beat [1]   92/3

became [6]   31/6 31/18 31/24 31/24 31/25 65/4

because [12]   22/24 26/9 35/23 35/25 46/1 46/14 47/25 50/19 68/12 68/18 70/14 70/20

become [5]   15/12 16/8 26/2 27/14 56/22

been [30]   16/21 16/23 16/24 16/25 23/13 34/9 38/5 38/8 38/11 38/18 38/22 39/1 45/5 45/24 46/6 49/20 49/24 53/5 60/5 64/7 65/5 66/2 66/4 66/5 66/19 67/1 68/9 69/12 81/23 84/1

before [11]   1/10 12/2 13/25 22/23 40/5 40/8 53/5

# B

before... [4]    53/17 55/6 63/21 93/3
began [2]    40/9 45/23
begin [6]    7/7 40/5 40/5 45/22 55/5 69/14
behalf [1]    35/10
behind [11]    46/2 46/19 46/22 47/4 47/5 47/6 49/23 56/20 57/18 57/21 57/22
being [9]    17/6 17/8 21/9 22/1 27/14 37/1 79/11 83/20 83/21
believe [12]    11/1 27/20 32/18 37/17 39/23 47/10 51/2 67/6 67/10 70/5 70/6 83/10
believe nationwide [1]    32/18
believed [1]    67/4
belly [3]    25/8 26/5 26/17
belong [1]    79/12
belonged [1]    52/7
Ben [10]    19/18 19/19 19/21 19/22 20/13 20/20 22/7 23/16 24/12 28/7
bench [3]    64/25 91/17 91/18
bending [1]    84/8
benzodiazepines [1]    10/9
best [4]    17/6 17/8 17/13 69/3
between [9]    30/5 35/16 50/2 61/14 61/18 63/18 76/13 77/21 90/24
Beyond [1]    27/8
big [2]    47/15 48/9
biology [1]    15/20
bit [1]    54/24
blocks [1]    47/16
blood [10]    8/3 10/4 14/23 21/18 26/11 26/12 39/4 44/1 45/4 45/9
blue [5]    37/10 47/14 47/16 51/12 82/23
blunt [1]    19/12
board [8]    16/4 16/5 16/8 16/14 16/14 16/15 16/17 60/4
board-certified [2]    16/15 16/17
bodies [1]    35/17
body [9]    10/15 10/19 12/12 12/18 12/23 12/25 14/22 14/23 26/6
bone [1]    20/6
border [5]    30/22 30/23 36/5 36/7 37/2
born [1]    73/20
boss [3]    77/18 79/4 82/7
both [7]    16/19 27/14 35/17 45/13 52/1 52/19 54/12
Boulevard [1]    2/7
brachial [1]    26/10
branch [1]    79/13
breathing [4]    21/17 24/17 25/5 93/5
Brett [2]    58/11 58/12
brief [1]    21/19
briefly [5]    31/8 42/16

52/10 52/13 52/14
bright [2]    47/15 47/20
bring [2]    34/11 58/3
brittle [1]    62/9
broad [1]    10/7
brought [6]    36/12 36/23 37/5 37/6 37/7 82/4
Brownsville [4]    30/3 30/5 30/13 36/9
build [1]    44/12
built [1]    50/21
bulk [2]    36/18 36/19
bullet [24]    25/9 25/13 25/13 27/11 27/20 41/17 53/7 57/11 58/17 58/22 58/23 58/24 62/20 63/14 63/16 63/19 63/22 68/12 70/3 70/14 72/2 72/4 83/14 83/16
bulletproof [1]    84/9
bullets [12]    26/22 53/11 53/12 56/20 63/2 70/6 71/13 71/20 72/6 72/8 83/15 85/14
bumper [1]    38/2
bunch [1]    23/4
burn [1]    44/18
business [1]    8/20
but [48]    7/6 7/14 13/17 21/3 25/6 25/22 26/18 28/25 30/14 31/22 33/14 34/3 34/16 36/17 41/15 43/16 44/14 45/25 47/6 48/9 49/14 52/13 53/20 55/2 57/1 57/13 58/23 65/7 65/8 65/10 65/13 66/7 66/22 67/25 68/8 70/14 71/9 71/19 71/25 73/1 78/22 80/7 81/21 81/24 87/9 88/21 91/23 93/4

# C

calf [4]    25/10 25/22 26/7 26/18
caliber [2]    45/19 45/19
call [20]    12/2 13/10 20/16 21/5 23/11 26/10 27/16 28/14 33/25 35/1 35/8 36/16 46/15 57/1 61/19 81/15 81/19 81/22 81/24 92/7
called [8]    24/14 30/22 32/21 47/13 48/2 60/19 80/3 80/4
calling [1]    92/22
calls [2]    13/12 72/23
came [7]    10/10 17/7 19/10 30/25 56/16 80/12 92/9
camera [1]    84/4
Campoamor [1]    3/16
Campoamor-Sanchez [1]    3/16
can [70]    7/12 7/13 14/18 15/5 15/11 17/3 18/2 20/1 24/18 26/13 27/11 27/14 27/17 28/12 28/16 29/2 29/9 35/5 35/15 36/4 36/17 38/2 41/1 41/2 42/9 43/6 43/16 43/16 43/20 43/22 47/6 48/8 48/17 48/18 48/24 49/10 49/14 53/13 56/2 56/19 57/21 57/22

58/2 59/11 61/19 62/7 62/7 65/7 70/25 71/3 71/6 71/10 73/4 73/16 74/16 75/6 75/8 75/25 77/20 78/13 79/23 81/5 83/13 84/25 85/25 88/24 89/22 90/10 91/6 93/1
can't [1]    46/16
capacity [4]    30/11 30/12 33/17 33/24
capital [2]    80/25 81/9
capture [1]    57/19
captured [1]    57/21
captures [1]    57/15
car [10]    24/6 37/17 38/14 39/2 41/15 41/16 44/8 82/5 83/3 89/12
cardiovac [1]    17/22
care [1]    23/7
career [2]    31/4 33/6
cargo [4]    60/16 61/2 61/3 61/5
carpet [1]    61/14
carrying [1]    78/2
cartridge [14]    86/14 86/20 87/5 87/12 87/14 88/1 88/9 88/22 89/2 89/4 89/16 90/17 90/18 90/25
case [30]    22/2 25/4 26/14 35/3 35/12 37/12 46/7 47/13 47/20 49/8 50/24 58/17 61/20 62/6 64/9 67/21 67/21 67/23 69/23 70/3 70/9 70/11 70/20 70/24 79/19 86/18 91/12 91/13 92/21 92/23
cases [8]    8/24 33/2 53/5 79/17 85/14 89/2 89/13 89/17
casing [12]    86/20 86/23 87/5 87/7 87/18 87/22 88/1 88/22 89/5 89/8 89/9 90/18
casings [14]    86/14 86/15 87/10 87/13 87/14 88/7 88/9 89/10 90/4 90/11 90/17 90/19 90/20 90/25
Castilla [11]    77/17 78/6 79/5 79/20 80/1 80/14 80/22 81/12 81/18 82/7 86/5
cause [3]    11/3 11/7 11/8
causes [3]    15/20 18/4 27/4
center [8]    19/25 20/1 20/1 20/9 20/16 20/18 20/19 22/23
centers [1]    20/10
certain [7]    13/8 26/13 47/18 57/4 57/5 88/5 88/16
certainly [3]    65/8 67/25 69/11
certainty [2]    11/9 11/19
certified [3]    16/8 16/15 16/17
certify [1]    94/3
cervix [1]    83/22
chain [3]    10/23 12/11 55/5
charge [3]    19/8 19/10 34/5
check [1]    35/15
chest [2]    25/25 26/16
Chevrolet [1]    51/12
Chicago [2]    15/8 15/14

## C

chief [8]   15/23 17/13 79/6 80/21 82/13 83/9 85/23 85/25
circling [1]   57/16
circulate [1]   7/11
circulatory [1]   24/21
circumference [3]   89/11 89/25 90/2
circumstances [2]   21/2 21/18
city [9]   30/5 30/17 79/7 80/25 81/1 81/3 81/6 81/8 81/9
class [2]   34/13 34/13
clean [1]   47/7
clear [5]   9/21 24/19 60/18 66/1 73/10
cleared [1]   24/22
clerk [1]   92/9
climate [1]   36/19
close [4]   43/16 44/16 75/13 83/5
closely [2]   7/9 75/22
closest [1]   82/14
cloth [2]   43/25 44/19
clothes [1]   25/2
clothing [1]   43/25
cocaine [1]   10/9
collateral [2]   31/20 34/9
collect [5]   39/4 53/23 55/4 58/6 86/14
collected [4]   10/17 52/20 86/19 90/17
collection [2]   85/10 85/20
College [11]   14/9 15/16 15/18 15/22 17/7 17/18 17/22 18/9 19/7 19/14 19/22
color [1]   47/18
COLUMBIA [2]   1/1 1/15
combination [1]   47/17
come [6]   24/12 47/2 57/22 64/21 65/10 92/20
comes [3]   7/6 26/4 57/20
coming [3]   21/3 53/11 53/12
commander [1]   81/12
commissioner [5]   79/16 80/1 81/20 85/6 85/9
community [1]   34/5
compare [1]   26/12
compared [2]   51/23 52/3
compartment [1]   61/4
competence [1]   76/15
complained [1]   23/22
completed [1]   27/23
complication [1]   27/16
complications [2]   27/12 27/13
complimented [2]   57/12 57/24
comprised [2]   31/11 52/16
comprises [1]   77/14
computer [1]   1/25
computer-aided [1]   1/25
concentrate [1]   46/14
concerning [1]   12/11
conclusion [7]   11/3 11/6 11/8 11/12 11/15 11/18

27/25
condition [2]   13/1 37/13
conduct [9]   17/20 24/8 25/24 32/13 33/3 35/13 36/3 37/12 37/12
conducted [2]   12/18 66/20
conducting [1]   31/21
conference [2]   64/25 91/18
confrontation [2]   81/15 82/1
Congratulations [1]   29/23
conjunction [2]   30/21 53/19
Connecticut [1]   2/3
connection [1]   8/6
conscious [1]   23/17
consequence [1]   24/5
consider [1]   13/8
considered [1]   15/21
consistent [3]   10/14 18/22 26/21
constantly [1]   47/1
Constitution [1]   2/12
consults [1]   19/8
consumption [1]   9/22
contacted [2]   22/1 22/5
contacts [1]   17/21
contain [2]   54/13 54/14
contained [1]   55/8
containers [1]   10/23
context [1]   35/18
continual [1]   32/23
continue [2]   17/23 35/21
continued [6]   2/1 3/6 5/1 6/1 7/20 74/24
continuing [3]   33/11 75/15 75/21
contrast [1]   47/18
controlled [1]   36/20
coordinador [1]   77/4
coordination [3]   77/6 78/10 78/17
coordinator [4]   77/4 77/11 77/15 79/19
coordinators [2]   33/21 77/13
copy [1]   46/18
core [1]   19/19
corner [1]   44/11
correct [51]   24/24 33/13 33/13 35/20 38/20 41/23 42/14 43/20 43/21 50/6 50/12 58/9 60/11 60/20 60/21 64/12 66/14 67/3 68/15 68/16 68/20 69/8 69/19 69/21 69/24 69/25 70/22 70/23 71/2 71/14 71/15 71/17 72/9 72/10 73/22 73/25 74/2 75/19 77/12 79/17 80/9 81/20 82/24 84/7 84/13 84/14 84/24 85/2 89/6 91/1 94/4
corruption [2]   30/23 30/24
could [26]   13/25 27/9 32/7 39/14 39/14 40/20 40/20 42/4 42/23 43/1 43/13 44/20 44/21 45/17 46/10 47/23 48/3 49/1 50/7 52/9 55/24 56/15 59/5 60/1 63/13 65/12
couldn't [2]   69/14 71/23

counsel [2]   55/22 91/17
countries [4]   35/7 35/12 35/14 35/17
county [1]   76/19
couple [2]   92/14 92/22
course [10]   8/19 34/14 59/2 70/9 70/20 70/24 71/3 71/6 78/14 81/7
courses [1]   34/2
court [12]   1/1 1/11 2/11 2/11 13/16 14/3 28/24 32/16 65/2 65/8 72/25 92/8
Court's [2]   39/6 91/10
courtroom [1]   7/5
Courts [1]   2/12
covered [2]   38/14 61/23
CPR [1]   8/16
cr [2]   1/4 1/4
Craviotto [8]   77/17 78/6 79/5 79/20 80/22 81/13 82/8 86/6
creativity [1]   65/14
credentials [1]   34/1
crime [15]   1/22 12/15 30/14 31/7 31/23 32/10 34/14 34/17 46/5 47/16 50/23 51/17 53/1 53/2 59/16
crimes [2]   30/10 78/4
criminal [5]   1/3 1/18 1/22 8/23 78/3
cross [5]   3/13 65/13 65/18 91/25 92/1
cross-examination [3]   3/13 65/13 65/18
CSI [1]   69/4
CSR [3]   2/11 94/3 94/10
current [2]   14/25 74/16
currently [3]   29/15 29/17 46/25
custodian [1]   55/6
custody [3]   10/23 12/12 55/6
cut [6]   25/15 35/4 39/3 43/24 44/4 44/6
cutout [4]   43/17 43/22 43/23 44/3
cutouts [1]   39/1

## D

D-A-R-R-E-L-L [1]   14/5
D-E [1]   73/13
D.C [1]   1/5
damage [13]   27/17 37/16 37/23 37/25 38/1 38/12 40/24 41/17 42/1 42/7 42/22 53/16 55/12
Dangerous [1]   1/19
dark [1]   37/10
DARRELL [4]   3/8 13/12 13/21 14/4
date [6]   33/12 64/9 64/11 80/24 88/18 94/10
dated [1]   54/12
dates [1]   62/13
DAVID [1]   1/21
day [9]   1/10 20/4 20/5 20/24 21/5 53/8 65/10 86/14 92/19
days [2]   20/4 29/18
DC [5]   1/16 1/20 1/24 2/4

# D

DC... [1]   2/13
de [5]   3/15 12/15 72/23 73/6 73/12
DEA [1]   30/21
dead [2]   12/16 13/2
deal [1]   18/4
dealing [1]   19/9
deals [2]   14/16 75/16
death [5]   11/4 11/7 11/8 11/12 11/16
DeBakey [1]   19/16
deceased [1]   24/6
decorum [1]   32/10
dedicated [1]   20/21
Defendant [2]   2/2 2/5
Defendants [1]   1/7
defense [4]   51/7 54/4 55/22 71/3
definitely [1]   62/16
degree [4]   11/9 11/19 15/9 48/14
degrees [1]   15/5
del [6]   81/16 82/16 82/18 82/19 83/1 83/4
Delaware [2]   12/22 13/4
deliberations [3]   7/4 7/8 7/17
delineate [1]   23/8
department [5]   1/18 1/22 17/22 19/9 19/16
depending [2]   32/25 65/8
depict [1]   55/10
depicted [3]   40/22 43/14 44/24
depicting [1]   40/24
depiction [1]   56/5
depictions [1]   40/8
deployed [1]   79/18
deployment [1]   78/15
describe [13]   15/11 37/23 39/24 40/21 42/16 44/21 45/7 56/2 56/15 58/21 83/6 83/13 86/12
described [8]   38/12 41/1 43/18 60/13 62/20 63/14 63/21 63/22
description [3]   21/7 60/16 61/2
destructive [2]   50/18 50/19
detect [1]   47/11
detecting [1]   48/25
determine [1]   8/4
determined [2]   51/20 52/6
develop [1]   27/15
development [1]   74/19
device [3]   48/8 48/23 69/7
diagrams [1]   53/20
did [79]   9/13 9/21 10/2 10/21 11/2 11/5 11/11 11/14 15/13 17/5 18/17 19/5 21/1 22/2 22/5 22/9 22/11 22/12 22/22 23/21 23/23 23/24 23/25 24/1 24/2 24/8 24/10 25/14 25/24 27/6 27/18 27/25 29/21 30/1 30/8 30/11 30/13 30/16 33/22 34/7 34/23 37/23 38/13 38/17

38/21 41/12 41/16 41/19 43/8 44/3 44/7 45/21 47/10 47/24 50/25 51/1 52/25 53/2 59/2 66/22 67/16 67/25 74/14 80/5 81/11 81/21 81/24 82/2 82/7 82/22 83/2 83/7 83/18 85/4 85/8 86/5 88/3 88/21 89/9
did when [1]   80/5
didn't [8]   10/4 26/18 41/3 46/8 79/1 81/24 88/24 93/4
difference [2]   76/12 77/21
different [14]   8/3 8/3 10/8 17/11 23/13 46/8 46/12 47/12 47/18 47/19 58/5 76/15 79/14 87/14
differentiate [1]   87/14
difficult [2]   49/13 70/21
digging [1]   27/3
DiLORENZO [3]   1/13 3/12 67/7
dimensional [3]   53/21 57/9 57/9
diplomatic [2]   35/9 35/16
dire [1]   18/23
direct [16]   3/6 3/9 3/12 3/16 7/20 13/20 29/4 42/4 43/1 43/13 58/14 65/25 73/5 79/22 80/18 91/25
Directing [2]   34/18 45/6
direction [2]   80/13 82/16
directly [3]   78/8 79/18 86/7
director [2]   74/18 80/14
disability [1]   27/4
disarray [1]   42/2
discharged [2]   28/3 28/5
discussed [1]   70/24
disease [1]   18/5
diseases [2]   14/21 15/3
disintegrated [1]   58/25
disks [4]   54/3 54/13 55/9 55/9
dislodged [1]   58/24
display [1]   7/12
displayed [1]   7/4
distance [2]   89/12 90/24
distances [1]   26/2
distributed [3]   89/24 90/1 90/2
DISTRICT [5]   1/1 1/1 1/11 1/15 2/12
division [12]   1/18 1/22 30/3 31/25 32/2 33/1 36/11 78/14 78/24 79/6 79/8 79/11
divisions [3]   79/11 79/14 79/15
DNA [4]   39/4 72/6 72/13 72/14
do [94]   9/8 9/9 10/7 10/21 11/24 13/15 14/1 14/6 17/15 17/20 21/2 21/19 22/14 22/19 23/3 23/8 28/3 28/23 29/1 30/8 33/2 33/4 36/21 39/16 39/19 39/24 40/2 42/5 43/3 43/10 43/10 43/12 44/5 44/11 45/18 45/25 46/1 46/8 46/11 47/23 49/2 49/25 50/19 50/21 50/22 52/11 52/12

53/8 53/22 53/23 54/2 54/5 54/7 54/8 54/11 54/13 54/23 55/13 57/23 62/11 62/23 62/25 64/4 64/6 64/10 64/14 65/8 65/10 66/17 68/8 69/17 71/22 72/7 72/24 73/3 74/3 74/9 74/9 75/21 75/23 77/22 77/23 80/19 82/2 82/17 83/18 84/3 85/4 85/22 86/9 88/3 89/15 92/14 93/4
doctor [9]   13/23 14/8 15/12 17/24 18/24 19/4 28/12 92/19 93/5
doctors [2]   20/6 23/4
document [13]   9/8 42/10 42/18 53/12 53/16 54/23 54/24 55/4 56/18 56/21 57/10 62/4 62/5
documentation [5]   42/21 53/22 53/23 53/24 67/23
documentation was [1]   53/24
documenting [3]   32/15 42/7 42/11
documents [2]   56/1 59/13
does [10]   16/16 32/10 45/2 57/6 66/9 74/20 75/9 77/4 77/10 79/8
doesn't [1]   46/2
doing [11]   15/19 20/15 22/18 25/4 25/6 27/10 30/19 52/24 70/8 85/20 92/5
don't [30]   24/23 32/13 35/4 35/12 44/5 47/4 47/24 48/20 48/22 49/4 49/4 49/5 49/5 49/7 49/8 49/9 50/18 65/7 67/13 67/24 68/11 68/24 71/25 72/15 91/12 91/12 91/13 91/22 92/1 92/4
done [10]   36/15 38/11 40/25 42/8 53/17 55/25 69/23 71/24 72/1 92/11
door [6]   52/2 52/18 52/23 60/14 61/18 61/21
DORI [3]   3/5 7/21 12/23
dots [1]   41/1
Dover [2]   12/21 12/21
down [9]   11/25 23/1 28/12 37/21 46/16 56/17 72/20 86/18 88/18
DR [6]   3/5 3/8 7/21 7/23 13/12 13/21
Dr. [2]   12/23 18/20
Dr. Dori [1]   12/23
Dr. Wu [1]   18/20
drawing [1]   81/10
driver [1]   52/1
driver's [6]   45/1 45/15 52/18 52/22 61/23 61/24
drove [3]   24/4 24/6 82/5
drug [2]   8/14 8/17
drugs [6]   1/19 8/4 9/25 10/10 30/10 30/14
dry [3]   47/3 47/5 47/7
duration [1]   14/20
during [14]   7/4 7/16 13/6 17/10 21/9 54/10 54/15 55/11 56/3 56/6 58/14

**D**

during... [3]   58/15 59/2
 63/2
dust [3]   38/14 38/15 47/5
duties [1]   76/21
duty [1]   31/20

**E**

E-D-G-A-R-D-O [1]   73/13
each [12]   60/5 64/8 77/13
 86/2 86/17 86/23 87/7
 87/22 88/22 89/8 89/9
 90/18
earlier [5]   37/8 43/18
 53/24 55/2 63/21
early [1]   65/7
easier [1]   33/13
easiest [1]   32/9
east [4]   1/20 82/18 82/20
 82/21
eastern [1]   81/7
Edgardo [2]   72/23 73/12
edge [6]   44/14 50/2 52/1
 52/18 52/22 61/4
education [5]   74/21 74/24
 74/25 75/15 75/22
educational [1]   15/5
effect [1]   50/15
effort [1]   68/18
eight [5]   17/25 18/2 89/25
 90/2 90/3
eight meters [3]   89/25
 90/2 90/3
either [2]   38/9 75/16
ELITA [2]   2/6 2/6
else [3]   45/25 46/1 88/4
EMANUEL [1]   1/6
embedded [7]   26/20 61/1
 61/3 61/4 61/5 61/14 61/22
emergency [3]   19/9 23/7
 51/11
employed [6]   14/8 14/9
 29/15 29/17 32/25 76/21
employment [2]   14/11 14/12
end [3]   30/6 37/17 38/1
ending [1]   60/17
ends [2]   32/16 60/15
enforcement [6]   30/24
 31/12 34/4 34/5 34/8 34/12
English [1]   74/3
enough [1]   24/23
entail [1]   74/20
entered [1]   60/5
enters [1]   25/21
entire [3]   23/1 48/18
 54/10
entitled [1]   94/5
entry [6]   25/10 25/13
 25/15 26/9 31/19 36/10
envelope [1]   60/7
environment [2]   36/20 47/3
equation [1]   92/17
equipment [3]   57/3 57/13
 78/16
ERT [8]   31/19 33/17 33/20
 36/16 36/24 39/21 52/24
 56/23
escorted [1]   37/2
especially [2]   34/15 48/19
Espinoza [2]   92/8 92/25

essentially [1]   69/6
established [1]   57/7
estatal [1]   77/4
estimate [1]   91/24
ethanol [1]   9/23
evaluate [6]   20/8 20/19
 21/11 23/9 24/14 24/16
evaluated [1]   23/13
evaluating [1]   19/10
evaluation [1]   24/15
even [5]   25/21 25/25 68/24
 69/14 74/5
event [1]   55/2
events [3]   34/17 35/2
 50/23
every [16]   20/5 31/11
 32/23 37/11 46/3 53/8
 54/24 54/24 55/3 55/3
 56/18 56/21 57/15 77/10
 86/20 87/5
Everybody [1]   21/5
everything [5]   23/14 24/25
 25/5 36/21 70/22
evidence [68]   7/3 7/3 7/5
 7/6 7/15 9/18 9/21 9/25
 13/9 31/2 31/3 31/6 31/14
 31/17 31/18 31/22 32/4
 32/7 32/10 32/14 32/15
 32/15 32/16 32/17 33/20
 34/16 35/24 37/7 38/8
 38/21 39/4 40/12 40/18
 44/18 45/2 45/8 46/2 46/4
 47/19 50/1 50/8 52/21
 54/25 55/3 55/6 55/6 55/15
 55/19 56/10 56/13 56/24
 59/21 59/24 60/6 62/5 63/7
 63/11 69/18 69/20 84/16
 85/11 85/12 85/13 85/21
 86/17 86/24 87/17 88/20
exact [3]   69/20 80/2 89/3
exactly [12]   19/2 32/19
 47/24 57/11 70/3 70/9
 70/19 70/25 71/3 71/6
 83/18 89/8
exam [6]   16/10 16/14 16/14
 16/20 16/20 64/9
examination [25]   3/6 3/9
 3/12 3/13 3/16 7/20 13/20
 24/8 24/11 27/23 29/4
 36/21 37/8 37/13 38/23
 45/21 52/25 55/12 59/3
 63/3 64/8 65/13 65/18
 66/21 73/5
examinations [1]   32/13
examine [4]   7/8 24/24 25/2
 64/13
examined [5]   51/19 64/4
 64/7 72/2 72/4
examined by [1]   64/7
examiner [5]   8/20 12/20
 13/4 51/18 52/3
examiner's [1]   9/2
example [7]   49/25 57/18
 70/1 75/20 75/25 75/25
 76/2
excellent [1]   28/2
exception [1]   32/12
excess [1]   32/18
excuse [2]   41/3 65/24
exhibit [100]
Exhibit 100 [2]   39/12

 40/22
Exhibit 101 [2]   42/5 42/6
Exhibit 104 [1]   43/2
Exhibit 106 [2]   67/6 67/10
Exhibit 110 [1]   45/7
Exhibit 1119 [1]   52/21
Exhibit 1150 [1]   62/19
Exhibit 1151 [1]   63/16
Exhibit 1153 [1]   63/22
Exhibit 1161 [1]   61/7
Exhibit 1164 [1]   61/11
Exhibit 1167 [1]   61/17
Exhibit 1168 [1]   61/20
Exhibit 1170 [1]   12/8
Exhibit 1172 [1]   51/8
Exhibit 146 [1]   66/6
Exhibit 153 [1]   70/2
Exhibit 156 [1]   71/13
Exhibit 210 [1]   84/2
Exhibit 648 [1]   9/7
Exhibit's [1]   61/1
exhibits [23]   5/1 6/1
 39/11 40/7 40/12 40/18
 52/2 52/10 52/14 55/15
 55/18 55/23 56/9 56/13
 59/9 59/20 59/23 60/5
 62/18 62/24 63/7 63/10
 64/6
Exhibits 1150 [1]   62/18
Exhibits 1154 [1]   59/20
Exhibits 15469 [1]   59/9
exit [3]   25/13 25/21 81/9
expand [1]   65/12
expedites [1]   7/13
expert [3]   18/20 58/8
 58/10
expertise [2]   18/22 76/10
explain [13]   32/9 35/6
 36/4 43/22 46/10 50/7
 52/14 58/19 60/2 75/8
 77/20 78/13 85/25
explained [3]   53/24 55/2
 79/3
explaining [1]   37/8
explanation [1]   79/21
expose [2]   25/1 47/22
extent [2]   38/7 80/12
exterior [1]   61/6
extremely [3]   47/7 50/12
 50/12
eye [1]   47/23

**F**

facilities [2]   36/2 36/14
facility [2]   37/5 37/6
fact [3]   13/9 44/3 44/6
factors [2]   48/24 49/1
facts [2]   12/11 13/8
faculty [3]   23/6 23/10
 33/25
fail [2]   15/21 18/4
fair [3]   40/7 56/5 75/14
fairly [2]   49/14 55/10
familiar [5]   7/23 32/11
 66/16 68/22 75/7
fancy [1]   55/2
far [2]   23/14 38/23
fast [1]   21/17
FBI [28]   10/22 10/24 29/20
 29/21 29/25 30/1 30/2 30/4
 31/21 32/25 34/10 34/19

## F

FBI... [16]   35/7 35/19
 36/4 37/2 41/23 44/3 46/17
 51/10 51/17 51/18 52/3
 52/25 53/4 56/16 60/19
 69/16
FBI lab [1]   56/16
February [20]   12/13 12/17
 12/24 18/17 19/5 19/6
 20/15 20/23 22/15 30/2
 34/18 51/10 54/19 54/21
 55/12 76/20 77/16 77/18
 78/7 80/18
February 15 [1]   12/13
February 15th [1]   80/18
February 16 [2]   12/17
 22/15
February 16th [1]   20/23
February 17 [1]   12/24
February 19th [1]   54/19
February 2011 [5]   18/17
 19/6 20/15 77/18 78/7
February 20th [1]   51/10
February 23rd [1]   54/21
February of [1]   55/12
federal [36]   74/10 74/11
 74/14 74/17 74/22 75/1
 75/2 75/4 75/7 75/9 75/16
 75/17 76/13 76/16 76/16
 76/22 77/9 77/11 77/22
 77/23 78/2 78/4 78/4 78/12
 78/14 78/18 78/22 78/23
 79/9 79/10 79/12 79/16
 80/3 80/10 80/23 83/24
Federales [5]   78/12 78/19
 80/4 80/7 80/10
feel [1]   24/21
FEITEL [3]   2/2 2/3 64/18
fellowship [3]   14/16 14/18
 14/20
few [5]   18/16 30/22 30/25
 31/24 81/8
field [11]   14/21 16/25
 17/4 17/15 17/20 31/12
 32/13 32/17 32/23 53/4
 58/21
fields [1]   16/11
filter [1]   47/16
final [1]   13/6
finally [1]   62/17
find [12]   9/21 10/2 25/3
 27/2 46/4 46/13 48/22
 48/23 59/2 68/1 70/18
 82/22
finding [1]   48/1
findings [2]   9/13 9/20
fine [1]   25/5
fingerprint [15]   38/7
 38/13 46/17 46/18 46/22
 46/24 48/1 48/20 48/21
 48/22 49/23 50/9 51/18
 67/12 67/13
fingerprints [5]   46/13
 49/19 52/4 52/5 52/17
finish [1]   65/7
finished [4]   15/2 15/24
 16/18 31/4
finishes [1]   65/9
firearm [1]   24/5
first [16]   14/2 14/4 16/9

27/14 29/10 29/12 30/9
 31/1 39/14 46/5 47/23
 50/15 50/17 50/21 79/11
 83/7
fit [1]   36/17
five [4]   19/21 20/21 79/13
 89/23
five-year [1]   19/21
flat [3]   38/4 42/9 43/4
flatbed [1]   36/25
flattened [1]   38/3
floor [4]   1/20 2/7 45/13
 61/15
foam [1]   43/21
focusing [1]   14/21
folks [1]   55/6
follow [2]   67/25 92/20
follow-up [1]   92/20
following [2]   12/11 87/24
follows [1]   12/9
food [1]   27/9
force [8]   12/21 12/21
 30/21 31/1 31/5 31/9 31/11
 76/9
forces [5]   12/20 13/3
 78/12 79/12 80/10
foregoing [1]   94/4
foreign [1]   34/8
forensic [4]   36/3 40/9
 41/22 45/21
forensically [4]   38/6
 38/19 38/22 44/9
forever [1]   7/11
form [3]   66/10 87/9 89/18
Former [3]   65/23 65/24
 65/24
forwarded [2]   62/14 64/2
found [36]   10/15 25/6 25/8
 32/17 52/18 52/20 52/22
 60/3 60/8 60/14 61/7 61/11
 61/17 62/1 62/20 63/15
 63/16 63/18 69/18 69/20
 70/10 70/17 70/21 71/1
 71/4 71/7 71/14 82/25
 85/11 85/12 89/8 89/9
 89/12 90/4 90/11 90/25
four [2]   52/21 72/8
fractures [1]   26/18
fragment [12]   27/20 58/20
 58/20 61/1 61/5 61/7 61/8
 61/10 61/11 61/14 61/25
 70/5
fragments [29]   10/18 10/18
 10/21 10/22 26/19 26/21
 27/5 27/11 56/20 58/18
 59/1 59/2 59/14 59/15 60/3
 60/14 60/16 61/3 61/4
 61/12 61/17 61/20 61/21
 61/22 62/2 63/25 64/14
 70/6 71/14
frame [1]   44/13
FRANCO [4]   3/5 7/21 7/23
 12/23
free [1]   34/5
fresh [1]   91/11
Friday [3]   92/18 92/22
 92/25
front [15]   37/17 37/17
 38/1 40/24 40/25 43/15
 61/8 61/8 61/11 61/12
 61/21 61/22 62/21 63/15

63/20
fuel [1]   61/6
Fuerzas [3]   78/12 78/19
 80/10
full [3]   31/6 31/21 32/4
full-time [3]   31/6 31/21
 32/4
functions [1]   79/14
further [3]   64/16 72/16
 85/6
future [2]   27/12 27/21

## G

Gang [1]   1/23
GARCIA [2]   1/6 2/2
gave [3]   27/8 27/9 90/24
general [14]   16/7 17/1
 17/15 18/20 20/4 40/3 42/2
 42/21 42/21 74/18 79/16
 79/19 81/5 89/11
generally [4]   56/2 56/15
 62/23 90/16
gentlemen [9]   7/2 13/5
 29/10 35/5 73/16 78/11
 83/6 86/13 89/14
get [9]   8/15 24/6 26/1
 27/15 46/4 50/16 57/21
 57/22 62/7
getting [2]   38/25 60/10
give [9]   18/2 49/15 58/4
 75/20 75/21 75/25 76/2
 81/5 92/17
given [1]   16/1
gives [2]   36/20 47/18
glass [1]   57/19
glasses [1]   47/18
gloves [1]   86/22
glue [2]   69/1 69/2
gluing [1]   69/7
go [22]   7/14 27/3 27/5
 30/16 32/19 34/12 38/25
 42/11 43/8 46/3 46/5 54/1
 54/17 56/19 62/16 63/13
 65/4 81/17 81/25 82/7
 82/17 91/23
goal [3]   45/25 46/3 71/11
goes [2]   23/1 55/7
going [22]   18/2 21/11 23/3
 23/8 23/9 38/23 39/10
 42/17 53/6 53/14 55/1
 57/15 60/1 67/5 71/12
 89/24 90/13 92/2 92/4 92/6
 92/15 92/18
gone [2]   44/8 49/24
good [15]   10/5 13/23 13/24
 28/21 29/7 29/7 29/8 33/14
 49/16 49/21 50/13 65/21
 69/2 73/8 73/9
got [2]   65/10 81/14
government [32]   12/8 22/1
 35/17 40/12 40/18 51/7
 55/18 56/9 56/13 59/20
 59/23 61/1 61/3 61/5 61/7
 61/8 61/10 61/10 61/12
 61/13 61/17 61/20 61/21
 62/19 62/23 63/10 63/16
 63/19 63/21 72/23 88/11
 89/7
Government' [1]   55/22
GOVERNMENT'S [31]   4/4 5/3
 6/2 9/18 39/10 40/7 40/22

**G**

GOVERNMENT'S... [24]   42/5
 42/5 42/15 43/2 45/6 49/25
 51/8 52/2 52/10 52/14
 52/21 54/5 55/15 56/9 59/9
 59/12 62/18 63/7 66/6 67/5
 70/2 71/13 84/2 84/15
gowns [1]   25/2
grab [1]   49/2
graze [2]   25/8 26/6
greatest [1]   78/15
ground [1]   57/8
group [6]   89/10 90/5 90/5
 90/6 90/11 90/20
groups [3]   10/18 76/2
 90/19
guess [7]   35/16 37/2 47/9
 68/24 80/4 80/13 91/19
gun [2]   24/4 44/18
gunshot [10]   11/7 18/13
 18/15 18/21 19/13 21/14
 25/7 25/12 25/17 25/20
guy [4]   48/12 48/16 48/17
 57/5
guys [2]   34/16 53/8

**H**

H-E-C-T-O-R [1]   73/13
had [57]   23/12 31/22 32/3
 33/2 33/25 35/22 37/1 38/5
 38/8 38/11 38/18 39/1 39/2
 41/13 43/8 44/8 45/24 50/8
 51/21 53/13 56/23 64/13
 65/4 65/4 65/5 65/25 66/1
 66/4 66/16 66/19 66/22
 66/25 66/25 67/1 67/4
 67/12 67/14 67/17 68/6
 68/9 69/12 70/14 80/4 80/6
 81/23 81/25 82/14 82/18
 82/25 83/1 83/14 83/14
 83/16 89/7 89/8 89/9 89/12
half [2]   29/22 91/25
hamlet [1]   81/16
hand [18]   13/14 20/7 25/8
 28/22 44/10 46/19 46/24
 47/2 47/5 49/4 83/15 84/20
 84/25 86/16 86/21 86/24
 90/12 90/23
handed [1]   87/22
handle [2]   20/2 35/10
hands [2]   11/16 46/25
handwrite [1]   87/1
handwritten [1]   87/9
happen [3]   47/2 50/23
 81/11
happened [3]   23/25 35/23
 37/4
happening [1]   18/6
happens [1]   62/2
hard [3]   27/2 58/22 58/25
harm [1]   27/4
has [11]   25/21 35/7 36/4
 47/5 49/19 49/24 58/22
 60/22 64/8 78/15 84/1
have [100]
haven't [1]   66/7
he [56]   12/16 12/19 13/2
 13/2 18/21 22/16 22/16
 22/17 22/17 22/17 22/17
 22/19 22/20 22/23 23/12

 23/12 23/16 23/19 23/20
 23/21 23/22 24/2 24/3 24/6
 25/4 25/5 27/9 27/10 28/3
 28/5 28/7 65/4 77/18 77/19
 80/2 80/4 80/5 80/6 81/14
 81/16 81/18 81/22 81/23
 81/24 82/2 82/9 83/20
 83/20 85/25 86/3 86/5 86/7
 86/16 86/20 86/22 91/21
He'd [1]   86/24
he's [1]   91/19
head [4]   25/3 82/16 82/18
 85/19
Headquarters [2]   30/5
 30/17
health [1]   27/12
hear [1]   81/24
heard [3]   38/12 78/12 90/6
heart [5]   8/15 10/13 14/17
 14/23 21/17
HECTOR [4]   3/15 72/23 73/6
 73/12
helicopter [3]   83/24 83/25
 85/4
help [4]   7/5 34/13 83/12
 83/17
helped [1]   85/3
helping [2]   50/20 78/3
here [5]   42/16 52/19 62/9
 65/5 91/14
hereby [1]   12/10
Herman [1]   20/14
heroin [1]   10/9
high [2]   34/15 75/24
highest [1]   21/9
highlighted [2]   84/13
 84/22
highway [11]   75/12 76/8
 81/4 81/8 81/15 82/17
 82/22 82/23 89/4 90/21
 90/22
highways [1]   78/2
him [16]   23/23 23/25 27/8
 27/9 65/6 65/7 78/8 81/14
 81/21 82/14 83/23 83/25
 86/7 91/23 92/3 92/9
hinge [1]   60/14
his [25]   18/22 18/25 22/6
 23/22 24/5 25/6 25/8 25/8
 25/9 25/10 26/8 26/8 26/15
 27/11 27/18 27/24 28/1
 80/14 81/21 82/9 82/13
 83/22 83/22 83/22 83/23
history [1]   22/6
hit [5]   42/1 56/21 58/22
 58/24 70/13
hitting [1]   45/20
holder [1]   57/1
holding [2]   83/22 84/5
hole [1]   57/11
holes [4]   41/17 53/7 68/12
 83/14
homicide [2]   11/16 11/18
Honor [32]   7/19 9/4 11/21
 11/23 12/2 13/11 18/19
 19/2 28/10 39/7 40/11
 40/13 40/16 51/3 55/14
 55/16 56/8 56/11 59/5
 59/19 63/6 64/20 65/1
 65/12 65/16 65/21 72/16
 72/19 72/22 88/11 89/18

 91/2
HONORABLE [1]   1/10
honors [1]   17/3
Hook [3]   2/11 94/3 94/10
hospital [7]   12/15 19/18
 19/21 22/15 23/13 25/2
 28/4
hospitals [1]   19/19
hotel [1]   65/4
hour [1]   91/25
hours [3]   20/4 28/7 92/1
house [1]   20/4
Houston [3]   14/7 14/12
 20/11
how [32]   14/8 16/21 16/25
 18/5 18/13 18/17 20/10
 21/12 21/15 21/17 21/22
 23/8 24/13 29/21 30/11
 31/17 36/24 46/21 47/9
 47/10 50/17 50/18 51/1
 54/8 54/11 68/8 73/23
 74/11 75/7 76/20 83/2
 83/13
human [3]   33/1 33/9 76/8
hundred [2]   18/16 57/6
hunting [1]   53/15

**I**

I'd [10]   12/5 19/4 51/6
 52/9 55/14 55/21 62/17
 66/5 66/7 87/3
I'll [12]   9/7 16/13 16/14
 28/20 51/18 54/2 62/19
 74/5 88/14 91/14 91/17
 93/7
I'm [31]   9/21 14/9 14/15
 16/5 16/9 16/11 18/9 18/10
 23/5 34/19 34/21 37/22
 39/10 59/9 61/9 61/23
 61/24 62/23 66/12 67/5
 71/12 72/3 73/18 73/24
 74/21 79/1 84/5 84/6 87/24
 88/24 89/1
I've [8]   16/23 17/17 17/21
 18/15 21/24 34/9 59/8 65/5
I-L-L-A-P [1]   29/14
ICE [1]   37/2
idea [1]   81/5
identifiable [1]   52/2
identification [2]   60/19
 68/17
identifications [1]   64/14
identified [1]   69/11
identifying [2]   32/15 60/2
if [70]   8/4 8/24 21/3
 21/13 21/14 24/17 24/19
 25/21 26/14 27/3 27/5 27/9
 32/12 33/1 33/3 37/23
 38/21 39/15 40/20 40/20
 41/19 42/4 42/23 43/1 43/2
 43/13 44/10 44/20 45/2
 45/17 47/2 47/5 47/6 48/18
 49/2 49/4 49/5 49/7 49/8
 49/17 50/10 50/15 52/9
 53/13 54/3 55/24 58/2 59/5
 60/1 62/6 62/9 65/6 65/7
 65/8 65/9 67/14 68/11
 69/11 74/5 76/5 80/1 80/6
 84/6 84/16 87/20 87/24
 88/24 89/2 92/21 92/23
ill [1]   65/4

## I

illegal [1]   9/25
Illinois [2]   15/8 15/10
Imaging [1]   48/4
immediate [1]   77/19
immediately [1]   38/4
impact [14]   37/25 38/3
 42/10 43/6 44/12 44/15
 44/23 49/11 49/17 50/15
 54/24 56/18 56/19 57/11
impacts [10]   37/15 37/18
 38/10 42/8 42/19 45/19
 53/13 56/20 83/15 83/16
impeaching [1]   91/23
importance [3]   69/17 70/8
 70/16
important [2]   36/18 93/6
imprints [1]   68/12
in [270]
in 1997 [1]   30/15
in-house [1]   20/4
incident [1]   83/1
incision [1]   27/4
include [2]   8/3 10/8
including [1]   52/5
incoming [1]   21/1
incorporate [2]   8/12 9/13
independent [1]   22/2
index [1]   26/10
indicate [1]   44/7
indicated [6]   31/14 41/9
 44/8 52/24 68/11 89/8
indicates [1]   60/7
indication [3]   60/7 64/6
 68/13
individual [2]   85/22 90/18
indulgence [2]   39/6 91/10
infected [1]   27/15
infection [1]   27/15
inform [1]   65/2
information [11]   21/20
 22/22 60/10 67/24 87/1
 87/9 87/20 88/16 89/1
 89/15 92/10
informed [4]   24/3 65/3
 67/22 81/22
inhibit [1]   48/24
initial [3]   38/24 44/14
 64/10
initialed [2]   54/12 62/12
initially [4]   26/1 31/3
 44/15 52/20
initials [3]   52/19 52/23
 62/12
initiative [1]   30/22
injure [1]   83/23
injured [2]   21/13 83/10
injuries [3]   23/14 25/3
 26/3
injury [2]   25/19 45/2
inserting [1]   87/25
inside [16]   37/7 39/5
 39/21 44/8 61/7 61/11
 61/15 61/17 61/22 62/1
 63/17 63/20 70/11 70/15
 87/13 87/25
insists [1]   92/19
instead [1]   57/13
institution [1]   26/4
instruct [1]   81/24

instructed [2]   81/16 82/2
instructions [3]   13/6 85/6
 85/8
instructor [2]   33/22 34/8
intent [1]   44/2
interior [2]   38/25 43/11
interlace [1]   57/24
intern [1]   17/8
internship [3]   15/14 15/16
 17/5
interpreter [3]   76/4 76/23
 90/7
intervention [2]   10/15
 24/23
into [41]   7/3 8/12 9/13
 9/18 18/2 24/7 27/15 34/24
 36/2 36/17 38/25 40/12
 40/18 43/8 44/12 46/5
 50/21 50/23 51/6 53/17
 55/7 55/15 55/18 56/10
 56/13 59/1 59/1 59/20
 59/23 60/5 62/5 62/6 62/7
 63/7 63/10 83/25 84/16
 85/4 86/17 87/18 88/6
introduce [5]   14/1 29/9
 86/16 86/24 87/18
introduced [1]   66/6
intrusion [1]   50/22
investigation [4]   34/24
 35/18 78/4 86/2
investigations [4]   31/22
 35/10 35/13 78/3
investigative [1]   35/17
invite [2]   19/4 20/23
invited [1]   34/12
involved [8]   21/5 23/7
 31/18 34/13 66/18 85/16
 85/17 86/8
involves [1]   33/8
is [178]
isn't [1]   93/5
issue [1]   92/9
issues [1]   92/15
it [181]
it's [51]   8/15 10/13 16/10
 19/16 20/2 20/20 21/8
 21/13 21/13 21/14 22/25
 24/14 26/14 30/3 30/13
 31/10 31/11 31/20 32/23
 32/24 33/20 34/10 34/14
 35/16 38/10 40/3 43/16
 45/1 45/4 48/9 48/15 50/8
 51/19 57/3 57/12 57/15
 57/15 57/24 58/21 58/22
 58/23 59/9 61/25 62/7
 62/15 62/19 75/4 78/14
 80/25 81/7 82/21
item [7]   52/16 52/21 55/3
 60/3 60/13 60/15 60/19
items [3]   7/2 7/6 69/7
its [2]   32/10 60/24
itself [6]   43/9 44/19
 63/19 72/2 72/11 81/24
IVAN [1]   1/6

## J

Jacqueline [1]   51/18
Jaime [8]   8/7 10/19 11/13
 12/12 12/14 34/24 52/6
 85/1
Javier [1]   85/24

Jeff [3]   2/11 94/3 94/10
Jessica [1]   86/10
JESUS [1]   1/6
job [5]   14/13 45/25 53/2
 56/18 56/23
JOCELYN [1]   1/14
join [1]   74/14
joint [3]   31/1 31/5 31/8
JOSE [1]   1/6
JTTF [1]   31/11
JUDGE [4]   1/11 69/8 71/9
 71/10
Julian [1]   92/8
July [1]   1/6
June [1]   15/24
June 24th [1]   15/24
junior [1]   15/17
jurisdiction [2]   75/17
 78/1
jurors [1]   7/12
jury [19]   1/10 7/7 13/16
 14/1 28/24 29/10 35/6
 40/21 64/24 71/6 73/1
 73/17 78/11 83/7 84/13
 84/22 86/13 89/14 91/16
just [55]   7/15 7/17 9/10
 9/20 15/24 24/25 26/11
 31/8 37/20 38/24 39/14
 40/3 40/23 41/13 41/15
 42/2 42/11 42/18 42/21
 42/23 42/23 44/21 45/17
 45/25 46/1 46/10 46/16
 47/3 47/3 47/15 48/9 49/2
 49/2 49/3 50/1 52/9 52/13
 52/13 56/15 58/24 58/25
 60/2 65/2 68/6 68/18 74/6
 75/4 75/20 75/25 76/1 76/2
 80/11 81/22 89/14 90/14
Justice [2]   1/18 1/22

## K

KAREN [1]   1/17
KARPEL [3]   1/21 3/6 3/9
keep [1]   33/12
kind [13]   17/11 21/10 23/8
 36/15 37/14 38/9 53/3 53/3
 53/20 61/18 74/23 75/20
 76/3
kindly [1]   14/2
kinds [2]   20/21 30/13
knew [2]   53/6 53/14
knife [1]   39/2
know [26]   7/17 23/3 35/22
 39/15 43/8 46/17 47/1
 50/22 54/11 64/4 66/18
 67/13 68/8 68/11 69/17
 70/9 70/12 70/18 71/22
 71/25 72/2 72/7 74/3 91/22
 92/1 93/1
knowledge [1]   71/19
known [6]   19/14 19/16
 31/10 51/23 52/4 52/5
knows [1]   69/4

## L

L-A [1]   73/13
L-A-N-A [1]   29/16
la [5]   3/15 12/15 72/23
 73/6 73/12
lab [16]   8/11 51/17 53/1
 55/7 56/16 61/24 62/14

# L

**lab... [9]** 62/15 62/16 64/2 64/4 64/8 64/15 72/2 72/4 72/5
**label [1]** 61/24
**labeled [1]** 55/9
**labels [10]** 38/9 38/10 41/1 41/7 41/9 41/20 41/23 42/10 42/20 68/14
**laboratory [2]** 8/2 53/4
**Labra [1]** 86/10
**laceration [1]** 25/15
**ladies [9]** 7/2 13/5 29/9 35/5 73/16 78/11 83/6 86/12 89/14
**LAMBERTH [2]** 1/10 71/9
**lane [1]** 83/16
**lanes [1]** 90/21
**language [1]** 74/1
**Laredo [1]** 36/10
**large [8]** 34/17 34/17 36/16 45/4 45/8 45/19 48/11 48/19
**larger [2]** 36/14 44/1
**largest [1]** 14/22
**last [6]** 14/2 14/4 14/5 29/10 29/12 29/13
**latent [22]** 33/4 33/5 38/9 38/15 46/13 47/4 47/6 47/8 47/11 51/14 51/15 51/20 51/21 51/22 51/25 52/4 52/7 52/16 52/17 52/22 71/16 71/19
**latents [7]** 33/9 45/23 46/9 46/11 47/24 49/16 71/23
**later [3]** 31/24 67/25 70/18
**latex [1]** 86/22
**Latin [2]** 34/10 34/11
**law [7]** 2/3 2/6 30/24 31/11 34/3 34/8 34/12
**lead [1]** 88/12
**leader [6]** 31/6 31/25 32/1 33/18 33/19 34/22
**leaders [3]** 33/20 34/11 34/12
**leadership [1]** 74/25
**leading [1]** 91/2
**leads [5]** 35/10 35/11 35/15 81/1 81/2
**least [4]** 16/18 66/4 69/10 70/12
**leave [14]** 46/19 46/21 46/23 47/4 47/6 47/8 49/3 49/3 49/5 49/6 49/9 71/9 81/25 91/13
**leaving [2]** 48/25 92/23
**lecture [1]** 17/15
**lectured [1]** 17/18
**left [23]** 23/22 25/9 25/10 25/12 25/17 25/22 25/22 26/7 26/7 26/8 26/9 26/20 27/11 30/12 30/15 44/22 46/2 46/7 49/23 50/21 82/9 83/15 84/21
**left-calf [1]** 25/22
**left-hand [1]** 83/15
**leg [6]** 23/22 25/18 26/7 26/8 26/17 27/11

**legal [7]** 35/1 35/5 35/6 35/8 35/13 35/14 35/19
**less [1]** 26/19
**let [14]** 9/21 39/15 46/16 59/8 62/6 76/12 76/20 79/22 80/18 84/1 84/15 91/12 92/17 93/1
**Let's [2]** 53/22 91/11
**letter [1]** 50/4
**letters [2]** 41/13 68/15
**level [16]** 19/25 20/1 20/3 20/9 20/10 21/8 21/9 22/25 31/19 76/19 78/2 78/18 78/23 78/24 78/25 79/4
**Level I [1]** 20/3
**levels [1]** 78/3
**liaison [1]** 35/16
**license [1]** 51/14
**licensed [3]** 16/1 16/21 16/23
**life [1]** 47/13
**lift [10]** 38/15 47/10 47/10 48/21 49/13 49/18 50/14 50/24 51/1 68/11
**lifted [1]** 49/22
**lifting [1]** 67/8
**light [7]** 47/14 47/15 47/17 47/20 48/10 48/11 48/15
**like [21]** 7/15 12/5 19/4 20/7 37/12 44/16 45/25 48/9 50/4 50/23 51/6 52/9 55/21 62/17 66/5 66/7 70/3 70/20 80/2 92/7 93/3
**likely [1]** 23/11
**lingo [1]** 46/17
**linked [1]** 75/22
**liquids [2]** 68/25 68/25
**listen [2]** 24/18 81/22
**literally [1]** 47/14
**little [6]** 14/18 28/7 37/21 46/16 74/4 87/21
**live [2]** 14/24 53/17
**liver [2]** 10/3 10/5
**living [1]** 74/9
**loading [1]** 83/25
**local [1]** 89/16
**locate [2]** 47/10 48/20
**located [5]** 47/25 61/4 70/4 89/17 90/21
**locating [1]** 32/14
**location [15]** 45/10 45/12 56/21 69/11 69/20 70/13 70/13 88/22 89/3 89/4 89/6 89/15 90/16 90/16 90/18
**locations [1]** 68/9
**log [1]** 62/5
**logical [1]** 35/25
**logs [1]** 55/4
**long [9]** 16/21 16/25 26/2 29/21 30/11 31/17 50/17 74/11 83/2
**longer [1]** 58/23
**look [13]** 39/15 39/16 40/21 42/23 44/10 47/19 53/7 55/24 55/24 59/11 62/17 66/8 70/1
**looked [3]** 44/15 66/7 83/13
**looking [11]** 43/1 44/10 48/12 48/16 48/17 49/25

53/6 58/15 58/17 58/19 64/10
**looks [1]** 70/3
**lot [6]** 10/6 27/4 34/3 45/8 65/13 68/6
**lots [1]** 10/7
**loud [1]** 73/10
**lower [2]** 25/17 43/2
**luck [1]** 18/24
**lucky [2]** 49/21 50/13
**Luis [11]** 12/16 73/18 73/18 73/20 77/1 77/16 77/24 80/13 80/24 81/6 82/19
**lungs [3]** 14/17 24/19 24/19

# M

**M-A-R-I-O [1]** 29/13
**made [4]** 34/15 66/4 79/10 89/3
**main [2]** 30/14 36/8
**maintained [2]** 9/1 17/21
**make [6]** 24/25 26/5 27/3 74/6 88/21 90/15
**makes [1]** 44/17
**making [1]** 32/15
**man [1]** 23/5
**manage [1]** 32/1
**management [4]** 32/3 34/14 77/1 78/8
**managing [1]** 34/17
**Manelich [10]** 77/17 78/6 79/5 79/20 80/21 81/12 83/10 85/7 85/9 86/5
**manifest [1]** 26/3
**manner [2]** 11/12 63/25
**many [14]** 18/13 18/17 20/10 21/22 33/7 33/7 35/7 35/7 51/1 54/22 68/8 68/25 70/21 88/9
**March [1]** 51/16
**March 10th [1]** 51/16
**Maria [6]** 81/16 82/16 82/18 82/19 83/1 83/3
**MARIO [5]** 3/11 28/15 29/5 29/12 65/19
**mark [3]** 38/9 86/25 87/3
**marked [6]** 9/7 41/17 66/6 88/7 88/19 89/6
**marking [4]** 41/12 41/16 47/25 87/8
**material [3]** 44/4 44/18 62/9
**mathematics [1]** 15/7
**matter [2]** 47/21 94/5
**matters [1]** 31/13
**may [16]** 7/18 9/4 11/25 13/10 33/13 38/22 39/7 47/7 47/7 55/21 65/17 68/23 72/20 76/5 90/7 92/23
**maybe [3]** 35/11 56/19 67/22
**McAllen [2]** 36/2 36/10
**me [24]** 9/21 16/17 23/11 32/9 39/15 39/16 41/3 46/16 62/6 65/24 76/12 76/20 79/22 80/18 81/25 84/1 84/6 84/11 84/15 84/18 86/16 86/24 87/23

# M

me... [1]   92/17
mean [18]   16/16 35/4 35/6 35/11 38/6 38/13 38/14 38/19 40/2 43/22 46/2 46/11 49/1 66/14 75/10 77/5 79/9 91/25
meaning [3]   22/25 25/1 51/21
means [5]   16/17 24/21 26/11 34/1 78/13
measure [1]   26/11
measurement [1]   58/1
measurements [4]   57/20 58/3 58/5 58/7
measures [2]   57/7 57/8
measuring [2]   57/4 58/3
mechanism [1]   21/12
median [1]   24/7
medical [15]   8/16 8/20 9/1 10/13 10/14 11/9 11/19 12/20 13/3 15/9 15/13 17/18 20/2 20/20 22/6
medication [3]   8/14 8/17 27/9
medications [2]   8/5 10/8
medicine [16]   14/9 15/1 15/16 15/18 15/22 16/1 16/22 16/23 16/24 17/7 17/19 17/23 19/7 19/14 19/23 23/7
meet [1]   34/4
member [7]   18/7 18/9 18/10 18/11 31/19 31/24 33/7
members [6]   34/15 51/10 56/24 56/24 75/2 75/5
Memorial [1]   20/14
memory [1]   22/9
mentioned [8]   35/4 67/4 71/16 76/1 77/3 80/11 86/8 88/16
metabolized [1]   10/7
metal [2]   26/21 58/23
metallic [1]   26/19
meters [9]   57/6 81/8 89/23 89/25 90/2 90/3 90/12 91/7 91/9
method [4]   7/10 46/3 47/13 48/2
methods [3]   46/12 47/12 68/25
Mexican [21]   12/13 12/17 66/18 66/20 74/17 75/1 75/2 75/7 75/9 75/16 75/17 76/22 77/10 77/11 77/23 78/22 79/4 79/9 79/16 80/7 80/23
Mexicans [1]   68/23
Mexico [19]   12/19 12/25 35/2 36/1 38/11 67/17 73/19 73/21 74/10 74/12 75/12 76/13 76/14 77/14 79/7 81/1 81/3 81/4 81/8
MICHAEL [2]   1/13 19/16
microscope [1]   48/9
middle [3]   43/17 84/7 84/8
might [3]   27/21 57/18 57/21
military [1]   78/20
millimeters [1]   26/19

Mills [2]   58/11 58/12
mind [1]   80/5
mindset [1]   21/10
minimal [1]   50/22
minimum [1]   32/20
minutes [4]   20/8 64/21 82/25 83/5
missing [1]   38/2
model [1]   53/17
modeling [1]   55/1
moment [2]   28/20 59/11
month [1]   17/13
months [2]   16/18 32/24
more [8]   7/8 17/25 27/4 33/1 33/2 33/3 33/4 74/13
morning [3]   22/20 28/6 29/7
most [10]   8/24 17/12 36/17 46/4 46/25 75/6 78/16 78/16 78/17 84/20
motor [2]   19/12 21/13
move [6]   9/15 18/19 24/20 42/18 45/17 88/14
moved [1]   70/14
moving [5]   42/15 44/24 60/12 70/12 82/4
Mr [4]   3/6 3/9 3/12 3/16
Mr. [7]   23/16 64/18 67/7 77/17 79/5 79/20 82/7
Mr. Avila [1]   23/16
Mr. Castilla [1]   82/7
Mr. DiLorenzo [1]   67/7
Mr. Feitel [1]   64/18
Mr. Manelich [3]   77/17 79/5 79/20
Ms [1]   3/13
Ms. [2]   65/9 65/17
Ms. Amato [2]   65/9 65/17
much [3]   49/23 92/3 92/5
multiple [6]   11/7 23/12 37/15 37/18 57/23 87/12
multitude [2]   33/10 49/1
municipal [3]   76/14 76/18 77/22
murder [2]   34/24 34/25
my [39]   8/12 13/6 14/4 14/12 14/21 15/2 16/9 16/9 16/11 17/5 17/10 17/21 19/6 23/10 29/12 30/14 31/4 31/21 34/3 39/3 47/5 52/19 52/19 52/23 52/23 58/21 62/12 65/12 66/19 73/12 77/19 80/5 83/19 84/4 90/14 92/19 92/20 93/4 93/5

# N

N.W [1]   1/23
naked [1]   47/23
name [15]   14/2 14/4 14/5 19/15 29/11 29/12 29/12 29/13 52/19 52/23 73/11 73/12 77/3 85/22 86/9
named [1]   19/18
Narcotics [1]   1/18
National [1]   1/15
nationwide [1]   32/18
native [1]   73/25
naturally [1]   47/1
nature [2]   8/23 24/11
NE [1]   1/19

near [5]   50/4 50/7 81/8 81/16 83/1
necessarily [1]   47/4
neck [4]   83/22 83/23 84/5 85/1
need [5]   34/6 36/21 48/10 53/4 53/7
needed [4]   35/24 36/15 36/20 53/10
needs [1]   33/1
nerves [1]   27/17
neurologic [2]   21/19 24/25
neurosurgery [1]   20/6
new [2]   1/23 14/13
news [1]   35/23
next [10]   12/1 15/3 16/12 18/25 28/13 44/20 65/2 72/21 78/24 91/20
nine [3]   16/24 17/2 17/17
no [33]   1/4 1/4 8/13 9/23 9/23 10/1 18/24 22/4 26/25 27/22 28/10 28/11 32/13 40/13 44/5 58/23 64/16 64/19 66/24 67/15 67/18 67/19 68/2 68/13 71/19 71/23 72/16 72/19 78/21 82/9 85/19 90/19 92/4
non [3]   46/15 49/12 49/13
non-porous [2]   46/15 49/12
non-smooth [1]   49/13
nor [1]   40/13
normal [7]   8/19 23/15 26/14 26/14 26/15 26/16 26/17
normally [1]   45/25
north [1]   82/20
not [42]   21/2 21/20 21/21 25/14 27/1 29/18 32/12 34/3 34/15 38/11 41/8 41/24 43/8 43/16 46/2 47/2 47/7 49/11 50/19 54/17 57/21 64/24 65/6 66/16 66/22 66/25 67/16 67/21 67/22 67/25 69/10 70/13 71/9 71/22 72/7 75/6 78/19 82/7 83/23 88/12 91/16 92/2
notation [1]   88/21
note [3]   87/17 87/25 89/3
notes [6]   87/16 87/21 88/3 88/5 88/10 91/14
nothing [4]   11/23 13/17 28/25 73/1
notice [1]   43/3
noticeable [1]   62/10
noticed [3]   35/19 38/4 39/1
notified [1]   21/4
now [16]   7/12 32/1 32/1 32/18 42/17 52/24 56/22 60/22 65/25 67/5 69/16 69/16 79/22 80/18 84/15 84/22
number [25]   10/17 17/11 51/13 51/14 52/17 52/17 52/21 58/2 60/2 60/13 60/15 60/17 60/19 60/22 60/24 64/9 81/2 85/17 86/18 87/10 87/17 87/17 87/22 88/19 91/8
numbers [2]   41/13 53/13

# N

**NW [3]** 1/16 2/3 2/12

# O

**o'clock [5]** 28/5 91/11 91/15 92/18 93/3
**o,r [1]** 8/5
**OB [1]** 20/7
**object [1]** 89/18
**objection [5]** 9/16 55/16 59/22 63/8 91/2
**objections [1]** 40/13
**oblique [1]** 47/21
**observed [1]** 68/5
**obtain [2]** 68/23 72/6
**obtained [4]** 15/6 15/8 15/10 71/16
**obvious [2]** 44/12 45/4
**obviously [5]** 31/21 44/1 45/8 45/24 46/15
**occasion [3]** 23/23 33/22 34/23
**of 1996 [1]** 30/2
**of 648 [1]** 9/15
**of several [1]** 34/9
**off [6]** 25/1 35/4 38/5 43/25 82/25 83/15
**offer [6]** 40/12 51/4 55/14 56/9 59/20 63/7
**office [23]** 1/14 2/3 9/2 12/20 13/3 30/4 30/4 30/7 30/9 30/13 30/15 35/1 35/3 36/8 36/9 76/25 77/6 78/8 80/21 80/23 81/5 81/21 82/17
**office's [1]** 8/20
**officer [9]** 74/15 76/13 76/14 85/19 85/21 86/8 86/9 86/10 86/15
**officers [11]** 75/11 75/13 75/21 75/23 78/21 78/22 82/4 82/6 82/10 82/11 83/9
**offices [2]** 2/6 36/4
**Official [1]** 2/11
**Oh [1]** 92/11
**oil [1]** 46/24
**oils [4]** 46/25 47/1 47/2 49/4
**okay [26]** 12/4 22/18 24/25 25/6 25/6 27/10 37/14 37/25 39/16 41/9 41/25 42/15 45/21 46/10 51/5 65/24 67/13 68/3 68/8 70/1 70/8 72/5 74/7 74/8 83/17 92/2
**old [3]** 7/10 73/23 73/24
**on [117]**
**on-site [3]** 83/25 85/11 85/12
**once [5]** 16/13 16/14 37/4 57/14 62/2
**one [42]** 8/13 19/19 20/13 20/15 21/8 23/2 25/8 25/15 25/15 25/22 27/14 36/14 37/16 38/24 44/20 48/17 49/2 50/14 57/7 57/13 57/25 62/7 65/6 65/10 67/19 68/4 68/13 68/17 69/2 69/3 71/13 71/25 74/21 76/2 77/13 79/12

79/23 83/11 85/19 85/21 87/10 92/17
**only [13]** 8/16 10/10 20/12 25/14 25/22 26/9 34/3 51/20 51/22 68/4 75/1 85/16 88/3
**onto [1]** 49/20
**operational [3]** 78/9 78/15 79/13
**operations [2]** 85/20 86/2
**operator [2]** 57/1 57/2
**operators [1]** 48/11
**opinion [1]** 18/22
**opportunity [3]** 22/6 33/7 64/13
**or [78]** 7/15 9/23 13/15 17/15 19/12 19/13 20/3 20/6 20/7 20/7 20/16 20/20 21/8 21/12 21/14 21/20 21/20 21/21 24/3 25/2 25/15 28/23 29/7 31/10 33/20 34/13 37/12 38/10 38/10 41/15 43/25 44/18 46/13 47/7 47/10 47/11 47/22 48/25 49/11 49/12 49/20 50/15 55/2 55/11 56/20 56/24 57/11 58/24 66/4 67/19 68/11 68/12 68/13 69/10 71/22 71/23 71/25 72/24 75/2 75/16 75/21 76/13 76/21 77/4 78/12 78/24 79/17 79/19 81/22 82/20 84/7 84/12 85/17 88/3 89/4 89/9 90/17 91/13
**or what [1]** 71/22
**oral [3]** 16/14 16/14 16/20
**order [5]** 15/2 46/12 46/23 83/23 87/18
**organization [1]** 79/3
**organizations [1]** 18/8
**organized [4]** 1/22 30/10 30/14 75/7
**other [22]** 7/15 10/10 12/24 19/15 20/13 20/13 23/4 38/21 48/13 50/14 53/5 53/14 58/15 67/19 68/8 68/13 71/25 79/23 82/10 82/11 86/9 92/17
**others [2]** 33/14 68/5
**our [22]** 19/21 24/3 31/6 31/7 32/17 35/1 35/1 35/3 35/16 36/2 37/7 39/21 45/25 45/25 46/3 46/6 53/2 55/4 55/6 63/3 65/2 69/6
**ours [2]** 38/11 41/8
**out [19]** 10/10 21/16 22/25 25/3 43/24 44/2 44/4 47/2 57/22 62/7 68/1 71/9 78/2 83/16 83/21 87/10 88/5 88/10 92/16
**out anything [1]** 68/1
**outside [6]** 26/6 46/14 47/1 68/7 87/2 88/17
**over [6]** 10/22 10/24 28/7 45/13 69/16 84/8
**overall [7]** 37/13 38/23 40/1 40/2 40/23 43/10 53/25
**Overruled [2]** 89/20 91/4
**own [1]** 82/9

**oxygenate [1]** 24/20

# P

**p.m [4]** 1/7 64/22 64/23 93/8
**package [2]** 62/8 64/8
**packaging [2]** 55/5 62/6
**page [8]** 3/4 4/4 5/3 6/2 21/6 21/7 21/15 21/16
**paged [1]** 22/24
**paging [1]** 21/4
**pain [3]** 23/21 23/22 27/9
**panel [1]** 61/13
**paper [2]** 88/6 88/8
**paralegals [1]** 92/12
**Pardon [1]** 45/11
**part [22]** 16/9 19/22 30/25 31/2 31/4 31/14 34/9 36/10 38/1 44/13 44/14 49/22 53/2 61/6 74/5 75/1 75/15 78/19 80/6 80/7 80/9 84/20
**participate [1]** 34/13
**particular [8]** 8/13 25/4 35/9 44/1 57/20 57/25 76/10 77/23
**parties [5]** 12/3 12/10 13/7 28/16 83/10
**partner [1]** 24/5
**partnership [1]** 35/14
**pass [6]** 7/10 11/21 16/13 16/14 16/19 28/9
**passenger [13]** 37/16 37/18 38/1 42/12 42/17 43/15 43/15 43/19 44/7 50/3 60/4 60/14 61/13
**passion [1]** 31/22
**past [2]** 17/17 21/3
**patient [12]** 20/8 21/1 21/3 21/11 21/12 21/15 21/17 21/20 23/9 23/11 24/14 24/17
**patients [10]** 18/13 19/10 20/2 20/19 20/22 21/22 21/25 24/12 24/22 26/1
**PATRICIA [1]** 1/17
**patrol [3]** 37/2 82/5 83/3
**Paul [1]** 29/14
**pen [3]** 86/16 86/21 86/23
**penetrating [1]** 19/13
**people [10]** 21/10 27/5 34/15 46/17 46/25 57/1 58/2 82/14 83/11 85/17
**per [2]** 10/4 58/23
**per se [1]** 10/4
**percent [1]** 19/21
**perform [1]** 17/23
**performed [9]** 8/6 8/24 12/22 12/25 15/15 25/25 26/5 26/7 26/10
**perimeter [1]** 85/5
**Periodically [1]** 17/17
**permission [1]** 12/5
**permitted [1]** 32/24
**person [8]** 11/17 84/4 84/8 84/12 84/18 84/19 84/23 85/16
**personnel [1]** 31/20
**perspective [1]** 53/18
**pertaining [1]** 76/9
**phase [1]** 15/3
**phone [4]** 23/11 81/14

# P

phone... [2]   81/19 81/22
photo [1]   39/12
photograph [12]   7/11 62/5
 66/8 66/9 67/6 70/2 70/16
 84/3 84/17 84/20 84/23
 84/25
photographs [14]   7/14
 38/24 39/18 39/25 40/1
 40/2 40/14 43/11 54/15
 54/17 54/18 54/22 55/8
 69/17
photography [3]   33/8 43/10
 55/1
photos [1]   39/21
physical [2]   24/8 89/3
physicians [1]   23/7
pick [3]   86/15 86/20 86/23
picture [4]   39/12 40/3
 40/23 58/4
pictures [6]   53/25 54/9
 54/22 54/23 55/3 56/3
piece [8]   39/3 55/3 57/3
 57/13 58/22 58/23 61/25
 88/6
pieces [1]   59/1
PINA [2]   1/6 2/6
place [10]   14/11 14/12
 15/14 35/25 45/14 54/25
 55/4 56/16 62/4 82/1
placed [2]   62/15 87/10
placing [1]   87/7
Plaintiff [2]   1/4 1/13
PLAINTIFF'S [5]   7/20 13/20
 29/4 65/18 73/5
plan [2]   14/19 14/21
planned [1]   92/22
plastic [1]   87/5
plate [1]   51/14
please [25]   15/11 28/22
 29/9 32/7 35/21 37/20
 37/23 39/14 39/17 40/20
 40/21 55/24 58/19 59/11
 60/1 60/24 63/13 73/10
 73/11 74/16 75/8 77/20
 83/6 86/12 90/10
point [15]   23/5 32/5 34/20
 43/8 57/4 57/5 57/7 57/7
 57/14 57/15 57/25 69/13
 86/3 88/5 92/7
pointed [2]   84/6 84/7
pointing [2]   7/13 84/19
points [1]   57/14
police [40]   74/10 74/11
 74/14 74/15 74/17 74/22
 75/2 75/3 75/4 75/7 75/9
 75/11 75/16 75/18 75/23
 76/13 76/14 76/16 76/17
 76/17 76/18 76/22 77/7
 77/9 77/11 77/22 77/22
 77/23 78/15 78/18 78/21
 78/22 79/4 79/9 79/10
 79/16 80/7 80/24 82/3
 83/24
poor [1]   79/2
porous [3]   46/15 49/12
 49/12
port [1]   36/9
portable [1]   69/7
portion [2]   43/2 75/4

position [4]   32/3 34/20
 57/2 74/17
possible [2]   46/3 65/9
Post [6]   87/16 87/17 87/21
 88/3 88/5 88/10
Post-it [6]   87/16 87/17
 87/21 88/3 88/5 88/10
potential [5]   27/13 27/16
 67/8 68/4 68/8
potentially [2]   23/1 68/9
Potosi [11]   12/16 73/18
 73/18 73/20 77/1 77/16
 77/25 80/13 80/24 81/6
 82/20
powder [13]   38/7 38/13
 48/1 48/20 48/21 48/22
 50/9 67/12 67/13 68/4 68/6
 68/19 68/25
powdery [1]   66/10
powerful [1]   47/15
practice [4]   14/21 16/1
 16/21 16/23
practicing [2]   16/24 16/25
prefer [2]   65/6 65/8
prepared [3]   8/19 8/22
 67/1
prescription [1]   8/5
presence [1]   35/7
present [5]   13/16 28/24
 64/24 72/25 91/16
presentation [1]   17/12
presently [1]   17/20
preserve [1]   87/18
pressure [3]   21/18 26/11
 26/12
pretty [2]   18/1 49/23
prevent [1]   18/5
previous [2]   67/7 67/23
previously [4]   50/10 66/23
 67/1 77/20
primary [1]   24/16
print [30]   33/5 47/4 47/4
 47/6 47/8 47/11 48/21
 48/22 48/25 48/25 49/4
 49/5 49/6 49/9 49/11 49/14
 49/21 49/22 49/24 50/10
 50/13 52/17 52/22 67/8
 67/14 67/17 67/20 68/4
 68/18 69/12
prints [23]   38/9 38/16
 46/13 47/22 48/18 49/18
 50/16 50/24 51/14 51/15
 51/20 51/21 51/22 51/24
 51/25 52/4 52/7 68/9 68/11
 68/12 68/12 71/16 71/19
prior [4]   10/14 22/1 49/17
 66/17
probably [3]   23/10 32/11
 49/3
problem [2]   20/2 20/3
problems [1]   24/24
proceed [7]   7/18 15/3
 24/16 24/23 24/24 25/1
 65/17
proceeded [1]   24/4
proceedings [3]   1/25 93/8
 94/5
process [14]   7/14 44/9
 46/11 56/15 56/19 62/3
 62/4 66/5 68/22 71/22
 85/17 85/18 86/13 87/4

processed [17]   35/24 38/5
 38/6 38/18 38/19 38/19
 38/22 45/24 46/1 46/9
 51/12 66/2 66/23 67/1
 67/22 71/20 72/14
processes [1]   36/3
processing [14]   40/5 40/9
 41/21 41/22 45/23 49/17
 54/10 54/15 56/4 56/6
 58/15 58/16 66/9 66/17
produce [2]   8/25 53/20
produced [1]   1/25
produces [1]   8/11
professional [2]   18/7
 74/18
prognosis [1]   28/1
program [6]   15/24 16/19
 17/14 19/8 19/20 34/10
projects [1]   53/19
promise [1]   54/17
pronounced [2]   12/16 13/2
proper [2]   36/21 55/5
properly [1]   84/22
prosecution [1]   89/7
prosecutor [1]   89/16
prosecutors [1]   70/25
protects [1]   44/14
protocol [1]   69/6
provide [6]   27/6 34/4 34/7
 34/8 76/3 76/7
provided [4]   7/7 83/17
 89/16 92/9
providing [2]   85/5 87/8
proximity [1]   35/25
publications [2]   17/25
 18/3
publish [1]   40/20
published [2]   17/24 18/1
pull [1]   50/11
pulled [1]   50/10
pulses [1]   24/21
pumps [1]   14/23
puncture [1]   25/10
purpose [3]   33/11 88/4
 90/14
pursue [1]   31/12
push [1]   92/25
put [8]   37/1 44/20 49/20
 53/17 62/6 62/7 65/6 87/14
puts [1]   34/10
putting [2]   87/5 87/12

# Q

Q-U-I-L-A-T-A-N [1]   73/13
qualified [3]   16/4 16/5
 20/9
qualify [2]   16/13 18/20
qualifying [1]   16/10
quality [1]   51/23
Quantico [3]   34/11 51/17
 56/16
quarter [1]   61/13
quarterly [1]   32/23
question [8]   50/15 50/17
 79/1 79/2 79/23 88/25
 89/19 90/14
questions [8]   16/11 18/24
 28/10 28/11 35/11 64/16
 64/20 72/17
QUEZADA [2]   1/6 2/6
quickly [3]   42/23 45/17

# Q

quickly... **[1]**   55/21
QUILATAN **[4]**   3/15 72/23
  73/6 73/12
quite **[1]**   41/3
quote **[1]**   23/2
quote/unquote **[1]**   23/2

# R

R-O-S-A **[1]**   73/14
R-U **[1]**   48/5
R-U-V-I-S **[1]**   48/6
raise **[3]**   13/13 27/11
  28/22
raised **[1]**   73/20
ran **[3]**   87/9 88/5 88/10
randomly **[1]**   41/15
range **[2]**   44/16 75/24
ranking **[1]**   34/15
rare **[1]**   27/14
rate **[1]**   21/17
ratio **[1]**   26/13
ray **[6]**   25/25 26/3 26/5
  26/16 26/17 26/17
rays **[1]**   26/7
reach **[3]**   11/2 11/11 27/25
reached **[3]**   28/16 28/19
  51/7
read **[4]**   12/5 28/16 28/20
  51/6
reads **[2]**   12/9 51/9
real **[1]**   53/16
really **[8]**   48/19 49/16
  49/21 49/21 49/21 49/21
  53/17 65/13
realtime **[1]**   1/25
rear **[7]**   42/17 50/3 60/14
  61/6 61/18 63/20 63/22
reason **[3]**   27/20 46/8
  57/17
reasonable **[2]**   11/9 11/18
recall **[11]**   21/2 22/14
  22/16 22/19 28/3 41/13
  65/6 66/14 85/22 86/9
  89/15
receive **[4]**   21/1 37/11
  52/25 85/8
received **[26]**   7/3 9/17
  15/12 15/17 17/4 17/6 17/8
  17/11 17/13 23/10 35/1
  36/24 37/14 40/4 40/17
  40/25 48/16 55/17 56/12
  59/22 63/9 67/23 81/18
  85/6 87/3 88/19
receives **[1]**   21/5
receiving **[2]**   86/19 89/2
recently **[1]**   17/12
recess **[2]**   64/22 92/19
recognizable **[1]**   38/15
recognize **[10]**   9/8 39/15
  52/11 54/3 54/6 54/8 54/11
  62/23 84/3 84/17
recollection **[2]**   22/2 22/9
record **[10]**   51/7 55/22
  59/8 60/18 64/23 67/19
  73/11 84/6 84/19 94/4
recorded **[2]**   1/25 89/2
records **[1]**   22/6
recover **[1]**   54/25
recovered **[12]**   51/15 51/20

51/22 52/1 59/17 62/3 63/2
  71/21 72/11 88/22 89/5
  90/20
recoveries **[1]**   33/2
recovery **[1]**   33/9
rectangles **[2]**   41/2 41/5
rectangular **[1]**   41/20
redirect **[1]**   72/18
reduced **[1]**   8/9
refer **[1]**   60/24
reference **[1]**   90/21
referred **[1]**   31/10
referring **[1]**   8/18
reflect **[2]**   55/22 59/8
Reflective **[1]**   48/4
refresh **[1]**   22/9
refreshers **[1]**   33/5
regarding **[4]**   11/3 11/12
  28/1 81/15
regardless **[1]**   8/22
regional **[8]**   75/5 75/8
  77/10 77/13 77/15 79/11
  80/14 81/12
related **[2]**   76/8 82/19
released **[1]**   65/5
remain **[3]**   13/13 28/21
  33/1
remained **[1]**   13/1
remains **[1]**   33/9
remember **[8]**   22/24 23/10
  47/24 70/22 80/19 83/21
  88/18 91/9
removed **[1]**   27/21
render **[1]**   18/22
rendered **[1]**   78/9
repeat **[2]**   26/3 88/25
repetition **[3]**   76/5 76/24
  90/8
repetitive **[1]**   91/3
report **[12]**   8/10 8/11 8/12
  8/18 8/19 8/25 9/10 79/5
  79/15 79/18 86/5 89/9
reported **[3]**   86/7 89/7
  90/15
reporter **[3]**   2/11 2/11
  14/3
reporting **[2]**   90/16 90/18
reports **[3]**   7/15 9/1 66/25
Republic **[1]**   77/14
request **[2]**   35/22 90/7
requests **[2]**   76/5 76/24
require **[1]**   24/23
required **[1]**   26/24
research **[5]**   15/20 17/10
  17/11 17/20 17/23
reside **[3]**   13/25 14/6 14/7
resident **[7]**   14/10 15/17
  15/22 15/23 17/7 17/13
  19/7
residents **[1]**   23/6
respect **[4]**   8/18 9/20
  11/12 22/10
respectfully **[2]**   76/4
  76/23
responders **[4]**   46/6 50/16
  50/18 50/22
response **[15]**   31/2 31/3
  31/7 31/15 31/17 31/18
  31/23 32/4 32/8 32/10
  32/17 33/20 37/7 51/11
  56/24

responsibilities **[2]**   76/22
  77/24
responsibility **[1]**   30/14
responsible **[9]**   74/21
  74/23 75/12 75/15 76/1
  76/17 76/18 76/19 86/3
rest **[2]**   31/4 65/5
results **[4]**   8/9 8/12 27/24
  68/3
resuscitation **[2]**   8/16
  10/13
retired **[3]**   28/14 29/20
  69/16
review **[1]**   22/6
reviewed **[5]**   27/24 54/9
  55/10 56/1 66/25
reviewing **[2]**   39/18 66/1
reviews **[1]**   59/13
ridges **[1]**   46/19
right **[44]**   13/14 25/7 25/7
  28/22 33/18 41/15 43/20
  44/10 44/22 50/2 61/8
  61/11 61/12 61/18 61/21
  61/22 61/25 62/12 62/20
  63/15 63/20 63/22 66/3
  70/18 71/5 71/11 78/20
  78/23 80/8 80/14 80/15
  84/8 84/11 84/18 84/20
  86/7 86/22 87/3 87/16 88/2
  88/17 89/23 90/12 90/23
right-arm **[1]**   25/7
right-hand **[2]**   90/12 90/23
right-hand-most **[1]**   84/20
rights **[1]**   76/8
rigorous **[1]**   32/20
rim **[1]**   43/7
Rio **[6]**   81/16 82/16 82/18
  82/19 83/1 83/4
road **[5]**   81/1 81/2 82/25
  89/12 90/13
roads **[2]**   57/4 75/17
ROBERT **[2]**   2/2 2/3
rod **[1]**   57/5
Roldan **[2]**   85/24 86/15
role **[1]**   78/5
roles **[1]**   23/3
roll **[1]**   87/17
roof **[1]**   61/22
room **[5]**   2/13 20/24 21/4
  22/23 37/8
rooms **[2]**   20/21 23/2
ROSA **[4]**   3/15 72/23 73/6
  73/12
rotates **[1]**   19/20
rotation **[1]**   19/6
rotations **[1]**   20/16
Rough **[1]**   49/13
round **[1]**   56/21
rounds **[2]**   42/1 53/16
row **[1]**   61/14
ROYCE **[1]**   1/10
RPR **[3]**   2/11 94/3 94/10
rubber **[1]**   50/2
running **[1]**   60/4
Rush **[2]**   15/14 17/5
RUVIS **[1]**   48/2

# S

S-L-E-B-R-C-H **[1]**   51/19
said **[6]**   29/25 41/4 43/22
  47/9 82/12 83/17

**S**

sake [1]   37/20
Salud [1]   12/15
same [15]   13/1 19/2 30/20
  32/16 32/19 36/11 40/16
  42/25 44/23 48/13 52/20
  56/11 57/3 63/20 63/24
San [27]   12/16 30/3 30/4
  30/17 31/1 31/25 34/22
  36/2 36/7 36/8 36/11 36/13
  36/14 36/24 51/11 56/22
  62/15 73/18 73/18 73/20
  77/1 77/16 77/24 80/12
  80/24 81/6 82/19
San Antonio [8]   30/17
  31/25 34/22 36/2 36/7 36/8
  36/13 36/24
Sanchez [1]   3/16
Santa [6]   81/16 82/16
  82/18 82/19 83/1 83/3
satellite [2]   30/4 36/8
satisfied [1]   93/5
saw [3]   44/15 82/3 83/9
say [15]   35/15 44/17 46/10
  50/19 58/19 68/14 72/3
  74/6 75/8 75/14 79/8 81/18
  85/12 90/1 90/15
scanner [4]   57/12 57/13
  57/19 57/22
scanner is [1]   57/13
scanning [1]   57/18
scans [1]   57/23
scattered [1]   85/15
scene [10]   12/15 31/7
  31/23 32/10 34/14 47/16
  50/23 53/3 59/16 83/8
scenes [2]   34/17 46/5
school [1]   15/13
science [2]   15/7 17/12
scientists [2]   32/13 53/9
scope [5]   48/9 48/10 48/12
  48/16 48/17
screen [4]   7/12 8/14 10/7
  40/21
se [2]   10/4 58/23
seal [1]   55/5
sealed [4]   10/23 62/8 62/8
  63/24
search [1]   82/10
seat [7]   39/3 43/16 43/17
  43/17 43/19 44/7 45/13
seated [3]   13/19 29/2 73/4
seats [2]   39/2 61/15
second [8]   10/4 12/22
  15/16 19/7 27/16 32/21
  32/21 61/14
second-year [1]   19/7
Section [2]   1/15 1/23
securing [1]   85/10
security [10]   1/15 75/5
  75/9 75/12 76/8 76/18
  76/19 79/11 82/13 85/5
see [49]   7/13 24/19 27/9
  33/1 33/4 37/24 38/21 41/1
  41/2 41/2 42/5 42/9 42/16
  43/6 43/16 43/16 43/20
  44/11 44/21 45/7 45/18
  46/8 47/16 47/23 48/17
  48/18 48/18 49/14 50/1
  50/7 53/3 53/13 56/20 57/3

  61/19 62/6 62/7 62/9 64/6
  64/10 70/25 71/3 71/6
  71/10 83/7 84/25 91/14
  91/17 93/7
seeing [4]   19/8 66/14 84/9
  84/21
seem [1]   40/14
seemed [2]   22/18 25/5
seems [2]   66/11 66/13
seen [4]   9/23 21/23 21/24
  23/13
SEIFERT [1]   1/17
seized [4]   63/24 67/14
  67/17 68/9
seizing [1]   67/20
senior [7]   1/11 15/22 23/6
  31/6 32/1 33/20 34/21
sense [1]   18/3
sent [1]   30/5
separate [2]   87/5 87/8
sequence [4]   86/18 87/19
  88/7 88/19
serious [2]   22/25 23/1
SESSION [1]   1/10
set [3]   23/2 24/13 32/22
sets [1]   21/10
setting [1]   35/10
seven [2]   20/4 79/10
several [3]   34/9 36/17
  56/23
severe [1]   38/3
shall [4]   13/16 13/16
  28/24 72/25
share [2]   15/5 17/3
She [1]   86/10
shining [1]   48/15
shock [8]   20/16 20/16
  20/18 20/19 20/24 21/4
  22/23 23/2
shoot [1]   57/8
shoots [2]   57/14 57/20
short [1]   91/22
shorthand [1]   1/25
shot [1]   23/12
should [1]   13/8
show [15]   9/7 26/18 39/10
  40/4 52/9 54/2 55/21 66/5
  66/9 67/5 70/2 70/17 71/12
  84/1 84/15
showed [2]   8/17 37/15
shown [4]   54/4 55/22 59/8
  67/7
shows [2]   47/14 47/16
sick [1]   20/19
sickest [1]   20/2
side [24]   37/16 37/18 38/1
  42/12 42/20 43/15 45/1
  45/15 48/12 48/13 52/1
  52/18 52/22 53/13 53/14
  60/4 60/14 61/13 61/24
  81/7 83/15 84/21 90/12
  90/23
sign [1]   38/2
significance [1]   41/19
signs [3]   21/16 37/15 38/7
similar [2]   57/13 64/14
simple [1]   49/2
since [5]   16/23 21/22
  21/24 31/19 75/6
single [7]   10/18 20/5 26/9
  57/15 87/5 87/13 87/15

sir [8]   13/19 22/13 28/8
  29/2 73/4 73/8 73/15 73/23
site [3]   83/25 85/11 85/12
sits [1]   63/17
six [1]   21/3
size [1]   26/19
sketch [1]   55/2
sketches [1]   53/20
skin [3]   61/20 61/21 61/22
Slebrch [1]   52/3
slightly [1]   84/7
slow [2]   37/20 46/16
small [10]   25/9 26/19 27/2
  30/13 34/5 38/8 38/10 41/1
  41/7 43/24
smooth [3]   49/12 49/13
  49/15
smudge [1]   49/3
so [96]
Society [1]   18/11
solemnly [3]   13/15 28/23
  72/24
some [33]   10/18 10/18
  21/16 21/18 25/6 26/2 27/8
  27/9 27/17 33/13 38/7
  38/12 39/1 39/4 41/17 42/9
  43/6 43/7 43/11 44/18
  45/19 46/24 47/5 49/22
  60/6 64/20 66/4 69/4 69/7
  80/3 80/5 81/15 92/15
somebody [12]   24/3 26/4
  41/21 44/8 45/24 46/1
  46/23 48/11 50/8 50/20
  61/23 62/11
somehow [3]   38/6 58/24
  89/3
someone [4]   39/2 46/21
  50/10 66/4
someone's [1]   8/15
something [10]   41/4 41/16
  46/20 58/22 58/25 70/9
  70/17 71/7 80/2 81/11
sometimes [4]   7/4 46/5
  46/6 49/14
soon [1]   18/1
sorry [12]   29/17 34/19
  34/21 37/22 59/9 61/9
  61/23 61/24 62/23 66/12
  72/3 79/1
sort [5]   45/19 46/24 47/5
  57/2 92/16
SOTA [2]   1/6 2/2
sought [1]   72/6
source [3]   10/5 27/15
  47/14
south [3]   82/20 89/24
  90/13
space [1]   57/9
Spanish [2]   74/1 77/3
spare [5]   61/9 61/9 61/10
  63/17 63/21
speak [2]   23/23 66/22
special [19]   11/3 11/13
  12/12 12/14 22/14 24/8
  27/6 27/23 28/14 34/24
  35/8 52/5 62/8 65/3 65/21
  65/24 85/1 85/3 85/4
specialist [3]   53/3 53/7
  53/18
specialized [3]   15/11
  74/24 75/23

**S**

specialty [3]   14/25 18/21 20/6

specific [7]   21/2 24/13 33/2 33/3 35/12 88/22 89/4

specifically [3]   70/17 77/24 78/1

specimen [1]   8/5

specimens [3]   8/3 9/24 10/4

spectrum [1]   47/17

spell [5]   14/3 29/10 48/3 51/19 73/11

spend [1]   19/20

spent [18]   15/19 30/24 58/22 62/20 63/14 63/16 63/19 63/22 85/14 85/14 86/18 86/23 87/7 87/25 88/7 89/13 90/4 90/11

squad [1]   30/24

square [1]   43/25

squeeze [1]   92/24

stab [2]   19/13 21/14

stable [4]   21/15 23/12 24/23 26/1

standard [1]   24/13

standing [2]   13/13 28/21

start [7]   8/15 14/13 14/15 14/19 30/1 62/19 91/11

started [3]   30/2 41/21 87/7

state [24]   14/2 16/2 40/4 42/2 76/13 76/16 76/17 76/17 76/18 77/4 77/6 77/7 77/9 77/10 77/15 77/21 77/23 78/18 78/25 79/4 79/19 81/12 85/20 86/2

states [8]   1/1 1/3 1/11 13/12 77/12 77/13 79/18 83/19

station [7]   56/25 56/25 57/10 57/20 57/24 82/3 83/3

stationed [1]   34/20

status [4]   24/21 24/25 26/8 33/14

stay [1]   49/16

staying [1]   31/3

stenographic [1]   1/25

step [3]   11/25 28/12 72/20

sticker [2]   60/6 64/8

still [3]   42/21 49/22 93/5

stipulate [1]   12/10

stipulated [1]   13/7

stipulation [8]   12/3 12/9 13/9 28/16 40/15 51/4 51/8 52/13

stipulations [1]   28/19

stop [2]   54/2 65/9

stopped [1]   83/16

Street [2]   1/16 1/19

stretcher [1]   22/17

strips [2]   88/6 88/7

struck [1]   70/14

structure [1]   78/5

stuck [1]   24/4

students [1]   17/18

study [3]   14/19 14/25 15/3

submit [1]   35/15

submit leads [1]   35/15

submitted [1]   51/16

subsequent [1]   40/14

substantially [1]   13/1

Suburban [20]   37/10 37/10 51/13 52/19 55/11 56/4 56/6 59/16 59/17 59/18 60/15 60/17 62/22 63/4 63/5 82/23 83/8 83/13 90/25 91/7

successful [1]   67/20

such [5]   13/8 19/12 20/6 21/17 38/10

suffered [2]   19/11 83/14

sufficient [1]   51/23

suggest [1]   38/17

suggests [1]   64/7

Suite [1]   2/4

super [3]   69/1 69/2 69/7

supervisor [1]   77/19

supervisors [1]   76/2

supplies [1]   36/19

support [7]   20/6 31/20 58/7 76/25 78/9 78/17 85/10

supporting [2]   56/23 85/1

supposed [1]   65/3

sure [13]   14/20 15/13 24/25 26/6 29/12 32/16 63/14 69/10 74/6 76/6 79/25 90/15 91/8

surface [8]   30/22 46/15 47/21 49/10 49/11 49/16 49/20 86/17

surface impact [1]   49/11

surfaces [3]   48/19 49/13 49/15

surgeon [3]   16/15 16/17 20/4

Surgeons [2]   18/10 18/12

surgery [16]   14/16 15/24 16/7 16/11 17/1 17/6 17/16 17/22 18/11 18/20 19/6 19/9 19/17 20/20 23/5 26/24

surgical [8]   15/2 15/13 15/17 15/22 16/18 16/19 19/20 20/3

surveillance [1]   33/9

survey [1]   24/16

suspension [2]   62/21 63/15

Sustained [1]   88/13

SWAT [2]   80/3 80/6

swear [3]   13/15 28/23 72/24

system [2]   21/4 48/4

systematically [1]   43/24

**T**

tailgate [1]   63/23

take [14]   7/11 25/1 26/13 33/7 39/14 40/3 43/11 46/6 55/3 59/11 62/4 65/13 66/7 83/2

taken [9]   39/2 39/22 39/23 42/20 43/25 54/18 54/19 64/22 83/21

takes [2]   26/2 34/2

taking [8]   16/9 16/11 38/24 40/23 44/2 69/17 70/16 82/1

talk [4]   24/18 53/22 91/12

91/12

talked [1]   36/23

talking [8]   22/17 22/24 43/19 50/1 68/14 72/8 81/14 85/13

tamper [1]   62/10

tank [1]   61/6

tarp [2]   37/1 38/5

task [5]   30/20 31/1 31/5 31/8 31/11

Taub [10]   19/18 19/19 19/21 19/22 20/13 20/20 22/7 23/16 24/12 28/7

taught [1]   17/18

teach [3]   17/15 34/2 34/2

team [41]   23/1 23/5 24/3 31/3 31/4 31/6 31/7 31/15 31/17 31/18 31/23 31/24 31/24 32/1 32/4 32/8 32/10 33/6 33/15 33/18 33/18 33/20 33/21 34/3 34/22 36/18 37/7 51/11 52/24 56/16 56/22 56/23 56/24 56/25 56/25 56/25 69/24 80/3 80/6 82/14 82/15

teams [2]   32/2 32/18

techniques [1]   69/5

tell [16]   13/6 13/25 14/18 21/20 24/2 26/14 32/7 38/2 69/14 71/23 73/10 73/16 74/16 84/6 87/4 89/14

tells [2]   21/12 21/14

ten [2]   51/15 51/21

term [3]   78/12 78/19 79/8

terms [2]   71/12 87/4

terrorism [4]   31/1 31/5 31/8 31/13

test [6]   16/10 16/10 16/12 16/13 18/25 27/25

tested [2]   9/24 10/3

testified [5]   9/10 9/20 10/17 25/12 80/1

testimony [4]   13/15 28/23 72/25 80/2

testing [5]   7/24 8/2 8/9 10/6 10/11

tests [3]   25/24 26/15 27/8

Texas [4]   14/7 14/12 16/3 51/11

texture [1]   49/15

than [5]   12/24 20/13 26/19 33/13 74/13

thank [18]   7/19 19/1 28/11 28/12 29/3 29/24 48/7 50/14 60/25 65/1 65/15 65/21 72/17 72/22 73/15 79/21 80/16 93/7

that [358]

that protects [1]   44/14

that's [40]   10/6 14/22 35/12 42/14 43/15 43/18 43/21 44/13 45/5 47/13 48/16 50/17 50/19 55/1 57/19 58/9 60/18 60/19 60/21 61/18 62/12 65/15 69/2 69/6 71/11 78/23 80/7 80/15 81/20 82/24 84/11 84/12 86/22 87/3 87/16 88/2 90/14 92/21 92/23 93/6

the 18th [1]   39/23

## T

their [15]   21/18 23/14
24/17 24/19 24/19 24/20
24/21 24/24 25/2 46/25
75/23 75/24 76/9 77/24
84/21
them [29]   7/8 18/5 25/1
25/2 27/3 27/19 39/15
39/15 39/16 41/14 43/7
47/3 47/25 48/1 49/14
52/20 52/20 54/4 54/12
55/4 56/23 57/24 60/1 60/2
63/13 80/4 86/16 86/16
92/24
themselves [1]  7/15
then [43]   8/25 12/19 15/15
15/19 15/21 16/19 17/12
24/20 25/1 30/25 32/21
32/21 33/4 33/6 33/15
35/15 37/6 42/12 44/24
45/17 48/21 54/1 55/5
57/23 57/25 58/3 62/5 62/8
62/12 62/15 62/17 63/18
66/9 71/6 73/25 75/14
76/22 80/14 86/12 86/13
90/24 92/6 92/24
there [89]   8/4 8/13 8/13
17/23 19/11 19/18 20/10
20/20 21/3 25/8 25/10
25/13 25/13 25/14 25/14
25/21 26/9 26/18 27/13
27/17 30/18 35/23 36/18
36/19 37/25 38/7 38/8 39/1
39/24 42/19 42/21 43/7
43/17 43/20 43/25 44/3
44/4 44/6 44/11 44/12
44/18 45/2 45/4 45/7 45/18
46/6 49/16 50/2 50/11
50/18 54/2 56/22 57/5
57/21 60/6 62/12 62/16
64/11 67/11 68/5 68/9
68/12 68/18 69/11 69/12
70/20 72/8 75/13 76/12
76/15 77/12 77/12 79/13
79/24 81/17 83/9 83/9
83/10 83/19 83/24 85/14
85/14 85/17 85/19 85/21
86/8 86/11 87/13 88/9
there's [17]   21/7 23/6
23/6 24/13 33/9 34/3 46/2
48/18 49/1 49/12 49/21
49/22 50/4 61/24 68/24
68/25 80/3
there's still [1]  49/22
these [28]   7/6 20/21 23/13
27/5 39/21 39/25 41/19
42/10 49/3 53/8 53/10
53/12 53/15 53/20 53/20
53/25 54/3 54/9 54/19 58/7
60/5 62/2 63/24 64/4 64/5
68/15 75/11 88/7
they [74]   8/25 8/25 10/3
10/5 10/7 10/24 15/6 18/4
20/16 24/18 26/1 26/2
33/25 34/11 35/2 35/10
36/10 38/3 38/11 39/20
39/22 39/23 40/14 41/12
41/13 41/15 41/16 41/17
44/2 44/23 49/22 50/18
50/19 50/22 51/16 53/8

53/14 54/5 54/9 54/14
55/10 55/13 56/7 57/17
57/21 57/22 57/23 58/3
59/14 59/15 59/17 63/1
63/2 64/2 64/7 64/14 66/20
67/14 67/17 67/20 70/25
71/22 71/23 78/15 78/16
78/17 78/21 79/17 79/18
80/9 80/12 80/13 83/10
89/24
they'll [2]   21/16 21/19
they're [20]   7/4 24/17
24/18 24/19 27/2 27/2
27/13 40/1 40/17 41/24
42/9 46/25 49/14 50/20
57/4 59/22 62/11 78/19
92/2 92/23
thigh [7]   25/9 25/12 25/16
25/23 26/10 26/18 26/20
thing [4]   10/10 36/18
42/25 63/20
things [7]   7/13 10/6 33/13
57/18 58/3 58/15 70/21
think [6]   48/8 58/2 64/5
72/15 80/2 92/4
thinking [1]  39/3
third [1]   61/14
this [100]
thoracic [2]   14/16 18/11
those [46]   7/2 10/21 10/22
17/10 18/3 23/2 24/24 26/6
26/21 33/15 35/12 35/13
41/1 41/2 41/6 41/7 41/9
41/23 47/1 49/16 52/11
54/6 54/8 54/13 54/18
54/22 54/23 55/24 56/2
56/3 56/5 56/20 57/20 58/3
64/6 69/5 75/21 76/2 77/8
78/3 79/15 86/14 87/21
89/16 90/3 92/16
though [1]   25/25
thought [1]   90/6
thousand [1]   54/14
thousands [4]   21/24 21/24
57/14 57/14
three [12]   14/14 14/15
14/20 15/19 17/10 17/25
21/9 21/9 32/24 52/17
53/21 57/9
three-dimensional [1]
53/21
through [31]   7/14 14/23
19/9 19/11 21/4 24/4 25/19
25/19 32/20 36/2 38/23
39/11 40/7 42/23 43/7 43/7
46/3 53/5 54/17 55/23
55/24 56/9 59/12 59/20
60/1 62/18 63/1 63/7 63/10
63/13 64/5
through-and-through [1]
25/19
throughout [3]   31/2 33/6
68/7
Thursday [1]   16/12
time [30]   7/7 13/2 13/2
13/5 13/11 18/19 19/5
19/21 21/9 22/19 22/21
26/2 28/3 28/17 31/6 31/21
32/4 37/11 40/11 46/6 51/3
55/14 56/8 59/19 63/6
64/17 79/6 80/24 81/12

86/3
times [1]   23/12
tip [1]   86/23
tire [14]   43/9 61/9 61/9
61/10 61/11 63/17 63/19
63/21 70/11 70/11 70/12
70/13 70/14 70/15
tire because [1]  70/14
tires [4]   38/3 42/9 43/3
43/4
tissue [2]   10/3 10/5
tissues [1]  8/4
title [1]   80/14
today [2]   18/13 18/15
toe [1]   25/3
together [5]   48/10 53/10
57/17 58/4 87/15
told [4]   13/7 23/11 65/25
81/23
tolerate [1]   27/10
tomorrow [4]   91/12 91/14
92/24 93/7
tonight [2]   91/14 93/2
too [3]   50/15 92/3 92/5
took [9]   15/14 38/5 39/21
53/25 54/10 54/15 56/3
56/16 88/6
took of [1]  53/25
top [4]   44/10 57/2 61/25
64/10
tore [1]   88/6
total [5]   56/25 56/25
57/10 57/19 57/24
totally [1]   47/7
touch [3]   46/20 49/5 49/8
toward [1]   82/18
towards [3]   42/19 48/14
84/7
toxicology [7]   7/23 8/2
8/6 8/11 8/24 9/10 10/6
train [1]   8/17
trained [2]   32/14 32/19
training [27]   15/2 15/12
15/17 16/18 32/20 32/22
32/23 33/3 33/5 33/8 33/10
33/11 34/1 34/5 34/7 34/8
74/21 74/23 74/25 74/25
75/20 75/21 76/1 76/3 76/7
76/8 76/9
trajectory [3]   53/11 58/8
58/10
transcript [3]   1/10 1/25
94/4
transcription [1]   1/25
transferred [1]   30/23
translation [1]   74/6
translator [1]   37/20
transported [6]   12/14
12/19 26/1 36/1 36/25 37/1
trauma [16]   19/6 19/11
19/11 19/25 20/1 20/9
20/10 21/8 22/23 23/1 23/5
23/6 23/6 24/12 24/14 45/8
travel [2]   82/14 83/3
traveled [2]   82/11 82/24
traveling [1]   92/15
travels [1]   82/13
treat [3]   18/5 18/17 27/18
treated [3]   18/14 18/15
27/24
treatment [7]   8/16 14/16

## T

treatment... [5]   18/21
 20/21 22/3 22/10 27/6
trial [2]   1/10 13/6
tried [2]   62/11 83/12
truck [1]   36/25
truly [1]   26/6
truth [9]   13/17 13/17
 13/17 28/25 28/25 28/25
 73/1 73/1 73/2
try [8]   8/4 8/15 46/4
 50/22 68/23 87/13 92/16
 92/24
trying [7]   42/10 42/18
 57/4 57/8 58/4 58/5 89/1
turned [2]   10/22 10/24
TV [1]   32/12
tweet [1]   91/13
Twenty [1]   89/23
Twenty-five meters [1]
 89/23
Twitter [1]   91/13
two [31]   20/12 21/8 25/8
 25/10 25/21 26/19 26/21
 27/13 28/7 28/19 32/20
 48/10 51/21 51/22 51/25
 52/4 52/7 52/16 52/16
 52/17 54/3 54/13 55/9 57/1
 57/8 63/24 82/6 82/11
 83/10 83/12 91/25
two-week [1]   32/20
type [9]   30/7 30/18 30/20
 37/9 47/17 49/10 66/10
 81/15 85/13
types [1]   47/19
Typically [1]   25/20

## U

U.S [4]   1/14 1/18 1/22
 2/12
ultimately [2]   79/15 82/22
Ultraviolet [1]   48/4
umbrella [1]   19/23
under [3]   19/23 75/17
 80/13
underneath [1]   63/17
understand [7]   7/5 41/3
 74/5 79/1 80/16 88/24 89/1
understanding [2]   66/19
 83/20
undisputed [1]   13/9
unfortunately [1]   92/19
unit [7]   31/7 32/11 82/5
 85/23 85/25 86/3 86/4
UNITED [5]   1/1 1/3 1/11
 13/11 83/19
units [1]   74/22
University [3]   15/8 15/9
 15/14
unless [2]   49/20 50/12
unload [1]   24/5
unquote [1]   23/2
unstable [1]   26/2
until [3]   30/12 30/15 85/6
unusual [1]   81/11
up [22]   8/17 23/2 24/4
 32/16 33/12 34/12 36/12
 38/6 44/12 44/20 55/25
 67/25 79/10 83/22 83/25
 84/5 86/15 86/20 86/23

 92/3 92/9 92/20
upon [2]   11/2 11/11
upper [1]   25/7
urine [1]   8/3
us [29]   13/25 14/18 15/5
 15/11 17/3 18/2 21/20 32/7
 33/10 35/16 36/20 47/14
 65/25 67/4 73/10 74/16
 75/6 75/8 75/20 75/25 76/2
 77/20 78/13 79/3 81/5
 81/16 85/25 87/4 93/1
use [12]   33/18 38/15 46/12
 47/12 47/17 48/20 48/22
 48/23 69/7 76/9 88/3 88/3
used [16]   8/15 8/15 10/5
 38/9 47/10 47/13 47/20
 48/1 48/2 48/17 48/21 55/1
 68/23 71/22 86/13 87/16
used a [1]   48/2
using [2]   8/2 47/21
usually [6]   21/7 21/16
 38/10 56/25 57/22 62/11
UV [2]   48/10 48/11

## V

VA [1]   2/8
value [5]   26/13 51/21
 51/25 52/4 52/7
vary [1]   32/25
vascular [2]   17/6 26/8
vehicle [120]
vehicles [2]   36/17 78/17
very [19]   10/7 22/25 23/1
 24/13 27/2 27/2 27/14 31/1
 32/14 38/10 43/16 44/16
 44/16 47/15 49/13 50/13
 50/13 62/9 74/4
vest [1]   84/9
via [1]   10/22
viable [1]   58/23
victim's [1]   84/5
Victor [7]   22/3 22/22
 29/13 34/25 52/6 65/3
 91/24
VILLAPLANA [6]   3/11 28/15
 29/5 29/13 65/19 65/25
VIN [3]   51/13 60/15 60/17
Virginia [1]   51/17
vital [1]   21/16
vitals [1]   25/6
voice [1]   73/10
voir [1]   18/23

## W

W-U [1]   14/5
wait [1]   74/6
waited [1]   85/5
waiting [1]   28/15
walking [1]   47/1
wall [2]   15/20 44/12
want [12]   25/20 26/3 33/17
 39/16 46/14 50/19 54/2
 58/14 60/18 68/24 92/2
 93/4
wanted [3]   65/2 84/16
 90/15
was [209]
washed [1]   47/3
Washington [6]   1/5 1/16
 1/20 1/24 2/4 2/13
wasn't [1]   69/12

watches [1]   69/4
watching [1]   32/12
way [17]   24/13 32/9 32/17
 32/19 33/14 41/22 46/8
 47/25 48/20 53/21 58/21
 66/14 67/19 68/13 70/24
 71/25 87/13
we [172]
we'd [2]   53/4 92/7
we'll [2]   33/3 93/2
we're [21]   23/3 23/8 23/9
 28/15 32/12 32/19 38/25
 40/23 40/24 42/7 42/17
 53/6 58/17 67/21 68/14
 72/8 84/9 84/20 92/4 92/15
 92/18
we've [2]   84/12 92/12
weapon [1]   45/20
weapons [1]   78/16
week [4]   18/25 20/4 32/20
 32/22
weeks [2]   14/14 14/15
well [20]   32/14 37/3 38/8
 44/9 48/19 49/19 52/23
 53/16 58/21 62/21 64/11
 71/3 71/10 78/1 79/10 82/3
 82/13 83/9 83/14 91/19
went [7]   19/9 30/17 43/6
 43/7 64/5 82/3 82/9
were [108]
weren't [1]   41/9
west [1]   82/20
what [140]
what's [5]   9/7 20/13 31/10
 66/5 67/5
wheel [4]   61/8 62/21 63/18
 70/12
when [53]   13/7 15/6 17/5
 17/7 22/14 22/16 23/16
 26/1 26/4 30/1 30/7 30/18
 32/3 32/24 36/24 39/22
 40/4 43/5 43/10 44/2 44/15
 45/21 46/10 46/20 49/19
 50/23 54/18 55/25 56/16
 57/4 58/19 62/2 64/21 65/9
 68/14 70/1 70/13 70/24
 75/8 79/8 80/5 81/14 81/18
 82/2 83/7 83/18 85/12 87/9
 87/12 89/2 89/6 90/1 90/15
where [61]   10/6 12/16
 12/22 13/25 14/6 14/11
 15/6 19/5 20/19 25/3 30/16
 30/24 33/15 34/19 35/2
 35/12 35/25 36/2 47/14
 49/15 49/23 53/10 53/11
 57/6 57/8 57/10 59/15 60/7
 60/10 67/11 69/18 69/20
 70/3 70/9 70/13 70/17
 70/17 70/18 70/20 70/22
 70/25 71/4 71/6 73/17
 79/17 80/19 80/23 81/5
 81/25 82/19 86/19 88/22
 89/3 89/8 89/9 89/12 89/16
 90/16 90/20 90/24 92/6
whether [16]   8/23 19/11
 20/2 20/20 21/8 21/13
 21/20 49/11 67/17 67/20
 69/10 71/23 71/25 72/5
 72/13 72/13
which [29]   8/14 8/24 10/5
 15/3 24/21 31/7 31/19 32/1

# W

**which... [21]**   32/21 32/22 34/1 34/13 36/9 47/24 47/25 51/6 51/25 53/17 57/25 59/16 60/3 60/15 63/17 64/4 69/11 82/16 88/19 89/4 92/24
**while [2]**   79/23 81/11
**white [5]**   41/1 41/2 41/4 47/15 47/20
**who [16]**   10/24 21/10 23/10 53/19 58/10 66/16 66/22 67/1 75/11 77/15 79/4 79/6 81/18 84/8 85/19 92/8
**who's [1]**   21/5
**whole [4]**   13/17 28/25 58/4 73/1
**why [6]**   27/1 29/19 36/12 54/22 57/19 91/23
**will [14]**   7/3 7/6 7/16 13/6 18/1 18/11 28/24 49/15 56/22 57/5 57/23 70/18 73/1 92/24
**Wilson [1]**   2/7
**window [2]**   24/4 42/2
**windshield [3]**   41/25 42/1 42/8
**windshields [1]**   37/19
**Wing [1]**   1/20
**wish [2]**   18/24 65/12
**within [6]**   20/8 32/2 46/4 55/6 79/9 90/3
**without [6]**   9/16 14/24 18/2 55/16 59/22 63/8
**witness [22]**   3/4 7/13 7/20 11/21 12/1 12/3 13/10 13/20 28/9 28/13 28/15 29/4 39/7 39/18 56/1 59/13 65/2 65/10 65/18 72/21 73/5 91/20
**witnesses [5]**   33/15 33/16 65/5 92/15 92/22
**won't [1]**   14/24
**wondering [1]**   88/24
**word [4]**   33/18 38/13 39/24 47/10
**wore [1]**   86/22
**work [19]**   19/5 23/4 29/21 30/8 30/11 30/14 30/18 30/20 31/21 33/4 36/15 46/7 50/20 57/17 74/10 74/24 75/23 75/24 93/2
**worked [8]**   29/25 30/12 30/21 30/24 74/11 76/25 78/8 81/11
**working [7]**   16/8 20/24 30/25 34/16 34/19 35/2 78/6
**works [4]**   48/10 48/19 53/19 76/16
**workup [1]**   23/14
**world [1]**   35/8
**would [57]**   7/10 10/14 14/2 32/25 33/4 34/4 34/6 36/3 36/9 36/9 36/10 36/12 40/11 46/1 46/21 47/22 47/22 47/23 48/5 48/11 48/12 48/24 49/17 50/15 51/4 54/21 56/9 57/10 59/19 61/15 62/10 62/16 63/6 64/7 65/6 65/8 65/9 65/13 70/21 75/14 79/4 79/15 79/18 80/6 80/13 86/15 86/16 86/17 86/20 86/23 86/24 87/1 87/16 87/20 88/11 91/21 91/25
**wouldn't [1]**   50/11
**wound [11]**   19/13 19/13 21/14 21/14 25/9 25/12 25/13 25/15 25/17 25/22 26/9
**wounded [1]**   83/12
**wounds [13]**   11/7 18/13 18/15 18/21 25/7 25/8 25/11 25/20 25/20 25/22 26/6 27/18 27/24
**wrapping [1]**   87/25
**write [2]**   86/18 87/20
**writing [1]**   8/10
**written [2]**   16/10 16/20
**wrote [2]**   88/16 88/18
**WU [5]**   3/8 13/12 13/21 14/4 18/20

# X

**X-ray [6]**   25/25 26/3 26/5 26/16 26/17 26/17
**X-rays [1]**   26/7

# Y

**yeah [8]**   45/5 50/2 50/8 67/12 68/6 70/5 70/7 90/6
**year [5]**   15/25 19/7 19/21 20/5 74/14
**years [17]**   14/20 15/19 16/24 17/2 17/10 17/10 17/17 21/3 29/22 29/22 29/25 30/23 30/25 31/24 69/17 73/24 74/13
**yes [76]**   8/8 8/11 8/21 9/3 9/5 9/14 10/16 10/20 11/20 14/15 15/2 16/3 16/5 16/9 17/17 17/21 17/25 18/9 19/19 19/24 20/17 22/13 22/13 23/18 23/20 25/25 26/16 26/23 28/8 31/16 35/1 36/6 39/8 40/10 41/11 42/7 44/23 45/13 45/16 49/12 50/6 53/2 55/13 58/13 59/4 59/6 59/14 60/9 64/1 64/3 66/11 66/13 66/15 67/9 69/22 70/15 71/8 71/18 72/12 73/18 75/11 75/22 76/15 77/6 78/14 79/10 80/21 80/25 81/7 81/14 82/13 84/4 84/18 86/10 90/11 91/21
**yesterday [2]**   54/9 55/10
**yet [1]**   66/7
**York [1]**   1/23
**you [435]**
**you see [1]**   41/2
**you'd [1]**   87/13
**you'll [2]**   7/8 49/3
**yours [1]**   41/10

# Z

**Zapata [14]**   8/7 10/19 11/13 12/12 12/14 12/19 12/23 12/25 34/24 52/6 85/1 85/3 92/8 92/25

**Zapata's [1]**   11/3